UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**22-20521-CR-SCOLA/GOODMAN**
CASE NO. _____

FILED BY **KAN** D.C.
**Nov 2, 2022**
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

IN RE SEALED INDICTMENT

_____/

**SEALED ORDER**

The United States of America, having applied to this Court for an Order sealing the Indictment, arrest warrants, and this Order, and the Court finding good cause:

**IT IS HEREBY ORDERED** that the Indictment, arrest warrants, and this Order shall be filed under seal until the arrest of the first defendant or until further order of this Court, however, the United States Attorney's Office and any relevant law enforcement agency may obtain copies of the Indictment, arrest warrants, or other sealed documents for purposes of arrest, extradition, or any other necessary cause.

**DONE AND ORDERED** in chambers at Miami, Florida, this 2 day of November 2022.

_____
HONORABLE LISETTE M. REID
UNITED STATES MAGISTRATE JUDGE

cc:   Christopher Fenton, Trial Attorney, Criminal Division, Fraud Section