**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 22-CR-20521-RNS

**UNITED STATES OF AMERICA,**

vs.

**THEODORE FARNSWORTH,** *et al.***,**

    **Defendants.**
_____/



## NOTICE OF APPEARANCE

The undersigned Assistant United States Attorney, Marx P. Calderón, hereby appears as counsel for the United States of America regarding any forfeiture issues in the above-styled case.

Respectfully submitted,

**JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY**

By:    *s/ Marx P. Calderón*
        Marx P. Calderón
        Assistant United States Attorney
        Court ID No. A5502700
        99 N.E. 4th Street, 7th Floor
        Miami FL, 33132-2111
        Telephone: (305) 961-9036
        E-mail: Marx.Calderon@usdoj.gov