UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 22-20521-CR-SCOLA

UNITED STATES OF AMERICA

Plaintiff

v.

THEODORE FARNSWORTH

Defendant

**MOTION FOR JASON H. COWLEY, ESQ. TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Jason H. Cowley of the law firm of MCGUIRE WOODS, LLP, 1251 6th Avenue, 20th Floor, phone: 212.548.2138, email jcowley@mcguirewoods.com for purposes of appearance as co-counsel on behalf of the Capital Group Development, LLC in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Jason H. Cowley to receive electronic filings in this case, and in support thereof states as follows:

1. Jason H. Cowley is not admitted to practice in the Southern District of Florida and is a member in good standing of the North Carolina Bar Association

(Member # 32636), New York Bar (Member # 5789128), and District of Columbia Bar (Member #1723168). He is also admitted to in the following federal district courts: Southern District of New York, Eastern District of New York, Northern District of New York, Western District of North Carolina, Eastern District of North Carolina, Middle District of North Carolina, Northern District of Illinois, and District Court for the District of Columbia.

2. Movant, Henry P. Bell, Esq. of the law firm of BELL ROSQUETE REYES ESTEBAN, PLLC, 999 Ponce De Leon Blvd., Suite 810, 305.570.1610, is a members in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consent to be designated as members of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the Local Rules of this Court, Jason H. Cowley has made payment of this Court's $200.00 admission fee. A Certification in accordance with Rule 4(b) is attached hereto.

4. Jason H. Cowley, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide

Notice of Electronic Filings to Jason H. Cowley at email address: jcowley@mcguirewoods.com.

**WHEREFORE**, Movant Henry P. Bell, Esq. of the law firm of Bell Rosquete Reyes Esteban, PLLC, move this Court to enter an Order allowing Jason H. Cowley, to appear before this Court on behalf of Defendant, Theodore Farnsworth, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Jason H. Cowley at the email address jcowley@mcguirewoods.com. A proposed Order is attached hereto for the Court's consideration.

Dated: November 22, 2022        Respectfully submitted,

/s/ Henry P. Bell
Henry P. Bell, Esq.
Fla. Bar ID 0090689
Primary: hbell@brresq.com
BELL ROSQUETE REYES ESTEBAN, PLLC
999 Ponce De Leon Blvd.
Suite 810
Coral Gables, Florida 33134
305.570.1610
Secondary: info.@brresq.com; kjones@brresq.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 22, 2022, the foregoing document was filed electronically and notification of this filing is to be provided to all counsel of record by way of the Court's ECF filing system.

/s/ Henry P. Bell
Henry P. Bell, Esq.