**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.: 22-20521-CR-SCOLA

UNITED STATES OF AMERICA

Plaintiff

v.

THEODORE FARNSWORTH

Defendant

**CERTIFICATION OF JASON H. COWLEY, ESQ.**

Jason H. Cowley, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the North Carolina Bar (Member # 32636), New York Bar (Member # 5789128), District of Columbia Bar (Member #1723168), United States District Court for the Southern District of New York, United States District Court for the Eastern District of New York, United States District Court for the Northern District of New York, United States District Court for the Western District of North Carolina, United States District Court for the Eastern District of North Carolina, United States District Court for the Middle District of North Carolina, United States District Court for the Northern District of Illinois, and the United States District Court for the District of Columbia; and (3) I

have not filed three or more motions for *pro hac vice* admission in this District within the last 365 days.

/s/ Jason H. Cowley
Jason H. Cowley, Esquire
MCGUIRE WOODS, LLP
1251 6th Ave., 20th Floor
New York, NY 10020
Telephone: (212) 548-2138
Facsimile: (212) 715-2311
Email: jcowley@mcguirewoods.com