**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-CR-20521-RNS**

**UNITED STATES OF AMERICA**

      v.

**THEODORE FARNSWORTH and**
**J. MITCHELL LOWE,**

      **Defendants.**

_____/

**ORDER AUTHORIZING THE USE OF ALTERNATIVE VICTIM**
**NOTIFICATION PROCEDURES PURSUANT TO 18 U.S.C. § 3771(d)(2)**

THIS CAUSE having come before the Court on the United States of America's Unopposed Motion to Provide Alternative Victim Notification Pursuant to 18 U.S.C. § 3771(d) ("Motion"), is hereby ORDERED and ADJUDGED as follows:

The Court finds that: (1) the Motion (ECF No. 23) is **granted**. (2) the number of potential victims in this case makes it impracticable to provide all of the victims the rights provided under 18 U.S.C. § 3771(a); (3) the "multiple crime victims" provision of the Act applies to this case; and (4) the means of notifying potential victims set forth in the Motion constitutes a "reasonable procedure" to give effect to and ensure compliance with the notice provisions of the Crime Victims' Rights Act.

IT IS THEREFORE ORDERED, pursuant to 18 U.S.C. § 3771(d)(2), that the United States is authorized to comply with 18 U.S.C. § 3771(a) by posting information relevant to potential victims in this case on the public website of the U.S. Department of Justice.

Dated: December 13, 2022

                                                                        SO ORDERED:

                                                                         _____
                                                                         ROBERT N. SCOLA, JR.
                                                                         UNITED STATES DISTRICT JUDGE