```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/10/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                  :
UNITED STATES OF AMERICA          :
                                  :
           -v.-                   :   PROTECTIVE ORDER ON CONSENT
                                  :   RELATING TO CONFIDENTIAL
ZVI GOFFER,                       :   INFORMATION
JASON GOLDFARB,                   :
CRAIG DRIMAL,                     :   10 Cr. 056 (RJS)
EMANUEL GOFFER, and               :
MICHAEL KIMELMAN,                 :
                                  :
           Defendants.            :
                                  :
- - - - - - - - - - - - - - - - - x

Upon the application of the United States of America, by Preet Bharara, United States Attorney for the Southern District of New York, Reed M. Brodsky and Andrew L. Fish, Assistant United States Attorneys, of counsel, and Zvi Goffer, by and through his attorney Cynthia M. Monaco, Esq., Jason Goldfarb, by and through his attorney Jeffrey C. Hoffman, Esq., Craig Drimal, by and through his attorney JaneAnne Murray, Esq., Emanuel Goffer, by and through his attorney Michael S. Ross, Esq., and Michael Kimelman, by and through his attorney Michael S. Sommer, Esq., for the entry of a protective order for certain documents relating to the potential acquisition and subsequent acquisition of Axcan Pharma, Inc., and other information designated as confidential, and having the consent of the parties, for good cause,

IT IS HEREBY ORDERED THAT:

1. The following information is deemed confidential ("Confidential Information"):

   a. Certain documents relating to the potential acquisition and subsequent acquisition of Axcan Pharma, Inc., produced by the Government to counsel for the defendants pursuant to Federal Rule of Criminal Procedure 16.

   b. Certain instant messages produced by Galleon Group LLP to the Government.

2. Confidential Information disclosed to the defendants and their counsel during the course of proceedings in this action:

   a. Shall be used by the defendants and/or their counsel solely for the purposes of this criminal action and the related civil cases, S.E.C. v. Cutillo et al., 09 Civ. 9208 (LAK) and S.E.C. v. Galleon et. al., 09 Civ. 8811 (JSR)(together the "Relevant Actions"); and

   b. Shall not be disclosed in any form by the defendants and/or their counsel except as set forth in paragraphs 3 and 5 below.

3. Confidential Information may be disclosed by the defendants and/or their counsel only to the following designated persons: (i) personnel employed by counsel for the defendants on a need-to-know basis only; (ii) independent expert witnesses and/or advisers retained and/or consulted by the defendants and/or their

counsel in connection with the Relevant Actions; (iii) other fact witnesses, to the extent deemed necessary by defense counsel for trial preparation; and (iv) such other persons as hereafter may be authorized by the Court upon motion by any defendant. Each of the individuals to whom disclosure is made pursuant to the above provision shall be provided a copy of this protective order.

4. Each defendant agrees that he has no ownership and/or proprietary interest in the documents subject to this Protective Order. Each defendant further agrees that all such materials are to be destroyed or returned to the Government at such time as they are no longer needed in the relevant actions and/or upon Order of the Court, whichever occurs first.

5. The provisions of this Order shall not be construed as preventing the disclosure of any information in any motion, hearing, deposition, and/or trial held in the Relevant Actions and/or to the Court for purposes of this action.

6. Nothing in this Order shall preclude the Government and/or the defendants from seeking a further protective order pursuant to Rule 16(d) as to particular items of discovery material.

7. This Order is entered without prejudice to either party's right to seek a revision of the Order by appropriate motion to the Court.

Dated: New York, New York
February 10 2011

SO ORDERED

_____
HONORABLE RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE