02/23/2011 09:05 FAX    AKIN GUMP 6TH    ☑003
Case 1:22-cv-20521-DSL Document 25-13 Entered on FLSD Docket 12/22/2023 Page 1 of 3
Case 1:09-cr-01184-RJH Document 240 Filed 03/08/11 Page 1 of 3



```
USDC SDNY
DOCUMENT
ELECTRONICALLY F...
DOC #: _____
DATE FILED: 3/8/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

v.

RAJ RAJARATNAM,

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**STIPULATION AND
PROTECTIVE ORDER**

09 Cr. 1184 (RJH)

Upon the application of the United States of America, by Preet Bharara, United States Attorney, Reed Brodsky, Assistant United States Attorney, and Raj Rajaratnam, the defendant, by and through his counsel, John M. Dowd, Esq., for the entry of a protective order pursuant to Federal Rule of Criminal Procedure 16(d) for certain documents of Morgan Stanley, and having the consent of all parties, and for good cause,

IT IS HEREBY ORDERED THAT:

1. With the exception of documents specifically designated as "Non- Confidential" by Morgan Stanley, all documents produced to the defendant and his counsel by Morgan Stanley and all documents produced to the Government by Morgan Stanley and, in turn, produced by the Government to the defendant and his counsel pursuant to Federal Rule of Criminal Procedure 16 are deemed confidential (hereinafter "Confidential Information"). Confidential Information disclosed to the defendant and his counsel during the course of proceedings in this action:

    a. Shall be used by the defendant and/or his counsel solely for the purposes of this criminal action and *Securities and Exchange Commission v. Galleon Management, LP, et al.*, 09 Civ. 8811 (JSR) (the "SEC Case"); and

02/23/2011 09:26 FAX 521 AKIN GUMP 6TH ☑004
Case 1:02-cr-20196-PCH Document 243 Entered on FLSD Docket 12/22/2023 Page 2 of 3
Case 1:09-cr-01184-RJH Document 240 Filed 03/08/10 Page 2 of 3

b. Shall not be disclosed in any form by the defendant and/or his counsel except as set forth in paragraphs 2, 3 and 5 below.

2. Confidential Information may be disclosed by the defendant and/or his counsel only to the following designated persons: (i) personnel employed by the defendant's counsel, on a need-to-know basis only; (ii) independent expert witnesses and/or advisors retained by the defendant and/or his counsel in connection with the criminal case or the SEC Case; (iii) fact witnesses, to the extent deemed necessary by defense counsel for trial preparation; and (iv) such other persons as hereafter may be authorized by the Court upon motion by the defendant. Each of the individuals to whom disclosure is made pursuant to the above provision shall be provided a copy of this protective order and advised that he/she shall not further disseminate the materials except by the express direction of counsel for the defendant and in a manner consistent with this Order. Copies of documents containing Confidential Information may not be given to or remain in the custody of fact witnesses.

3. Confidential Information may also be disclosed to counsel for a party in the SEC Case, but only pursuant to a duly issued discovery request in the SEC Case and only after the defendant and/or his counsel has designated the Confidential Information as "Confidential" pursuant to the protective order dated December 16, 2009 entered in the SEC Case.

4. The defendant agrees that he has no ownership and/or proprietary interest in the materials subject to this Protective Order. The defendant further agrees that all such materials are to be returned to the Government at such time as they are no longer needed in this action, at the end of the criminal proceeding, and the SEC Case, and/or upon Order of the Court, whichever occurs first.

02/23/2011 09:07 FAX          AKIN GUMP 6TH                    ☒005
Case 1:22-cv-20521-DSL Document 27-13 Entered on FLSD Docket 12/22/2022 Page 3 of 3
Case 1:09-cr-01184-RJH Document 240 Filed 03/06/11 Page 3 of 3

5. The provisions of this Order shall not be construed as preventing the disclosure of any information in any motion, hearing, and/or trial held in this action or the SEC Case, and/or to the Court for the purposes of this action.

6. Nothing in this Order shall preclude the Government and/or the defendant from seeking a further protective order pursuant to Rule 16(d) as to particular items of discovery material.

7. This Order is entered without prejudice to either party's right to seek a revision of the Order by appropriate motion to the Court.

Dated: February 21, 2011
New York, New York

PREET BHARARA
United States Attorney for the
Southern District of New York

*Reed Brodsky, Esq.*
Assistant United States Attorney for the
Southern District of New York

*John M. Dowd, Esq.*
Attorney for Defendant Raj Rajaratnam

SO ORDERED:

HONORABLE RICHARD J. HOLWELL
UNITED STATES DISTRICT JUDGE
3/6/11

3