UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA.

v.

THEODORE FARNSWORTH and J. MITCHELL LOWE,

Defendants.

Case No. 22-CR-20521-RNS

**DEFENDANTS' UNOPPOSED JOINT MOTION
TO CONTINUE TRIAL DATE**

Defendants Theodore Farnsworth and J. Mitchell Lowe (collectively, the "Defendants"), jointly move the Court to continue the trial date in this matter, which is currently scheduled to begin on January 17, 2023, with calendar call scheduled for January 10, 2023. No prior motion to continue the trial date has been filed. In support of the joint motion, Defendants state as follows:

Defendants are charged with securities fraud and wire fraud. The case involves allegations that the Defendants engaged in a scheme to defraud investors of a publicly traded company. As to be expected in this complex case, discovery is vast and voluminous. The government recently produced more than 2.7 million records. Discovery to date includes voluminous emails, text messages, financial information, and investigative materials. Defense counsel needs additional time to continue reviewing the discovery to properly prepare for trial.

Accordingly, the Defendants respectfully seek a continuance of the trial date until a date on or around Monday, September 11, 2023 that is available on the Court's schedule, and submit that good cause is shown in support of the continuance. The Defendants further submit that the ends of justice are served by granting the continuance and outweigh the best interest of the public and the Defendants regarding a speedy trial pursuant to 18 U.S.C. § 3161 because the

failure to grant the continuance will prevent the Defendants from receiving an effective defense and representation. Defense counsel has advised the Defendants as to their Speedy Trial rights and the Defendants waive those rights in seeking a continuance.

<u>Meet-and-confer.</u> Defense counsel has conferred with the Government regarding this joint defendants' motion and the parties agree that the continuance sought herein is appropriate. The Government therefore has no objection and agrees with the continuance.

WHEREFORE, the Defendants respectfully request the Court continue the trial date to begin on or around September 11, 2023. A proposed order is attached hereto as Exhibit A.

DATED: December 28, 2022

<div style="column-count:2">

<u>/s/ Matthew I. Menchel</u>
Matthew I. Menchel
Adriana Riviere-Badell
KOBRE & KIM LLP
201 South Biscayne Boulevard
Suite 1900
Miami, Florida 33131
Telephone: (305) 967-6108
Email: matthew.menchel@kobrekim.com
         adriana.riviere-badell@kobrekim.com

*Counsel for J. Mitchell Lowe*

<u>/s/ Henry P. Bell</u>
Henry P. Bell
BELL ROSQUETE REYES ESTEBAN, PLLC
999 Ponce de Leon Boulevard, Suite 1120-PH
Coral Gables, Florida 33134
Telephone: (305) 570-1610
Email: hbell@brresq.com

Jason H. Cowley
MCGUIREWOODS LLP
1251 6th Ave., 20th Floor
New York, NY 10020
Telephone: (212) 548 (212) 548-2138
Email: jcowley@mcguirewoods.com

*Admitted Pro Hac Vice*

*Counsel for Theodore Farnsworth*

</div>

**CERTIFICATE OF SERVICE**

    The undersigned certifies that on this 28th day of December 2022, a copy of the foregoing was filed electronically by using the CM/ECF system, and that notification of this filing is to be provided to all counsel of record who have registered to receive notices from the court under the CM/ECF system.

                                    */s/ Henry P. Bell*
                                    Henry P. Bell
                                    Fla. Bar No. 090689