# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA. <br><br> v. <br><br> THEODORE FARNSWORTH and J. MITCHELL LOWE, <br><br> Defendants. | Case No. 22-CR-20521-RNS |

## CERTIFICATION OF GEORGE J. TERWILLIGER III

George J. Terwilliger III, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the District of Columbia Bar (Member # 956532), the United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the Fourth Circuit, the United States Court of Appeals for the District of Columbia Circuit, the United States Tax Court, and the United States Supreme Court; and (3) I have not filed three or more motions for pro hac vice admission in this District within the last 365 days.

*/s/ George J. Terwilliger III*
George J. Terwilliger III
MCGUIREWOODS LLP
888 16th Street N.W.
Washington, D.C. 20006
Telephone:  (202) 857-2473
Facsimile:  (202) 828-2965
Email:
gterwilliger@mcguirewoods.com