UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 22-20521-CR-SCOLA

UNITED STATES OF AMERICA

Plaintiff

v.

THEODORE FARNSWORTH

Defendant

**MOTION FOR BENJAMIN A. O'NEIL ESQ. TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Benjamin A. O'Neil, Esq. of the law firm of MCGUIRE WOODS, LLP, 888 16th Street N.W. Suite 500 Black Lives Matter Plaza Washington, D.C. 2000, phone: 202-857-2466, email boneil@mcguirewoods.com for purposes of appearance as co-counsel on behalf of the Defendant, Theodore Farnsworth, in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Benjamin A. O'Neil, Esq. to receive electronic filings in this case, and in support thereof states as follows:

1.      Benjamin A. O'Neil, Esq. is not admitted to practice in the Southern District of Florida and is a member in good standing of the Bar of Maryland (Member # 500796), the District of Columbia Bar (Member # 0512150013), the United States Court of Appeals for the District of Columbia Circuit, the United States District Court for the District of Columbia, and the United States District Court for the District of Maryland.

2.      Movant, Henry P. Bell, Esq. of the law firm of BELL ROSQUETE REYES ESTEBAN, PLLC, 999 Ponce De Leon Blvd., Suite 810, 305.570.1610, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consent to be designated as members of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3.      In accordance with the Local Rules of this Court, Benjamin A. O'Neil< Esq. has made payment of this Court's $200.00 admission fee. A Certification in accordance with Rule 4(b) is attached hereto.

4.      Benjamin A. O'Neil, Esq., by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court

to provide Notice of Electronic Filings to Benjamin A. O'Neil, Esq. at email address: boneil@mcguirewoods.com.

**WHEREFORE**, Movant Henry P. Bell, Esq. of the law firm of Bell Rosquete Reyes Esteban, PLLC, move this Court to enter an Order allowing Benjamin A. O'Neil, Esq. to appear before this Court on behalf of Defendant, Theodore Farnsworth, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Benjamin A. O'Neil, Esq. at the email address boneil@mcguirewoods. A proposed Order is attached hereto for the Court's consideration.

Dated: January 3, 2023       Respectfully submitted,

/s/ Henry P. Bell
Henry P. Bell, Esq.
Fla. Bar No. 0090689
Primary: hbell@brresq.com
**BELL ROSQUETE REYES ESTEBAN, PLLC**
999 Ponce De Leon Blvd.
Suite 810
Coral Gables, Florida 33134
305.570.1610
Secondary: info.@brresq.com; kjones@brresq.com

### CERTIFICATE OF SERVICE

The undersigned certifies that on January 3, 2023, the foregoing document was filed electronically and notification of this filing is to be provided to all counsel of record by way of the Court's ECF filing system.

/s/ Henry P. Bell
Henry P. Bell
Fla, Bar no. 090689