**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA.

     v.                                             Case No. 22-CR-20521-RNS

THEODORE FARNSWORTH and J.
MITCHELL LOWE,

                  Defendants.

## CERTIFICATION OF BENJAMIN A. O'NEIL

Benjamin A. O'Neil, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the Bar of Maryland (Member # 500796), the District of Columbia Bar (Member # 0512150013), the United States Court of Appeals for the District of Columbia Circuit, the United States District Court for the District of Columbia, and the United States District Court for the District of Maryland; and (3) I have not filed three or more motions for pro hac vice admission in this District within the last 365 days.

                                       */s/ Benjamin A. O'Neil*
                                       Benjamin A. O'Neil
                                       MCGUIREWOODS LLP
                                       888 16th Street N.W.
                                       Washington, D.C. 20006
                                       Telephone:   (202) 857-2466
                                       Facsimile:   (202) 828-2966
                                       Email: boneil@mcguirewoods.com