# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA.

v.

THEODORE FARNSWORTH and J. MITCHELL LOWE,

Defendants.

Case No. 22-CR-20521-RNS

## CERTIFICATION OF ROY G. DIXON, III

Roy G. Dixon, III, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the North Carolina State Bar (Member # 59688), the New York Bar (Member # 5669486), the United States District Court for the Southern District of New York, and the United States District Court for the Eastern District of New York; and (3) I have not filed three or more motions for pro hac vice admission in this District within the last 365 days.

/s/ Roy G. Dixon, III
Roy G. Dixon, III
MCGUIREWOODS LLP
201 North Tryon Street
Suite 3000
Charlotte, North Carolina 28202
Telephone:  (704) 343-2190
Facsimile:   (704) 373-8840
Email: rdixon@mcguirewoods.com