United States District Court
for the
Southern District of Florida

| | |
|---|---|
| United States of America,<br>Plaintiff<br><br>v.<br><br>Theodore Farnsworth, and<br>J. Mitchell Lowe,<br>Defendants. | )<br>)<br>)<br>)<br>)  Criminal Case No. 22-20521-CR-Scola<br>)<br>)<br>)<br>) |

### Order Continuing Trial – Ends of Justice

**This Cause** came before the Court on Defendants' Unopposed Motion to Continue Trial Date, filed December 28, 2022. The Court has considered the Motion, the arguments presented by Counsel, and being otherwise fully advised, it is

**Ordered and Adjudged** that Defendants' Unopposed Motion to Continue Trial Date (**ECF No. 29**) is **granted**. **The trial date is continued as to both defendants**. The interests of justice served by a continuance outweigh any interest of the public or the Defendant in a speedy trial. As a result, the period of delay resulting from this continuance — *i.e.*, from the date the Motion was filed, **December 28, 2022**, to and including the date trial commences — is excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(7).

The above-named defendant is hereby set for jury trial before the Honorable Robert N. Scola, Jr., United States District Judge, at 400 North Miami Avenue, Courtroom 12-3, Miami, Florida, during the two-week trial period that begins on **September 11, 2023, at 9:00 a.m.** A calendar call will be held on **Tuesday, September 5, 2023, at 9:00 a.m.** at the same location. **All counsel and defendants are required to be present at the calendar call.**

**Done and Ordered** in Chambers at Miami, Florida, on January 3, 2023.

_____
**Robert N. Scola, Jr.**
**United States District Judge**

cc: counsel of record