UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-CR-20521-RNS

**UNITED STATES OF AMERICA**

vs.

**THEODORE FARNSWORTH and
J. MITCHELL LOWE**

     **Defendants.**

_____/

**UNITED STATES' SECOND RESPONSE TO
THE STANDING DISCOVERY ORDERS**

The United States hereby files this Second Response to the Standing Discovery Orders (ECF Nos. 8 and 9) as to Defendants Theodore Farnsworth and J. Michell Lowe (the "Defendants") and hereby notifies the Court that as of February 7, 2023, the following supplemental discovery has been produced to the Defendants:

| Description | Beginning Bates Range | Ending Bates Range |
|---|---|---|
| Bankruptcy Trustee's Documents | DOJ-PROD19-0000000001 | DOJ-PROD19-0000000060 |
| SEC Documents | DOJ-PROD19-0000000061 | DOJ-PROD19-0000000062 |
| Agents' Interview Reports, Notes, and Attachments | DOJ-PROD19-0000000063 | DOJ-PROD19-0000001494 |
| Subpoena Returns | DOJ-PROD19-0000001495 | DOJ-PROD19-0000001508 |

In addition to the documents listed above, the government also produced native files to supplement the government's first discovery production to ensure that the government's past and future productions are formatted consistently.

The United States recognizes that its obligation to provide discovery is of a continuing nature and will supplement this response if and when it obtains additional evidence and materials.

        Respectfully submitted,

        GLENN S. LEON
        CHIEF, FRAUD SECTION
        CRIMINAL DIVISION
        U.S. DEPARTMENT OF JUSTICE

By:   /s/ Lauren Archer
        Christopher Fenton
        Lauren Archer
        Trial Attorneys
        Florida Special Bar No. A5502575 (Archer)
        United States Department of Justice
        Criminal Division, Fraud Section
        1400 New York Ave., NW
        Washington, DC 20005
        Tel: (202) 538-3859
        Email: Lauren.Archer2@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on February 7, 2023, the foregoing was filed and served on all counsel of record using the CM/ECF system.

      /s/ Lauren Archer
Lauren Archer
Trial Attorney
Florida Special Bar No. A5502575
United States Department of Justice
Criminal Division, Fraud Section
1400 New York Ave., NW
Washington, DC 20005
Tel: (202) 538-3859
Email: Lauren.Archer2@usdoj.gov