UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-CR-20521-RNS

UNITED STATES OF AMERICA

vs.

THEODORE FARNSWORTH and
J. MITCHELL LOWE

        Defendants.
_____/

### UNITED STATES' THIRD RESPONSE TO THE STANDING DISCOVERY ORDERS

The United States hereby files its third response to the Standing Discovery Orders (ECF Nos. 8 and 9) as to Defendants Theodore Farnsworth and J. Michell Lowe (the "Defendants") and hereby notifies the Court and all interested parties that as of April 7, 2023, the following supplemental discovery has been produced to the Defendants:

| Description | Beginning Bates Range | Ending Bates Range |
|---|---|---|
| Redacted FBI Report: Confidential Human Source | DOJ-PROD20-0000000001 | DOJ-PROD20-0000000010 |
| Redacted USPIS MOI: Confidential Human Source | DOJ-PROD20-0000000011 | DOJ-PROD20-0000000020 |
| Handwritten Diary Entries | DOJ-PROD20-0000000021 | DOJ-PROD20-0000000195 |
| Mitch Lowe, *Watch and Learn: How I Turned Hollywood Upside Down with Netflix, Redbox, and MoviePass – Lessons in Disruption* (2022) | DOJ-PROD20-0000000196 | DOJ-PROD20-0000000467 |

The United States recognizes that its obligation to provide discovery is of a continuing nature and will supplement this response if and when it obtains additional evidence and materials.

Respectfully submitted,

GLENN S. LEON
CHIEF, FRAUD SECTION
CRIMINAL DIVISION
U.S. DEPARTMENT OF JUSTICE

By:   /s/ Lauren Archer
Lauren Archer
Christopher Fenton
Matthew Reilly
Trial Attorneys
Florida Special Bar No. A5502575 (Archer)
United States Department of Justice
Criminal Division, Fraud Section
1400 New York Ave., NW
Washington, DC 20005
Tel: (202) 538-3859
Email: Lauren.Archer2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2023, the foregoing was filed and served on all counsel of record using the CM/ECF system.

    /s/ Lauren Archer
Lauren Archer
Trial Attorney
Florida Special Bar No. A5502575
United States Department of Justice
Criminal Division, Fraud Section
1400 New York Ave., NW
Washington, DC 20005
Tel: (202) 538-3859
Email: Lauren.Archer2@usdoj.gov