UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-CR-20521-RNS

UNITED STATES OF AMERICA

vs.

THEODORE FARNSWORTH and
J. MITCHELL LOWE

        Defendants.
_____/

## UNITED STATES' FOURTH RESPONSE TO THE STANDING DISCOVERY ORDERS

The United States hereby files its fourth response to the Standing Discovery Orders (ECF Nos. 8 and 9) as to Defendants Theodore Farnsworth and J. Michell Lowe (the "Defendants") and hereby notifies the Court and all interested parties that as of May 12, 2023, the following supplemental discovery has been produced to the Defendants:

| Description | Beginning Bates Range | Ending Bates Range |
|---|---|---|
| No Records Responses | DOJ-PROD21-0000000001 | DOJ-PROD21-0000000008 |
| Screenshots of Website URLs for Previously Produced Videos | DOJ-PROD21-0000000009 | DOJ-PROD21-0000000085 |
| Business Records Certification | DOJ-PROD21-0000000086 | DOJ-PROD21-0000000086 |
| Published Analyst Reports on HMNY | DOJ-PROD21-0000000087 | DOJ-PROD21-0000000260 |
| Email Containing Website URLs for Podcast and Interview | DOJ-PROD21-0000000261 | DOJ-PROD21-0000000261 |
| Proffer Agreements | DOJ-PROD21-0000000262 | DOJ-PROD21-0000000297 |

The United States recognizes that its obligation to provide discovery is of a continuing nature and will supplement this response if and when it obtains additional evidence and materials.

                                                Respectfully submitted,

                                                GLENN S. LEON
                                                CHIEF, FRAUD SECTION
                                                CRIMINAL DIVISION
                                                U.S. DEPARTMENT OF JUSTICE

By:   /s/ Lauren Archer
        Lauren Archer
        Christopher Fenton
        Matthew Reilly
        Trial Attorneys
        Florida Special Bar No. A5502575 (Archer)
        United States Department of Justice
        Criminal Division, Fraud Section
        1400 New York Ave., NW
        Washington, DC 20005
        Tel: (202) 538-3859
        Email: Lauren.Archer2@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 15, 2023, the foregoing was filed and served on all counsel of record using the CM/ECF system.

      /s/ Lauren Archer
Lauren Archer
Trial Attorney
Florida Special Bar No. A5502575
United States Department of Justice
Criminal Division, Fraud Section
1400 New York Ave., NW
Washington, DC 20005
Tel: (202) 538-3859
Email: Lauren.Archer2@usdoj.gov