UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-CR-20521-RNS

UNITED STATES OF AMERICA

vs.

THEODORE FARNSWORTH and
J. MITCHELL LOWE

           **Defendants.**

_____/

## UNITED STATES' FIFTH RESPONSE TO THE STANDING DISCOVERY ORDERS

The United States hereby files its fifth response to the Standing Discovery Orders (ECF Nos. 8 and 9) as to Defendants Theodore Farnsworth and J. Michell Lowe (the "Defendants") and hereby notifies the Court and all interested parties that as of May 26, 2023, the following supplemental discovery has been produced to the Defendants:

| Description | Beginning Bates Range | Ending Bates Range |
|---|---|---|
| Third Party Records Produced to the SEC | DOJ-PROD22-0000000001 | DOJ-PROD22-0000188874 |

The United States recognizes that its obligation to provide discovery is of a continuing nature and will supplement this response if and when it obtains additional evidence and materials.

           Respectfully submitted,

           GLENN S. LEON
           CHIEF, FRAUD SECTION
           CRIMINAL DIVISION
           U.S. DEPARTMENT OF JUSTICE

By:   /s/ Lauren Archer
       Lauren Archer
       Christopher Fenton

        Matthew Reilly
        Trial Attorneys
        Florida Special Bar No. A5502575 (Archer)
        United States Department of Justice
        Criminal Division, Fraud Section
        1400 New York Ave., NW
        Washington, DC 20005
        Tel: (202) 538-3859
        Email: Lauren.Archer2@usdoj.gov

## **CERTIFICATE OF SERVICE**

  I hereby certify that on May 30, 2023, the foregoing was filed and served on all counsel of record using the CM/ECF system.

             /s/ Lauren Archer
             Lauren Archer
             Trial Attorney
             Florida Special Bar No. A5502575
             United States Department of Justice
             Criminal Division, Fraud Section
             1400 New York Ave., NW
             Washington, DC 20005
             Tel: (202) 538-3859
             Email: Lauren.Archer2@usdoj.gov