UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA. | |
| v. | Case No. 22-CR-20521-RNS |
| THEODORE FARNSWORTH and J. MITCHELL LOWE, | |
| Defendants. | |

**DEFENDANTS' SECOND UNOPPOSED JOINT MOTION
TO CONTINUE TRIAL DATE**

Defendants Theodore Farnsworth and J. Mitchell Lowe (collectively, the "Defendants"), jointly move the Court to continue the trial date in this matter, which is currently scheduled to begin on September 11, 2023, to a date in or around September or October 2024. Defendants have filed one prior motion to continue the trial date, ECF No. 29, which the Court granted on January 3, 2023, ECF No. 37. The Defendants have conferred with the Government, and the Government does not oppose this motion. In support of the joint motion, Defendants state as follows:

Defendants are charged with carrying out a securities fraud and wire fraud scheme. Specifically, the case involves allegations that the Defendants engaged in a scheme to defraud investors of a publicly traded company, Helios and Matheson Analytics, Inc. (HMNY), by making material misstatements to the investing public regarding HMNY and its subsidiary MoviePass.

The discovery produced to date by the Government has been vast and voluminous, totaling more than 2.7 million records and 6.6 million pages of data. This data consists of hundreds of thousands of emails, text messages, financial records, and investigative materials, all of which counsel has been engaged in reviewing over the past several months. Counsel has determined that significant portions of the materials produced by the Government appear to lack critical metadata

1

that would allow for the efficient review of those documents. For example, many records are missing date fields, recipient information, and the ability to link conversations, some of which span the course of years. The Defendants and the Government have been engaged in good faith discussions regarding solutions to these issues or whether the Government can produce the relevant metadata, but, to date, the issues remain unresolved.

The Defendants also presently anticipate moving compel the production of additional discovery from the Government, including relevant material in the possession of the U.S. Securities and Exchange Commission.

In light of the volume and complexity of the discovery produced to date, as well as the pending issues regarding its contents, the Defendants believe they will not be able to be prepared to try this complex matter until well into 2024.

With respect to a trial date in 2024, counsel for the Defendants have several trials already scheduled that we respectfully submit necessitate setting the matter for a date in or around September or October 2024. Specifically, the following trials are presently scheduled in 2024:

Henry Bell, co-counsel for Mr. Farnsworth, is set to try *Bayport Financial Services v. Bay Boston*, No. 22-cv-21306-JEM, in this District on January 29, 2024.

Matthew Menchel, counsel for Mr. Lowe, is set to try *Propel Fuels, Inc. v. Phillips 66 Company*, No. 22CV007197, in California Superior Court for the County of Alameda on February 5, 2024.

Jason Cowley and Ben O'Neil, counsel for Mr. Farnsworth, and Christopher Fenton, counsel for the Government, are set to try *United States v. Pourhassan et al.*, No. 22-CR-440, in the United States District Court for the District of Maryland on March 25, 2024.

Matthew Menchel and Adriana Riviere-Badell, counsel for Mr. Lowe, are set to try *United States v. Gentile*, et al., No. 1:21-cr-00054-DG-PK, in the United States District Court for the Eastern District of New York on June 3, 2024.

Accordingly, the Defendants respectfully submit that good cause is shown in support of the continuance and seek to continue the trial date until a date in the fall of 2024 (in or around September or October) that is available on the Court's schedule. Should this motion be granted, the Defendants will not seek a further continuance of the trial date.

The Defendants further submit that the ends of justice are served by granting the continuance and outweigh the best interests of the public and the Defendants in a speedy trial pursuant to 18 U.S.C. § 3161 because the failure to grant the continuance will prevent the Defendants from receiving an effective defense and representation. Defense counsel has advised the Defendants as to their Speedy Trial rights and the Defendants waive those rights in seeking a continuance.

<u>Meet-and-confer.</u> Defense counsel has conferred with the Government regarding this joint motion, and the Government does not oppose the requested continuance.

WHEREFORE, the Defendants respectfully request the Court continue the trial date to begin on a date in the fall of 2024 that is available on the Court's schedule. A proposed order is attached.

DATED: June 2, 2023

Respectfully submitted,

/s/ Matthew I. Menchel
Matthew I. Menchel
Adriana Riviere-Badell
KOBRE & KIM LLP
201 South Biscayne Boulevard
Suite 1900
Miami, Florida 33131
Telephone: (305) 967-6108
Email: matthew.menchel@kobrekim.com
      adriana.riviere-badell@kobrekim.com

*Counsel for J. Mitchell Lowe*

/s/ Henry P. Bell
Henry P. Bell
BELL ROSQUETE REYES ESTEBAN, PLLC
999 Ponce de Leon Boulevard
Suite 810
Coral Gables, Florida 33134
Telephone: (305) 570-1610
Email: hbell@brresq.com

George Terwilliger, III
Jason H. Cowley
MCGUIREWOODS LLP
1251 6th Ave., 20th Floor
New York, NY 10020
Telephone: (212) 548-2138
Email: gterwilliger@mcguirewoods.com
      jcowley@mcguirewoods.com

*Admitted Pro Hac Vice*

*Counsel for Theodore Farnsworth*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 2nd day of June, 2023, a copy of the foregoing was filed electronically by using the CM/ECF system, and that notification of this filing is to be provided to all counsel of record who have registered to receive notices from the court under the CM/ECF system.

                                              */s/ Henry P. Bell*
                                              Henry P. Bell
                                              Fla. Bar No. 090689