UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-20521-RNS

UNITED STATES OF AMERICA

v.

THEODORE FARNSWORTH and
J. MITCHELL LOWE,

        **Defendants.**
_____/

## ORDER ON DEFENDANTS' SECOND UNOPPOSED
## JOINT MOTION TO CONTINUE TRIAL DATE

**THIS CAUSE,** having come before the Court on the Defendants' second unopposed joint motion to continue the trial date, [ECF. No. _____], the Court having reviewed all pertinent filings and being otherwise duly advised in the premises, finds as follows:

**ORDERED AND ADJUDGED** that the Defendants' motion is **GRANTED.** The Defendants have established good cause in support of the requested continuance. The trial in this case is hereby set for **Criminal Jury Trial** before the Honorable Robert N. Scola, Jr., United States District Judge, at **400 N. Miami Avenue, Miami, Florida, Courtroom 12-3, Miami, Florida** during the two-week period commencing _____, _____ __, **2024, at 9:00 a.m.** or as soon thereafter as the case may be called. A **Calendar Call** will be held at 2:00 p.m. on _____, _____ __, 2024, at **400 N. Miami Avenue, Miami, Florida, Courtroom 12-3, Miami, Florida**. **All counsel and defendants must appear at the calendar call.** This Court finds that: (1) the period for delay resulting from the granting of this joint continuance, to and including the date the trial commences, is excludable time in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.;* and (2) the ends of justice are served by

granting the continuance and outweigh the best interest of the public and Defendants with regard to a speedy trial pursuant to 18 U.S.C. § 3161 because the failure to grant the continuance will prevent the Defendants from receiving an effective defense.

      **DONE AND ORDERED** in the Southern District of Florida, on this _____ day of June 2023.

                                                                                                                    _____
                                                                                                     HON. ROBERT N. SCOLA, JR.
                                                                                                     UNITED STATES DISTRICT JUDGE

CC:     All counsel of record