# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA.

v.

THEODORE FARNSWORTH and J. MITCHELL LOWE,

Defendants.

Case No. 22-CR-20521-RNS

## DEFENDANT'S EXPEDITED MOTION TO MODIFY ARREST WARRANT

Defendant, Theodore Farnsworth, pursuant to Local Rule 7(d)(2) moves the Court on an expedited basis for an order modifying the Court's arrest warrant on an alleged bond violation to allow the presiding United States Magistrate Judge in the Northern District of New York to release the defendant on bond pending appearance in this court for a revocation hearing.

This motion was originally filed conventionally in error because of the undersigned's misreading of the local rule. Hence, it is being filed via cmcf as it should have been filed. We apologize for the confusion.

On August 2, 2023, Mr. Farnsworth was arrested in the Northern District of New York after the Court issued an arrest warrant, stemming from Probation's July 28, 2023 Petition for Action on Conditions of Pretrial Release (ECF 57). The arrest warrant states: "**Bail fixed at: no bond**. Upon arrest of the defendant, he is to be brought before the Duty Magistrate Judge only for the purposes of advising the defendant of the charges against [him/her] and appointment of counsel.  All other

1

matters including bond will be held before United States District Judge Robert N. Scola, Jr."

Following his arrest, Mr. Farnsworth appeared for before United States Magistrate Judge Lovic in the Northern District of New York. The Magistrate Judge continued the hearing until Friday, August 5, 2023 afternoon at 3:00 PM to give the defendant the opportunity to file the instant motion before this Court, expressly permitting us to seek further direction from the District Court on whether the District Court may permit the Magistrate Judge to hold a bond or detention hearing and consider conditions of release. We have only two days to report back to the Magistrate Judge and wish to avoid Mr. Farnworth being soon removed from the Northern District of New York for lengthy travel to the Southern District of Florida while in the custody of the United States Marshall. And it is also the case that the defendant's mother died unexpectedly two days prior to his arrest and, until arrested, he was planning to attend her funeral on Monday, August 7, 2023. Her burial is the next day on August 8, 2023. Indeed, he was arrested at his mother's home attending to his deceased mother's affairs. Accordingly, Mr. Farnsworth respectfully files this motion as an expedited motion and requests that the Court rule on the motion before 3:00 PM on Friday August 4, 2023, when he will again appear before the Magistrate Judge Lovic.

We are essentially seeking Mr. Farnsworth's release so that he may attend his mother's funeral and appear before the Court in the Southern District of Florida while on conditions of release rather than in custody. As the Court found previously,

Mr. Farnsworth, a United States Citizen with no prior criminal record voluntarily surrendered in this case, did not present and has not presented a risk of flight. His bond conditions expressly permit him to travel without prior authorization between the Northern District of New York and the Southern District of Florida and say nothing with respect to any requirement regarding notice prior to travel to these authorized jurisdictions. (ECF 13 at 7). The stated premise for his alleged violation of conditions of release is that he did so travel in a certain period without having provided notice or having authorization.[1]

Travel from the Northern District of New York to the Southern District of Florida while in custody will be especially onerous and time consuming. Respectfully, there is nothing about Mr. Farnsworth that suggests that he cannot be trusted to travel on his own and appear in Court in compliance with a Court order or summons. An arrest warrant that forbids the United States Magistrate in the Northern District of New York from holding a detention or bond hearing and releasing Mr. Farnsworth on conditions of bond release so that he can bury his mother and travel on his own to the Southern District of Florida is unnecessary in *this* case.

A reading of Probation's petition shows that, because Mr. Farnsworth left the Northern District of New York without notifying and / obtaining authorization from his probation officer, Probation was moving for revocation of the bond and an arrest warrant. ECF 57. The Probation violation memorandum shows that it only

---

[1] "Respectfully presenting petition for action of Court and for cause as follows: From on or around July 6,2023, through on or about July14, 2023, the defendant left the Northern District of New York, where he resides without notifying and/or obtaining authorization from Pretrial Services." See Docket 57.

recommended that the Court modify the conditions of bond release to require authorization before *all* travel. That is obviously because the conditions of bond in this matter do *not* require Mr. Farnworth to seek such authorization when traveling to and from the Northern District of New York and the Southern District of Florida. Hence, there is the genuine issue as to whether Mr. Farnsworth violated the conditions of bond release.

Nevertheless, regardless of whether there is an issue regarding the purported violation, keeping Mr. Farnsworth in custody is, we respectfully submit, not necessary to ensure he appears at his revocation hearing before the Court and will result in Mr. Farnworth missing his mother's funeral and burial. In sum, through this motion we are respectfully requesting that the Court reconsider its decision to essentially hold Mr. Farnsworth with no bond until he appears before the Court in the Southern District of Florida.

Met and confer. The undersigned attorneys conferred with counsel for the United States before filing this motion and they stated that they will file an opposition to this motion shortly after its filing.

Wherefore, the defendant, Theodore Farnsworth respectfully requests that the Court enter an order modifying its arrest warrant to permit the United States Magistrate in the Northern District of New York to release Mr. Farnsworth on bond and appear in the Southern District of Florida while on conditions of his bond release. A proposed order is attached.

DATED: August 3, 2023

                                                             Respectfully submitted,

*/s/ Henry P. Bell*
Henry P. Bell
BELL ROSQUETE REYES ESTEBAN, PLLC
999 Ponce de Leon Boulevard
Suite 810
Coral Gables, Florida 33134
Telephone: (305) 570-1610
Email: hbell@brresq.com

George Terwilliger, III
Jason H. Cowley
MCGUIREWOODS LLP
1251 6th Ave., 20th Floor
New York, NY 10020
Telephone: (212) 548-2138
Email: gterwilliger@ mcguirewoods.com
        jcowley@mcguirewoods.com

*Admitted Pro Hac Vice*

*Counsel for Theodore Farnsworth*

5

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 3rd day of August, 2023, a copy of the foregoing was filed via CMECF on all counsel of record.

*/s/Henry P. Bell*
Henry P. Bell
Fla. Bar No. 090689