UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:22-cr-20521-SCOLA

UNITED STATES OF AMERICA,

    *Plaintiff,*

vs.

THEODORE FARNSWORTH,

    *Defendant.*

_____/

## **ORDER**

THIS CAUSE, having come before the Court on the Defendant's Expedited Motion to Amend Arrest Warrant (ECF. No. ____). Having read the motion and being otherwise advised in the matter, the motion is **granted**. The arrest warrant of July 28, 2028 is hereby amended to permit the United States Magistrate in the Northern District of New York to hold a bond or detention hearing and consider conditions of release. All other hearings or proceedings on this matter shall be held, upon notice, in the Southern District of Florida.

DONE AND ORDERED in Chambers in the Southern District of Florida this ____ day of August 2023.

                                            _____
                                            Robert N. Scola
                                            United States District Judge

CC:    Clerk of Courts
         All counsel of record
         United States Pretrial and Probation