| | |
|---|---|
| **From:** | Kevin Ruskin |
| **To:** | FLSDdb_efile Scola |
| **Subject:** | Court Docket No.: 22-20521-CR |
| **Date:** | Tuesday, August 8, 2023 7:14:53 PM |

**CAUTION - EXTERNAL:**

Dear Judge Scola,

I am writing in regard to the upcoming bond hearing for Theodore Farnsworth.  I am an investor in another of Mr. Farnsworth's publicly traded companies, Vinco Ventures, in which he has continued the same alleged fraudulent practices of materially false and misleading representations which have caused the company to decrease over 90% in value and become de-listed from the NASDAQ exchange costing investors millions of dollars.

A group of Vinco investors is currently suing Mr. Farnsworth in NV civil courts (state of incorporation) for his fraudulent conduct, and may soon be taking action in federal courts.  We believe it is imperative that Mr. Farnsworth remain in custody which will constrain his ability to conduct more fraudulent acts and humbly request that you deny bond for Mr. Farnsworth at this hearing and remand him to custody as a matter of public safety until his trial can be completed.

As further evidence of continued wrongdoing, Mr. Farnsworth in a 4/6/23 NY Times article claimed to be "operating" the National Enquirer, though the purchase deal had not been completed and subsequently fell apart.  See https://www.nytimes.com/2023/04/06/business/media/national-enquirer-hush-money-trump.html and A publicly traded media venture with ties to MoviePass' former chairman has been suspended from Nasdaq and its stock is in free fall



**A publicly traded media venture with ties to MoviePass' former chairman ...**
Ashley Rodriguez
Vinco Ventures became a meme stock in 2021 after teaming up with the ex-chairman of MoviePass and touting acquis...

Sincerely,
Kevin Ruskin

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.