# MINUTE ORDER

Page 1

## Magistrate Judge Lauren F. Louis

Atkins Building Courthouse – 3rd Floor          Date: 8/10/2023   Time: 12:30 p.m.

Defendant: Theodore J. Farnsworth          J#: 30214-510   Case #: 22-CR-20521-SCOLA
AUSA: Michael Berger          Attorney: Henry Bell - pcm
Violation: PRETRIAL SERVICES VIOLATION (Bond Violation)          Surr/Arrest Date: 8/9/2023   YOB: 1962

Proceeding: Initial Appearance          CJA Appt:
Bond/PTD Held: ☐ Yes  ☐ No          Recommended Bond:
Bond Set at:          Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services  Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: English

Disposition:
- Deft advised of rights & Charges
- "No bond" per Warrant
- All further proceedings before Judge Scola

Time from today to _____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:     Time:     Judge:     Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 12:40:16 // 12:46:43          Time in Court: 8 minutes

s/Lauren F. Louis          Magistrate Judge