UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-20521-RNS

UNITED STATES OF AMERICA

    v.

THEODORE FARNSWORTH

    **Defendant.**

_____

**GOVERNMENT'S MOTION FOR ORDER RE:
ELECTRONIC EQUIPMENT IN THE COURTHOUSE**

The United States of America, by and through the undersigned attorneys, respectfully requests that the Court issue an Order pursuant to this Court's Administrative Order *In re: Cellular Phone and Electronic Equipment Usage in the Courthouse*, Admin. Order 2018-79 (S.D. Fl. Oct. 17, 2018) ¶ I.A permitting U.S. Department of Justice paralegal Michaela Ausbrooks to bring electronic devices, including a laptop, cellular phones, and any necessary cords or attachments for those devices, into the Wilkie D. Ferguson, Jr. United States Courthouse. The proposed Order is limited to the specific period of time of September 6-7, 2023 and for the specific purpose of preparation for and assistance during the bond revocation hearing scheduled for September 7 in this case. The electronic equipment is necessary for Ms. Ausbrooks to assist the Government's attorneys in preparation for and presentation at the revocation hearing.

Furthermore, the Government respectfully requests, consistent with ¶I.A of the Administrative Order, that the Court order the Clerk's Office to promptly forward its Order to the United States Marshals Service for verification in advance of September 6, 2023.

Therefore, the United States' respectfully requests that the Court grant the Government's motion and issues the proposed Order concerning electronic equipment in the Courthouse for September 6-7, 2023.

Respectfully submitted,

GLENN S. LEON
CHIEF, FRAUD SECTION
CRIMINAL DIVISION
U.S. DEPARTMENT OF JUSTICE

September 1, 2023

By:   /s/ Matthew Reilly
Lauren Archer
Christopher Fenton
Matthew Reilly
Trial Attorneys
Florida Special Bar No. A5503036 (Reilly)
United States Department of Justice
Criminal Division, Fraud Section
1400 New York Ave., NW
Washington, DC 20005
Tel: (202) 320-8523
Email: matthew.reilly2@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 1, 2023, the foregoing was filed conventionally and served on all counsel of record as described in Local Rule 5.4.

      /s/ Matthew Reilly
Matthew Reilly
Trial Attorney
Florida Special Bar No. A5503036
United States Department of Justice
Criminal Division, Fraud Section
1400 New York Ave., NW
Washington, DC 20005
Tel: (202) 320-8523
Email: matthew.reilly2@usdoj.gov