**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-CR-20521-RNS**

**UNITED STATES OF AMERICA**

**v.**

**THEODORE FARNSWORTH**

**Defendant.**

_____/

**ORDER**
**REGARDING ELECTRONIC EQUIPMENT IN THE COURTHOUSE**

Upon consideration of the United States' Motion, pursuant to this Court's Administrative Order *In re: Cellular Phone and Electronic Equipment Usage in the Courthouse*, Admin. Order 2018-79 (S.D. Fl. Oct. 17, 2018) ¶ I.A, the Court finds good cause for the Motion, and it is hereby ORDERED that:

U.S. Department of Justice paralegal Michaela Ausbrooks may bring electronic devices, including a laptop, cellular phones, and any necessary cords or attachments for those devices, into the Wilkie D. Ferguson, Jr. United States Courthouse on September 6-7, 2023.

FURTHERMORE, it is ORDERED that the Clerk's Office shall promptly forward this Order to the United States Marshals Service for verification prior to September 6, 2023.

DONE AND ORDERED this _____ day of September 2023, in Miami, Florida.

_____
HON. ROBERT N. SCOLA, JR.
UNITED STATES DISTRICT JUDGE