# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA. | |
| v. | Case No. 22-CR-20521-RNS |
| THEODORE FARNSWORTH and J. MITCHELL LOWE, | |
| Defendants. | |

## DEFENDANT THEODORE FARNSWORTH'S
## UNOPPOSED MOTION TO STAY ORDER TO FILE REDACTED, UNSEALED MATERIALS (ECF NO. 87) FOR 7 DAYS

After holding its evidentiary hearing on the Government's Motion to revoke Mr. Farnsworth's pre-trial release on September 7, 2023, this Court requested the parties to file redacted, unsealed versions of all briefing and other materials related to the revocation issue by today, September 13, 2023. *See* ECF No. 87.

While preparing their filings, the parties met and conferred regarding proposed redactions to the public filings. Based on these discussions, Mr. Farnsworth may need to seek relief from the Court regarding redaction related issues. To provide additional time for the parties to meet and confer on these issues and, if necessary, for Mr. Farnsworth to seek relief from the Court, Mr. Farnsworth respectfully requests the Court to temporarily stay, or extend the time within which the parties must comply with, its Order for seven (7) days.

<u>Meet-and-confer.</u>

Undersigned counsel conferred with DOJ Trial Attorney Lauren Archer, who has no objection to this motion. And the parties agree that the extension of time sought through this motion apply to *both* the United States and the defendant. Hence, we seek a stay of the order.

WHEREFORE, the defendant, Theodore Farnsworth, respectfully requests that the Court enter staying its Order at ECF 87 for seven (7) days. A proposed order is attached.

Respectfully submitted this 13th day of September 2023.

> */s/ Henry P. Bell*
> BELL ROSQUETE REYES ESTEBAN, PLLC
> 999 Ponce de Leon Boulevard
> Suite 810
> Coral Gables, Florida 33134
> Telephone: (305) 570-1610
> Email: hbell@brresq.com
>
> George James Terwilliger, III (*pro hac vice*)
> Jason H. Cowley (*pro hac vice*)
> MCGUIREWOODS LLP
> 1251 6th Ave., 20th Floor
> New York, NY 10020
> Telephone: (212) 548-2138
> Email: gterwilliger@mcguirewoods.com
>         jcowley@mcguirewoods.com
>
> *Admitted Pro Hac Vice*
>
> *Counsel for Mr. Theodore J. Farnsworth*

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 13, 2023 a copy of the foregoing was filed electronically by using the CM/ECF system, and that notification of this filing is to be provided to all counsel of record who have registered to receive notices from the court under the CM/ECF system.

/s/ *Henry P. Bell*
Henry P. Bell
Fla. Bar No. 090689