**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-CR-20521-RNS**

**UNITED STATES OF AMERICA**

v.

**THEODORE FARNSWORTH and**
**J. MITCHELL LOWE,**

        **Defendants.**
_____/

**ORDER ON DEFENDANTS THEODORE FARNSWORTH**
**UNOPPOSED MOTION TO STAY ORDER TO FILE**
**REDACTED, UNSEALED MATERIALS (ECF 87) FOR 7 DAYS**

      **THIS CAUSE,** having come before the Court on the Defendants' Unopposed Motion to Stay the Court's Order to File Redacted, Unsealed Materials [ECF. No. _____], the Court having reviewed all pertinent filings and being otherwise duly advised in the premises, finds as follows:

      **ORDERED AND ADJUDGED** that the Defendants' motion is **GRANTED.**  The Court hereby stays its Order at ECF 87 for seven (7) days.

      **DONE AND ORDERED** in the Southern District of Florida, on this _____ day of September 2023.

 

                                                    HON. ROBERT N. SCOLA, JR.
                                                    UNITED STATES DISTRICT JUDGE

CC:    All counsel of record