United States District Court
for the
Southern District of Florida

UNITED STATES OF AMERICA,
        Plaintiff

v.

THEODORE FARNSWORTH,

        Defendant.

CASE NO. 22-CR-20521-RNS

## NOTICE OF FILING REDACTED DOCUMENTS

Consistent with the Court's Orders (ECF Nos. 87, 98) requiring the parties to file redacted, unsealed versions of all materials related to the revocation of defendant Theodore Farnsworth's pretrial release, the government hereby files the following redacted, unsealed documents:

| Document Description | ECF No. |
|---|---|
| Government's Motion to Revoke Farnsworth's Pretrial Release | 67 |
| Exhibits 1-19 | 67-1 |
| Government's Reply in Further Support of Revocation | 79 |
| Exhibits 20-31 | 79-1 |

Respectfully submitted,

GLENN S. LEON
CHIEF, FRAUD SECTION
CRIMINAL DIVISION
U.S. DEPARTMENT OF JUSTICE

By:  /s/ Lauren Archer
      Lauren Archer
      Christopher Fenton
      Matthew Reilly

                Trial Attorneys
                Florida Special Bar No. A5502575 (Archer)
                United States Department of Justice
                Criminal Division, Fraud Section
                1400 New York Ave., NW
                Washington, DC 20005
                Tel: (202) 538-3859
                Email: Lauren.Archer2@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 12, 2023, the foregoing was filed and served on all counsel of record via the CM/ECF system.

    /s/ Lauren Archer
Lauren Archer
Trial Attorney
Florida Special Bar No. A5502575
United States Department of Justice
Criminal Division, Fraud Section
1400 New York Ave., NW
Washington, DC 20005
Tel: (202) 538-3859
Email: Lauren.Archer2@usdoj.gov