| 1. NYSID No. NY | | 2. OBTS No. | | | | **New York State ARREST REPORT** | | 3. Case No. 23-278068 | | 4. Ref. No. | | 4b. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5. FBI No. | | 6. Arrest No. 142 | 7. Agency **14 Baldwinsville Police** | | | | 8. Division/Precinct | | 4a. | | | |

**DEFENDANT INFORMATION**

| 9. Last | First | | | Mi | Suffix | 10. Alias/Nickname/Maiden Name (Last, First Middle) | | | 11. Phone Number | |
|---|---|---|---|---|---|---|---|---|---|---|
| 12. Address # | Prefix | Street Name | | | Street Type | Suffix | Bldg # | Apt # | 13. City Town | City/Town/Village Liverpool | State NY | Zip |

| 14. Resident Status Resident | 15. Place of Birth Kuito, Ecuador | | 16. Date of Birth 1994 | 17. Age 28 | 18. Sex M | 19. Race White | 20. Ethnicity Non Hisp | 21. Skin Light | 22. Hgt 5' 09" | 23. Weight 190 |
|---|---|---|---|---|---|---|---|---|---|---|

| 24. Hair BLK | 25. Eyes BRO | 26. Glasses No | 27. Build Medium | 28. Marital Status Single | 29. U.S. Citizen Yes | 30. Citizen of USA |
|---|---|---|---|---|---|---|

| 31. Social Security No. 260 | 32. Education 12 | 33. Religion None | 34. Occupation None | 35. Employed No | 36. Scars/Marks/Tattoos (Describe) None |
|---|---|---|---|---|---|

**ARREST INFORMATION**

| 37. Arresting Officer Z. McCaleb | 38. ID No. 0147 | 39. Assisting Officer R. Thibault | | 40. ID No. Agency 0132  14 Baldwinsville Police | | 41. Arrest Date 05/16/2023 | 42. Time 18:45 |
|---|---|---|---|---|---|---|---|

| 43. Location of Arrest City/Town/Village Village  Baldwinsville | | Address No. | Prefix | Street Name | | Street Type | Suffix | Bldg # | Apt # |
|---|---|---|---|---|---|---|---|---|---|

| State NY | Zip | 44. Juvenile No | 45. Defendant Condition At Arrest Appeared Normal | 46. Weapon(s) At Arrest None/Not Applicable | | 47. Co-defendants Arrest No |
|---|---|---|---|---|---|---|

| 48. Miranda Yes | 49. Miranda By Z. McCaleb | 50. Miranda Date 05/16/2023 | 51. Miranda Time 18:48 | 52. Statements None | 53. Status Bail/ROR | 54. Search Warrant No | 55. ID Procedure None |
|---|---|---|---|---|---|---|---|

| 56. Arraignment Court CAC | 57. Arraignment Judge Presiding | 58. Date 05/16/2023 | 59. Time 20:30 | 60. Property Yes | 61. Evidence Yes | 61a. Processed by Z. McCaleb | 61b. Disposition safe keeping |
|---|---|---|---|---|---|---|---|

| 62. Incident No. 14/23-278068 | 63. Arrestee Status ROR | 64. Bail Amount $ | 65. Bondsman | 66. Photo No. RICI | 67. Arrest Type AW | 68. Warrant No. 23050017 |
|---|---|---|---|---|---|---|

| 69. Arrest FOA No | 70. Other Agency | 71. F/P Taken Yes | 72. Location of Offense City/Town/Village Village  Baldwinsville | | County Onondaga | State NY |
|---|---|---|---|---|---|---|

| 73. Offense Date 04/13/2023 | 74. No. Offenders 01 | 75. No. Victims 01 | 76. Return Court Village of Baldwinsville | 77. Return Judge Huling | 78. Return Date / / | 79. Time 16:30 |
|---|---|---|---|---|---|---|

| 80. Defendant / Case TOT Agency | 80a. Officer's Name | 80c. ID No. | 81. Time : | 82. Date / / |
|---|---|---|---|---|

**CHARGE INFORMATION**

| 83. Law | Article & Section | Sub | Class | Category | Degree | Attempt | Offense Name | Count | Age | Victim Sex | Handicap | Assoc No. | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PL | 12111 | 00 | A | M | | N | Criminal obstruction Breath | 01 | | | | | |
| PL | 24026 | 01 | | V | | N | Harassment 2nd degree | 01 | | | | | |

**ASSOCIATED PERSONS INFORMATION**

| 84. PT | Last Name | | First | MI | Addr # | Prefix | Street Name | Type | Suffix | City | State | Zip | Phone |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VI | Farnsworth | | Theodore | J | | | | | | Baldwinsville | NY | | |
| PA | | | | | | | | | | Liverpool | NY | | |
| | | | | | | | | | | | | | ( ) - |
| | | | | | | | | | | | | | ( ) - |
| | | | | | | | | | | | | | ( ) - |

**NARRATIVE**

85.

Refer to CNY Leads for further information

Defendant was transported to CAC court where he was arraigned on the above charges.

| 86. Arresting Officer's Name Z. McCaleb | 87. ID# 0147 | Signature | 88. Supervisor's Name R. Thibault | 89. ID# 0132 | Supervisor's Signature | 94. Page 01 |
|---|---|---|---|---|---|---|
| 90. Arrest Made As A Result of SAFIS Latent Print/ID? No | | | 91. | 92. | 93. | of 01 |

DCJS - 3203 (7/04) False Statements made herein are punishable as a Class A misdemeanor pursuant to NYS Penal Law

GOVERNMENT EXHIBIT
1
1:22cr20521

DOJ-PROD26-0000000001

Form 3221-(03/2016)

**DRAFT COPY** 1350370

| Agency Name | **A** | New York State | ORI: | Incident # | Related DR Number | Incident Type | Location Code |
|---|---|---|---|---|---|---|---|
| **Baldwinsville Police Department** | | **Domestic Incident Report** | NY0332700 | 23-278068 | - | **DOMP** | 3427 |

### Incident

| Reported Date / Time | Occurred Date/ Time | | | |
|---|---|---|---|---|
| 05/05/2023   15:27 | 04/13/2023   21:00 | ○ Officer-Initiated | ◉ Radio Run | ○ Walk-In |

| Occur Addr # | Prefix | Occurrence Street Name | Street Type | Suffix | Bldg. | APT # | City **Baldwinsville** | State **NY** | Zip |
|---|---|---|---|---|---|---|---|---|---|

### VICTIM (P1)

| Name - Last **Farnsworth** | First **Theodore** | Middle **J** | Alias/Nickname/Maiden Name | DOB 1962 | Age: 60 | ☐ Female   ☐ Self-Identified: | ☑ Male |
|---|---|---|---|---|---|---|---|

| Address # | Prefix | Street Name | Street Type | Suffix | Bldg # | Apt # | Victim Phone Number: | Language: **English** |
|---|---|---|---|---|---|---|---|---|

| City **Baldwinsville** | State **NY** | Zip |
|---|---|---|

☑ White   ☐ Black   ☐ Asian   ☐ Hispanic   ☑ Non-Hispanic   ☐ Unknown
☐ American Indian   ☐ Other   ☐ Other Identifier:

**How can we safely contact you?**
(e.g. Name, Phone, Email)   **Phone**

### SUSPECT (P2)

| Name - Last | First | Middle | Alias/Nickname/Maiden Name | DOB 1994 | Age: 28 | ☐ Female   ☐ Self-Identified: | ☑ Male |
|---|---|---|---|---|---|---|---|

| Address # | Prefix | Street Name | Street Type | Suffix | Bldg # | Apt # | Suspect Phone Number | Language: **English** |
|---|---|---|---|---|---|---|---|---|

| City **Baldwinsville** | State **NY** | Zip |
|---|---|---|

☑ White   ☐ Black   ☐ Asian   ☐ Hispanic   ☑ Non-Hispanic   ☐ Unknown
☐ American Indian   ☐ Other   ☐ Other Identifier:

| Do suspect and victim live together? ◉ Yes ○ No | SUSPECT / P2 present? ○ Yes ◉ No | Was Suspect Injured? ○ Yes ◉ No  If yes describe: | Possible drug or alcohol use? ○ Yes ◉ No | Suspect supervised? ☑ Not Supervised | ☐ Probation   ☐ Parole |
|---|---|---|---|---|---|

Suspect (P2) Relationship to Victim (P1) ○ Married   ○ Intimate Partner/Dating   ○ Formerly Married   ◉ Former Intimate/Dating
○ Parent of Victim (P1)   ○ Child of Victim   ○ Relative   ○ Other

Do the suspect and victim have a child in common? ○ Yes ◉ No

### Victim Interview

Emotional condition of **VICTIM?** ☑ Upset   ☐ Nervous   ☐ Crying   ☑ Angry   ☐ Other:

What were the first words that **VICTIM** said to the Responding Officers at the scene regarding the incident?
**He stole my belongings.**

Did suspect make victim fearful? ○ Yes ◉ No  If yes describe:

| Weapons Used? ○ Yes ◉ No  Gun: ○ Yes ○ No  If yes describe: | **Suspect Threats?** ○ Yes ◉ No  If Yes, Threats to: ☐ Victim ☐ Child(ren) ☐ Pet ☐ Commit Suicide |
|---|---|

Access to Guns? ○ Yes ◉ No  If yes describe:   ☐ Other Describe:

| Injured? ◉ Yes ○ No  If yes describe: **Bruises** | Strangulation? ◉ Yes ○ No   ☐ Loss of Consciousness   ☐ Urination/Defecation |
|---|---|
| | ☐ Red eyes/Petechia   ☑ Sore Throat   ☑ Breathing Changed   ☐ Difficulty Swallowing |

In Pain? ○ Yes ◉ No  If yes describe:   Visible Marks? ◉ Yes ○ No  If yes, describe: **Bruises**

### SUSPECT

What did the **SUSPECT** say (Before and After Arrest):
**N/A**

710.30 completed?   ○ Yes ◉ No

### Witnesses

| Child/Witness (1) Name (Last, First, M. I.) Last:   First: | M.I.: | DOB: / / | Addr # Prefix | Street Name | Type | Suffix | City | State Zip | Phone # ( ) - |
|---|---|---|---|---|---|---|---|---|---|

| Child/Witness (2) Name (Last, First, M. I.) | | / / | | | | | | | ( ) - |
|---|---|---|---|---|---|---|---|---|---|

### Inc. Narrative

Briefly describe the circumstances of this incident:
**Theodore and ▮ got into a physical altercation after Theodore found out that ▮ had been driving his vehicle at exessive speeds.**

| DIR Repository checked? ◉ Yes ○ No | Order of Protection Registry checked? ◉ Yes ○ No | Order of Protection in effect? ○ Yes ◉ No   ☐ Refrain   ☐ Stay Away |
|---|---|---|

### Evid

| Evidence Present? ◉ Yes ○ No   ☐ Other: | Photos taken: ☑ Victim Injury   ☐ Suspect Injury | Other Evidence: ☐ Damaged Property   ☐ Videos ☐ Electronic Evidence   ☐ Other: | Destruction of Property? ○ Yes ◉ No  If yes describe: |
|---|---|---|---|

### Offense

| Offense Committed? Was suspect arrested? ○ Yes ◉ No ◉ Yes ○ No  If no, explain: **Warrant requested.** | | | | | | | | | | Records Use Only |
|---|---|---|---|---|---|---|---|---|---|---|

| Offense 1 Law | Art/Sec Sub | Cat. | Class | Degree | Attempt | Desc | Count |
|---|---|---|---|---|---|---|---|
| PL | 12111   00 | A | M | | N | Criminal Obstruction B | 01 |

| Offense 2 Law | Art/Sec Sub | Cat. | Class | Degree | Attempt | Desc | Count |
|---|---|---|---|---|---|---|---|
| PL | 24026   01 | | V | 2 | N | Harrassment 2nd Degree | 01 |

False Statements made herein are punishable as a Class A Misdemeanor pursuant to 210.45 NYSPL AFFIRMED UNDER PENALTY OF PERJURY

| PRINT NAME **Dylan Hardesty** | ID# 0144 | SIGNATURE **Electronically Signed** |
|---|---|---|

Administrative Use Only

| SUPERVISOR NAME (PRINT) | ID# 0132 | APPROVED DATE 5/6/10 | APPROVED BY SIGNATURE |
|---|---|---|---|

Page 1 of 3

Form 3221-(03/2016)   CNYLEADS Report 4.0.2   Updated 11/16/2017

DRAFT COPY

Form 3221-(03/2016)

| Agency Name | B | New York State Domestic Incident Report | ORI: NY0332700 | Incident # 23-278068 | Related DR Number - | Incident Type DOMP | Location Code 3427 |
|---|---|---|---|---|---|---|---|
| **Baldwinsville Police Department** | | | | | | | |

<table>
<tr><td rowspan="9"><b>Prior History</b></td><td colspan="7">Describe Victim's prior domestic incidents with this suspect (Last, Worst, First):</td></tr>
<tr><td colspan="7">No prior domestic incidents reported.</td></tr>
<tr><td colspan="7">If the Victim answers "yes" to any questions in this box refer to the NYS Domestic and Sexual Violence Hotline at 1-800-942-6906 or <b>Local Domestic Violence Service Provider</b></td></tr>
<tr><td colspan="3"><b>Has Suspect ever:</b></td><td colspan="2">Is suspect capable of killing you or children?</td><td colspan="2">○ Yes ● No</td></tr>
<tr><td colspan="3">Threatened to kill you or your children?  ○ Yes ● No</td><td colspan="2">Is suspect violently and constantly jealous of you?</td><td colspan="2">○ Yes ● No</td></tr>
<tr><td colspan="3">Strangled or "choked" you?  ○ Yes ● No</td><td colspan="2">Has the physical violence increased in frequency or severity over the past 6 months?</td><td colspan="2"></td></tr>
<tr><td colspan="3">Beaten you while you were pregnant?  ○ Yes ● No</td><td colspan="2"></td><td colspan="2">● Yes ○ No</td></tr>
<tr><td colspan="7">Is there reasonable cause to suspect a child may be the victim of abuse, neglect, maltreatment or endangerment?  ○ Yes ● No<br>If Yes, the Officer must contact the <b>NYS Child Abuse Hotline Registry # 1-800-635-1522.</b></td></tr>
<tr><td colspan="3">Was DIR given to the Victim at the scene?  ● Yes ○ No  If NO, Why:</td><td colspan="2">Was Victim Rights Notice given to the Victim?</td><td colspan="2">● Yes ○ No  if NO, Why:</td></tr>
</table>

<table>
<tr><td rowspan="5"><b>Property</b></td><td><b>INCIDENT</b></td><td>Weapon 1<br>A 77</td><td>Weapon 2<br>B 77</td><td>Weapon 3<br>C 77</td><td>Incident Location Type<br>D 01</td><td>LarcenyType<br>E 09</td><td>Bias Crime<br>F 77</td><td>Burglary Force<br>G 77</td><td>Burglary Entry<br>H 77</td><td colspan="2">Domestic Relationship<br>I 07</td></tr>
<tr><td>1. Owner</td><td colspan="2">2. Status</td><td>3. Desc. Code</td><td>4. Quantity</td><td>5. Measure</td><td colspan="2">6. Item</td><td colspan="3"></td></tr>
<tr><td>7. Make</td><td colspan="2">8. Drug Type</td><td>9. Model</td><td></td><td colspan="2">10. Serial Number</td><td colspan="2">11. Gun Type</td><td>12. Gun Caliber</td><td>13. Value<br>$</td></tr>
<tr><td>1. Code</td><td>2. Plate #</td><td>3. State</td><td>4. Expiration<br>/ /</td><td>5. Reg. Type</td><td>6. Imp. Plate</td><td colspan="2">7. VIN/HULL #</td><td colspan="2"></td><td>8. # Occ.</td></tr>
</table>

<table>
<tr><td rowspan="4"><b>Vehicle</b></td><td>9. Year</td><td>10. Make</td><td colspan="2"></td><td>11. Model</td><td>12. Style</td><td>13. Color</td><td>14. Vehicle Value</td><td>15. Damage Est.</td><td>16. Weapon in Veh</td><td>17. NCIC Ck</td></tr>
<tr><td colspan="11">18. Vehicle Description / Damage</td></tr>
<tr><td>19. Towed</td><td>20. Owner Notif</td><td>21. Hold</td><td colspan="2">22. Reason</td><td colspan="3">23. To/By Tow Company</td><td colspan="2">24. Truck # / Tow Operator</td></tr>
</table>

**Narrative:**

On 05/05/2023 at 1527 hours, I met with Theodore "Ted" Farnsworth who responded to the Police Department. He told me that he would like to report a larceny investigation. I advised him that I would respond to his residence when I clear the call I was currently handling which I did. Sergeant Thibault and I later responded to his residence and asked him if he could meet us at the Police Department which he did.

I then escorted Ted into the interview room. He stated that his ex-boyfriend ▮▮▮▮ stole his jewelry and one of his vehicles. He explained that he and ▮▮▮▮ had been dating for the last 5 years and lived together. He said that on (04/12/23) Ted was in Washington DC for work and received a notification on his phone that his 2020 Ferarri Spider was traveling 140mph and the GPS location was Interstate 690 in Baldwinsville. Ted said that he immediately called ▮▮▮▮ and began screaming at him. The next day, Ted said that he returned home and when ▮▮▮▮ returned to the house they began to fight. Ted said that ▮▮▮▮ forced himself into the house and threw him on the bench located in the foyer of the house. Ted said that ▮▮▮▮ stood over him and grabbed him by his throat and began to choke him. Ted stated that he could not breath and was beginning to pass out when ▮▮▮▮ finally released his grip. He said that ▮▮▮▮ then shoved him causing him to fall onto the stairs, landing on his ribs and head. Ted told me that the next day while he was at work he took photographs of his injuries (see attached) and that he had bruises on his neck and side. The next day, Ted told ▮▮▮▮ that their relationship was not going to work out and that he needed to find a new place to live. A few weeks later, On Tuesday (04/17/23) Ted received a phone call from an apartment building in Las Vegas asking for a reference and work information regarding ▮▮▮▮ Later that day, he noticed vehicle insurance information in the mail regarding his 2021 Cadillac Escalade which was at a repair shop in Las Vegas. While he looked through the insurance paperwork he noticed that the paperwork was addressed to ▮▮▮▮ even though the vehicle belongs to him. Ted said he began to look for the vehicle title and registration and could not find either one. On (04/27/23) Ted was in South Carolina visiting his mother when one of his employees advised him that ▮▮▮▮ was not in the Baldwinsville area. He began to think that ▮▮▮▮ might be heading to Las Vegas and thought he might try to take his vehicle. Ted then contacted some of his employees in Las Vegas and told them to watch his vehicle in case ▮▮▮▮ showed up and tried to take it. Later that day, he was contacted by his employees that ▮▮▮▮ did in fact arrive at the location where the vehicle was being kept and attempted to take the vehicle. Ted's employees told him that they told him to leave which he eventually did without the vehicle. On (05/02/23) Ted said he was going through his belongings at the house in Baldwinsville and noticed that some of his jewelry was missing. The items missing were (1) 14k Yellow Gold Solid Chain valued at $2,916, (1) Two Tone Rolex Submariner watch with Serial number F071955 valued at $16,092 and (1) Rolex Daytona watch valued at approximately $14,000. Ted was then contacted by his employees and advised that ▮▮▮▮ had taken the vehicle from where it was being kep in Las Vegas. Ted stated that he wanted ▮▮▮▮ arrested for hitting and choking him and also for stealing his jewelry and vehicle. Ted also said that the current GPS location of the Cadillac is in San Francisco California.

| False Statements made herein are punishable as a Class A Misdemeanor pursuant to 210.45 NYSPL AFFIRMED UNDER PENALTY OF PERJURY | | Administrative Use Only | | | | Page 2 of 3 |
|---|---|---|---|---|---|---|
| PRINT NAME<br>**Dylan Hardesty** | ID# 0144 | SIGNATURE<br>**Electronically Signed** | SUPERVISOR NAME (PRINT)<br>*TB* | ID# 032 | APPROVED DATE 5/6/23  APPROVED BY SIGNATURE | |

Form 3221-(03/2016)

DOJ-PROD26-0000000003

**CNYLEADS Narrative Page 1**

| Agency Name<br>**Baldwinsville Police Department** | | DRAFT COPY | | DR #<br>**23-278068** |
|---|---|---|---|---|
| Last Name<br>**Farnsworth** | First<br>**Theodore** | Middle<br>**J** | | |

I then secured a written statement from Ted (see attached) regarding this incident. Computer checks showed that the 2021 Cadillac Escalade that Ted stated belonged to him, is currently registered to ▬ Sergeant Thibault contacted Assistant District Attorney Jeff Albert regarding this matter. He advised us that the property aspect of this incident would be a civil matter. Sergeant Thibault and I then explained to Ted that the vehicle and jewelry that ▬ is in possession of is a civil issue and he will need to speak with an attorney about. I advised Ted that we would be requesting an arrest warrant for ▬ for Criminal Obstruction of Breathing and Harassment 2nd Degree for the domestic incident that occurred at the house.

I provided Ted a domestic incident report face sheet and victims' rights form which he signed. Ted provided me receipts and financial information regarding the vehicle and jewelry which have been added to this case. At this time, I will be requesting an arrest warrant for ▬

| False Statements made herein are punishable as a Class A Misdemeanor<br>pursuant to 210.45 NYSPL AFFIRMED UNDER PENALTY OF PERJURY | | | Administrative Use Only | | | | | Page | 3 |
|---|---|---|---|---|---|---|---|---|---|
| PRINT NAME<br>**Dylan Hardesty** | ID#<br>**0144** | SIGNATURE<br>**Electronically Signed** | SUPERVISOR NAME (PRINT) | | ID#<br>0132 | APPROVED DATE<br>5/6/23 | APPROVED BY SIGNATURE | | of<br>3 |

Form 3221-(03/2016)

DOJ-PROD26-0000000004

**BALDWINSVILLE POLICE DEPARTMENT**
**INFORMATION / COMPLAINT**

Justice Court, Village of Baldwinsville, County of Onondaga, New York

| | | |
|---|---|---|
| THE PEOPLE OF THE STATE OF NEW YORK | ) | DATE          05/05/2023 |
| VS. | ) ) | COMPLAINT NO.      23-278068 |
| NAME ▮▮▮▮▮          D.O.B. ▮▮▮ 1994 | ) | |
| ADDRESS ▮▮▮▮▮          PHONE ▮▮▮▮ | ) | DATE OF COMPLAINT   05/05/2023 |
| Baldwinsville, NY ▮▮ | ) | |

I, D. M. Hardesty, the COMPLAINANT herein, am a police officer of the Village of Baldwinsville, New York to wit, a police officer of the Police Department of that Village.

I ACCUSE, ▮▮▮▮▮ the DEFENDANT in this action and charge that on or about the 13th day of April 2023 at ▮▮▮▮▮ in the Village of Baldwinsville, County of Onondaga, State of New York, at about 9:00 o'clock in the afternoon, said DEFENDANT DID intentionally knowingly and unlawfully COMMIT THE misdemeanor of Criminal Obstruction of Breathing and the violation of Harassment 2nd Degree contrary to the provisions of section 121.11 and 240.26 sub 1, of the Penal Law of the State of New York.

THE FACTS ON WHICH THIS ACCUSATION IS MADE ARE OF MY KNOWLEDGE AND ON INFORMATION AND BELIEFS AS FOLLOWS: Being the sworn statement of the victim, Theodore Farnsworth, attached hereto and made part hereof, along with this Officer's Investigation all of which allege and tend to prove that on the aforesaid date, time, and place, the defendant, ▮▮▮▮▮ did commit the misdemeanor of Criminal Obstruction of Breathing when with the intent to impede the normal breathing or circulation of the blood of another person, he or she applies pressure on the throat or neck of such person and the violation of Harassment 2nd degree when with intent to harass, annoy or alarm another person he strikes, shoves, kicks or otherwise subjects such other person to physical contact, or attempts or threatens to do the same.

TO WIT: On 04/13/2023 at about 9:00 PM, while at ▮▮▮▮▮ in the Village of Baldwinsville, County of Onondaga, State of New York the defendant, ▮▮▮▮▮ did push the victim causing him to fall backwards onto a bench. The defendant then proceeded to grab him by the neck and apply pressure causing him to be unable to breathe. The defendant then released his hands from the victim's neck, and forcibly threw him into the stairwell causing him to land on his ribs and head. The defendant's actions caused bruising to Theodore's neck and ribs as well as cause pain to his head and throat.
WHEREFORE I AM REQUESTING AN ARREST WARRANT.

NOTE: false statements made herein are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law

P/O ▮▮▮ #144

** Sworn to before me this _____ day of _____ , 20 _____

_____          COMPLAINANT
( signature )                                    Police Officer

                                                 _____
                                                 ( title )

## CNYLEADS Supplemental Report Cover Page

### Agency Name
**Baldwinsville Police Department**

| ORI | Location Code | Incident Complaint Number |
|---|---|---|
| NY0332700 | 3427 | 23-278068 |

| Incident Type | Occurred Date/ Time | | Follow-up / Supplemental Date / Time | |
|---|---|---|---|---|
| **DOMV** | 04/13/2023 | 21:00 | 05/16/2023 | 18:42 |

| Incident Address: Number | Prefix | Street Name | Street Type | Suffix |
|---|---|---|---|---|
| ■ | | ■ | ■ | |

Related DR Number

| - |
|---|

| Select Page(s) to use & go to page | Select Page(s) |
|---|---|
| ☒ NARRATIVE PAGE 1 | ☒ |
| ☐ NARRATIVE PAGE 2 | ☐ |
| ☐ NARRATIVE PAGE 3 | ☐ |
| ☐ NARRATIVE PAGE 4 | ☐ |
| ☐ NARRATIVE PAGE 5 | ☐ |
| ☐ NARRATIVE PAGE 6 | ☐ |
| ☒ INVOLVED PERSONS 1-3 | ☒ |
| ☐ INVOLVED PERSONS 4-6 | ☐ |
| ☐ INVOLVED PERSONS 7-9 | ☐ |
| ☐ INVOLVED PERSONS 10-12 | ☐ |
| ☐ INVOLVED PERSONS 13-15 | ☐ |
| ☐ INVOLVED PERSONS 16-18 | ☐ |
| ☐ VEHICLE PAGE | ☐ |
| ☒ PROPERTY PAGE 1 | ☒ |
| ☐ PROPERTY PAGE 2 | ☐ |
| ☒ OFFENSE PAGE | ☒ |

| 1. CASE STATUS: | 2. CLOSED BY: | DISPOSITION: (Clery only) | 3. NYSPIN MSG: | 4. DATE / / | 5. TIME : | Records Use Only |
|---|---|---|---|---|---|---|
| Closed | arrest | | | | | |
| 6. NOTIFIED UNIT: | 7. PERSON NOTIFIED: | 8. NOTIFIED DATE TIME: / / : | 9. CASE RESPONSIBILITY/TOT: | | Lab Submission Request N | |

False Statements made herein are punishable as a Class A Misdemeanor pursuant to 210.45 NYSPL AFFIRMED UNDER PENALTY OF PERJURY

| 10. PRINT NAME | 11. ID# 12. SIGNATURE | Administrative Use Only | | | | Page 1 |
|---|---|---|---|---|---|---|
| **Zachary McCaleb** | 0147 **Electronically Signed** | 13. SUPERVISOR NAME (PRINT) Thibault | 14. ID# 0132 APPROVED DATE 5/16/23 | 15. APPROVED BY SIGNATURE | | of 5 |

Form 3.5NC (Rev.2/07)     CNYLEADSIncidentReport 5.1.0     Updated 9/11/18

DOJ-PROD26-0000000006

**CNYLEADS Narrative Supplement 1**

| Agency Name | | | | | | | DR # |
|---|---|---|---|---|---|---|---|
| **Baldwinsville Police Department** | | | **DRAFT COPY** | | | | **23-278068** |

| Incident Type | Person Type | Victim Type | | | | | |
|---|---|---|---|---|---|---|---|
| **DOMV** | **VI** | **Individual** | | | | | |

| Last Name | First | Middle | Suffix | DOB | Business Name | | |
|---|---|---|---|---|---|---|---|
| **Farnsworth** | **Theodore** | **J** | | 1962 | | | |

******************************Incident van be viewed on Officer's BWC*************************

On May 16, 2023 at approximately 1842 hours, I, while assigned to Unit 3001C, was advised by dispatch that ▮▮▮▮▮ was outside the Police Department at 16 West Genesee Street in the Village of Baldwinsville and wished to speak with police in regards to a domestic incident. Be advised ▮▮ was known by this officer to have an active arrest warrant out of the Village of Baldwinsville for Criminal Obstruction of Breathing and Harassment 2nd degree.

When I walked out to the parking lot I observed a white male who identified himself as ▮▮▮▮▮▮▮▮ asked if he had a warrant for his arrest and I advised him he did. At 1845 hours, ▮▮ was arrested for Criminal Obstruction of Breathing and Harassment 2nd where he was instructed to place his hands behind his back and I placed him into my handcuffs which were checked for proper fit and function and double locked.

▮▮▮▮ was then escorted into the booking room where the booking process was completed. At 1848 hours, ▮▮ was advised of his Miranda Rights which he invoked and stated he did not wish to speak with me. While completing the booking process Sgt. Thibault observed a gold and silver Rolex on the left wrist of ▮▮ Sgt. Thibault advised ▮▮ that the Rolex would be secured for safekeeping pending an investigation into who the owner was as the victim, Theodore Farnsworth, was reporting it to be stolen. I then secured the Rolex Oyster Perpetual Date Just Watch in a plastic bag. The Rolex was entered into BEAST Property Management and secured into evidence locker #5. ▮▮ was provided with a property receipt for the Rolex.

At 2000 hours, ▮▮ was transported to CAP court in the City of Syracuse where he was arraigned on the above charges. ▮▮ was released on his own recognizance with a return date to the Village of Baldwinsville Justice Court on 5/24/23 at 1630 hours. ▮▮ was also issued a full stay away order of protection with Farnsworth as the protected party.

▮▮ was then transported back to the Police Department where at 2106 hours, ▮▮ was released from custody and left without incident.

Ofc. Hardesty was advised of the arrest. Farnsworth was advised that ▮▮ had been arrested and a full stay away order of protection was issued.

I request the case to be closed by arrest.

| False Statements made herein are punishable as a Class A Misdemeanor pursuant to 210.45 NYSPL AFFIRMED UNDER PENALTY OF PERJURY | | | Administrative Use Only | | Page 2 |
|---|---|---|---|---|---|
| 12. PRINT NAME **Zachary McCaleb** | 13. ID# 0147 | 14. SIGNATURE **Electronically Signed** | 15. SUPERVISOR NAME (PRINT) ▮▮ | 16. ID# 0132  5/16/23 | 17. APPROVED BY SIGNATURE  of 5 |

Form 3.5NC (Rev.2/07)

DOJ-PROD26-0000000007

**DRAFT COPY**

**CNYLEADS Involved Persons 1-3 Supplement**

DR # | 23-278068

**I n v o l v e d   P e r s o n s   1**

| 1.Person Type | 2. Victim Type | 3. Last | | First | | Middle | | 4. Suffix | 5. Business Name | |
|---|---|---|---|---|---|---|---|---|---|---|
| VI | Individual | Farnsworth | | Theodore | | J | | | | |

| 6. Alias/Nickname/Maiden Name | | 7. Race | 8. Ethnicity | 9. Sex | 10. DOB | 11. Age | 12. Hgt | 13. Wgt | 14. Hair | 15. Eye |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 1962 | 60 | ' " | | | |

| 16. Address:Num | Prefix | Street Name | | Street Type | Suffix | Bldg. | APT# | 17. City | | 18. State |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Baldwinsville | | NY |

| 19. Zip | 20. Resident Status (Clery only) | 21. Home Phone | 22. Cell Phone | 23. Soc. Sec. # | 23A. Student ID # (Clery only) | 24. Scars / Marks / Tattoos |
|---|---|---|---|---|---|---|
| | | ( ) - | | - - | | |

| 25. Describe: | 26. Skin | 27. Eyewear | 28. Employer |
|---|---|---|---|
| | | | |

| 29. Work Phone | 30. Occupation | 31. Address Num | Prefix | Street Name | | Street Type | Suffix |
|---|---|---|---|---|---|---|---|
| ( ) - | | | | | | | |

| Bldg. | Suite# | 32. City | 33. State | 34. Zip | 35. Apparent Condition | 36. Handicapped | 37. Nature of Ill / Inj | 38. Med. Treatment |
|---|---|---|---|---|---|---|---|---|
| | | | | | Normal | N | 77 | 77 |

39. Subject description, actions, etc

**I n v o l v e d   P e r s o n s   1**

| 1.Person Type | 2. Victim Type | 3. Last | | First | | Middle | | 4. Suffix | 5. Business Name | |
|---|---|---|---|---|---|---|---|---|---|---|
| AR | | | | | | | | | | |

| 6. Alias/Nickname/Maiden Name | | 7. Race | 8. Ethnicity | 9. Sex | 10. DOB | 11. Age | 12. Height | 13. Weight | 14. Hair | 15. Eye |
|---|---|---|---|---|---|---|---|---|---|---|
| | | W | N | M | 1994 | 28 | 5' 09" | 190 | BLK | BRO |

| 16. Address:Num | Prefix | Street Name | | Street Type | Suffix | Bldg. | APT# | 17. City | | 18. State |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Liverpool | | NY |

| 19. Zip | 20. Resident Status (Clery only) | 21. Home Phone | 22. Cell Phone | 23. Soc. Sec. # | 23A. Student ID # (Clery only) | 24. Scars / Marks / Tattoos |
|---|---|---|---|---|---|---|
| | | ( ) - | | 260 | | |

| 25. Describe: | 26. Skin | 27. Eyewear | 28. Employer |
|---|---|---|---|
| | M | | |

| 29. Work Phone | 30. Occupation | 31. Address Num | Prefix | Street Name | | Street Type | Suffix |
|---|---|---|---|---|---|---|---|
| ( ) - | | | | | | | |

| Bldg. | Suite# | 32. City | 33. State | 34. Zip | 35. Apparent Condition | 36. Handicapped | 37. Nature of Ill / Inj | 38. Med Treatment |
|---|---|---|---|---|---|---|---|---|
| | | | | | Normal | N | 77 | 77 |

39. Subject description, actions, etc
**Arrested for criminal obstruction of breathing/harassment 2nd degree**

**I n v o l v e d   P e r s o n s   2**

| 1.Person Type | 2. Victim Type | 3. Last | | First | | Middle | | 4. Suffix | 5. Business Name | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

| 6. Alias/Nickname/Maiden Name | | 7. Race | 8. Ethnicity | 9. Sex | 10. DOB | 11. Age | 12. Hgt | 13. Wgt | 14. Hair | 15. Eye |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | / / | | ' " | | | |

| 16. Address:Num | Prefix | Street Name | | Street Type | Suffix | Bldg. | APT# | 17. City | | 18. State |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

| 19. Zip | 20. Resident Status (Clery only) | 21. Home Phone | 22. Cell Phone | 23. Soc. Sec. # | 23A. Student ID # (Clery only) | 24. Scars/Marks/Tattoos |
|---|---|---|---|---|---|---|
| | | ( ) - | ( ) - | - - | | |

| 25. Describe: | 26. Skin | 27. Eyewear | 28. Employer |
|---|---|---|---|
| | | | |

| 29. Work Phone | 30. Occupation | 31. Address Num | Prefix | Street Name | | Street Type | Suffix |
|---|---|---|---|---|---|---|---|
| ( ) - | | | | | | | |

| Bldg. | Suite# | 32. City | 33. State | 34. Zip | 35. Apparent Condition | 36. Handicapped | 37. Nature of Ill/Inj | 38. Med Treatment |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

39. Subject description, actions, etc

**3**

False Statements made herein are punishable as a Class A Misdemeanor pursuant to 210.45 NYSPL AFFIRMED UNDER PENALTY OF PERJURY

Administrative Use Only

| 12. PRINT NAME | 13. ID# | 14. SIGNATURE | 15. SUPERVISOR NAME (PRINT) | 16. ID# | APPROVED DATE | 17. APPROVED BY SIGNATURE |
|---|---|---|---|---|---|---|
| Zachary McCaleb | 0147 | Electronically Signed | | 0152 | 5/16/23 | |

Page 3 of 5

Form 3.5NC (Rev.2/07)

DOJ-PROD26-0000000008

# DRAFT COPY

| **CNYLEADS Property Supplement 1-13** | | | | | DR # | **23-278068** | | Total | $ | **14900.00** |

<table>
<tr><td rowspan="3">P r o p 1</td><td>1. OWNER<br>Unknown</td><td>2. STATUS<br>08</td><td colspan="2">3.DESC. CODE<br>06</td><td>4. QUANTITY<br>1</td><td colspan="2">5. MEASURE</td><td colspan="2">6. ITEM<br>Rolex</td><td></td><td></td></tr>
<tr><td>7. MAKE<br>Rolex</td><td>8. DRUG TYPE</td><td colspan="3">9. MODEL<br>Oyster Perpetual</td><td colspan="2">10. SERIAL NUMBER</td><td>11. GUN TYPE</td><td>12. GUN CALIBER</td><td>13. VALUE<br>14900</td></tr>
</table>

| | 1. OWNER | 2. STATUS | 3.DESC. CODE | 4. QUANTITY | 5. MEASURE | 6. ITEM | | | |
|---|---|---|---|---|---|---|---|---|---|
| Prop 2 | 7. MAKE | 8. DRUG TYPE | 9. MODEL | | 10. SERIAL NUMBER | | 11. GUN TYPE | 12. GUN CALIBER | 13. VALUE |
| | 1. OWNER | 2. STATUS | 3.DESC. CODE | 4. QUANTITY | 5. MEASURE | 6. ITEM | | | |
| Prop 3 | 7. MAKE | 8. DRUG TYPE | 9. MODEL | | 10. SERIAL NUMBER | | 11. GUN TYPE | 12. GUN CALIBER | 13. VALUE |
| | 1. OWNER | 2. STATUS | 3.DESC. CODE | 4. QUANTITY | 5. MEASURE | 6. ITEM | | | |
| Prop 4 | 7. MAKE | 8. DRUG TYPE | 9. MODEL | | 10. SERIAL NUMBER | | 11. GUN TYPE | 12. GUN CALIBER | 13. VALUE |
| | 1. OWNER | 2. STATUS | 3.DESC. CODE | 4. QUANTITY | 5. MEASURE | 6. ITEM | | | |
| Prop 5 | 7. MAKE | 8. DRUG TYPE | 9. MODEL | | 10. SERIAL NUMBER | | 11. GUN TYPE | 12. GUN CALIBER | 13. VALUE |
| | 1. OWNER | 2. STATUS | 3.DESC. CODE | 4. QUANTITY | 5. MEASURE | 6. ITEM | | | |
| Prop 6 | 7. MAKE | 8. DRUG TYPE | 9. MODEL | | 10. SERIAL NUMBER | | 11. GUN TYPE | 12. GUN CALIBER | 13. VALUE |
| | 1. OWNER | 2. STATUS | 3.DESC. CODE | 4. QUANTITY | 5. MEASURE | 6. ITEM | | | |
| Prop 7 | 7. MAKE | 8. DRUG TYPE | 9. MODEL | | 10. SERIAL NUMBER | | 11. GUN TYPE | 12. GUN CALIBER | 13. VALUE |
| | 1. OWNER | 2. STATUS | 3.DESC. CODE | 4. QUANTITY | 5. MEASURE | 6. ITEM | | | |
| Prop 8 | 7. MAKE | 8. DRUG TYPE | 9. MODEL | | 10. SERIAL NUMBER | | 11. GUN TYPE | 12. GUN CALIBER | 13. VALUE |
| | 1. OWNER | 2. STATUS | 3.DESC. CODE | 4. QUANTITY | 5. MEASURE | 6. ITEM | | | |
| Prop 9 | 7. MAKE | 8. DRUG TYPE | 9. MODEL | | 10. SERIAL NUMBER | | 11. GUN TYPE | 12. GUN CALIBER | 13. VALUE |
| | 1. OWNER | 2. STATUS | 3.DESC. CODE | 4. QUANTITY | 5. MEASURE | 6. ITEM | | | |
| Prop 10 | 7. MAKE | 8. DRUG TYPE | 9. MODEL | | 10. SERIAL NUMBER | | 11. GUN TYPE | 12. GUN CALIBER | 13. VALUE |
| | 1. OWNER | 2. STATUS | 3.DESC. CODE | 4. QUANTITY | 5. MEASURE | 6. ITEM | | | |
| Prop 11 | 7. MAKE | 8. DRUG TYPE | 9. MODEL | | 10. SERIAL NUMBER | | 11. GUN TYPE | 12. GUN CALIBER | 13. VALUE |
| | 1. OWNER | 2. STATUS | 3.DESC. CODE | 4. QUANTITY | 5. MEASURE | 6. ITEM | | | |
| Prop 12 | 7. MAKE | 8. DRUG TYPE | 9. MODEL | | 10. SERIAL NUMBER | | 11. GUN TYPE | 12. GUN CALIBER | 13. VALUE |
| | 1. OWNER | 2. STATUS | 3.DESC. CODE | 4. QUANTITY | 5. MEASURE | 6. ITEM | | | |
| Prop 13 | 7. MAKE | 8. DRUG TYPE | 9. MODEL | | 10. SERIAL NUMBER | | 11. GUN TYPE | 12. GUN CALIBER | 13. VALUE |

*False Statements made herein are punishable as a Class A Misdemeanor pursuant to 210.45 NYSPL AFFIRMED UNDER PENALTY OF PERJURY*

Administrative Use Only

Page 4 of 5

| PRINT NAME<br>Zachary McCaleb | ID#<br>0147 | SIGNATURE<br>Electronically Signed | SUPERVISOR NAME (PRINT) | ID#<br>0132 | APPROVED DATE<br>5/16/23 | APPROVED BY SIGNATURE |

Form 3.5P (Rev.2/07)

DOJ-PROD26-0000000009

# DRAFT COPY

**CNYLEADS**

DR #   | 23-278068 |

**Offense Page**

| | | 1. Law Type | 2. Section | 3. Sub | 4. Class | 5. Cat. | 6. Degree | 7. Attempt | 8. Offense Name | 9. Count |
|---|---|---|---|---|---|---|---|---|---|---|
| O F F E N S E | 1 | PL - Penal Law | 12111 | 00 | A | M | | N | Criminal Obstruction of Breathing | 01 |
| | 2 | PL - Penal Law | 24026 | 01 | | V | | N | Harassment 2nd degree | 01 |
| | 3 | | | | | | | | | |
| | 4 | | | | | | | | | |
| | 5 | | | | | | | | | |
| | 6 | | | | | | | | | |
| | 7 | | | | | | | | | |
| | 8 | | | | | | | | | |
| | 9 | | | | | | | | | |
| | 10 | | | | | | | | | |
| | 11 | | | | | | | | | |
| | 12 | | | | | | | | | |
| | 13 | | | | | | | | | |
| | 14 | | | | | | | | | |
| | 15 | | | | | | | | | |
| | 16 | | | | | | | | | |
| | 17 | | | | | | | | | |
| | 18 | | | | | | | | | |
| | 19 | | | | | | | | | |
| | 20 | | | | | | | | | |

| *False Statements made herein are punishable as a Class A Misdemeanor pursuant to 210.45 NYSPL AFFIRMED UNDER PENALTY OF PERJURY* | | Administrative Use Only | | | Page 5 of 5 |
|---|---|---|---|---|---|
| PRINT NAME | ID# 0147 SIGNATURE | SUPERVISOR NAME (PRINT) | ID# | APPROVED DATE | APPROVED BY SIGNATURE |
| **Zachary McCaleb** | **Electronically Signed** | | 0132 | 5/16/23 | |

Form 3.5R (Rev.2/07)

DOJ-PROD26-0000000010

## BALDWINSVILLE POLICE DEPARTMENT - VOLUNTARY AFFIDAVIT

STATE OF NEW YORK                           DR#: 23-278068
COUNTY OF ONONDAGA

I, THEODORE J. FARNSWORTH, BEING DULY SWORN, STATE THAT I AM 60 YEARS OF AGE WITH A
DATE OF BIRTH OF ░░░ 1962. I RESIDE AT ░░░░░░░░░, BALDWINSVILLE NY ░░░.

I AM VOLUNTARY GIVING THIS AFFIDAVIT TO D. HARDESTY FROM THE BALDWINSVILLE POLICE
DEPARTMENT ON 05/05/2023 AT 7:30 PM.

I, Theodore Farnsworth, own a film company called Fortress Entertainment. Approximately 5
years ago, I was attending a function at the Marriott in downtown Syracuse. While at the function, I met
░░░░░, and him and I have been in a romantic relationship ever since. The two of us currently live
at my house located at ░░░░░░░░, Baldwinsville NY. On the night of 04/12/2023 I was out of
town in Washington DC for business. At approximately 8:40pm I received a notification on my phone
regarding my 2020 Ferrari Spider. The notification advised me that the vehicle had been traveling
approximately 140mph and gave a GPS location of Interstate 690 in Baldwinsville. The only person who
would have been driving the vehicle at that time was ░░░. I immediately called him on my phone and
he returned the vehicle back to the house. ░░░ and I had been arguing over the phone about him
driving the car so fast. The next day I returned from Washington DC (04/13/23) at about 5:00pm and
when I returned home, I noticed that my 2021 Bentley 1st Edition Flagship was gone. I looked on the
vehicle tracker and saw that it was at Chipotle on Route 31 in Clay. I drove to Chipotle and told ░░░
to bring the Bentley back to the house which he eventually did. Later that evening I was home and ░░░
░░░ had gone somewhere else. At approximately 9:00pm ░░░ returned to the house. ░░░ was
attempting to open the front door with his house key. I walked to the front door and opened it ajar and
told ░░░ to the leave the house. ░░░ told me "I'm not leaving the house". I told him to get a hotel
room for the night but he refused. ░░░ then forced the door open and I attempted to hold him back
from entering the house. At that time, ░░░ pushed me against the wall at which time I fell onto the
bench. ░░░ then stood over me and grabbed my neck using both of his hands and began to choke me.
After several seconds of ░░░ choking me, I could not breath and began to lose consciousness. My
arms began to lose strength and fell by my side at which time, ░░░ let go of me. I got up off the bench
and ░░░ shoved me causing me to fall at the bottom of the stairwell where I struck my head and ribs.
After that, I went upstairs to my bedroom and ░░░ stayed downstairs. I walked into the bathroom and
noticed red marks on my throat and ribs. The next day, I went to work and one of my employees took
photographs of the injuries I sustained the night before. Later that day, I returned home and spoke with

I HAVE READ THIS __2__ PAGE AFFIDAVIT AND SWEAR THAT IT IS THE TRUTH TO THE BEST OF MY
KNOWLEDGE AND RECOLLECTION. I KNOW THE MEANING OF PERJURY; IT IS TELLING OF A LIE WHILE
UNDER OATH AND I KNOW THAT FALSE STATEMENTS MADE HEREIN ARE PUNISHABLE AS A CLASS A
MISDEMEANOR PURSUANT TO SECTION 210.45 OF THE PENAL LAW OF THE STATE OF NEW YORK.

WITNESS: P/O ░░░ #144          AFFIANT: ░░░          TIME: 7:30pm
SUBSCRIBED AND SWORN TO BEFORE ME
THIS __5__ DAY OF __May__, 20 23

PAGE __1__ OF __2__

REV. 8/01

## BALDWINSVILLE POLICE DEPARTMENT - VOLUNTARY AFFIDAVIT

█████ I told him that this relationship was not working out and told him that he needed to find a new place to live. I offered to pay for an apartment for him to live in and gave him 2 weeks to find one which he did not do. On Tuesday (04/17/23) I received a phone call from an apartment building in Las Vegas asking for a reference and work information regarding █████ Later that day, I noticed vehicle insurance information in the mail regarding my 2021 Cadillac Escalade which was at a repair shop in Las Vegas. While I looked through the insurance paperwork I noticed that the paperwork was address to █████ even though the vehicle belongs to me. I began to look for the vehicle title and registration and could not find either one. On (04/27/23) I was in South Carolina visiting my mother when one of my employees advised me that █████ was not in the Baldwinsville area. I began to think that █████ might be heading to Las Vegas and thought me might try to steal my vehicle. I then contacted some of employees in Las Vegas and told them to watch my vehicle in case █████ shows up and tries to take it. Later that day, I was contacted by my employees that █████ did in fact arrive at the location where my vehicle was being kept and he attempted to steal the vehicle. My employees told me that they told him to leave which he eventually did. On (05/02/23) I was going through my belongings at my house in Baldwinsville and noticed that some of my jewelry was missing. The items missing were (1) 14k Yellow Gold Solid Chain valued at $2,916, (1) Two Tone Rolex Submariner watch with Serial number F071955 valued at $16,092 and (1) Rolex Daytona watch valued at approximately $14,000. On (05/03/23) I received a notification from the vehicle tracker that █████ had taken the vehicle at approximately 5:00pm. As of today the GPS on the vehicle shows that the vehicle is in San Francisco California. I want █████ arrested for hitting me, choking me, stealing my jewelry and stealing my vehicle. I also want an Order of Protection against █████.

I HAVE READ THIS _____ PAGE AFFIDAVIT AND SWEAR THAT IT IS THE TRUTH TO THE BEST OF MY KNOWLEDGE AND RECOLLECTION. I KNOW THE MEANING OF PERJURY; IT IS TELLING OF A LIE WHILE UNDER OATH AND I KNOW THAT FALSE STATEMENTS MADE HEREIN ARE PUNISHABLE AS A CLASS A MISDEMEANOR PURSUANT TO SECTION 210.45 OF THE PENAL LAW OF THE STATE OF NEW YORK.

WITNESS: _____  AFFIANT: _____  TIME: 7:70

SUBSCRIBED AND SWORN TO BEFORE ME

THIS _____ DAY OF _____, 20 _____

_____

PAGE 2 OF 2

REV. 8/01

DOJ-PROD26-0000000012

ORI No:    NY033401J
Order No:  2023-000036
NYSID No:  _____
CJTN No:   _____

PRESENT:  Honorable William W. Rose

**PEOPLE OF THE STATE OF NEW YORK**
                        - against -

████████████,
**Defendant**
DOB: ████994

**Criminal Form  1  12/2020**

At a term of the Onondaga Town Court, County of Onondaga, at the Courthouse at 5020 Ball Road, Syracuse, NY 13215, State of New York

**ORDER OF PROTECTION**
Family Offenses - C.P.L. 530.12

☐ Youthful Offender (check if applicable)

Part: **DV**          Case No.: 33019659CAP

**Charges: PL 121.11 AM Crim Obstruction Breathing, 1 count(s) of A Misd, 1 count(s) of Viol**

Defendant Present in Court

NOTICE: YOUR FAILURE TO OBEY THIS ORDER MAY SUBJECT YOU TO MANDATORY ARREST AND CRIMINAL PROSECUTION WHICH MAY RESULT IN YOUR INCARCERATION FOR UP TO SEVEN YEARS FOR CONTEMPT OF COURT. IF THIS IS A TEMPORARY ORDER OF PROTECTION AND YOU FAIL TO APPEAR IN COURT WHEN YOU ARE REQUIRED TO DO SO, THIS ORDER MAY BE EXTENDED IN YOUR ABSENCE AND CONTINUE IN EFFECT UNTIL A NEW DATE SET BY THE COURT.

THIS ORDER OF PROTECTION WILL REMAIN IN EFFECT EVEN IF THE PROTECTED PARTY HAS, OR CONSENTS TO HAVE, CONTACT OR COMMUNICATION WITH THE PARTY AGAINST WHOM THE ORDER IS ISSUED. THIS ORDER OF PROTECTION CAN ONLY BE MODIFIED OR TERMINATED BY THE COURT. THE PROTECTED PARTY CANNOT BE HELD TO VIOLATE THIS ORDER NOR BE ARRESTED FOR VIOLATING THIS ORDER.

☒  **TEMPORARY ORDER OF PROTECTION** - Whereas good cause has been shown for the issuance of a temporary order of protection

☐  **ORDER OF PROTECTION** - Whereas defendant has been convicted of [specify crime or violation]:

And the Court having made a determination in accordance with section 530.12 of the Criminal Procedure Law,

**IT IS HEREBY ORDERED** that the above-named defendant ████████████ (DOB: ████994) observe the following conditions of behavior:

[01]  Stay away from [A]    Theodore J Farnsworth (DOB: ████1962);

   [B]    the home of Theodore J Farnsworth (DOB: ████1962);

   [C]    the school of Theodore J Farnsworth (DOB: ████1962);

   [D]    the business of Theodore J Farnsworth (DOB: ████1962);

   [E]    the place of employment of Theodore J Farnsworth (DOB: ████1962);

[14]  Refrain from communication or any other contact by mail, telephone, e-mail, voice-mail or other electronic or any other means with Theodore J Farnsworth (DOB: ████1962);

[02]  Refrain from assault, stalking, harassment, aggravated harassment, menacing, reckless endangerment, strangulation, criminal obstruction of breathing or circulation, disorderly conduct, criminal mischief, sexual abuse, sexual misconduct, forcible touching, intimidation, threats, identity theft, grand larceny, coercion, unlawful dissemination or publication of intimate image(s) or any criminal offense against Theodore J Farnsworth (DOB: ████1962);

**IT IS FURTHER ORDERED** that this order of protection shall remain in force until and including 11/16/2023, but if you fail to appear in court on this date, the order may be extended and continue in effect until a new date set by the Court.
**DATED: 05/16/2023**

☒ Defendant advised in Court of issuance and contents of Order.

☐ Order to be served by other means [specify]: _____

☐ Warrant issued for Defendant

☒ Order personally served on Defendant in Court          X ████████████

Honorable William W. Rose

(Defendant's signature)

☐ ADDITIONAL SERVICE INFORMATION [specify]: _____

The Criminal Procedure Law provides that presentation of a copy of this order of protection to any police officer or peace officer acting pursuant to his or her special duties shall authorize and in some situations may require, such officer to arrest a defendant who is alleged to have violated its terms and to bring him or her before the Court to face penalties authorized by law.
Federal law requires that this order be honored and enforced by state and tribal courts, including courts of a state, the District of Columbia, a commonwealth, territory or possession of the United States, if the person against whom the order is sought is an intimate partner of the protected party and has been or will be afforded reasonable notice and opportunity to be heard in accordance with state law sufficient to protect that person's rights (18 USC §§2265, 2266).
It is a federal crime to:
 • cross state lines to violate this order or to stalk, harass or commit domestic violence against an intimate partner or family member;
 • buy, possess or transfer a handgun, rifle, shotgun or other firearm or ammunition while this Order remains in effect (Note: there is a limited exception for military or law enforcement officers but only while they are on duty); and
 • buy, possess or transfer a handgun, rifle, shotgun or other firearm or ammunition after a conviction of a domestic violence-related crime involving the use or attempted use of physical force or a deadly weapon against an intimate partner or family member, even after this Order has expired. (18 U.S.C. 922(g)(8), §§922(g)(9), 2261, 2261A, 2262).

Form 3221-(03/2016)

| Agency Name | A | New York State Domestic Incident Report | ORI: NY0335300 | Incident # 23-295129 | Related DR Number - | Incident Type DOMP | Location Code 3453 |
|---|---|---|---|---|---|---|---|
| Dewitt Police Department | | | | | | | |

**Incident**

| Reported Date / Time | Occurred Date/ Time | | | |
|---|---|---|---|---|
| 05/17/2023  00:24 | 05/16/2023  14:30 | Officer-Initiated | Radio Run | Walk-In |

| Occur Addr # 6611 | Prefix | Occurrence Street Name Old Collamer | Street Type RD | Suffix S | Bldg. | APT# | City DeWitt | State NY | Zip |
|---|---|---|---|---|---|---|---|---|---|

**VICTIM (P1)**

| Name - Last | First | Middle | Alias/Nickname/Maiden Name | DOB 1994 | Age: 28 | e Female ▪ Male |
|---|---|---|---|---|---|---|

e Self-Identified:

| Address # | Prefix | Street Name | Street Type | Suffix | Bldg # | Apt # | Victim_Phone Number: | Language: English |
|---|---|---|---|---|---|---|---|---|

| City Liverpool | State NY | Zip |
|---|---|---|

e White   e Black   e Asian     e Hispanic   e Non-Hispanic   e Unknown
e American Indian   e Other     Other Identifier:

**How can we safely contact you?**
**(e.g. Name, Phone, Email)** Phone ▪

**SUSPECT (P2)**

| Name - Last Farnsworth | First Theodore | Middle J | Alias/Nickname/Maiden Name | DOB 1962 | Age: 60 | e Female ▪ Male |
|---|---|---|---|---|---|---|

e Self-Identified:

| Address # | Prefix | Street Name | Street Type | Suffix | Bldg # | Apt # | Suspect Phone Number | Language: English |
|---|---|---|---|---|---|---|---|---|

| City Baldwinsville | State NY | Zip |
|---|---|---|

b White   e Black   e Asian     e Hispanic   b Non-Hispanic   e Unknown
e American Indian   e Other     Other Identifier:

| Do suspect and victim live together? e Yes ▪ No | SUSPECT / P2 present? e Yes ▪ No | Was Suspect Injured? e Yes ▪ No | Possible drug or alcohol use? e Yes ▪ No | Suspect supervised? b Not Supervised   e Probation   e Parole   e Status Unknown |
|---|---|---|---|---|

**Suspect (P2) Relationship to Victim (P1)**   e Married   e Intimate Partner/Dating   e Formerly Married   e Former Intimate/Dating   e Parent of Victim (P1)   e Child of Victim   e Relative   e Other     | Do the suspect and victim have a child in common? e Yes ▪ No |

**Victim Interview**

Emotional condition of **VICTIM**?   e Upset   e Nervous   e Crying   e Angry   e Other:  Calm

What were the first words that **VICTIM** said to the Responding Officers at the scene regarding the incident?
My phone is broken

Did suspect make victim fearful?   e Yes ▪ No   If yes describe:

| Weapons Used? e Yes ▪ No   Gun: e Yes ▪ No   If yes describe: | Suspect Threats? e Yes ▪ No   If Yes, Threats to: e Victim   e Child(ren)   e Pet   e Commit Suicide |
|---|---|

| Access to Guns? e Yes ▪ No   If yes describe: | e Other Describe: |
|---|---|

| Injured? e Yes ▪ No   If yes describe: | Strangulation? e Yes ▪ No   e Loss of Consciousness   e Urination/Defecation |
|---|---|
| In Pain? e Yes ▪ No   If yes describe: | e Red eyes/Petechia   e Sore Throat   e Breathing Changed   e Difficulty Swallowing |
| | Visible Marks? e Yes ▪ No   If Yes, describe: |

**SUSPECT**

What did the **SUSPECT** say (Before and After Arrest):
N/A not on scene

710.30 completed?   e Yes ▪ No

**Witnesses**

| Child/Witness (1) Name (Last, First, M. I.) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Last: | First: | M.I.: | DOB: / / | Addr # Prefix | Street Name | Type | Suffix | City | State Zip | Phone # ( ) - |

| Child/Witness (2) Name (Last, First, M. I.) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | / / | | | | | | ( ) - |

**Inc. Narrative**

Briefly desdribe the circumstances of this incident:
see page 2

**Evid**

| DIR Repository checked? e Yes ▪ No | Order of Protection Registry checked? e Yes ▪ No | Order of Protection in effect? e Yes ▪ No   e Refrain   e Stay Away |
|---|---|---|

| Evidence Present? e Yes ▪ No | Photos taken   e Victim Injury   e Suspect Injury   e Other: | Other Evidence   e Damaged Property   e Videos   e Electronic Evidence   e Other: | Destruction of Property? e Yes ▪ No   If yes describe: |
|---|---|---|---|

**Offense**

| Offense Committed? e Yes ▪ No   If no, explain: | Was suspect arrested? e Yes ▪ No | | Records Use Only |
|---|---|---|---|

| Offense 1 Law PL. | Art/Sec 14505 | Sub 02 | Cat. E | Class F | Degree 3 | Attempt N | Desc CMIS 3rd | Count 01 | Offense 2 Law | Art/Sec | Sub | Cat. | Class | Degree | Attempt | Desc | Count |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

*False Statements made herein are punishable as a Class A Misdemeanor pursuant to 210.45 NYSPL AFF RMED UNDER PENALTY OF PERJURY*

| PR NT NAME Katrina Kilmer | D# 0675 | SIGNATURE Electronically Signed | Administrative Use Only SUPERVISOR NAME (PR NT) P Pelton | ID# 0645 | APPROVED DATE 05/18/2023 | APPROVED BY SIGNATURE Approved Electronically | Page 1 of 3 |
|---|---|---|---|---|---|---|---|

Form 3221-(03/2016)       CNYLEADS Report 4.0.2   Updated 11/16/2017

Printed by AARMSTRONG on 06/16/23 at 13:55:22

GOVERNMENT EXHIBIT 2 1:22cr20521

DOJ-PROD26-0000000014

Form 3221-(03/2016)

| Agency Name | | | New York State | ORI | Incident # | Related DR Number | Incident Type | Location Code |
|---|---|---|---|---|---|---|---|---|
| **Dewitt Police Department** | | **B** | **Domestic Incident Report** | NY0335300 | 23-295129 | - | **DOMP** | **3453** |

Printed by AARMSTRONG on 06/16/23 at 13:55:22

**Prior History**

Describe Victim's prior domestic incidents with this suspect (Last, Worst, First):

**Prior documented verbal and physical domestics.**

If the Victim answers "yes" to any questions in this box refer to the NYS Domestic and Sexual Violence Hotline at 1-800-942-6906 or Local Domestic Violence Service Provider

Has Suspect ever

| | | | | |
|---|---|---|---|---|
| Threatened to kill you or your children? | Yes ¦ No | Is suspect capable of killing you or children? | ¦ Yes ¦ No |
| Strangled or "choked" you? | Yes ¦ No | Is suspect violently and constantly jealous of you? | ¦ Yes ¦ No |
| Beaten you while you were pregnant? | Yes ¦ No | Has the physical violence increased in frequency or severity over the past 6 months? | ¦ Yes ¦ No |

Is there reasonable cause to suspect a child may be the victim of abuse, neglect, maltreatment or endangerment? ¦ Yes ¦ No
If Yes, the Officer must contact the **NYS Child Abuse Hotline Registry # 1-800-635-1522.**

| Was DIR given to the Victim at the scene? ¦ Yes ¦ No if **NO**, Why: | Was Victim Rights Notice given to the Victim? ¦ Yes ¦ No if **NO**, Why: |
|---|---|
| **DR # given** | |

| INCIDENT | Weapon 1 | Weapon 2 | Weapon 3 | Incident Location Type | LarcenyType | Bias Crime | Burglary Force | Burglary Entry | Domestic Relationship |
|---|---|---|---|---|---|---|---|---|---|
| | A **77** | B **77** | C **77** | D **48** | E **77** | F **77** | G **77** | H **77** | I **07** |

**Property**

| 1. Owner | 2. Status | 3 Desc. Code | 4. Quantity | 5. Measure | 6. Item |
|---|---|---|---|---|---|
| **Person 1** | **04** | **49** | **01** | | **iPhone 13 Pro Max** |

| 7. Make | 8. Drug Type | 9. Model | 10. Serial Number | 11. Gun Type | 12. Gun Caliber | 13. Value |
|---|---|---|---|---|---|---|
| **iPhone** | | **13 Pro Max** | | | | $ **1000** |

**Vehicle**

| 1. Code | 2. Plate # | 3. State | 4. Expiration | 5. Reg. Type | 6. Imp. Plate | 7. VIN/HULL # | 8. # Occ. |
|---|---|---|---|---|---|---|---|
| **03** | ▓ | **NY** | **04/27/2024** | **PC** | **N** | ▓ | **01** |

| 9. Year | 10. Make | 11. Model | 12. Style | 13. Color | 14. Vehicle Value | 15. Damage Est. | 16. Weapon in Veh | 17. NCIC Ck |
|---|---|---|---|---|---|---|---|---|
| **2021** | **Cadillac** | **Escalade** | **4D** | **WHI** | **150000** | | **N** | **Neg** |

| 18. Vehicle Description / Damage |
|---|
| **observed.** |

| 19. Towed | 20. Owner Notif | 21. Hold | 22. Reason | 23. To/By Tow Company | 24. Truck # / Tow Operator |
|---|---|---|---|---|---|
| **N** | | | | | |

**Narrative:**

**\*\*\*BODY WORN CAMERA USED DURING INCIDENT\*\*\***

    On 05/17/2023 at approximately 0024 hours while working Unit 3401A I responded to 6611 Old Collamer Rd S, Hometown Inn for a physical domestic invest. Ofc Schoff (3403A) responded to assist.

    Upon arrival I met and spoke with (P1) ▓. ▓ was observed sitting in a parked 2021 Cadillac Escalade bearing ▓. ▓ stated he and his ex-boyfriend (P2) Theodore Farnsworth had a physical argument yesterday (05/16/2023) around 1430 hours. ▓ stated he has been staying at the Hometown Inn in room 112 by himself. Around 1430 hours he noticed that Farnsworth was sitting in the drivers seat of his Cadillac. ▓ stated he responded outside to the parking lot and confronted Farnsworth. Farnsworth and ▓ had a verbal argument regarding the vehicle. ▓ relayed that he and Farnsworth are currently going to civil court regarding who "owns" the vehicle. DMV check currently shows ▓ as the registered owner. ▓ stated Farnsworth exited the vehicle and called 911 but the police never responded. It should be noted a call log check of 911 calls made from the Hometown Address was negative for the date and time this incident occurred. ▓ stated while "waiting for police" he jokingly took Farnsworth's cell phone and ran away with it, but he turned around and gave it back to him. While doing so ▓ stated his own cell phone fell out of his pocket and Farnsworth grabbed it. Farnsworth took ▓ phone. an iPhone 13 Pro Max ($1,000), opened the Cadillac driver side door and smashed the cell phone against the interior of the door causing the corner of the screen to crack. ▓ stated he was able to get his cell phone from Farnsworth. At this time Farnsworth stated "give me the necklace back"and grabbed the yellow gold chain ($3,000) from around ▓ neck causing it to break. Farnsworth did not take the necklace. At this time Farnsworth left the area.

    ▓ stated during this altercation Farnsworth made a comment about an arrest warrant out of Baldwinsville PD. ▓ left the hotel and responded to Baldwinsville Police Department to see if he had a warrant for a previous domestic between both parties. It was confirmed and ▓ was arrested by Baldwinsville PD, arraigned with a full stay away order of protection issued listing Farnsworth as the protected party.  He then released around 2100 hours (23-278068). A few hours passed and ▓ returned to the hotel to report the incident to DeWitt Police.

    ▓ provided a statement regarding the incident, stating he desires prosecution against Farnsworth for damaging the iPhone and necklace. See attached. ▓ mentioned that their previous domestic, which he was arrested on was in regards to ownership of property. I reviewed the report and there were mentions of a gold necklace chain to which Farnsworth was able to provide a receipt for proving ownership.

*False Statements made herein are punishable as a Class A Misdemeanor pursuant to 210.45 NYSPL AFF RMED UNDER PENALTY OF PERJURY*

| PR NT NAME | D# | SIGNATURE | | Administrative Use Only | | | | Page **2** of **3** |
|---|---|---|---|---|---|---|---|---|
| **Katrina Kilmer** | **0675** | **Electronically Signed** | SUPERVISOR NAME (PRINT) **P Pelton** | | D# **0645** | APPROVED DATE **05/18/2023** | APPROVED BY SIGNATURE **Approved Electronically** | |

Form 3221-(03/2016)

## CNYLEADS Narrative Page 1

| Agency Name | | | | DR # |
|---|---|---|---|---|
| **Dewitt Police Department** | | | | **23-295129** |

| Last Name | First | | Middle | |
|---|---|---|---|---|
| ██ | ██ | | | |

   I have made numerous attempts to make contact with Farnsworth regarding the incident via phone with no response. I was unable to leave a voicemail due to the mailbox being full.

   I spoke with Hometown Inn front desk employee Wayne Mellon, he stated he was not working when the incident occurred. He advised he also doesn't have access to the exterior parking lot cameras. I left my information for Mellon to forward to management to review the cameras.

   At this time I am unable to determine how the damage to the phone screen occurred and who is the owner of the iPhone 13 Pro Max and gold necklace chain.

   Case remains open pending CCTV footage and interviewing Farnsworth.

Printed by AARMSTRONG on 06/16/23 at 13:55:22

| *False Statements made herein are punishable as a Class A Misdemeanor pursuant to 210.45 NYSPL AFFIRMED UNDER PENALTY OF PERJURY* | | | Administrative Use Only | | | | Page | **3** |
|---|---|---|---|---|---|---|---|---|
| PRINT NAME | D# | SIGNATURE | SUPERVISOR NAME (PR NT) | | ID# | APPROVED DATE  APPROVED BY SIGNATURE | of | |
| **Katrina Kilmer** | **0675** | **Electronically Signed** | **P Pelton** | | **0645** | **05/18/2023   Approved Electronically** | | **3** |

Form 3221-(03/2016)

DOJ-PROD26-0000000016

LEADS_REV_2_

## Voluntary Affidavit

State of New York
County of Onondaga
Town of Dewitt

DR# ████

I, ██████, being duly sworn, deposes and says that I am 28 years of age with a date of birth of ████ 1994. I reside at ██████ Liverpool, NY, ██████ and my phone number(s) are: (H) ( ) - (W) ( ) - (C) ████

I am voluntarily giving this affidavit to Ofc. Schoff from the Town of DeWitt Police Department. I am giving this statement on 5/17/2023 at 00:47 . I am giving this at 6611 Old Collamer Rd S

On May 16th, 2023 at approximately 2:30 P.M. I was in my hotel room at the Hometown Inn (Rm. 112), and I noticed my ex-boyfrfriend, Theodore Farnsworth, in my white in color Cadillac. Theodore was sitting in the drivers seat, with the vehicle running. I proceeded to put on clothes and went outside to see what Theodore was doing in my vehicle. I opened the door to my vehicle and Theodore started to yell at me and said, "You're going to jail, there is a warrant for your arrest!" I noticed Theodore called the police. I didn't believe Theodore and he kept asking me for the title to my vehicle. I didn't tell Theodore where the title was because the vehicle belongs to me. Theodore and I waited for the police and continued to argue. Theodore was texting someone on his cell phone, while we were waiting, and I jokingly grabbed his cell phone and ran away. I stopped running and turned back to Theodore to give him back his cell phone. My phone proceeded to fall out of my pocket and Theodore grabbed it. Theodore then went back towards my car and smashed my cell phone on the side of the car door, causing the screen to break. My phone is an iPhone 13 Pro Max ($1,000).

After Theodore smashed the screen to my phone, I used my strength to take my phone back from him. Once I got my phone back, Theodore ran to me, grabbed what I thought was my shirt and said, "Give me the necklace back!" Theodore then ripped the necklace off of my neck ($3,000). The necklace fell to the ground and I quickly picked it up before him. Theodore and I waited for the police and as we were waiting, Theodore took the license plate off the rear bumper of my vehicle and left with it.

I went to Baldwinsville Police Department to see if there was a warrant for my arrest and learned there was. I was arrested and went downtown to be arraigned. I was released and brought back to my vehicle in Baldwinsville.

I wish to pursue criminal charges against Theodore for damaging my property.



I have read this 01 page affidavit and swear that is the truth to the best of my knowledge and recollection. I know the meaning of perjury, it is the telling of a lie while under oath and I know that false statements made herein are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law of the State of New York.

_____
Deponent

Printed by AARMSTRONG on 06/16/23 at 13:55:48

DOJ-PROD26-0000000017

## CNYLEADS Supplemental Report Cover Page

Agency Name
**DeWitt Police Department**

| ORI | Location Code | Incident Complaint Number |
|---|---|---|
| **NY0335300** | **3453** | **23-295129** |

| Incident Type | Occurred Date/ Time | Follow-up / Supplemental Date / Time |
|---|---|---|
| **DOMP** | **05/16/2023**  **14:30** | **06/03/2023**  **23:00** |

| Incident Address: Number | Prefix | Street Name | Street Type | Suffix |
|---|---|---|---|---|
| **6611** |  | **Old Collamer** | **RD** | **S** |

Related DR Number

| - |
|---|

| Select Page(s) to use & go to page | Select Page(s) |
|---|---|
| ☒ **NARRATIVE PAGE 1** | ☒ |
| ☐ **NARRATIVE PAGE 2** | ☐ |
| ☐ **NARRATIVE PAGE 3** | ☐ |
| ☐ **NARRATIVE PAGE 4** | ☐ |
| ☐ **NARRATIVE PAGE 5** | ☐ |
| ☐ **NARRATIVE PAGE 6** | ☐ |
| ☒ **INVOLVED PERSONS 1-3** | ☒ |
| ☐ **INVOLVED PERSONS 4-6** | ☐ |
| ☐ **INVOLVED PERSONS 7-9** | ☐ |
| ☐ **INVOLVED PERSONS 10-12** | ☐ |
| ☐ **INVOLVED PERSONS 13-15** | ☐ |
| ☐ **INVOLVED PERSONS 16-18** | ☐ |
| ☐ **VEHICLE PAGE** | ☐ |
| ☐ **PROPERTY PAGE 1** | ☐ |
| ☐ **PROPERTY PAGE 2** | ☐ |
| ☒ **OFFENSE PAGE** | ☒ |

| 1. CASE STATUS: | 2. CLOSED BY : | DISPOSITION: (Clery only) | 3. NYSP N MSG: | 4. DATE | 5. TIME | Records Use Only |
|---|---|---|---|---|---|---|
| **Closed** | **Other (see narrative)** | | | **/  /** | **:** | |

| 6. NOT F ED UNIT: | 7. PERSON NOTIFIED: | 8. NOT F ED DATE T ME: | 9. CASE RESPONS BLITY/TOT: | Lab Submission Request |
|---|---|---|---|---|
| | | **/  /    :** | | **N** |

*False Statements made herein are punishable as a Class A Misdemeanor pursuant to 210.45 NYSPL AFF RMED UNDER PENALTY OF PERJURY*

| | | Administrative Use Only | | Page **1** |
|---|---|---|---|---|

| 10. PR NT NAME | 11. ID# | 12. SIGNATURE | 13. SUPERVISOR NAME (PR NT) | 14. D# | APPROVED DATE | 15. APPROVED BY SIGNATURE | of **4** |
|---|---|---|---|---|---|---|---|
| **Katrina Kilmer** | **0675** | **Electronically Signed** | **P Pelton** | **0645** | **06/04/2023** | **Approved Electronically** | |

Form 3 5NC (Rev.2/07)    CNYLEADSIncidentReport 5.1.0    Updated 9/11/18

Printed by AARMSTRONG on 06/16/23 at 13:56:03

DOJ-PROD26-0000000018

**CNYLEADS Narrative Supplement 1**

| Agency Name | | | | | | DR # |
|---|---|---|---|---|---|---|
| **DeWitt Police Department** | | | | | | ███ |

| Incident Type | Person Type | Victim Type | | | | |
|---|---|---|---|---|---|---|
| **DOMP** | **VI** | **Individual** | | | | |

| Last Name | First | Middle | Suffix | DOB | Business Name |
|---|---|---|---|---|---|
| ███ | ███ | | | ███ /1994 | |

    On 06/03/2023 at approximately 2300 hours while working Unit 3401A I conducted a follow-up in regards to a domestic incident that occurred on 05/16/2023.

    Since the reported date I have made numerous attempts to make contact with (OI) Theodore Farnsworth regarding the incident with negative results.

    I have also responded to the incident location, Hometown Inn in attempt to review CCTV footage. I spoke with front desk clerk Wayne Mellon who stated he was unsure if the cameras on the east wing were working but would have to speak with management who work weekdays 0800-1600 hrs. I left my business card with my contact information circled asking him to relay the information to management. At this time I have not received any CCTV footage.

    At this time I am unable to determine who is the owner of the damaged iPhone 13 Pro Max and how the damages occurred.

    Case closed pending further information.

---

*False Statements made herein are punishable as a Class A Misdemeanor pursuant to 210.45 NYSPL AFF RMED UNDER PENALTY OF PERJURY*

| | 12. PR NT NAME | 13. D# | 14. SIGNATURE | Administrative Use Only<br>15. SUPERVISOR NAME (PR NT) | 16. ID# | APPROVED DATE | 17. APPROVED BY SIGNATURE | Page |
|---|---|---|---|---|---|---|---|---|
| | **Katrina Kilmer** | **0675** | **Electronically Signed** | **P Pelton** | **0645** | **06/04/2023** | **Approved Electronically** | **2** of **4** |

Form 3.5NC (Rev 2/07)

DOJ-PROD26-0000000019

Printed by AARMSTRONG on 06/16/23 at 13:56:03

## CNYLEADS Involved Persons 1-3 Supplement

DR #

**Involved Person 1**

| 1 Person Type | 2. Victim Type | 3. Last | | First | | Middle | | 4. Suffix | 5. Business Name |
|---|---|---|---|---|---|---|---|---|---|
| VI | Individual | | | | | | | | |

| 6. Alias/Nickname/Maiden Name | | | 7. Race | 8. Ethnicity | 9. Sex | 10. DOB | 11. Age | 12. Hgt | 13. Wgt | 14. Hair | 15. Eye |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | W | H | M | 1994 | 28 | ' '' | | | |

| 16. Address:Num | Prefix | Street Name | | | Street Type | Suffix | Bldg. | APT# | 17. City | 18. State |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Liverpool | NY |

| 19. Zip | 20. Resident Status (Clery only) | 21. Home Phone | 22. Cell Phone | 23. Soc. Sec. # | 23A. Student D # (Clery only) | 24. Scars / Marks / Tattoos |
|---|---|---|---|---|---|---|
| | | ( ) - | | - - | | |

| 25. Describe: | | | | | | 26. Skin | 27. Eyewear | 28. Employer |
|---|---|---|---|---|---|---|---|---|
| | | | | | | L | | |

| 29. Work Phone | 30. Occupation | 31. Address Num | Prefix | Street Name | | | | Street Type | Suffix |
|---|---|---|---|---|---|---|---|---|---|
| ( ) - | | | | | | | | | |

| Bldg. | Suite# | 32. City | 33. State | 34. Zip | 35. Apparent Condition | 36. Handicapped | 37. Nature of Ill / Inj | 38. Med. Treatment |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| 39. Subject  description, actions, etc |
|---|
| VI |

**Involved Person 2**

| 1.Person Type | 2. Victim Type | 3. Last | | First | | Middle | | 4. Suffix | 5. Business Name |
|---|---|---|---|---|---|---|---|---|---|
| OI | | Farnsworth | | Theodore | | | | | |

| 6. Alias/Nickname/Maiden Name | | | 7. Race | 8. Ethnicity | 9. Sex | 10. DOB | 11. Age | 12. Height | 13. Weight | 14. Hair | 15. Eye |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | W | N | M | 1962 | 60 | ' '' | | | |

| 16. Address:Num | Prefix | Street Name | | | Street Type | Suffix | Bldg. | APT# | 17. City | 18. State |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Baldwinsville | NY |

| 19. Zip | 20. Resident Status (Clery only) | 21. Home Phone | 22. Cell Phone | 23. Soc. Sec. # | 23A. Student ID # (Clery only) | 24. Scars / Marks / Tattoos |
|---|---|---|---|---|---|---|
| | | ( ) - | | - - | | |

| 25. Describe: | | | | | | 26. Skin | 27. Eyewear | 28. Employer |
|---|---|---|---|---|---|---|---|---|
| | | | | | | L | | |

| 29. Work Phone | 30. Occupation | 31. Address Num | Prefix | Street Name | | | | Street Type | Suffix |
|---|---|---|---|---|---|---|---|---|---|
| ( ) - | | | | | | | | | |

| Bldg. | Suite# | 32. City | 33. State | 34. Zip | 35. Apparent Condition | 36. Handicapped | 37. Nature of Il / Inj | 38. Med Treatment |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| 39. Subject  description, actions, etc |
|---|
| OI-ex boyfriend of VI |

**Involved Person 3**

| 1 Person Type | 2. Victim Type | 3. Last | | First | | Middle | | 4. Suffix | 5. Business Name |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| 6. Alias/Nickname/Maiden Name | | | 7. Race | 8. Ethnicity | 9. Sex | 10. DOB | 11. Age | 12. Hgt | 13. Wgt | 14. Hair | 15. Eye |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | / / | | ' '' | | | |

| 16. Address:Num | Prefix | Street Name | | | Street Type | Suffix | Bldg. | APT# | 17. City | 18. State |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

| 19. Zip | 20. Resident Status (Clery only) | 21. Home Phone | 22. Cell Phone | 23. Soc. Sec. # | 23A. Student  D # (Clery only) | 24. Scars/Marks/Tattoos |
|---|---|---|---|---|---|---|
| | | ( ) - | ( ) - | - - | | |

| 25. Describe: | | | | | | 26. Skin | 27. Eyewear | 28. Employer |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| 29. Work Phone | 30. Occupation | 31. Address Num | Prefix | Street Name | | | | Street Type | Suffix |
|---|---|---|---|---|---|---|---|---|---|
| ( ) - | | | | | | | | | |

| Bldg. | Suite# | 32. City | 33. State | 34. Zip | 35. Apparent Condition | 36. Handicapped | 37. Nature of Il/Inj | 38. Med Treatment |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| 39. Subject  description  actions  etc |
|---|
| |

*False Statements made herein are punishable as a Class A Misdemeanor pursuant to 210.45 NYSPL AFFIRMED UNDER PENALTY OF PERJURY*

| | Administrative Use Only | | Page 3 |
|---|---|---|---|
| 12. PR NT NAME | | 13. ID# | 14. SIGNATURE | 15. SUPERVISOR NAME (PRINT) | 16. D# | APPROVED DATE | 17. APPROVED BY SIGNATURE |
| Katrina Kilmer | 0675 | Electronically Signed | P Pelton | 0645 | 06/04/2023 | Approved Electronically | of 4 |

Form 3 5NC (Rev.2/07)

Printed by AARMSTRONG on 06/16/23 at 13:56:03

**CNYLEADS**

**Offense Page**

DR #  `23-295129`

| | | 1. Law Type | 2. Section | 3. Sub | 4. Class | 5. Cat. | 6. Degree | 7. Attempt | 8. Offense Name | 9. Count |
|---|---|---|---|---|---|---|---|---|---|---|
| **O** | 1 | PL - Penal Law | 14505 | 02 | E | F | 3 | N | CMIS 3rd | 01 |
| **F** | 2 | | | | | | | | | |
| **F** | 3 | | | | | | | | | |
| | 4 | | | | | | | | | |
| **E** | 5 | | | | | | | | | |
| **N** | 6 | | | | | | | | | |
| **S** | 7 | | | | | | | | | |
| **E** | 8 | | | | | | | | | |
| | 9 | | | | | | | | | |
| | 10 | | | | | | | | | |
| | 11 | | | | | | | | | |
| | 12 | | | | | | | | | |
| | 13 | | | | | | | | | |
| | 14 | | | | | | | | | |
| | 15 | | | | | | | | | |
| | 16 | | | | | | | | | |
| | 17 | | | | | | | | | |
| | 18 | | | | | | | | | |
| | 19 | | | | | | | | | |
| | 20 | | | | | | | | | |

Printed by AARMSTRONG on 06/16/23 at 13:56:03

*False Statements made herein are punishable as a Class A Misdemeanor pursuant to 210.45 NYSPL AFF RMED UNDER PENALTY OF PERJURY*

Administrative Use Only

Page **4** of **4**

| PRINT NAME | ID# | SIGNATURE | SUPERVISOR NAME (PR NT) | D# | APPROVED DATE | APPROVED BY SIGNATURE |
|---|---|---|---|---|---|---|
| Katrina Kilmer | 0675 | Electronically Signed | P Pelton | 0645 | 06/04/2023 | Approved Electronically |

Form 3.5R (Rev.2/07)

DOJ-PROD26-0000000021

RECEIVED
ONONDAGA FAMILY COURT

F.C.A. §§ 812, 818, 821

Form 8-2

2023 MAY 18 AM 10: 22 (Family Offense Petition)
(1/2020)

FAMILY COURT OF THE STATE OF NEW YORK
COUNTY OF

61117

0-2758-23

..........................................................

Petitioner

Docket No.

-against-

FAMILY OFFENSE
PETITION

Theodore Farsworth

Respondent

..........................................................................

TO THE FAMILY COURT:

The undersigned Petitioner respectfully states that:

1. a. I reside at [specify address unless confidential]:[1]
   liverPool NY

   b. The Respondent resides at [specify address unless confidential]:
   Baldwinsville NY

2. a. The Respondent and I are related as follows [check all applicable box(es)]:
   □ we are married                    □ we were married
   □ we have a child in common    □ we are parent and child
   □ we are related by blood or marriage [specify how]:
   ☑ we are in an intimate relationship (NOT casual social or business acquaintances)
   [describe]: Ted & I have Been together for 3 Years
   □ we were in an intimate relationship (NOT casual social or business
   acquaintances) [describe]:
   □ we live together   ☑ we lived together in the past   □ we never lived together

   b. □ Petitioner is a duly authorized agency, association, society or institution and is filing
   this petition pursuant to F.C.A. §822(b).

   c. □ I am a peace officer and am filing this petition pursuant to F.C.A. §822(c).

3. The Respondent committed the following family offense(s) against me and/or my children,
which constitute(s) [Check applicable box(es)]:
   ☑ Disorderly conduct                              □ Menacing in the second or third degree
   ☑ Harassment in the first or second degree     ☑ Reckless endangerment
   ☑ Aggravated harassment in the second degree  ☑ Stalking
   □ Assault in the second or third degree          □ Attempted assault
   ☑ Criminal mischief                               □ Sexual misconduct
   □ Sexual abuse in the second[2] or third degree  □ Forcible touching
   □ Strangulation                                   □ Criminal obstruction of breathing or circulation
   □ Identity theft in 1st, 2nd or 3rd degree        □ Grand larceny in 1st, 2nd, 3rd or 4th degree
   □ Coercion in 2nd degree [Penal Law §135.60 (1),(2),or (3)]
   □ Unlawful dissemination or publication of intimate image(s) [Penal Law §245.15]

---

[1] If your health or safety or that of your child or children would be put at risk by disclosure of your address or other identifying information, you may apply to the Court for an address confidentiality order by submitting General Form GF-21, which is available on-line at www.nycourts.gov. See Family Court Act §154-b.

[2] Where victim is incapable of consent for reason other than being under age 17 [Penal Law §130.60(1)].

DOJ-PROD26-0000000022

Form 8-2    Page  2

[Describe each incident; starting with the most recent incident;  state date, time and location of each incident; specify all injuries and if any weapons were used.  Use additional sheets where necessary]:

1) on May 16th at approx 1430 Theodore fansworth found out where I was Staying at which was hometown In by red Af and came to my Hotel To Try to take a car that is titled in my name Due to him having spare Key He got in my car, I go out to see what hes Doing During this time he takes my phone and Smashes It on Side of car Door. He then runs after me and Proceeds to grab a gold chain me bought for me and Rips It off my neck.                                                                      (Back of page)

4.  ☐ have  ☑ have not  filed a criminal complaint concerning these incident(s)
[If so, please indicate court, county, date, charge(s) and status, if known]:

5. [Check applicable box(es)]:
   ☑ a. I have no children and there are no other children living in my home.

   ☐ b.  The following children live with me [include children who are not yours]:
   <u>Name</u>     <u>Date of Birth</u>     <u>Relationship to  Me</u>     <u>Relationship to Respondent</u>

   ☐ c.  The following children are mine but do not live with me.
   <u>Name</u>     <u>Date of Birth</u>     <u>Lives With</u>          <u>Child's Relationship to Respondent, if any</u>

   ☐ e. The Respondent committed family offenses against the above  child or children  as follows [describe including name(s) of child or children, nature of offense(s) and date(s)]:[3]

**[Check boxes and complete any of the following paragraphs 6-13 that apply to you.  Skip any that do not apply to you.]**

   ☐ 6. The Respondent has acted in a way I consider dangerous or threatening to me, my children or any member of my family, in addition to the incident(s) described in question 3, as follows [describe]:

   ☐ 7. The Respondent was found to have violated an Order of Protection issued on behalf of me or members of my family or household as follows [describe]:

   ☐ 8. The Respondent owns or has access to guns as follows [describe]:

   9. ☐ a. The Respondent has a gun license or pistol permit for the following gun(s) as follows [describe]:

   ☐ b. The Respondent has a gun license or permit application pending as follows [describe]:

---

[3]  Family offenses include the crimes of:  assault or attempted assault,  aggravated harassment or harassment, disorderly conduct, menacing, reckless endangerment, stalking, sexual abuse, sexual misconduct, forcible touching, strangulation, criminal obstruction of breathing or blood circulation, identity theft, criminal mischief, grand larceny, coercion and unlawful publication or dissemination of intimate images.

DOJ-PROD26-0000000023

During this time he had told me he had called cops (He says) later finding out he didnt but after while waiting for cops he enters my Hotel Room searching for car title in my name and proceds to sit on my Bed while we wait 2hour 30 mins then He decids to take a screw Driver he brought and unscrew my license plate off. and then walks away to his car and leaves.

2) on May 5th @ approx 1600 Heading Into San fansico In oakland california Theodore farnsworth had Eric noble who works for ted Report the car stolen which then lead me to being Polled out of car guns Drawn when Im the titled and Registered owner of the car. when theodore even knew I was titled owner. and next Day ted texts me saying "He doesnt want to fight anymore and just wants to Be friends."

3) on May 4th @ approx 1730 I was staying at a Hotel Horshoe in las vegas I go to parking garage to notice my car gone. I Pull up cars GPS call cops and meet cops at the veichles location. to come to find out Ted hired someone and sent spare keys in mail to the Person he hired to retreive a car titled In my name. car was returned to me. and col

4) During the month of APril or May ted and I got into argument abo he told me not to come home when I didnt even have clothes or tolitres for next Day So I went home to get clothes he meets me on frot steps of house says Im not coming In so I proceded to walk by him he then Pushes me almost out of the house and say Im not getting anything he will DRop it off at gym so I try to go more Into house he then shoves me to wall and holds me against wall and I then use my stregnth to get him of me we full on a Bench he start try to hit me I then Chuck choke him and my try to restrain him from hitting me. we then Get up off Bench and he then rips shirt off me and tells me to leave. I dont leave off b Because I didnt wanna go out with ripped shirt.

5) During the last year or possibly more he has had private Invustagators follow me take pictures of me and my friends and has had Put trackers in my cars cars that track and record audio, He had private Invustigators on me In NY and las vegas.

6) on january 18th 2023 we get Into argument about me lying to him which turns Into a physical altercation by him kicking me spiting on me Punching me and throwing water on me and kicking me out and telling me He hopes I feeze to Death. my friend then cume and Picked me up at 3am from Down the street because I had to run out so he would stop hitting me.

7) 3 weeks ago when I buit up courage to leave him I Blocked his number asked him to stop contacting me and he downloads an app where you can make a number and proced Procedes to text me off Different numbers.

8) took an approx 3wee

Form 8-2    Page 3

☐ c. The Respondent carries a gun on his or her job as follows [describe]:

10. ☐ a. The Respondent threatened [check applicable box(es)]:
☐ me    ☐ my child or children [specify]:
☐ a member or members of my household [specify]:
with a gun or dangerous instrument or object as follows [specify]:

☐ b. There is a substantial risk that Respondent would use or threaten to use a firearm or dangerous instrument or object against me, my child(ren) or member of my household on the basis of the following facts and for the following reasons [describe]:

☐ 11. The following court cases are pending between me and the Respondent [specify court, county, docket or index number, nature of action and status, if known]:

☐ 12. The Respondent has the following criminal convictions [specify, including date, crime, sentence and court, if known]: one count securities fraud  3 counts wire fraud.

☐ 13. [Applicable where protection is sought for pet(s)]:
a. The following pets live in my house [specify name(s) and type(s)]:

b. The Respondent  injured or tried or threatened to injure pets in my household as follows [describe]:

14. I have not made any previous application to any court or judge for the relief requested in this petition, (except [specify the relief, if any, granted and the date of such relief; delete if inapplicable]:
N/A                                                              ).
WHEREFORE, Petitioner respectfully requests this Court to:
(a) adjudge the Respondent to have committed the family offense(s) alleged;
(b) enter an order of protection, specifying conditions of behavior to be observed by the Respondent in accordance with Section 842 of the Family Court Act;
c. enter a finding of aggravated circumstances [delete if inapplicable];
d. enter a temporary order of child support in accordance with Family Court Act §828(4) [delete if inapplicable];
e. enter an order directing the parties to appear within seven business days of the filing of this petition for consideration of an order of temporary spousal support in accordance with Family Court Act §828(5); [delete if inapplicable]
f. order such other and further relief as to the Court seems just and proper.

Dated:  May 18 2023

MYSDC
11/2023 UH

Petitioner: (print or type name)         /    Signature

Petitioner's Attorney, if any (print or type name) /    Signature

Address and telephone number of Attorney, if any

F.C.A §§ 430, 550, 655, 828, 1029

**FILED & ENTERED**
Family Court State of New York
County of Onondaga

GF5 12/2020

**ORI No:** NY033023J
**Order No:** 2023-000459
**NYSID No:** _____

DATE: 5 18 2023

At a term of the Family Court of the State of New York,
held in and for the County of Onondaga, at Onondaga County
Courthouse 401 Montgomery St., Syracuse, NY 13202, on May 18,
2023

**PRESENT: Honorable Julie A Cerio**

In the Matter of a FAMILY OFFENSE Proceeding

(DOB: 1994),
**Petitioner**

- against -

Theodore Farnsworth (DOB: 962),
**Respondent**

**File #** 61117
**Docket #** O-02758-23

**Temporary Order of Protection**

**Ex Parte**

NOTICE: YOUR FAILURE TO OBEY THIS ORDER MAY SUBJECT YOU TO MANDATORY ARREST AND CRIMINAL PROSECUTION, WHICH MAY RESULT IN YOUR INCARCERATION FOR UP TO SEVEN YEARS FOR CRIMINAL CONTEMPT, AND/OR MAY SUBJECT YOU TO FAMILY COURT PROSECUTION AND INCARCERATION FOR UP TO SIX MONTHS FOR CONTEMPT OF COURT. IF YOU FAIL TO APPEAR IN COURT WHEN YOU ARE REQUIRED TO DO SO, THIS ORDER MAY BE EXTENDED IN YOUR ABSENCE AND THEN CONTINUES IN EFFECT UNTIL A NEW DATE SET BY THE COURT.

THIS ORDER OF PROTECTION WILL REMAIN IN EFFECT EVEN IF THE PROTECTED PARTY HAS, OR CONSENTS TO HAVE, CONTACT OR COMMUNICATION WITH THE PARTY AGAINST WHOM THE ORDER IS ISSUED. THIS ORDER OF PROTECTION CAN ONLY BE MODIFIED OR TERMINATED BY THE COURT. THE PROTECTED PARTY CANNOT BE HELD TO VIOLATE THIS ORDER NOR BE ARRESTED FOR VIOLATING THIS ORDER.

A petition under Article 8 of the Family Court Act, having been filed on May 18, 2023 in this Court and good cause having been shown, and Theodore Farnsworth having been not present in Court.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that Theodore Farnsworth (DOB: 962) observe the following conditions of behavior:

[01] Stay away from:

[A]　　　　 (DOB: 1994);

[B] the home of　　　 (DOB: 1994);

[C] the school of　　　 (DOB: 1994);

[D] the business of　　　 (DOB: 994);

[E] the place of employment of　　　 (DOB: 1994);

[14] Refrain from communication or any other contact by mail, telephone, e-mail, voice-mail or other electronic or any other means with　　　 (DOB: 1994);

[17] Refrain from remotely controlling, monitoring or otherwise interfering with any electronic device or other object affecting the home, vehicle or property of　　　 (DOB: 1994) by connection through any means, including, but not limited to, the internet, Bluetooth, a wired or wireless network, or other wireless technology.

[02] Refrain from assault, stalking, harassment, aggravated harassment, menacing, reckless endangerment, strangulation, criminal obstruction of breathing or circulation, disorderly conduct, criminal mischief, sexual abuse, sexual misconduct, forcible touching, intimidation, threats, identity theft, grand larceny, coercion, unlawful dissemination or publication of intimate image (s) or any criminal offense against　　　 (DOB: 1994);

DOJ-PROD26-0000000026

GF-5 Page 2
O-02758-23
2023-000459

It is further ordered that this temporary order of protection shall remain in force until and including May 17, 2024, but if you fail to appear in court on this date, the order may be extended and continue in effect until a new date set by the Court.

**Dated:**   May 18, 2023                                    ENTER



Honorable Julie A Cerio

Next Appearance Date: 06/23/2023 at 11:15 AM - Honorable Salvatore A. Pavone, Part 11

PURSUANT TO SECTION 1113 OF THE FAMILY COURT ACT, AN APPEAL FROM THIS ORDER MUST BE TAKEN WITHIN 30 DAYS OF RECEIPT OF THE ORDER BY APPELLANT IN COURT, 35 DAYS FROM THE DATE OF MAILING OF THE ORDER TO APPELLANT BY THE CLERK OF COURT, OR 30 DAYS AFTER SERVICE BY A PARTY OR THE ATTORNEY FOR THE CHILD UPON THE APPELLANT, WHICHEVER IS EARLIEST.

**The Family Court Act** provides that presentation of a copy of this order of protection to any police officer or peace officer acting pursuant to his or her special duties authorizes, and sometimes requires such officer to arrest a person who is alleged to have violated its terms and to bring him or her before the court to face penalties authorized by law.

**Federal law requires** that this order is effective outside, as well as inside, New York State. It must be honored and enforced by state and tribal courts, including courts of a state, the District of Columbia, a commonwealth, territory or possession of the United States, if the person restrained by the order is an intimate partner of the protected party and has or will be afforded reasonable notice and opportunity to be heard in accordance with state law sufficient to protect due process rights (18 U.S.C §§ 2265, 2266).

**It is a federal crime to:**
• cross state lines to violate this order or to stalk, harass or commit domestic violence against an intimate partner or family member;
• buy, possess or transfer a handgun, rifle, shotgun or other firearm or ammunition while this Order remains in effect (Note: there is a limited exception for military or law enforcement officers but only while they are on duty) ; and
• buy, possess or transfer a handgun, rifle, shotgun or other firearm or ammunition after a conviction of a domestic violence-related crime involving the use or attempted use of physical force or a deadly weapon against an intimate partner or family member, even after this Order has expired (18 U.S.C. §§ 922(g)(8), 922(g)(9), 2261, 2261A, 2262).

**Check Applicable Box(es):**

[ ]  Party against whom order was issued was advised in Court of issuance and contents of Order

[ ]  Order personally served in Court upon party against whom order was issued

[x]  Service directed by Police Service

[ ]  [Modifications or extensions only]: Order mailed on [specify date and to whom mailed]:

[ ]  Warrant issued for party against whom order was issued[specify date]: _____

[ ]  ADDITIONAL SERVICE INFORMATION [specify]: _____

DOJ-PROD26-0000000027

File#: 61117 (O-02758-23)                        GF-2 (08/2002)            Page **1** of 1

**FAMILY COURT OF THE STATE OF NEW YORK**
**COUNTY OF ONONDAGA**

In the Matter of **an Article 8 Family Offense** Proceeding          **File #:**        61117
                                                                     **Docket #:**     O-02758-23

██████████ (Petitioner)

**Theodore Farnsworth** (Respondent)

                                                                 **SUMMONS - GENERAL**
                                                                     **(IN PERSON)**

To:      Theodore Farnsworth

         ██████████
         Baldwinsville, NY ██████

A petition under Article 8 of the Family Court Act has been filed with this Court.

**YOU ARE HEREBY SUMMONED** to appear **IN PERSON** before this Court on:

| | |
|---|---|
| Date/Time/Part: | **June 23, 2023** at **11:15 AM in Part 11** |
| Purpose: | **Respondent's First Appearance** |
| Presiding: | **Salvatore A. Pavone, Court Attorney Referee** |
| Location: | **Onondaga County Courthouse, 401 Montgomery St., Syracuse, NY 13202** |
| Floor: | **2** |
| Room: | **206** |

to answer the attached petition and to be dealt with in accordance with the Family Court Act.

Please bring this notice with you and check in with the Court Officer in the Part.

**If you fail to appear as directed, a warrant may be issued for your arrest.**

**Dated:** May 18, 2023                                 David M. Primo Esq., Clerk of the Court

**NOTICE: FAMILY COURT ACT §154(C) PROVIDES THAT PETITIONS BROUGHT PURSUANT TO ARTICLES 4, 5, 6, 8 AND 10 OF THE FAMILY COURT ACT, IN WHICH AN ORDER OF PROTECTION IS SOUGHT OR IN WHICH A VIOLATION OF AN ORDER OF PROTECTION IS ALLEGED, MAY BE SERVED OUTSIDE THE STATE OF NEW YORK UPON A RESPONDENT WHO IS NOT A RESIDENT OR DOMICILIARY OF THE STATE OF NEW YORK. IF NO OTHER GROUNDS FOR OBTAINING PERSONAL JURISDICTION OVER THE RESPONDENT EXIST ASIDE FROM THE APPLICATION OF THIS PROVISION, THE EXERCISE OF PERSONAL JURISDICTION OVER THE RESPONDENT IS LIMITED TO THE ISSUE OF THE REQUEST FOR, OR ALLEGED VIOLATION OF, THE ORDER OF PROTECTION. WHERE THE RESPONDENT HAS BEEN SERVED WITH THIS SUMMONS AND PETITION AND DOES NOT APPEAR, THE FAMILY COURT MAY PROCEED TO A HEARING WITH RESPECT TO ISSUANCE OR ENFORCEMENT OF THE ORDER OF PROTECTION.**

F.C.A §§ 430, 550, 655, 828, 1029           GF5 12/2020

**ORI No:**    NY033023J
**Order No:**   2023-000459
**NYSID No:**    _____

       At a term of the Family Court of the State of New York, held in and for the County of Onondaga, at Onondaga County Courthouse 401 Montgomery St., Syracuse, NY 13202, on May 18, 2023

**PRESENT: Honorable Julie A Cerio**

**In the Matter of a FAMILY OFFENSE Proceeding**

████████ **(DOB:** ███ **/1994),**
         Petitioner

     - against -

**Theodore Farnsworth (DOB:** ███ **/1962),**
         Respondent

**File #**     61117
**Docket #**   O-02758-23
**Temporary Order of Protection**

**Ex Parte**

**NOTICE: YOUR FAILURE TO OBEY THIS ORDER MAY SUBJECT YOU TO MANDATORY ARREST AND CRIMINAL PROSECUTION, WHICH MAY RESULT IN YOUR INCARCERATION FOR UP TO SEVEN YEARS FOR CRIMINAL CONTEMPT, AND/OR MAY SUBJECT YOU TO FAMILY COURT PROSECUTION AND INCARCERATION FOR UP TO SIX MONTHS FOR CONTEMPT OF COURT. IF YOU FAIL TO APPEAR IN COURT WHEN YOU ARE REQUIRED TO DO SO, THIS ORDER MAY BE EXTENDED IN YOUR ABSENCE AND THEN CONTINUES IN EFFECT UNTIL A NEW DATE SET BY THE COURT.**

**THIS ORDER OF PROTECTION WILL REMAIN IN EFFECT EVEN IF THE PROTECTED PARTY HAS, OR CONSENTS TO HAVE, CONTACT OR COMMUNICATION WITH THE PARTY AGAINST WHOM THE ORDER IS ISSUED. THIS ORDER OF PROTECTION CAN ONLY BE MODIFIED OR TERMINATED BY THE COURT. THE PROTECTED PARTY CANNOT BE HELD TO VIOLATE THIS ORDER NOR BE ARRESTED FOR VIOLATING THIS ORDER .**

A petition under Article 8 of the Family Court Act, having been filed on May 18, 2023 in this Court and good cause having been shown, and Theodore Farnsworth having been not present in Court.

     **NOW, THEREFORE, IT IS HEREBY ORDERED** that Theodore Farnsworth (DOB:███1962) observe the following conditions of behavior:

[01] Stay away from:

[A] ████████ (DOB: ███ 1994);

[B] the home of ████████ (DOB: ███ 1994);

[C] the school of ████████ (DOB: ███ 1994);

[D] the business of ████████ (DOB: ███ 1994);

[E] the place of employment of ████████ (DOB: ███ 1994);

[14] Refrain from communication or any other contact by mail, telephone, e-mail, voice-mail or other electronic or any other means with ████████ (DOB: ███ 1994);

[17] Refrain from remotely controlling, monitoring or otherwise interfering with any electronic device or other object affecting the home, vehicle or property of ████████ (DOB: ███ 1994) by connection through any means, including, but not limited to, the internet, Bluetooth, a wired or wireless network, or other wireless technology.

[02] Refrain from assault, stalking, harassment, aggravated harassment, menacing, reckless endangerment, strangulation, criminal obstruction of breathing or circulation, disorderly conduct, criminal mischief, sexual abuse, sexual misconduct, forcible touching, intimidation, threats, identity theft, grand larceny, coercion, unlawful dissemination or publication of intimate image (s) or any criminal offense against ████████ (DOB: ███ 1994);

GF-5 Page 2
O-02758-23
2023-000459

**It is further ordered** that this temporary order of protection shall remain in force until and including May 17, 2024, but if you fail to appear in court on this date, the order may be extended and continue in effect until a new date set by the Court.

**Dated:**   May 18, 2023                                    **ENTER**



_____
**Honorable Julie A Cerio**

**Next Appearance Date: 06/23/2023 at 11:15 AM - Honorable Salvatore A. Pavone, Part 11**

PURSUANT TO SECTION 1113 OF THE FAMILY COURT ACT, AN APPEAL FROM THIS ORDER MUST BE TAKEN WITHIN 30 DAYS OF RECEIPT OF THE ORDER BY APPELLANT IN COURT, 35 DAYS FROM THE DATE OF MAILING OF THE ORDER TO APPELLANT BY THE CLERK OF COURT, OR 30 DAYS AFTER SERVICE BY A PARTY OR THE ATTORNEY FOR THE CHILD UPON THE APPELLANT, WHICHEVER IS EARLIEST.

**The Family Court Act** provides that presentation of a copy of this order of protection to any police officer or peace officer acting pursuant to his or her special duties authorizes, and sometimes requires such officer to arrest a person who is alleged to have violated its terms and to bring him or her before the court to face penalties authorized by law.

**Federal law requires** that this order is effective outside, as well as inside, New York State. It must be honored and enforced by state and tribal courts, including courts of a state, the District of Columbia, a commonwealth, territory or possession of the United States, if the person restrained by the order is an intimate partner of the protected party and has or will be afforded reasonable notice and opportunity to be heard in accordance with state law sufficient to protect due process rights (18 U.S.C §§ 2265, 2266).

**It is a federal crime to:**
• cross state lines to violate this order or to stalk, harass or commit domestic violence against an intimate partner or family member;
• buy, possess or transfer a handgun, rifle, shotgun or other firearm or ammunition while this Order remains in effect (Note: there is a limited exception for military or law enforcement officers but only while they are on duty) ; and
• buy, possess or transfer a handgun, rifle, shotgun or other firearm or ammunition after a conviction of a domestic violence-related crime involving the use or attempted use of physical force or a deadly weapon against an intimate partner or family member, even after this Order has expired (18 U.S.C. §§ 922(g)(8), 922(g)(9), 2261, 2261A, 2262).

**Check Applicable Box(es):**

[ ]  Party against whom order was issued was advised in Court of issuance and contents of Order

[ ]  Order personally served in Court upon party against whom order was issued

[x]  Service directed by Police Service

[ ]  [Modifications or extensions only]: Order mailed on [specify date and to whom mailed]:

[ ]  Warrant issued for party against whom order was issued[specify date]: _____

[ ]  ADDITIONAL SERVICE INFORMATION [specify]: _____



GOVERNMENT
EXHIBIT
3
1:22cr20521

DOJ-PROD26-0000000031

cs 1/28/2021
approved by Rob Butkowski, see attached

**PATHFINDER BANK**

**WIRE APPLICATION AND AGREEMENT**

| WIRE INFORMATION | | | | | |
|---|---|---|---|---|---|
| Date/Time Entered: | 4/28/2021 9:40 AM | Wire Type: | Domestic | | |
| Transaction Date: | 4/28/2021 | Payment Method: | Debit | Amount: | $ 12,000.00 |
| Entered By: | lbrady | Wire Source: | In Person | ( + ) Fee: | $ 25.00 |
| Entered At: | Branch 11 | | | ( = ) Total: | $ 12,025.00 |
| Wire Purpose: | Other | Wire Description: | Production Services PA | | |

| ORIGINATOR INFORMATION | | |
|---|---|---|
| ID Type: | ID Number: | ID Issued By: |
| Account Number: ▓▓ 1216 | Account Type: DDA | |
| Name: FORTRESS ENTERTAINMENT GROUP INC | | Telephone: |
| Address: ▓▓▓▓ EAST SYRACUSE, NY 13057-6075 US | | |

| BENEFICIARY INFORMATION | | |
|---|---|---|
| Account Number: ▓▓ 3816 | Name: ▓▓▓ | Telephone: |
| Address: ▓▓▓ Baldwinsville N.Y. 13027 | | |
| Instructions: | | |

| RECEIVER FI INFORMATION | |
|---|---|
| Name: BK AMER NYC | Identifier: 026009593 |

| INTERMEDIARY FI INFORMATION | | |
|---|---|---|
| Name: | Identifier: | Country: |
| Address: | | |

| BENEFICIARY FI INFORMATION | | |
|---|---|---|
| Name: | Identifier: | Country: |
| Address: | | |

Originator/Conductor Signature                                        Date 4/28/21

| CALLBACK INFORMATION | |
|---|---|
| Callback Completed By:_____ | Spoke To:_____ |

GOVERNMENT
EXHIBIT
**4**
1:22cr20521

**From:**
**To:** ███████████
**Subject:** FW: Fortress wire
**Date:** Wednesday, April 28, 2021 12:35:37 PM

Good Afternoon,

Please see the attached approval.

Thank you,

*David D. Cavallaro*

David D. Cavallaro | Branch Manager
Assistant Vice President
Pathfinder Bank | Clay Office
3775 State Route 31, Liverpool, NY 13090
███████████
███████████████
www.pathfinderbank.com
NMLS No. 515101

**From:** Robert Butkowski ██████████████
**Sent:** Wednesday, April 28, 2021 12:34 PM
**To:** David Cavallaro █████████████
**Subject:** RE: Fortress wire

approved

**From:** David Cavallaro █████████████
**Sent:** Wednesday, April 28, 2021 12:30 PM
**To:** Robert Butkowski █████████████
**Subject:** FW: Fortress wire

Good Afternoon,

Can we please have an approval for Ted to wire out money?

He is sending $12,000 for movie production.

Thank you

**From:** Laine Brady █████████████
**Sent:** Wednesday, April 28, 2021 12:24 PM

DOJ-PROD26-0000000033

**To:** David Cavallaro ███████████████████████

**Subject:** FW: Fortress wire

---

**From:** Dustin Geers ██████████████████████

**Sent:** Wednesday, April 28, 2021 12:18 PM

**To:** Laine Brady ███████████████████

**Subject:** Fortress wire

We will also need a tier 1 or tier 2 exception approval for the Fortress Entertainment Group wire, as the customer has been a member for less than 6 months. Thank you!!

Dustin Geers  |  Wire Specialist

Pathfinder Bank  |  Oswego Main Office

214 W 1st St; Oswego, NY 13126

████████████  |  ██████████████████

[www.pathfinderbank.com](www.pathfinderbank.com)

**PATHFINDER BANK**

**WIRE APPLICATION AND AGREEMENT**

| WIRE INFORMATION | | | | | |
|---|---|---|---|---|---|
| Date/Time Entered: | 6/28/2021 3:11 PM | Wire Type: | Domestic | | |
| Transaction Date: | 6/28/2021 | Payment Method: | Debit | **Amount:** $ | 12,000.00 |
| Entered By: | kwolfe | Wire Source: | In Person | ( + ) Fee: $ | 25.00 |
| Entered At: | Branch 11 | | | ( = ) Total: $ | 12,025.00 |
| Wire Purpose: | Other | | Wire Description: | zashapp | |

| ORIGINATOR INFORMATION | | |
|---|---|---|
| ID Type: | ID Number: | ID Issued By: |
| Account Number: ▇1216 | | Account Type: DDA |
| Name: FORTRESS ENTERTAINMENT GROUP INC | | Telephone: |
| Address: ▇ EAST SYRACUSE, NY 13057-6075 US | | |

| BENEFICIARY INFORMATION | | |
|---|---|---|
| Account Number: ▇3816 | Name: ▇ | Telephone: |
| Address: ▇ Baldwinsville NY 13027 | | |
| Instructions: May and June | | |

| RECEIVER FI INFORMATION | |
|---|---|
| Name: BK AMER NYC | Identifier: 026009593 |

| INTERMEDIARY FI INFORMATION | | |
|---|---|---|
| Name: | Identifier: | Country: |
| Address: | | |

| BENEFICIARY FI INFORMATION | | |
|---|---|---|
| Name: | Identifier: | Country: |
| Address: | | |

Originator/Conductor Signature          Date 6/28/21

| CALLBACK INFORMATION | |
|---|---|
| Callback Completed By: _____ | Spoke To: _____ |

*Client since 1-25-21*

**PATHFINDER BANK**

**WIRE APPLICATION AND AGREEMENT**

| WIRE INFORMATION | | | | | | |
|---|---|---|---|---|---|---|
| Date/Time Entered: | 8/13/2021 3:03 PM | Wire Type: | Domestic | Amount: | $ | 7,000.00 |
| Transaction Date: | 8/13/2021 | Payment Method: | Debit | ( + ) Fee: | $ | 25.00 |
| Entered By: | lbrady | Wire Source: | Email | ( = ) Total: | $ | 7,025.00 |
| Entered At: | Branch 11 | | | | | |
| Wire Purpose: | Other | Wire Description: | app consulting | | | |

| ORIGINATOR INFORMATION | | |
|---|---|---|
| ID Type: | ID Number: | ID Issued By: |
| Account Number: ▮1216 | | Account Type: DDA |
| Name: FORTRESS ENTERTAINMENT GROUP INC | | Telephone: |
| Address: ▮EAST SYRACUSE, NY 13057-6075 US | | |

| BENEFICIARY INFORMATION | | |
|---|---|---|
| Account Number: ▮3816 | Name: ▮ | Telephone: |
| Address: ▮Baldwinsville NY 13027 | | |
| Instructions: | | |

| RECEIVER FI INFORMATION | |
|---|---|
| Name: BK AMER NYC | Identifier: 026009593 |

| INTERMEDIARY FI INFORMATION | | |
|---|---|---|
| Name: | Identifier: | Country: |
| Address: | | |

| BENEFICIARY FI INFORMATION | | |
|---|---|---|
| Name: | Identifier: | Country: |
| Address: | | |

WTA on file *(signature)* 8/13/21
Originator/Conductor Signature                          Date

| CALLBACK INFORMATION | |
|---|---|
| Callback Completed By: ___ **APPROVED** By Dustin Geers at 9:03 am, Aug 16, 2021 | Spoke To: Ted (cw Kona) |

Client Since 1/25/21

DOJ-PROD26-0000000036

**PATHFINDER BANK**

**WIRE APPLICATION AND AGREEMENT**

| WIRE INFORMATION | | | | | | |
|---|---|---|---|---|---|---|
| Date/Time Entered: | 9/9/2021 2:45 PM | Wire Type: | Domestic | | | |
| Transaction Date: | 9/9/2021 | Payment Method: | Debit | **Amount:** | $ | 6,000.00 |
| Entered By: | kwolfe | Wire Source: | Email | ( + ) Fee: | $ | 25.00 |
| Entered At: | Branch 11 | | | ( = ) Total: | $ | 6,025.00 |
| Wire Purpose: | Other | | Wire Description: | App Consulting | | |

| ORIGINATOR INFORMATION | | |
|---|---|---|
| ID Type: | ID Number: | ID Issued By: |
| Account Number: ███216 | Account Type: DDA | |
| Name: FORTRESS ENTERTAINMENT GROUP INC | | Telephone: ████ |
| Address: ████ EAST SYRACUSE, NY 13057-6075 US | | |

| BENEFICIARY INFORMATION | | |
|---|---|---|
| Account Number: ███3816 | Name: ████ | Telephone: |
| Address: ████ Baldwinsville NY 13027 | | |
| Instructions: | | |

| RECEIVER FI INFORMATION | |
|---|---|
| Name: BK AMER NYC | Identifier: 026009593 |

| INTERMEDIARY FI INFORMATION | | |
|---|---|---|
| Name: | Identifier: | Country: |
| Address: | | |

| BENEFICIARY FI INFORMATION | | |
|---|---|---|
| Name: | Identifier: | Country: |
| Address: | | |

_WTA on file_ _____  9-9-21
Originator/Conductor Signature                               Date

| CALLBACK INFORMATION | |
|---|---|
| Callback Completed By: **APPROVED** By Dustin Geers at 3:06 pm, Sep 09, 2021 | Spoke To: Ted (cw Kona) |

_Customer Since 1-25-21_

DOJ-PROD26-0000000037

**PATHFINDER BANK**

**WIRE APPLICATION AND AGREEMENT**

| WIRE INFORMATION | | | | | | |
|---|---|---|---|---|---|---|
| Date/Time Entered: | 10/4/2021 12:17 PM | Wire Type: | Domestic | | | |
| Transaction Date: | 10/4/2021 | Payment Method: | Debit | **Amount:** | $ | 7,000.00 |
| Entered By: | kperl | Wire Source: | Email | ( + ) Fee: | $ | 25.00 |
| Entered At: | Branch 11 | | | ( = ) Total: | $ | 7,025.00 |
| Wire Purpose: | Other | | Wire Description: | Consulting | | |

| ORIGINATOR INFORMATION | | |
|---|---|---|
| ID Type: | ID Number: | ID Issued By: |
| Account Number: ▮▮▮216 | Account Type: | DDA |
| Name: FORTRESS ENTERTAINMENT GROUP INC | | Telephone: |
| Address: ▮▮▮▮ EAST SYRACUSE, NY 13057-6075 US | | |

| BENEFICIARY INFORMATION | | |
|---|---|---|
| Account Number: ▮▮▮3816 | Name: ▮▮▮ | Telephone: |
| Address: ▮▮▮ BALDWINSVILLE NY 13027-8253 | | |
| Instructions: On Behalf of Ted Farnsworth | | |

| RECEIVER FI INFORMATION | |
|---|---|
| Name: BK AMER NYC | Identifier: 026009593 |

| INTERMEDIARY FI INFORMATION | | |
|---|---|---|
| Name: | Identifier: | Country: |
| Address: | | |

| BENEFICIARY FI INFORMATION | | |
|---|---|---|
| Name: | Identifier: | Country: |
| Address: | | |

_WTA on file_   _10-4-21_

Originator/Conductor Signature     Date

| CALLBACK INFORMATION | |
|---|---|
| Callback Completed By: **APPROVED** By Dustin Geers at 1:10 pm, Oct 04, 2021 | Spoke To: _Ted (cw Kona)_ |

_Customer Since -1/28/21_

DOJ-PROD26-0000000038

**David Cavallaro**

1216

1/28/21

**From:**         David Cavallaro
**Sent:**          Monday, October 4, 2021 12:12 PM
**To:**            David Cavallaro
**Subject:**       Wire
**Attachments:**   8363389901910135680.jpg

David can you wire to ███████ 7k to this
Account please from fortress

1

**PATHFINDER BANK**

**WIRE APPLICATION AND AGREEMENT**

| WIRE INFORMATION | | | | | | |
|---|---|---|---|---|---|---|
| Date/Time Entered: | 1/24/2022 3:20 PM | Wire Type: | Domestic | | | |
| Transaction Date: | 1/24/2022 | Payment Method: | Debit | Amount: | $ | 6,000.00 |
| Entered By: | lbrady | Wire Source: | Email | ( + ) Fee: | $ | 25.00 |
| Entered At: | Branch 11 | | | ( = ) Total: | $ | 6,025.00 |
| Wire Purpose: | Other | Wire Description: | QA Services | | | |

| ORIGINATOR INFORMATION | | | |
|---|---|---|---|
| ID Type: | | ID Number: | ID Issued By: |
| Account Number: | ▮1216 | Account Type: | DDA |
| Name: | FORTRESS ENTERTAINMENT GROUP INC | | Telephone: |
| Address: | ▮ EAST SYRACUSE, NY 13057-6075 US | | |

| BENEFICIARY INFORMATION | | |
|---|---|---|
| Account Number: ▮3816 | Name: ▮ | Telephone: |
| Address: ▮ BALDWINSVILLE, NY 13027-8253 | | |
| Instructions: QA Services | | |

| RECEIVER FI INFORMATION | |
|---|---|
| Name: BK AMER NYC | Identifier: 026009593 |

| INTERMEDIARY FI INFORMATION | | |
|---|---|---|
| Name: | Identifier: | Country: |
| Address: | | |

| BENEFICIARY FI INFORMATION | | |
|---|---|---|
| Name: | Identifier: | Country: |
| Address: | | |

WTA on file    _Li B_    1/24/21

Originator/Conductor Signature                                      Date

| CALLBACK INFORMATION | |
|---|---|
| Callback Completed By: ___ **APPROVED** By Dustin Geers at 8:44 am, Jan 25, 2022 | Spoke To: _Ted (cw Kona)_ |

Clent Snee   1/25/21

DOJ-PROD26-0000000040

## PATHFINDER BANK

## WIRE APPLICATION AND AGREEMENT

| WIRE INFORMATION | | | | | | |
|---|---|---|---|---|---|---|
| Date/Time Entered: | 2/28/2022 2:43 PM | Wire Type: | Domestic | | | |
| Transaction Date: | 2/28/2022 | Payment Method: | Debit | Amount: | $ | 5,000.00 |
| Entered By: | lbrady | Wire Source: | Email | ( + ) Fee: | $ | 25.00 |
| Entered At: | Branch 11 | | | ( = ) Total: | $ | 5,025.00 |
| Wire Purpose: | Other | | Wire Description: | Consulting | | |

| ORIGINATOR INFORMATION | | | |
|---|---|---|---|
| ID Type: | | ID Number: | ID Issued By: |
| Account Number: ██1216 | | Account Type: | DDA |
| Name: | FORTRESS ENTERTAINMENT GROUP INC | | Telephone: |
| Address: ████ EAST SYRACUSE, NY 13057-6075 US | | | |

| BENEFICIARY INFORMATION | | |
|---|---|---|
| Account Number: ██3816 | Name: ████ | Telephone: |
| Address: ████ BALDWINSVILLE NY 13027 | | |
| Instructions: | | |

| RECEIVER FI INFORMATION | |
|---|---|
| Name: BK AMER NYC | Identifier: 026009593 |

| INTERMEDIARY FI INFORMATION | | |
|---|---|---|
| Name: | Identifier: | Country: |
| Address: | | |

| BENEFICIARY FI INFORMATION | | |
|---|---|---|
| Name: | Identifier: | Country: |
| Address: | | |

WTA on file ~~Lu Br~~                                    2/28/22

Originator/Conductor Signature                           Date

| CALLBACK INFORMATION | |
|---|---|
| Callback Completed By: _____ **APPROVED** *By Dustin Geers at 3:49 pm, Feb 28, 2022* | Spoke To: Ted (cw Kona) |

Client Since   1/25/21

DOJ-PROD26-0000000041

**PATHFINDER BANK**

**WIRE APPLICATION AND AGREEMENT**

| WIRE INFORMATION | | | | | |
|---|---|---|---|---|---|
| Date/Time Entered: | 3/10/2022 2:39 PM | Wire Type: | Domestic | | |
| Transaction Date: | 3/10/2022 | Payment Method: | Debit | **Amount:** $ | 5,000.00 |
| Entered By: | lbrady | Wire Source: | Email | ( + ) **Fee:** $ | 25.00 |
| Entered At: | Branch 11 | | | ( = ) **Total:** $ | 5,025.00 |
| Wire Purpose: | Other | | Wire Description: | App Consultation | |

| ORIGINATOR INFORMATION | | | |
|---|---|---|---|
| ID Type: | | ID Number: | ID Issued By: |
| Account Number: ▉1216 | | Account Type: DDA | |
| Name: | FORTRESS ENTERTAINMENT GROUP INC | | Telephone: |
| Address: | | | |
| ▉ EAST SYRACUSE, NY 13057-6075 US | | | |

| BENEFICIARY INFORMATION | | | |
|---|---|---|---|
| Account Number: ▉3816 | Name: ▉ | | Telephone: |
| Address: | | | |
| ▉ BALDWINSVILLE NY | | | |
| Instructions: | | | |

| RECEIVER FI INFORMATION | |
|---|---|
| Name: BK AMER NYC | Identifier: 026009593 |

| INTERMEDIARY FI INFORMATION | | |
|---|---|---|
| Name: | Identifier: | Country: |
| Address: | | |

| BENEFICIARY FI INFORMATION | | |
|---|---|---|
| Name: | Identifier: | Country: |
| Address: | | |

WTA on file *(signature)*      3/10/22

Originator/Conductor Signature      Date

| CALLBACK INFORMATION | |
|---|---|
| Callback Completed By: **APPROVED** By Dustin Geers at 3:04 pm, Mar 10, 2022 | Spoke To: Ted (cw Kona) |

*client show 1/25/21*

DOJ-PROD26-0000000042

**Laine Brady**

| | |
|---|---|
| **From:** | David Cavallaro |
| **Sent:** | Thursday, March 10, 2022 2:35 PM |
| **To:** | Laine Brady |
| **Subject:** | Wire |
| **Attachments:** | 3518433388173143090.jpg |

Dave can you wire out of fortress
5k to █████████
At the above account
Memo App Consultation

Thank you

1

**PATHFINDER BANK**

**WIRE APPLICATION AND AGREEMENT**

| WIRE INFORMATION | | | | | |
|---|---|---|---|---|---|
| Date/Time Entered: | 3/23/2022 11:44 AM | Wire Type: | Domestic | | |
| Transaction Date: | 3/23/2022 | Payment Method: | Debit | **Amount:** | $ 6,000.00 |
| Entered By: | lbrady | Wire Source: | Email | ( + ) Fee: | $ 25.00 |
| Entered At: | Branch 11 | | | ( = ) Total: | $ 6,025.00 |
| Wire Purpose: | Other | | Wire Description: | Consulting | |

| ORIGINATOR INFORMATION | | |
|---|---|---|
| ID Type: | ID Number: | ID Issued By: |
| Account Number: ▮1216 | Account Type: DDA | |
| Name: FORTRESS ENTERTAINMENT GROUP INC | | Telephone: |
| Address: ▮▮▮▮ EAST SYRACUSE, NY 13057-6075 US | | |

| BENEFICIARY INFORMATION | | |
|---|---|---|
| Account Number: ▮▮8816 | Name: ▮▮▮▮ | Telephone: |
| Address: ▮▮▮▮ BALDWINSVILLE NY 13027 | | |
| Instructions: | | |

| RECEIVER FI INFORMATION | |
|---|---|
| Name: BK AMER NYC | Identifier: 026009593 |

| INTERMEDIARY FI INFORMATION | | |
|---|---|---|
| Name: | Identifier: | Country: |
| Address: | | |

| BENEFICIARY FI INFORMATION | | |
|---|---|---|
| Name: | Identifier: | Country: |
| Address: | | |

_di Bw_ WTA on file

Originator/Conductor Signature                                    Date

| CALLBACK INFORMATION | |
|---|---|
| Callback Completed By: **APPROVED** _By Dustin Geers at 3:38 pm, Mar 23, 2022_ | Spoke To: Ted (cw Kona) |

Client since ~~closing~~ 1/25/21

DOJ-PROD26-0000000044

**Laine Brady**

| | |
|---|---|
| **From:** | David Cavallaro |
| **Sent:** | Wednesday, March 23, 2022 11:41 AM |
| **To:** | Laine Brady |
| **Subject:** | Wire |
| **Attachments:** | 1294674791743473083.jpg |

David can you wire out 6 k from fortress to ███████ at this account

1

DOJ-PROD26-0000000045

**PATHFINDER BANK**

**WIRE APPLICATION AND AGREEMENT**

| WIRE INFORMATION | | | | | |
|---|---|---|---|---|---|
| Date/Time Entered: | 4/19/2022 10:57 AM | Wire Type: | Domestic | | |
| Transaction Date: | 4/19/2022 | Payment Method: | Debit | **Amount:** $ | 5,000.00 |
| Entered By: | dcavallaro | Wire Source: | Email | **( + ) Fee:** $ | 25.00 |
| Entered At: | Branch 11 | | | **( = ) Total:** $ | 5,025.00 |
| Wire Purpose: | Other | | Wire Description: | Consulting | |

| ORIGINATOR INFORMATION | | |
|---|---|---|
| ID Type: | ID Number: | ID Issued By: |
| Account Number: ▮▮ 1216 | | Account Type: DDA |
| Name: FORTRESS ENTERTAINMENT GROUP INC | | Telephone: ▮▮▮▮ |
| Address: ▮▮▮ EAST SYRACUSE, NY 13057-6075 US | | |

| BENEFICIARY INFORMATION | | |
|---|---|---|
| Account Number: ▮▮ 3816 | Name: ▮▮▮ | Telephone: |
| Address: ▮▮▮ Baldwinsville, NY 13027 | | |
| Instructions: | | |

| RECEIVER FI INFORMATION | |
|---|---|
| Name: BK AMER NYC | Identifier: 026009593 |

| INTERMEDIARY FI INFORMATION | | |
|---|---|---|
| Name: | Identifier: | Country: |
| Address: | | |

| BENEFICIARY FI INFORMATION | | |
|---|---|---|
| Name: | Identifier: | Country: |
| Address: | | |

_David Cavallaro   WTA on file_                    4-19-2022
Originator/Conductor Signature                     Date

| CALLBACK INFORMATION | |
|---|---|
| Callback Completed By: **APPROVED** By Dustin Geers at 11:28 am, Apr 19, 2022 | Spoke To: Ted (cw Kona) |

Client since 1-25-2021

DOJ-PROD26-0000000046

**David Cavallaro**

| | |
|---|---|
| **From:** | David Cavallaro |
| **Sent:** | Tuesday, April 19, 2022 8:34 AM |
| **To:** | David Cavallaro |
| **Subject:** | Wire |
| **Attachments:** | -8395623726850478727.jpg |

David can you wire 5k today from fortress to the account above

DOJ-PROD26-0000000047

**PATHFINDER BANK**

**WIRE APPLICATION AND AGREEMENT**

| WIRE INFORMATION | | | | | | |
|---|---|---|---|---|---|---|
| Date/Time Entered: | 5/11/2022 11:21 AM | Wire Type: | Domestic | | | |
| Transaction Date: | 5/11/2022 | Payment Method: | Debit | Amount: | $ | 5,000.00 |
| Entered By: | lbrady | Wire Source: | Email | ( + ) Fee: | $ | 25.00 |
| Entered At: | Branch 11 | | | ( = ) Total: | $ | 5,025.00 |
| Wire Purpose: | Other | Wire Description: | Consulting | | | |

| ORIGINATOR INFORMATION | | | |
|---|---|---|---|
| ID Type: | | ID Number: | ID Issued By: |
| Account Number: | ▉216 | Account Type: | DDA |
| Name: | FORTRESS ENTERTAINMENT GROUP INC | | Telephone: |
| Address: | ▉ EAST SYRACUSE, NY 13057-6075 US | | |

| BENEFICIARY INFORMATION | | |
|---|---|---|
| Account Number: ▉3816 | Name: ▉ | Telephone: |
| Address: ▉ BALDWINSVILLE NY 13027-8253 | | |
| Instructions: | | |

| RECEIVER FI INFORMATION | |
|---|---|
| Name: BK AMER NYC | Identifier: 026009593 |

| INTERMEDIARY FI INFORMATION | | |
|---|---|---|
| Name: | Identifier: | Country: |
| Address: | | |

| BENEFICIARY FI INFORMATION | | |
|---|---|---|
| Name: | Identifier: | Country: |
| Address: | | |

*WTA on file* ~~Li B~~                                          5/11/22
**Originator/Conductor Signature**                         **Date**

| CALLBACK INFORMATION | | |
|---|---|---|
| Callback Completed By: | **APPROVED** *By Dustin Geers at 12:01 pm, May 11, 2022* | Spoke To: Ted (cw Kona) |

*Client since 1/25/21*

DOJ-PROD26-0000000048

**Laine Brady**

| | |
|---|---|
| **From:** | David Cavallaro |
| **Sent:** | Wednesday, May 11, 2022 11:17 AM |
| **To:** | Laine Brady |
| **Subject:** | Wire |
| **Attachments:** | -8891732304257484773.jpg |

Can you wire 5k from fortress today to ▮▮▮▮▮ at account above

1

DOJ-PROD26-0000000049

**PATHFINDER BANK**

**WIRE APPLICATION AND AGREEMENT**

| WIRE INFORMATION | | | | | | |
|---|---|---|---|---|---|---|
| Date/Time Entered: | 6/17/2022 11:03 AM | Wire Type: | Domestic | | Amount: | $    5,000.00 |
| Transaction Date: | 6/17/2022 | Payment Method: | Debit | | ( + ) Fee: | $    25.00 |
| Entered By: | lbrady | Wire Source: | Email | | ( = ) Total: | $    5,025.00 |
| Entered At: | Branch 11 | | | | | |
| Wire Purpose: | Other | | Wire Description: | Consulting | | |

| ORIGINATOR INFORMATION | | | |
|---|---|---|---|
| ID Type: | | ID Number: | ID Issued By: |
| Account Number: | ▆▆1216 | Account Type: | DDA |
| Name: | FORTRESS ENTERTAINMENT GROUP INC | | Telephone: |
| Address: | ▆▆▆▆ EAST SYRACUSE, NY 13057-6075 US | | |

| BENEFICIARY INFORMATION | | | |
|---|---|---|---|
| Account Number: | Name: | | Telephone: |
| ▆▆3816 | Mateo May | | |
| Address: | ▆▆▆▆ BALDWINSVILLE NY 13027 | | |
| Instructions: | | | |

| RECEIVER FI INFORMATION | |
|---|---|
| Name: | Identifier: |
| BK AMER NYC | 026009593 |

| INTERMEDIARY FI INFORMATION | | |
|---|---|---|
| Name: | Identifier: | Country: |
| Address: | | |

| BENEFICIARY FI INFORMATION | | |
|---|---|---|
| Name: | Identifier: | Country: |
| Address: | | |

WTA on file   _Lu Br_

Originator/Conductor Signature          Date: 6/17/22

| CALLBACK INFORMATION | |
|---|---|
| Callback Completed By: | Spoke To:  Ted (cw Kona) |

**APPROVED**
*By Dustin Geers at 12:00 pm, Jun 17, 2022*

Client since   1/25/21

DOJ-PROD26-0000000050

**Laine Brady**

| | |
|---|---|
| **From:** | David Cavallaro |
| **Sent:** | Friday, June 17, 2022 10:59 AM |
| **To:** | Laine Brady |
| **Subject:** | Wire |
| **Attachments:** | 5008447172950870405.jpg |

David can you wire $5,000 from fortress entertainment to ▮▮▮▮▮▮ at the above Bank of America account
Thank you

1

**PATHFINDER BANK**

**WIRE APPLICATION AND AGREEMENT**

| WIRE INFORMATION | | | | | | |
|---|---|---|---|---|---|---|
| Date/Time Entered: | 7/19/2022 2:19 PM | Wire Type: | Domestic | | | |
| Transaction Date: | 7/19/2022 | Payment Method: | Debit | Amount: | $ | 5,000.00 |
| Entered By: | kwolfe | Wire Source: | Email | ( + ) Fee: | $ | 25.00 |
| Entered At: | Branch 11 | | | ( = ) Total: | $ | 5,025.00 |
| Wire Purpose: | Other | Wire Description: | Consulting | | | |

| ORIGINATOR INFORMATION | | | |
|---|---|---|---|
| ID Type: | | ID Number: | ID Issued By: |
| Account Number: | ▆1216 | Account Type: | DDA |
| Name: | FORTRESS ENTERTAINMENT GROUP INC | | Telephone: |
| Address: | ▆▆▆ EAST SYRACUSE, NY 13057-6075 US | | |

| BENEFICIARY INFORMATION | | | |
|---|---|---|---|
| Account Number: | Name: | | Telephone: |
| ▆3816 | ▆▆ | | |
| Address: | ▆▆ Baldwinsville NY 13027 | | |
| Instructions: | | | |

| RECEIVER FI INFORMATION | |
|---|---|
| Name: | Identifier: |
| BK AMER NYC | 026009593 |

| INTERMEDIARY FI INFORMATION | | |
|---|---|---|
| Name: | Identifier: | Country: |
| Address: | | |

| BENEFICIARY FI INFORMATION | | |
|---|---|---|
| Name: | Identifier: | Country: |
| Address: | | |

WTH on file. *Kellywolfe*   ·7/19/22

Originator/Conductor Signature   Date

**APPROVED**
*By Jessica Czajkowski at 3:50 pm, Jul 19, 2022*

CALLBACK INFORMATION

Callback Completed By:   Spoke To: Ted (cw: Kona)

Client since 1/25/21

**Kelly Wolfe**

| | |
|---|---|
| **From:** | David Cavallaro |
| **Sent:** | Tuesday, July 19, 2022 2:15 PM |
| **To:** | Kelly Wolfe |
| **Subject:** | Wire |
| **Attachments:** | -1797545292973359101.jpg |

David can you please wire 5k to ██████ from Fortress Entertainment

Thank you

1

DOJ-PROD26-0000000053

**PATHFINDER BANK**

**WIRE APPLICATION AND AGREEMENT**

| WIRE INFORMATION | | | | | | |
|---|---|---|---|---|---|---|
| Date/Time Entered: | 8/26/2022 11:39 AM | Wire Type: | Domestic | | | |
| Transaction Date: | 8/26/2022 | Payment Method: | Debit | **Amount:** | $ | 5,000.00 |
| Entered By: | lbrady | Wire Source: | Email | ( + ) Fee: | $ | 25.00 |
| Entered At: | Branch 11 | | | ( = ) Total: | $ | 5,025.00 |
| Wire Purpose: | Other | Wire Description: | Consulting | | | |

| ORIGINATOR INFORMATION | | |
|---|---|---|
| ID Type: | ID Number: | ID Issued By: |
| Account Number: ███ 1216 | Account Type: DDA | |
| Name:  FORTRESS ENTERTAINMENT GROUP INC | | Telephone: |
| Address: ████████ EAST SYRACUSE, NY 13057-6075 US | | |

| BENEFICIARY INFORMATION | | |
|---|---|---|
| Account Number: ███ 3816 | Name: ████ | Telephone: |
| Address: ████████ BALDWINSVILLE NY 13027-8253 | | |
| Instructions: | | |

| RECEIVER FI INFORMATION | |
|---|---|
| Name: BK AMER NYC | Identifier: 026009593 |

| INTERMEDIARY FI INFORMATION | | |
|---|---|---|
| Name: | Identifier: | Country: |
| Address: | | |

| BENEFICIARY FI INFORMATION | | |
|---|---|---|
| Name: | Identifier: | Country: |
| Address: | | |

_Laine Brady_
Originator/Conductor Signature

8-26-2022
Date

CALLBACK INFORMATION

**APPROVED**
**By Jessica Czajkowski at 1:39 pm, Aug 26, 2022**

Callb_____ Spoke To: ___ Ted (cw: Kona) _____

WTA on file          Client since 1/25/21

**Laine Brady**

| | |
|---|---|
| **From:** | David Cavallaro |
| **Sent:** | Friday, August 26, 2022 11:20 AM |
| **To:** | Laine Brady |
| **Subject:** | Wire |
| **Attachments:** | 6401743031358157727.jpg |

David can you wire 5 k to ▮▮▮▮▮ from fortress entertainment
Thank you

1

## PATHFINDER BANK

## WIRE APPLICATION AND AGREEMENT

| WIRE INFORMATION | | | | | | |
|---|---|---|---|---|---|---|
| Date/Time Entered: | 9/21/2022 1:46 PM | Wire Type: | Domestic | | | |
| Transaction Date: | 9/21/2022 | Payment Method: | Debit | Amount: | $ | 5,000.00 |
| Entered By: | lbrady | Wire Source: | Email | ( + ) Fee: | $ | 25.00 |
| Entered At: | Branch 11 | | | ( = ) Total: | $ | 5,025.00 |
| Wire Purpose: | Other | Wire Description: | Consulting | | | |

| ORIGINATOR INFORMATION | | |
|---|---|---|
| ID Type: | ID Number: | ID Issued By: |
| Account Number: ▮1216 | Account Type: DDA | |
| Name: FORTRESS ENTERTAINMENT GROUP INC | | Telephone: |
| Address: ▮▮▮ EAST SYRACUSE, NY 13057-6075 US | | |

| BENEFICIARY INFORMATION | | |
|---|---|---|
| Account Number: ▮3816 | Name: ▮▮ | Telephone: |
| Address: ▮▮▮ BALDWINSVILLE NY 13027-8253 | | |
| Instructions: | | |

| RECEIVER FI INFORMATION | |
|---|---|
| Name: BK AMER NYC | Identifier: 026009593 |

| INTERMEDIARY FI INFORMATION | | |
|---|---|---|
| Name: | Identifier: | Country: |
| Address: | | |

| BENEFICIARY FI INFORMATION | | |
|---|---|---|
| Name: | Identifier: | Country: |
| Address: | | |

_WTA on file_   _Li B_   9/21/22

Originator/Conductor Signature              Date

**APPROVED**
**By Jessica Czajkowski at 2:18 pm, Sep 21, 2022**

CALLBACK INFORMATION

Cal[...]  [Spoke To:] Ted (cw: Kona)

Client since 1/25/21

DOJ-PROD26-0000000056

**Laine Brady**

| | |
|---|---|
| **From:** | David Cavallaro |
| **Sent:** | Wednesday, September 21, 2022 1:18 PM |
| **To:** | Laine Brady |
| **Subject:** | Wire |
| **Attachments:** | -6951097189606995421.jpg |

David can you wire $5000 from Fortress Entertainment to ████████ at Bank of America
Thank you so much

1



| | | | |
|---|---|---|---|
| **Capture Date** | 20221103 | **Optional Field 6** | 0 |
| **Sequence Number** | 11574509 | **Amount** | $5,000.00 |
| **Serial Number** | 1030 | **Routing Number** | 221370894 |
| **Account Number** | 1216 | **Transaction Code** | 27 |

**PATHFINDER BANK**

**WIRE APPLICATION AND AGREEMENT**

| WIRE INFORMATION | | | | | | |
|---|---|---|---|---|---|---|
| Date/Time Entered: | 12/2/2022 2:55 PM | Wire Type: | Domestic | | | |
| Transaction Date: | 12/2/2022 | Payment Method: | Debit | Amount: | $ | 7,000.00 |
| Entered By: | lbrady | Wire Source: | Email | ( + ) Fee: | $ | 25.00 |
| Entered At: | Branch 11 | | | ( = ) Total: | $ | 7,025.00 |
| Wire Purpose: | Other | Wire Description: | Consulting | | | |

| ORIGINATOR INFORMATION | | | |
|---|---|---|---|
| ID Type: | | ID Number: | ID Issued By: |
| Account Number: | ████1216 | Account Type: | DDA |
| Name: | FORTRESS ENTERTAINMENT GROUP INC | | Telephone: |
| Address: | ████████ EAST SYRACUSE, NY 13057-6075 US | | |

| BENEFICIARY INFORMATION | | |
|---|---|---|
| Account Number: | Name: | Telephone: |
| ████3816 | ████ | |
| Address: | ████ BALDWINSVILLE NY 13027-8253 | |
| Instructions: | | |

| RECEIVER FI INFORMATION | |
|---|---|
| Name: | Identifier: |
| BK AMER NYC | 026009593 |

| INTERMEDIARY FI INFORMATION | | |
|---|---|---|
| Name: | Identifier: | Country: |
| Address: | | |

| BENEFICIARY FI INFORMATION | | |
|---|---|---|
| Name: | Identifier: | Country: |
| Address: | | |

WTA on file

Originator/Conductor Signature        Date    12/2/22

**APPROVED**
*By Jessica Czajkowski at 3:27 pm, Dec 02, 2022*

CALLBACK INFORMATION

Spoke To: Ted (cw: Kona)

Client Since ~~12/21/21~~ 1/25/22

DOJ-PROD26-0000000059

## Laine Brady

**From:** David Cavallaro
**Sent:** Friday, December 2, 2022 2:50 PM
**To:** Laine Brady
**Subject:** Wire
**Attachments:** 1388538259561540227.jpg

David, can you wire $7000 to this account ████████ Bank of America from Fortress entertainment thank you so much

1

DOJ-PROD26-0000000060

**PATHFINDER BANK**

**WIRE APPLICATION AND AGREEMENT**

| WIRE INFORMATION | | | | | |
|---|---|---|---|---|---|
| Date/Time Entered: | 12/21/2022 12:10 PM | Wire Type: | Domestic | | |
| Transaction Date: | 12/21/2022 | Payment Method: | Debit | **Amount:** | $ 7,000.00 |
| Entered By: | lbrady | Wire Source: | Email | ( + ) **Fee:** | $ 25.00 |
| Entered At: | Branch 11 | | | ( = ) **Total:** | $ 7,025.00 |
| Wire Purpose: | Other | Wire Description: | Consulting | | |

| ORIGINATOR INFORMATION | | | |
|---|---|---|---|
| ID Type: | | ID Number: | ID Issued By: |
| Account Number: ▉▉216 | | Account Type: DDA | |
| Name: | FORTRESS ENTERTAINMENT GROUP INC | | Telephone: |
| Address: ▉▉▉▉ EAST SYRACUSE, NY 13057-6075 US | | | |

| BENEFICIARY INFORMATION | | |
|---|---|---|
| Account Number: ▉▉3816 | Name: ▉▉▉ | Telephone: |
| Address: ▉▉▉ BALDWINSVILLE NY 13027-8253 | | |
| Instructions: | | |

| RECEIVER FI INFORMATION | |
|---|---|
| Name: BK AMER NYC | Identifier: 026009593 |

| INTERMEDIARY FI INFORMATION | | |
|---|---|---|
| Name: | Identifier: | Country: |
| Address: | | |

| BENEFICIARY FI INFORMATION | | |
|---|---|---|
| Name: | Identifier: | Country: |
| Address: | | |

WTA   on file _____    12/21/22
Originator/Conductor Signature                         Date

| CALLBACK INFORMATION | |
|---|---|
| Callback Completed By: | Speak To: Ted (cw Kona) |

**APPROVED**
*By Dustin Geers at 2:14 pm, Dec 21, 2022*

Client  since  1/25/21

DOJ-PROD26-0000000061

**David Cavallaro**

| | |
|---|---|
| **From:** | David Cavallaro |
| **Sent:** | Wednesday, December 21, 2022 1:35 PM |
| **To:** | David Cavallaro |
| **Subject:** | Wire |
| **Attachments:** | 1918327014631347173.jpg |

David, can you wire $7000 to ▮▮▮▮▮▮▮ at the account above bank of America from Fortress entertainment thank you so much

1

DOJ-PROD26-0000000062

**PATHFINDER BANK**

**WIRE APPLICATION AND AGREEMENT**

| WIRE INFORMATION | | | | | | |
|---|---|---|---|---|---|---|
| Date/Time Entered: | 1/3/2023 1:50 PM | Wire Type: | Domestic | | | |
| Transaction Date: | 1/3/2023 | Payment Method: | Debit | Amount: | $ | 3,000.00 |
| Entered By: | lbrady | Wire Source: | Email | ( + ) Fee: | $ | 25.00 |
| Entered At: | Branch 11 | | | ( = ) Total: | $ | 3,025.00 |
| Wire Purpose: | Other | Wire Description: | Consulting | | | |

| ORIGINATOR INFORMATION | | | |
|---|---|---|---|
| ID Type: | | ID Number: | ID Issued By: |
| Account Number: | 1216 | Account Type: | DDA |
| Name: | FORTRESS ENTERTAINMENT GROUP INC | | Telephone: |
| Address: | EAST SYRACUSE, NY 13057-6075 US | | |

| BENEFICIARY INFORMATION | | |
|---|---|---|
| Account Number: | Name: | Telephone: |
| 8816 | Mateo May | |
| Address: | BALDWINSVILLE NY 13027-8253 | |
| Instructions: | | |

| RECEIVER FI INFORMATION | |
|---|---|
| Name: | Identifier: |
| BK AMER NYC | 026009593 |

| INTERMEDIARY FI INFORMATION | | |
|---|---|---|
| Name: | Identifier: | Country: |
| Address: | | |

| BENEFICIARY FI INFORMATION | | |
|---|---|---|
| Name: | Identifier: | Country: |
| Address: | | |

WTA on file

_____          1/3/22
**Originator/Conductor Signature**                **Date**

CALLBACK INFORMATION

APPROVED
By Jessica Czajkowski at 2:29 pm, Jan 03, 2023

Callb~~ack Completed By~~      Spoke To: Ted (cw: Kona)

Client since 1-25-2021

DOJ-PROD26-0000000063

**Laine Brady**

| | |
|---|---|
| **From:** | David Cavallaro |
| **Sent:** | Tuesday, January 3, 2023 1:42 PM |
| **To:** | Laine Brady |
| **Subject:** | Wire |
| **Attachments:** | 2096595204505917574.jpg |

David, can you wire $3000 today from Fortress Entertainment to ███████ at the above account thank you so much

1

PATHFINDER BANK

**WIRE APPLICATION AND AGREEMENT**

| WIRE INFORMATION | | | | | | |
|---|---|---|---|---|---|---|
| Date/Time Entered: | 1/25/2023 12:11 PM | Wire Type: | Domestic | | | |
| Transaction Date: | 1/25/2023 | Payment Method: | Debit | **Amount:** | $ | 3,000.00 |
| Entered By: | dcavallaro | Wire Source: | Email | ( + ) Fee: | $ | 25.00 |
| Entered At: | Branch 11 | | | ( = ) Total: | $ | 3,025.00 |
| Wire Purpose: | Other | | Wire Description: | consulting | | |

| ORIGINATOR INFORMATION | | |
|---|---|---|
| ID Type: | ID Number: | ID Issued By: |
| Account Number: ▉1216 | Account Type: | DDA |
| Name: FORTRESS ENTERTAINMENT GROUP INC | Telephone: ▉ | |
| Address: ▉ EAST SYRACUSE, NY 13057-6075 US | | |

| BENEFICIARY INFORMATION | | |
|---|---|---|
| Account Number: ▉3816 | Name: ▉ | Telephone: |
| Address: ▉ Baldwinsville, NY 13027-8253 | | |
| Instructions: | | |

| RECEIVER FI INFORMATION | |
|---|---|
| Name: BK AMER NYC | Identifier: 026009593 |

| INTERMEDIARY FI INFORMATION | | |
|---|---|---|
| Name: | Identifier: | Country: |
| Address: | | |

| BENEFICIARY FI INFORMATION | | |
|---|---|---|
| Name: | Identifier: | Country: |
| Address: | | |

WTA on file _____     1-25-2023

**Originator/Conductor Signature**          **Date**

| CALLBACK INFORMATION | |
|---|---|
| Callback Completed B~~y~~ | Spoke To: Ted (cw Kona) |

*APPROVED*
*By Dustin Geers at 12:54 pm, Jan 25, 2023*

Client since 1-28-2021

## David Cavallaro

| | |
|---|---|
| **From:** | David Cavallaro |
| **Sent:** | Wednesday, January 25, 2023 11:46 AM |
| **To:** | David Cavallaro |
| **Subject:** | Wire |
| **Attachments:** | 1057333692303935008.jpg |

David can you wire ▇▇▇▇▇▇
3,000 from Fortress Entertainment

Thank you so much

1

DOJ-PROD26-0000000066

**PATHFINDER BANK**

**WIRE APPLICATION AND AGREEMENT**

| WIRE INFORMATION | | | | | | |
|---|---|---|---|---|---|---|
| Date/Time Entered: | 2/1/2023 12:14 PM | Wire Type: | Domestic | **Amount:** | $ | 5,000.00 |
| Transaction Date: | 2/1/2023 | Payment Method: | Debit | ( + ) Fee: | $ | 25.00 |
| Entered By: | lbrady | Wire Source: | Email | ( = ) Total: | $ | 5,025.00 |
| Entered At: | Branch 11 | | | | | |
| Wire Purpose: | Other | Wire Description: | Consulting | | | |

| ORIGINATOR INFORMATION | | | |
|---|---|---|---|
| ID Type: | | ID Number: | ID Issued By: |
| Account Number: | 1216 | Account Type: | DDA |
| Name: | FORTRESS ENTERTAINMENT GROUP INC | | Telephone: |
| Address: | EAST SYRACUSE, NY 13057-6075 US | | |

| BENEFICIARY INFORMATION | | |
|---|---|---|
| Account Number: 3816 | Name: | Telephone: |
| Address: | BALDWINSVILLE NY 13027-8253 | |
| Instructions: | | |

| RECEIVER FI INFORMATION | |
|---|---|
| Name: BK AMER NYC | Identifier: 026009593 |

| INTERMEDIARY FI INFORMATION | | |
|---|---|---|
| Name: | Identifier: | Country: |
| Address: | | |

| BENEFICIARY FI INFORMATION | | |
|---|---|---|
| Name: | Identifier: | Country: |
| Address: | | |

_WTA on file_                                              2/1/23

Originator/Conductor Signature                        Date

**APPROVED**

CALLBACK INFORMATION

*By Jessica Czajkowski at 12:51 pm, Feb 01, 2023*   Spoke To: Ted (cw: Kona)

Client since 1/25/2021

## Laine Brady

**From:**          David Cavallaro
**Sent:**          Wednesday, February 1, 2023 11:34 AM
**To:**            Laine Brady
**Subject:**       Wire
**Attachments:**   7689811903250343741.jpg

David can you send 5 k wire from fortress entertainment

1

DOJ-PROD26-0000000068

PATHFINDER BANK

WIRE APPLICATION AND AGREEMENT

| WIRE INFORMATION | | | | | | |
|---|---|---|---|---|---|---|
| Date/Time Entered: | 2/8/2023 12:27 PM | Wire Type: | Domestic | | | |
| Transaction Date: | 2/8/2023 | Payment Method: | Debit | Amount: | $ | 4,000.00 |
| Entered By: | lbrady | Wire Source: | Email | ( + ) Fee: | $ | 25.00 |
| Entered At: | Branch 11 | | | ( = ) Total: | $ | 4,025.00 |
| Wire Purpose: | Other | Wire Description: | Consulting | | | |

| ORIGINATOR INFORMATION | | |
|---|---|---|
| ID Type: | ID Number: | ID Issued By: |
| Account Number: ▮1216 | Account Type: DDA | |
| Name: FORTRESS ENTERTAINMENT GROUP INC | | Telephone: |
| Address: ▮ EAST SYRACUSE, NY 13057-6075 US | | |

| BENEFICIARY INFORMATION | | |
|---|---|---|
| Account Number: ▮3816 | Name: ▮ | Telephone: |
| Address: ▮ BALDWINSVILLE NY 13027-8253 | | |
| Instructions: | | |

| RECEIVER FI INFORMATION | |
|---|---|
| Name: BK AMER NYC | Identifier: 026009593 |

| INTERMEDIARY FI INFORMATION | | |
|---|---|---|
| Name: | Identifier: | Country: |
| Address: | | |

| BENEFICIARY FI INFORMATION | | |
|---|---|---|
| Name: | Identifier: | Country: |
| Address: | | |

_WTA on file_ _____   2/8/23
Originator/Conductor Signature                Date

**APPROVED**
*By Jessica Czajkowski at 2:36 pm, Feb 08, 2023*

CALLBACK INFORMATION

Ted (cw: Kona)
Spoke To: _____

Client since 1/25/21

**David Cavallaro**

| | |
|---|---|
| **From:** | David Cavallaro |
| **Sent:** | Wednesday, February 8, 2023 11:55 AM |
| **To:** | David Cavallaro |
| **Subject:** | Wire |
| **Attachments:** | -778251262115429026.jpg |

David, can you wire $4000 to ████████ at this account Bank of America above thank you so much out of Fortress Entertainment

1

DOJ-PROD26-0000000070

**PATHFINDER BANK**

**WIRE APPLICATION AND AGREEMENT**

| WIRE INFORMATION | | | | | | |
|---|---|---|---|---|---|---|
| Date/Time Entered: | 3/6/2023 11:28 AM | Wire Type: | Domestic | | | |
| Transaction Date: | 3/6/2023 | Payment Method: | Debit | Amount: | $ | 3,700.00 |
| Entered By: | dcavallaro | Wire Source: | Email | ( + ) Fee: | $ | 25.00 |
| Entered At: | Branch 11 | | | ( = ) Total: | $ | 3,725.00 |
| Wire Purpose: | Other | Wire Description: | Consulting | | | |

| ORIGINATOR INFORMATION | | |
|---|---|---|
| ID Type: | ID Number: | ID Issued By: |
| Account Number: ▮1216 | Account Type: | DDA |
| Name: FORTRESS ENTERTAINMENT GROUP INC | | Telephone: |
| Address: ▮ EAST SYRACUSE, NY 13057-6075 US | | |

| BENEFICIARY INFORMATION | | |
|---|---|---|
| Account Number: ▮3816 | Name: ▮ | Telephone: |
| Address: ▮ BALDWINSVILLE NY 13027-8253 | | |
| Instructions: | | |

| RECEIVER FI INFORMATION | |
|---|---|
| Name: BK AMER NYC | Identifier: 026009593 |

| INTERMEDIARY FI INFORMATION | | |
|---|---|---|
| Name: | Identifier: | Country: |
| Address: | | |

| BENEFICIARY FI INFORMATION | | |
|---|---|---|
| Name: | Identifier: | Country: |
| Address: | | |

WTA on file

_Originator/Conductor Signature_        3-6-2023   _Date_

**APPROVED**
By Jessica Czajkowski at 12:00 pm, Mar 06, 2023

CALLBACK INFORMATION

Callback Completed By: _____  Spoke To: Ted (cw: Kona)

Client since 1-25-21

## David Cavallaro

**From:**         David Cavallaro
**Sent:**         Monday, March 6, 2023 10:37 AM
**To:**           David Cavallaro
**Subject:**      Wire
**Attachments:**  -7693523829016820486.jpg

David can you wire 3,700 dollars to ██████ above
From Fortress

1

DOJ-PROD26-0000000072

PATHFINDER BANK

**WIRE APPLICATION AND AGREEMENT**

| WIRE INFORMATION | | | | | | |
|---|---|---|---|---|---|---|
| Date/Time Entered: | 3/10/2023 9:26 AM | Wire Type: | Domestic | | | |
| Transaction Date: | 3/10/2023 | Payment Method: | Debit | Amount: | $ | 5,000.00 |
| Entered By: | lbrady | Wire Source: | Email | ( + ) Fee: | $ | 25.00 |
| Entered At: | Branch 11 | | | ( = ) Total: | $ | 5,025.00 |
| Wire Purpose: | Other | | Wire Description: | Consulting | | |

| ORIGINATOR INFORMATION | | | | |
|---|---|---|---|---|
| ID Type: | | ID Number: | | ID Issued By: |
| Account Number: | ▮1216 | | Account Type: | DDA |
| Name: | FORTRESS ENTERTAINMENT GROUP INC | | | Telephone: |
| Address: | ▮ EAST SYRACUSE, NY 13057-6075 US | | | |

| BENEFICIARY INFORMATION | | | |
|---|---|---|---|
| Account Number: ▮3816 | Name: ▮ | | Telephone: |
| Address: ▮ BALDWINSVILLE NY 13027-8253 | | | |
| Instructions: | | | |

| RECEIVER FI INFORMATION | | |
|---|---|---|
| Name: BK AMER NYC | | Identifier: 026009593 |

| INTERMEDIARY FI INFORMATION | | |
|---|---|---|
| Name: | Identifier: | Country: |
| Address: | | |

| BENEFICIARY FI INFORMATION | | |
|---|---|---|
| Name: | Identifier: | Country: |
| Address: | | |

WTA on file

Originator/Conductor Signature        3/10/23    Date

**APPROVED**
**By Jessica Czajkowski at 10:57 am, Mar 10, 2023**

CALLBACK INFORMATION

Spoke To:   Ted (cw: Kona)

Client since 1/25/21

**Laine Brady**

| | |
|---|---|
| **From:** | David Cavallaro |
| **Sent:** | Thursday, March 9, 2023 3:56 PM |
| **To:** | Laine Brady |
| **Subject:** | Wire |
| **Attachments:** | 409469331750185273.jpg |

David can you wire $5000 from Fortress Entertainment to ▮▮▮▮▮▮ at the above account Bank of America thank you so much I know it might not get out today so tomorrow morning is fine as well

1

**PATHFINDER BANK**

**WIRE APPLICATION AND AGREEMENT**

| WIRE INFORMATION | | | | | | |
|---|---|---|---|---|---|---|
| Date/Time Entered: | 4/10/2023 2:11 PM | Wire Type: | Domestic | | | |
| Transaction Date: | 4/10/2023 | Payment Method: | Debit | Amount: | $ | 5,000.00 |
| Entered By: | dcavallaro | Wire Source: | Email | ( + ) Fee: | $ | 25.00 |
| Entered At: | Branch 11 | | | ( = ) Total: | $ | 5,025.00 |
| Wire Purpose: | Other | Wire Description: | Consulting | | | |

| ORIGINATOR INFORMATION | | |
|---|---|---|
| ID Type: | ID Number: | ID Issued By: |
| Account Number: ███ 1216 | | Account Type: DDA |
| Name: FORTRESS ENTERTAINMENT GROUP INC | | Telephone: |
| Address: ███████ EAST SYRACUSE, NY 13057-6075 US | | |

| BENEFICIARY INFORMATION | | |
|---|---|---|
| Account Number: ████ 3816 | Name: ███████ | Telephone: |
| Address: ██████ BALDWINSVILLE NY 13027-8253 | | |
| Instructions: | | |

| RECEIVER FI INFORMATION | |
|---|---|
| Name: BK AMER NYC | Identifier: 026009593 |

| INTERMEDIARY FI INFORMATION | | |
|---|---|---|
| Name: | Identifier: | Country: |
| Address: | | |

| BENEFICIARY FI INFORMATION | | |
|---|---|---|
| Name: | Identifier: | Country: |
| Address: | | |

WTA on file

Originator/Conductor Signature

4-10-2023

Date

**CALLBACK INFORMATION**

*APPROVED*
*By Jessica Czajkowski at 3:36 pm, Apr 10, 2023*

Callback Completed By: ___ Spoke To: Ted (cw: Kona)

Client Since 1-28-2021

DOJ-PROD26-0000000075

**David Cavallaro**

| | |
|---|---|
| **From:** | David Cavallaro |
| **Sent:** | Monday, April 10, 2023 2:00 PM |
| **To:** | David Cavallaro |
| **Subject:** | Wire |
| **Attachments:** | -7283151699209111648.jpg |

David,can you wire $5000 to ▮▮▮▮▮▮▮▮ Bank of America to the information above from Fortress entertainment group thank you so much

1

**PATHFINDER BANK**

**WIRE APPLICATION AND AGREEMENT**

| WIRE INFORMATION | | | | | |
|---|---|---|---|---|---|
| Date/Time Entered: | 5/1/2023 11:07 AM | Wire Type: | Domestic | | |
| Transaction Date: | 5/1/2023 | Payment Method: | Debit | **Amount:** $ | 3,000.00 |
| Entered By: | lbrady | Wire Source: | Email | **( + ) Fee:** $ | 25.00 |
| Entered At: | Branch 11 | | | **( = ) Total:** $ | 3,025.00 |
| Wire Purpose: | Other | | Wire Description: | Consulting | |

| ORIGINATOR INFORMATION | | |
|---|---|---|
| ID Type: | ID Number: | ID Issued By: |
| Account Number: ▮1216 | Account Type: DDA | |
| Name: FORTRESS ENTERTAINMENT GROUP INC | | Telephone: |
| Address: ▮ EAST SYRACUSE, NY 13057-6075 US | | |

| BENEFICIARY INFORMATION | | |
|---|---|---|
| Account Number: ▮3816 | Name: ▮ | Telephone: |
| Address: ▮ BALDWINSVILLE NY 13027-8253 | | |
| Instructions: | | |

| RECEIVER FI INFORMATION | |
|---|---|
| Name: BK AMER NYC | Identifier: 026009593 |

| INTERMEDIARY FI INFORMATION | | |
|---|---|---|
| Name: | Identifier: | Country: |
| Address: | | |

| BENEFICIARY FI INFORMATION | | |
|---|---|---|
| Name: | Identifier: | Country: |
| Address: | | |

_WTA on file_

_____
Originator/Conductor Signature

_5/1/23_

_____
Date

| CALLBACK INFORMATION | |
|---|---|
| **APPROVED** By Jessica Czajkowski at 12:53 pm, May 01, 2023 | Spoke To: _Ted (cw: Kona)_ |

_Client Since 1-28-2021_

## Laine Brady

**From:** David Cavallaro
**Sent:** Monday, May 1, 2023 11:07 AM
**To:** Laine Brady
**Subject:** Wire
**Attachments:** -8569401298068237827.jpg

David, can you send $3000 out of Fortress today to ████████, Bank of America at the instructions above

Ted

1

DOJ-PROD26-0000000078

FD-302 (Rev. 5-8-10)

**- 1 of 5 -**



## FEDERAL BUREAU OF INVESTIGATION

Date of entry ___07/20/2023___

On June 12, 2023, ▌▌▌▌▌▌▌▌▌▌, email address: ▌▌▌▌▌▌▌▌▌▌, was interviewed at ▌▌▌▌▌▌▌▌, Liverpool, NY 13027 by FBI Special Agents (SAs) Katherine Bowden and Christopher Youn. After being advised of the identities of the interviewing agents and the nature of the interview, ▌▌ provided the following information:

▌▌ described an issue he had with his 2020 Escalade at the airport. The Escalade's engine died due to water damage. ▌▌ thought that THEODORE "TED" FARNSWORTH caused the damage to his car because FARNSWORTH knew that ▌▌ loved cars. At around that time, FARNSWORTH wanted the 2020 Escalade back from ▌▌.

FARNSWORTH purchased a white BMW 7 series for ▌▌. The title was in ▌▌ name, not FARNSWORTH's. Later, ▌▌ sold the BMW and kept the proceeds of the sale.

Around three or four years ago, in or around 2019, ▌▌ first met FARNSWORTH through his work. ▌▌ job was to be paid by people for his time. Right before the Covid-19 pandemic, ▌▌ and FARNSWORTH's relationship started getting serious.

▌▌▌▌▌▌ was FARNSWORTH's boyfriend or husband for around 29 years. ▌▌ never met ▌▌▌▌. ▌▌▌▌ knew about ▌▌.

For the last four years, FARNSWORTH's real address was ▌▌▌▌▌▌, Baldwinsville, NY. That residence was ▌▌▌▌. ▌▌▌▌ sold that house to ▌▌▌▌.

While they were together, FARNSWORTH took ▌▌ everywhere with him. FARNSWORTH paid for ▌▌ flights through FARNSWORTH's personal account.

▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌

---

Investigation on __06/12/2023__ at __Liverpool, New York, United States (In Person)__

File # __318A-NY-3711298-GJ__                          Date drafted __07/18/2023__

by __BOWDEN KATHERINE LOUISE, YOUN CHRISTOPHER__

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

GOVERNMENT EXHIBIT
5
1:22cr20521

DOJ-PROD26-0000000079

FD-302a (Rev. 5-8-10)

318A-NY-3711298-GJ

Continuation of FD-302 of  (U) ████████ Interview (6.12.23)                    , On  06/12/2023  , Page  2 of 5



FARNSWORTH brought ██ to Vegas, NV. FARNSWORTH did not bring ██ to Tampa, FL. When ██ traveled with FARNSWORTH, FARNSWORTH went to work without him. While FARNSWORTH was at work, ██ did whatever he wanted to during the day, such as go to the gym. When FARNSWORTH was done with work, he came back to the hotel to be with ██.

DOJ-PROD26-0000000080

FD-302a (Rev. 5-8-10)

318A-NY-3711298-GJ

Continuation of FD-302 of (U) ███████ Interview (6.12.23) , On 06/12/2023 , Page 3 of 5

███████████████████████████████████████████████████████████

FARNSWORTH consistently paid ███ around $5,000 to $7,000 a month from a bank account associated with FORTRESS. ███ had no idea what FORTRESS was. The FORTRESS account was set up through Pathfinder Bank. Pathfinder bank was also FARNSWORTH's bank for FARNSWORTH's personal account. FORTRESS was an LLC. FARNSWORTH had many LLCs. FARNSWORTH had two debit cards with PATHFINDER bank. One of the accounts was for FARNSWORTH's personal account. The other account was for FORTRESS. ███ purchased his plane tickets through FARNSWORTH's personal debit card at Pathfinder bank.

FD-302a (Rev. 5-8-10)

318A-NY-3711298-GJ

Continuation of FD-302 of (U) ▮▮▮▮▮ Interview (6.12.23)   , On 06/12/2023 , Page 4 of 5



Before FARNSWORTH's arrest, ▮▮ never realized that his relationship with FARNSWORTH was abusive. That was when ▮▮ and FARNSWORTH were still together. At times when FARNSWORTH got mad at ▮▮, FARNSWORTH pushed ▮▮ up against a wall. ▮▮ friends told ▮▮ that he and FARNSWORTH were in an abusive relationship because ▮▮ panicked if he was called home by FARNSWORTH. ▮▮ rushed home to FARNSWORTH if he was called. Back then, ▮▮ never hit FARNSWORTH. FARNSWORTH kicked ▮▮ out of the house and threw water on him and ripped his clothes.

After FARNSWORTH's arrest, in or around April or May 2023, FARNSWORTH came to ▮▮ hotel and yanked the chain off ▮▮ neck. That was when ▮▮ felt he was being tracked by FARNSWORTH.

Shortly before that moment at the hotel, ▮▮ had an argument with FARNSWORTH. After the argument, ▮▮ wanted to come home to get his toiletries out of the place FARNSWORTH and ▮▮ were staying and then leave. This was something that FARNSWORTH and ▮▮ usually allowed each other to do after arguments. But that time, FARNSWORTH met ▮▮ at the front door. FARNSWORTH told ▮▮ that he could not come in to get his toiletries. ▮▮ walked into the house. FARNSWORTH pushed ▮▮ up against the wall. ▮▮ stood up for himself and ▮▮ pushed FARNSWORTH back. They both fell. Then, FARNSWORTH "started in on" ▮▮. ▮▮ choked FARNSWORTH. Then ▮▮ stopped choking FARNSWORTH. As ▮▮ got up, FARNSWORTH ripped ▮▮ shirt. ▮▮ tried to get a new shirt, but FARNSWORTH did not allow him to. ▮▮ and FARNSWORTH fought again and fell down the stairs. FARNSWORTH got hurt. ▮▮ thought that he and FARNSWORTH made up that night because he recalled staying the night there after the argument.

In or around May 2023, after the physical incident, ▮▮ went to Vegas, NV. ▮▮ had saved up his money to go to Vegas. While in Vegas, ▮▮ took his car to a collision center. FARNSWORTH's private investigator (PI) and JESSE LAW were there at the collision center. The PI and LAW told ▮▮ that he could

DOJ-PROD26-0000000082

FD-302a (Rev. 5-8-10)

318A-NY-3711298-GJ

Continuation of FD-302 of (U) ▮▮▮▮ Interview (6.12.23) , On 06/12/2023 , Page 5 of 5

not take the car. Even though LAW and the PI were both sixty-year-old men, ▮▮ felt outnumbered. Later, ▮▮ called the police to get the police to release the car to ▮▮.

On the same trip, ▮▮ figured out that he was being tracked as he continued his trip to San Francisco. Right before ▮▮ got to the San Francisco bridge, ▮▮ was pulled over by police because the car he was driving was reported as stolen. ▮▮ showed police the car title in his name. Then ▮▮ drove through several states.

After the interstate travel, ▮▮ went to a hotel in Syracuse, NY. That was when FARNSWORTH found ▮▮ at the hotel, which confirmed ▮▮ suspicion that FARNSWORTH was tracking him.

When FARNSWORTH confronted ▮▮ at the hotel, FARNSWORTH told ▮▮ that there was an arrest warrant out for ▮▮. ▮▮ was told the warrant was for criminal obstruction of breathing. ▮▮ confirmed that the charge was from the time ▮▮ choked FARNSWORTH during their fight the night ▮▮ went back to get his toiletries. Even after FARNSWORTH filed that complaint against ▮▮, FARNSWORTH was still going after ▮▮.

▮▮ clarified that FARNSWORTH paid ▮▮ from his FORTRESS entity while they were together. Later on, in or around May 2023, FARNSWORTH stopped paying ▮▮ from that account. In or around that time, FARNSWORTH wired money to ▮▮ from an account that was not the FORTRESS account. The wire from FARNSWORTH did not say where it was coming from. At first ▮▮ thought that the payment was fraud because the from line was blank, but FARNSWORTH later confirmed that the money was from him.

By the time ▮▮ received that payment in May 2023, FARNSWORTH and ▮▮ relationship was already over.

▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮ ▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮ provided FARNSWORTH's phone numbers: ▮▮▮▮▮▮, ▮▮▮▮▮▮, and ▮▮▮▮▮▮ (daily).

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮



104                          6/12/23
8:30pm        CY+ RB
████████████    ████████████

BMW @ airport - Water
Ted knows ████ loves cars - Ted wants escolad
back 2020 - the engine just died

Ted - met him though his work - ourd
3 or 4 years ago      6 people pay him
~ 2015              for ho tu
right before the pandemic was when they
started getting serios
- not sure if boy friend or husband - 28 yr old
- ████ never met ████
- ████ knew about ████
- ████ sold childhood home -
    his       ████████████████

- Ted took ████ everywhere - paid though
personal accounts for ████ to fly w/ him
- ████ did not affect X-mas party
████████████████████████████

- ████ purchased companies
- ████ bought around in Keys - not in Tampa
- Ted kept him pretty secluded - Ted
would go to work and ████ would do   ①



DOJ-PROD26-0000000085



Ted consistently paid ▮ -$5-7k
from Fortress
- no idea whet F
- F thry petfinder bank o his
personel bank
- F was an LLC - Ted had mang LLCs

Ted has 2 debit cards - one was
Ted and th oth was F

▮ got his plane tickets thryh Feds
debit card

③



DOJ-PROD26-0000000087



pre-crash — ▮ never realized it was
crush — when Ted got med @ hm
he would push hm up agnst a well
— ▮ wuld panc if he ws called
hom and he would push hme
— ▮ wud never hit hm
— Ted would hit hm — killed hm
ant thysh wetr un hm thys clothes ③

DOJ-PROD26-0000000088

cut ↓ window - december

After arrest - Ted came to ████ hotel
and yanked his hotel - ████ felt he
was being tracked - ████ heard Ted ask
saw that Ted was on his escalator in
Vegs - Ted told ████ that there was a
warrant out for an arrest
that dr ████ + Ted got in an argument
████ wanted to come home to just toiletries
Ted met him in front of the door -
Ted told them he couldn't come in
████ walked in the house - Ted pushed
him against the well- ████ stood up
for himself - ████ pushed him back - they
fell into a bunch - Ted started in +
████ choked Ted - ████ stopped
choking Ted - as ████ got up Ted
wiped his shirt - ████ tried to
get shirt - ████ + Ted fell down the
stairs - Ted's head hit the bell - Ted and
████ made up

Ted went to Vegas - saved up $ -
collision center - the PD - Jesse Law
Ⓖ

Ted + JC one thru to say that he
cant talk the car
- PI and 2 60 year olds - ███
felt w/ #J - ███ called the police
police release the ed car

Ted called the thug - thug picked up
car @ hotel

Ted figured out that something was
up - Ted took a drive to San Fran -
right before the bridge - ███ was pulled over
even though the toll was in ho how
then he drove though several states. Thats
when Ted find him in the hotel

criminal obstruction of breathing - Ted
filed that against him b/c he was still
going after him

Ted might have been paying ███ from
his F entity ███ he stopped in 5/2023

Ted willed it to ███ from a blank
(not F) did not say who it was
coming from

⑦

@ this time ██████ considered Ted +
his relationship our

BMW 7 model / white — Ted
bought it for ████ — ████ kept process
of sale

9:44 pm ████████████████

██████████████████████████
██████████████████████████
██████████████████████████

Ted's iPhone
█████████████████████

daily █████████████████████

████████████████████████████

⑧

**PATHFINDER BANK**

**WIRE APPLICATION AND AGREEMENT**

| WIRE INFORMATION | | | | | | |
|---|---|---|---|---|---|---|
| Date/Time Entered: | 9/20/2021 12:10 PM | Wire Type: | Domestic | | | |
| Transaction Date: | 9/20/2021 | Payment Method: | Debit | Amount: | $ | 144,483.00 |
| Entered By: | kperi | Wire Source: | Email | ( + ) Fee: | $ | 25.00 |
| Entered At: | Branch 11 | | | ( = ) Total: | $ | 144,508.00 |
| Wire Purpose: | Other | | Wire Description: | Buying Car | | |

| ORIGINATOR INFORMATION | | | | |
|---|---|---|---|---|
| ID Type: | | ID Number: | | ID Issued By: |
| Account Number: | ▮216 | | Account Type: | DDA |
| Name: | FORTRESS ENTERTAINMENT GROUP INC | | | Telephone: |
| Address: | | | | |
| 24 ASPEN PARK BLVD EAST SYRACUSE, NY 13057-6075 US | | | | |

| BENEFICIARY INFORMATION | | | |
|---|---|---|---|
| Account Number: | Name: | | Telephone: |
| ▮7183 | Jim Ellis Volkswagen INC | | |
| Address: | | | |
| 5855 Peachtree Industrial Blvd Chamblee GA 30341-1628 | | | |
| Instructions: | | | |
| On Behalf of Ted Farnsworth | | | |
| 2021 Cadillac Escalade | | | |

| RECEIVER FI INFORMATION | |
|---|---|
| Name: | Identifier: |
| BK AMER NYC | 026009593 |

| INTERMEDIARY FI INFORMATION | | |
|---|---|---|
| Name: | Identifier: | Country: |
| Address: | | |

| BENEFICIARY FI INFORMATION | | |
|---|---|---|
| Name: | Identifier: | Country: |
| Address: | | |

wta on file

Originator/Conductor Signature                    Date  9-20-21

| CALLBACK INFORMATION | |
|---|---|
| Callback Completed By: | Spoke To: Ted (cw Kona) |

Customer since 1/25/21

**GOVERNMENT EXHIBIT**

**6**

**1:22cr20521**

DOJ-PROD26-0000000092

Wire Instructions for account ████7183

Account number:                          ████7183

Routing number DOM. WIRES:          026009593

SWIFT Code INTL WIRES:               BOFAUS3N

Account Name:                        JIM ELLIS VOLKSWAGEN INC

                                     DBA JIM ELLIS BUICK GMC

Account Address:                     5855 PEACHTREE INDUSTRIAL BLVD

                                     CHAMBLEE, GA 30341-1628

Bank Name:                           **Bank of America**

Bank Address:                        **101 S. Tryon St.**

                                     Charlotte, NC 28255

**Krystina Perl**

| | |
|---|---|
| **From:** | David Cavallaro |
| **Sent:** | Monday, September 20, 2021 12:05 PM |
| **To:** | Krystina Perl |
| **Subject:** | Wire |
| **Attachments:** | 5086790922833373469.jpg |

Can you wire out of fortress 144.483.00 on behave of Ted Farnsworth 2021 Cadillac Escalade

1

DOJ-PROD26-0000000094



**Georgia Department of Revenue**

Georgia Temporary License Number: ▮

VIN: ▮

Control: ▮

Year: 2021

Make: CADI

Color: UNK

Model: ESCALADE

**Temporary Registrant Information**

▮

BALDWINSVILLE NY ▮

**Dealer Information**

JIM ELLIS CADILLAC
5880 Peachtree Industrial Road
Atlanta GA 30341

Issued: September 18, 2021

Expires: November 02, 2021

GOVERNMENT
EXHIBIT
**7**
1:22cr20521



[redacted]
BALDWINSVILLE NY 13027

008799

# CERTIFICATE OF TITLE

## NEW YORK STATE

dmv.ny.gov

| Title and Identification No. | Year | Make | Model Code | Body/Hull | Document No. |
|---|---|---|---|---|---|
| [redacted] | 2021 | CADIL | ESC | SUBN | 255611L |

| Color | Wt./Sts./Lgth. | Fuel | Cyl./Prop. | New or Used | Type of Title | Date Issued |
|---|---|---|---|---|---|---|
| WH | 5996 | GAS | 8 | USED | VEHICLE | 5/10/22 |

Name and Address of Owner(s)

[redacted]
BALDWINSVILLE NY 13027

ODOMETER READING: 00844
00844
ACTUAL MILEAGE

VOID IF ALTERED

This document is your proof of ownership for this vehicle, boat or manufactured home. Keep it in a safe place, not with your license or registration or in your vehicle or boat. To dispose of your vehicle, boat or manufactured home, complete the transfer section on the back and give this title to the new owner.

Lienholder
* NO LIENS RECORDED *

Lienholder
* NO LIENS RECORDED *

Lienholder
* NO LIENS RECORDED *

Lienholder
* NO LIENS RECORDED *

MV-999 (3/21)

VOID IF ALTERED

DEPARTMENT OF MOTOR VEHICLES

GOVERNMENT EXHIBIT
8
1:22cr20521



**DMV Registration**

Status: VALID   Expiration: 04/27/2024   Plate Issued: 04/28/2022

Plate: ███   Class: PAS - Passenger Plate (016)

Style: X   Logo: EXCELSIOR   Legend: PASSENGER

Vehicle: 2021; CADILLAC; ESCALADE; SUBURBAN; WHITE

Unladen Weight: 5996

Vehicle ID: ███

Insurance Co.: STATE FARM MUT AUTO CO   Insurance Code: 328   Policy ID: 331140552

Name: ███   Birth Date: ███1994   Sex: M

Address: ███
LIVERPOOL, New York 13088

Motorist ID: ███

## Registration Suspension History

Violation Code: INSURANCE NOT IN EFFECT   Order Number: C301191   Case Number: T221211

Effective Date: 02/18/2023   Compliance Code: CIVIL PENALTY   Status: CLOSED

## Title Information

Name: ███

Address: ███
LIVERPOOL, New York 13088

Status: VALID

Title Issued: 05/10/2022   Batch Number: 204282067E

Ownership Status: TITLE ISSUED

Odometer: ACTUAL MILEAGE  0000844

(less)   (print preview)

Status: VALID (Non-CDL)

License Class: *D*   Expiration: 11/19/2023

Name: ███   Client ID: ███

Birth Date: ███1994   Sex: M   Height: 5′9″   Eye Color: BROWN

Address: ███
LIVERPOOL, New York 13088

GOVERNMENT EXHIBIT
**9**
1:22cr20521

County: ONONDAGA

Motorist ID: ███████████████

Image Captured: 08/17/2016 (KEPT)

## Activity Information

School Bus Driver Status (S19A): NOT APPLICABLE

Accident Prevention Course: 09/06/2022

(less)

Transaction ID: 0c76ff3b-32d2-11ee-aa99-292929291919



**NOT ACTIVE**

Miami Beach, FL, US

Live in Las Vegas Visiting Miami 5/7-5-12 Available by the hour or overnight. 😊 I am passionate, discreet and easy going. Good Vibes. I enjoy hot times. I'm 100% the guy of the pictures

🔗 rent.men

| | |
|---|---|
| Gender | Male |
| Ethnicity | Latin |
| Zodiac | Aquarius |
| Orientation | Bisexual |
| Languages | English, Español, Portugués |

GOVERNMENT EXHIBIT
**10**
1:22cr20521

**MOBILITY**

3719252
07/18/2023

AT&T has queried for records from 11/01/2020 12:00:00am to 06/30/2023 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.



Run Date:      07/18/2023
Run Time:      20:23:10
Voice Usage For: ▬▬▬▬▬▬

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|---|---|---|---|---|---|---|---|---|---|---|
| 69635 | 05/18/23 | 15:50:49 | 0:05 | 4:07 | ▬▬▬ | ▬▬ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MO | [] |
| 69636 | 05/18/23 | 16:47:14 | 0:01 | 0:00 | ▬▬▬ | ▬▬ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [Wi-Fi:NIOP] |
| 69637 | 05/18/23 | 17:06:24 | 0:01 | 0:00 | ▬▬▬ | ▬▬ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [NIOP:CMW] |
| 69638 | 05/18/23 | 17:06:25 | 0:02 | 1:21 | ▬▬▬▬ | ▬▬ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [NIOP:CFB:CMW:VM] |
| 69639 | 05/18/23 | 17:06:26 | 0:04 | 0:00 | ▬▬▬ | ▬▬ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [Wi-Fi:NIOP] |
| 69640 | 05/18/23 | 17:52:33 | 0:04 | 0:00 | ▬▬▬ | ▬▬ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [NIOP] |
| 69641 | 05/18/23 | 17:54:30 | 0:03 | 0:00 | ▬▬▬ | ▬▬ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MO | [] |
| 69642 | 05/18/23 | 18:15:11 | 0:07 | 0:00 | ▬▬▬ | ▬▬ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [NIOP] |
| 69643 | 05/18/23 | 18:15:13 | 0:09 | 0:13 | ▬▬▬ | ▬▬ | | | MO | [Wi-Fi] |
| 69644 | 05/18/23 | 18:15:13 | 0:09 | 0:13 | ▬▬▬▬ | ▬▬ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [NIOP:CFB:VM] |
| 69645 | 05/18/23 | 19:25:30 | 0:21 | 0:23 | ▬▬▬ | ▬▬ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MO | [] |
| 69646 | 05/18/23 | 19:53:05 | 0:17 | 0:12 | ▬▬▬ | ▬▬ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [NIOP] |
| 69647 | 05/18/23 | 19:53:05 | 0:18 | 0:12 | ▬▬▬ | ▬▬ | | | MO | [Wi-Fi] |
| 69648 | 05/18/23 | 20:16:26 | 0:13 | 0:00 | ▬▬▬ | ▬▬ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [NIOP] |
| 69649 | 05/18/23 | 20:16:28 | 0:15 | 0:12 | ▬▬▬ | ▬▬ | | | MO | [Wi-Fi] |
| 69650 | 05/18/23 | 20:16:28 | 0:15 | 0:12 | ▬▬▬▬ | ▬▬ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [NIOP:CFB:VM] |
| 69651 | 05/18/23 | 20:17:09 | 0:17 | 15:06 | ▬▬▬ | ▬▬ | | | MO | [Wi-Fi:CMH:MPS] |

**AT&T Proprietary**

The information contained here is for use by authorized persons only and is not for general distribution.

DOJ-PROD26-0000000104

GOVERNMENT EXHIBIT
11
1:22cr20521

**3719252**
**07/18/2023**

# MOBILITY



AT&T has queried for records from 11/01/2020 12:00:00am to 06/30/2023 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

Run Date:      07/18/2023
Run Time:      20:23:10
Voice Usage For: � ▬▬▬▬▬▬▬

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|------|-----------|------------------|--------------|----|--------------------|--------------------|------|------|----|---------|
| 69731 | 05/21/23 | 01:30:37 | 0:28 | 0:00 | ▬▬▬ | ▬▬▬ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [NIOP] |
| 69732 | 05/21/23 | 01:30:40 | 0:31 | 0:02 | ▬▬▬ | ▬▬▬ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [NIOP:CFNA:VM] |
| 69733 | 05/21/23 | 15:43:54 | 0:20 | 0:00 | ▬▬▬ | ▬▬▬ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [Wi-Fi:NIOP] |
| 69734 | 05/21/23 | 15:43:56 | 0:22 | 0:02 | ▬▬▬ | ▬▬▬ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [Wi-Fi:NIOP:CFNA:VM] |
| 69735 | 05/21/23 | 15:43:56 | 0:23 | 0:02 | ▬▬▬ | ▬▬▬ | | | MO | [] |
| 69736 | 05/21/23 | 16:05:59 | 0:00 | 0:00 | ▬▬▬ | ▬▬▬ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MO | [Wi-Fi] |
| 69737 | 05/21/23 | 16:06:29 | 0:01 | 0:00 | ▬▬▬ | ▬▬▬ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MO | [Wi-Fi] |
| 69738 | 05/21/23 | 16:33:13 | 0:21 | 0:00 | ▬▬▬ | ▬▬▬ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [Wi-Fi:NIOP] |
| 69739 | 05/21/23 | 16:33:15 | 0:23 | 0:03 | ▬▬▬ | ▬▬▬ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [Wi-Fi:NIOP:CFNA:VM] |
| 69740 | 05/21/23 | 16:33:15 | 0:24 | 0:03 | ▬▬▬ | ▬▬▬ | | | MO | [] |
| 69741 | 05/21/23 | 17:54:29 | 0:21 | 0:00 | ▬▬▬ | ▬▬▬ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [Wi-Fi:NIOP] |
| 69742 | 05/21/23 | 17:54:31 | 0:23 | 0:03 | ▬▬▬ | ▬▬▬ | | | MO | [] |
| 69743 | 05/21/23 | 17:54:31 | 0:23 | 0:03 | ▬▬▬ | ▬▬▬ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [Wi-Fi:NIOP:CFNA:VM] |
| 69744 | 05/21/23 | 18:25:47 | 0:22 | 0:00 | ▬▬▬ | ▬▬▬ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [Wi-Fi:NIOP] |
| 69745 | 05/21/23 | 18:25:48 | 0:23 | 0:01 | ▬▬▬ | ▬▬▬ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [Wi-Fi:NIOP:CFNA:VM] |
| 69746 | 05/21/23 | 19:17:35 | 0:07 | 17:15 | ▬▬▬ | ▬▬▬ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MO | [Wi-Fi] |

---

**AT&T Proprietary**

The information contained here is for use by authorized persons only and is not for general distribution.

DOJ-PROD26-0000000105

**MOBILITY**

3719252
07/18/2023

AT&T has queried for records from 11/01/2020 12:00:00am to 06/30/2023 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.



Run Date:       07/18/2023
Run Time:       20:23:10
Voice Usage For:     ███████████

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|------|-----------|------------------|--------------|-----|--------------------|--------------------|------|------|-----|---------|
| 69971 | 05/25/23 | 22:16:56 | 0:09 | 0:02 | ████ | ████ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [NIOP:CFB:VM] |
| 69972 | 05/25/23 | 22:17:26 | 0:02 | 0:00 | ████ | ████ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [NIOP] |
| 69973 | 05/25/23 | 22:17:28 | 0:04 | 0:59 | ████ | ████ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [NIOP:CFB:VM] |
| 69974 | 05/25/23 | 22:17:32 | 0:04 | 3:41 | ████ | ████ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MO | [] |
| 69975 | 05/25/23 | 22:22:51 | 0:07 | 0:12 | ████ | ████ | | | MT | [NIOP] |
| 69976 | 05/25/23 | 22:22:51 | 0:08 | 0:12 | ████ | ████ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MO | [] |
| 69977 | 05/26/23 | 03:34:50 | 0:05 | 0:00 | ████ | ████ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [NIOP] |
| 69978 | 05/26/23 | 03:34:52 | 0:07 | 0:04 | ████ | ████ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [NIOP:CFB:VM] |
| 69979 | 05/26/23 | 04:18:25 | 0:13 | 0:00 | ████ | ████ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [NIOP] |
| 69980 | 05/26/23 | 10:29:33 | 0:06 | 0:09 | ████ | ████ | | | MT | [NIOP] |
| 69981 | 05/26/23 | 10:29:33 | 0:06 | 0:09 | ████ | ████ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MO | [] |
| 69982 | 05/26/23 | 10:30:41 | 0:02 | 0:16 | ████ | ████ | | | MT | [NIOP] |
| 69983 | 05/26/23 | 10:30:41 | 0:02 | 0:16 | ████ | █13062248 | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MO | [] |
| 69984 | 05/26/23 | 10:42:05 | 0:07 | 1:04 | ████ | ████ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [NIOP:CMH] |
| 69985 | 05/26/23 | 10:53:41 | 0:04 | 1:02 | ████ | ████ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [NIOP] |
| 69986 | 05/26/23 | 12:26:18 | 0:08 | 0:00 | ████ | ████ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [NIOP] |

**AT&T Proprietary**

The information contained here is for use by authorized persons only and is not for general distribution.

DOJ-PROD26-0000000106

# MOBILITY



**3719252**
**07/18/2023**

AT&T has queried for records from 11/01/2020 12:00:00am to 06/30/2023 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

Run Date:        07/18/2023
Run Time:        20:23:10
Voice Usage For: ▇▇▇▇▇

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|------|-----------|------------------|--------------|------|--------------------|--------------------|------|------|------|---------|
| 70031 | 05/27/23 | 11:24:48 | 0:20 | 0:00 | ▇▇▇ | ▇▇▇ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [NIOP] |
| 70032 | 05/27/23 | 11:24:48 | 0:21 | 0:00 | ▇▇▇ | ▇▇▇ | | | MO | [] |
| 70033 | 05/27/23 | 14:29:26 | 0:19 | 0:00 | ▇▇▇ | ▇▇▇ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [NIOP] |
| 70034 | 05/27/23 | 14:29:27 | 0:20 | 0:13 | ▇▇▇ | ▇▇▇ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [NIOP:CFB:VM] |
| 70035 | 05/27/23 | 14:29:27 | 0:21 | 0:13 | ▇▇▇ | ▇▇▇ | | | MO | [] |
| 70036 | 05/27/23 | 15:27:37 | 0:07 | 4:40 | ▇▇▇ | ▇▇▇ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MO | [] |
| 70037 | 05/27/23 | 16:54:42 | 0:21 | 0:00 | ▇▇▇ | ▇▇▇ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [NIOP] |
| 70038 | 05/27/23 | 18:43:45 | 0:17 | 0:35 | ▇▇▇ | ▇▇▇ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [NIOP] |
| 70039 | 05/27/23 | 20:28:00 | 0:22 | 0:00 | ▇▇▇ | ▇▇▇ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [NIOP] |
| 70040 | 05/27/23 | 20:28:02 | 0:24 | 0:10 | ▇▇▇ | ▇▇▇ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [NIOP:CFNA:VM] |
| 70041 | 05/27/23 | 22:06:31 | 0:22 | 0:00 | ▇▇▇ | ▇▇▇ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [NIOP] |
| 70042 | 05/27/23 | 22:06:32 | 0:23 | 0:05 | ▇▇▇ | ▇▇▇ | | | MO | [] |
| 70043 | 05/27/23 | 22:06:32 | 0:23 | 0:05 | ▇▇▇ | ▇▇▇ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [NIOP:CFNA:VM] |
| 70044 | 05/27/23 | 23:09:24 | 0:08 | 0:00 | ▇▇▇ | ▇▇▇ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [NIOP] |
| 70045 | 05/27/23 | 23:09:26 | 0:10 | 0:02 | ▇▇▇ | ▇▇▇ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [NIOP:CFB:VM] |
| 70046 | 05/28/23 | 00:26:13 | 0:06 | 1:45 | ▇▇▇ | ▇▇▇ | | | MO | [] |
| 70047 | 05/28/23 | 00:26:13 | 0:06 | 1:45 | ▇▇▇ | ▇▇▇ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [NIOP] |

**AT&T Proprietary**

The information contained here is for use by authorized persons only and is not for general distribution.

DOJ-PROD26-0000000107

**MOBILITY**

3719252
07/18/2023

AT&T has queried for records from 11/01/2020 12:00:00am to 06/30/2023 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.



---

Run Date:        07/18/2023
Run Time:        20:23:10
Voice Usage For: ▮▮▮▮▮▮▮▮

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|------|-----------|------------------|--------------|-----|--------------------|--------------------|------|------|----|---------|
| 70208 | 05/31/23 | 21:48:20 | 0:23 | 0:03 | ▮▮▮▮ | ▮▮▮▮ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [NIOP:CFNA:VM] |
| 70209 | 05/31/23 | 21:48:20 | 0:24 | 0:03 | ▮▮▮▮ | ▮▮▮▮ | | | MO | [] |
| 70210 | 05/31/23 | 21:49:06 | 0:18 | 0:00 | ▮▮▮▮ | ▮▮▮▮ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [NIOP] |
| 70211 | 05/31/23 | 22:10:51 | 0:21 | 0:00 | ▮▮▮▮ | ▮▮▮▮ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [NIOP] |
| 70212 | 05/31/23 | 22:10:52 | 0:22 | 0:05 | ▮▮▮▮ | ▮▮▮▮ | | | MO | [] |
| 70213 | 05/31/23 | 22:10:52 | 0:22 | 0:05 | ▮▮▮▮ | ▮▮▮▮ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [NIOP:CFNA:VM] |
| 70214 | 05/31/23 | 22:30:33 | 0:22 | 0:00 | ▮▮▮▮ | ▮▮▮▮ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [NIOP] |
| 70215 | 05/31/23 | 22:30:34 | 0:23 | 0:11 | ▮▮▮▮ | ▮▮▮▮ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [NIOP:CFNA:VM] |
| 70216 | 05/31/23 | 23:43:06 | 0:07 | 0:00 | ▮▮▮▮ | ▮▮▮▮ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [NIOP] |
| 70217 | 05/31/23 | 23:43:08 | 0:09 | 0:02 | ▮▮▮▮ | ▮▮▮▮ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [NIOP:CFB:VM] |
| 70218 | 06/01/23 | 12:28:06 | 0:22 | 0:00 | ▮▮▮▮ | ▮▮▮▮ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [NIOP] |
| 70219 | 06/01/23 | 12:28:08 | 0:24 | 0:10 | ▮▮▮▮ | ▮▮▮▮ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [NIOP:CFNA:VM] |
| 70220 | 06/01/23 | 12:28:08 | 0:25 | 0:10 | ▮▮▮▮ | ▮▮▮▮ | | | MO | [] |
| 70221 | 06/01/23 | 13:14:10 | 0:05 | 0:38 | ▮▮▮▮ | ▮▮▮▮ | 3541067739299610 APPLE IPHONE13PROMAX | | MO | [] |
| 70222 | 06/01/23 | 13:15:06 | 0:02 | 0:00 | ▮▮▮▮ | ▮▮▮▮ | | | MT | [NIOP] |
| 70223 | 06/01/23 | 13:15:06 | 0:02 | 0:00 | ▮▮▮▮ | ▮▮▮▮ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MO | [] |
| 70224 | 06/01/23 | 13:15:31 | 0:21 | 0:00 | ▮▮▮▮ | ▮▮▮▮ | | | MT | [NIOP] |
| 70225 | 06/01/23 | 13:15:33 | 0:23 | 0:03 | ▮▮▮▮ | ▮▮▮▮ | | | MT | [NIOP:CFNA:VM] |

---

**AT&T Proprietary**

The information contained here is for use by authorized persons only and is not for general distribution.

DOJ-PROD26-0000000108

**MOBILITY**

3719252
07/18/2023

AT&T has queried for records from 11/01/2020 12:00:00am to 06/30/2023 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.



Run Date:        07/18/2023
Run Time:        20:23:10
Voice Usage For: ▮▮▮▮▮▮▮▮

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|---|---|---|---|---|---|---|---|---|---|---|
| 70306 | 06/02/23 | 18:59:19 | 0:06 | 0:10 | ▮▮▮▮ | ▮▮▮▮ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [NIOP:CFB:CMW:VM ] |
| 70307 | 06/02/23 | 20:24:55 | 0:06 | 0:52 | ▮▮▮▮ | ▮▮▮▮ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MO | [] |
| 70308 | 06/02/23 | 20:26:59 | 0:03 | 0:00 | ▮▮▮▮ | ▮▮▮▮ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [NIOP] |
| 70309 | 06/02/23 | 20:27:00 | 0:04 | 0:12 | ▮▮▮▮ | ▮▮▮▮ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [NIOP:CFB:VM] |
| 70310 | 06/02/23 | 21:14:50 | 0:21 | 0:00 | ▮▮▮▮ | ▮▮▮▮ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [NIOP] |
| 70311 | 06/02/23 | 21:14:51 | 0:22 | 0:13 | ▮▮▮▮ | ▮▮▮▮ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [NIOP:CFNA:VM] |
| 70312 | 06/02/23 | 21:36:41 | 0:21 | 0:00 | ▮▮▮▮ | ▮▮▮▮ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [NIOP] |
| 70313 | 06/02/23 | 21:36:42 | 0:22 | 0:11 | ▮▮▮▮ | ▮▮▮▮ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [NIOP:CFNA:VM] |
| 70314 | 06/02/23 | 22:01:35 | 0:08 | 13:41 | ▮▮▮▮ | ▮▮▮▮ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MO | [CMH] |
| 70315 | 06/02/23 | 22:03:08 | 0:29 | 0:00 | ▮▮▮▮ | ▮▮▮▮ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MO | [] |
| 70316 | 06/02/23 | 22:08:08 | 0:05 | 0:01 | ▮▮▮▮ | ▮▮▮▮ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [NIOP:CMW] |
| 70317 | 06/02/23 | 22:08:10 | 0:07 | 0:13 | ▮▮▮▮ | ▮▮▮▮ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [NIOP:CFB:CMW:VM ] |
| 70318 | 06/02/23 | 22:19:23 | 0:22 | 0:00 | ▮▮▮▮ | ▮▮▮▮ | | | MT | [NIOP] |
| 70319 | 06/02/23 | 22:19:25 | 0:24 | 0:21 | ▮▮▮▮ | ▮▮▮▮ | | | MT | [NIOP:CFNA:VM] |
| 70320 | 06/02/23 | 22:19:25 | 0:24 | 0:21 | ▮▮▮▮ | ▮▮▮▮ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MO | [] |

**AT&T Proprietary**

The information contained here is for use by authorized persons only and is not for general distribution.

DOJ-PROD26-0000000109

# MOBILITY



3719252
07/18/2023

AT&T has queried for records from 11/01/2020 12:00:00am to 06/30/2023 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

| | |
|---|---|
| Run Date: | 07/18/2023 |
| Run Time: | 20:23:10 |
| Voice Usage For: | ▆▆▆▆▆▆ |

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|---|---|---|---|---|---|---|---|---|---|---|
| 70336 | 06/03/23 | 04:56:14 | 0:34 | 0:00 | ▆▆▆ | ▆▆▆ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MO | [] |
| 70337 | 06/03/23 | 12:59:27 | 0:22 | 0:00 | ▆▆▆ | ▆▆▆ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [NIOP] |
| 70338 | 06/03/23 | 12:59:28 | 0:23 | 0:13 | ▆▆▆ | ▆▆▆ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [NIOP:CFNA:VM] |
| 70339 | 06/03/23 | 14:34:30 | 0:23 | 0:00 | ▆▆▆ | ▆▆▆ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [NIOP] |
| 70340 | 06/03/23 | 14:34:31 | 0:24 | 0:13 | ▆▆▆ | ▆▆▆ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [NIOP:CFNA:VM] |
| 70341 | 06/03/23 | 15:22:42 | 0:22 | 0:00 | ▆▆▆ | ▆▆▆ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [NIOP] |
| 70342 | 06/03/23 | 15:22:43 | 0:23 | 0:10 | ▆▆▆ | ▆▆▆ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [NIOP:CFNA:VM] |
| 70343 | 06/03/23 | 18:37:10 | 0:05 | 13:26 | ▆▆▆ | ▆▆▆ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MO | [] |
| 70344 | 06/03/23 | 20:46:54 | 0:04 | 0:00 | ▆▆▆ | ▆▆▆ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [NIOP] |
| 70345 | 06/03/23 | 20:46:56 | 0:06 | 0:12 | ▆▆▆ | ▆▆▆ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [NIOP:CFB:VM] |
| 70346 | 06/03/23 | 20:46:56 | 0:06 | 0:12 | ▆▆▆ | ▆▆▆ | | | MO | [] |
| 70347 | 06/03/23 | 21:22:32 | 0:06 | 3:08 | ▆▆▆ | ▆▆▆ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MO | [] |
| 70348 | 06/03/23 | 21:27:44 | 0:07 | 0:35 | ▆▆▆ | ▆▆▆ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [NIOP] |
| 70349 | 06/03/23 | 21:29:43 | 0:27 | 0:37 | ▆▆▆ | ▆▆▆ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MO | [] |
| 70350 | 06/04/23 | 00:55:28 | 0:19 | 0:09 | ▆▆▆ | ▆▆▆ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [NIOP] |

DOJ-PROD26-0000000110

# MOBILITY

**3719252**
**07/18/2023**

AT&T has queried for records from 11/01/2020 12:00:00am to 06/30/2023 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.



Run Date:          07/18/2023
Run Time:          20:23:10
Voice Usage For:   ▓▓▓▓▓▓▓▓▓▓

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|------|-----------|------------------|--------------|-----|--------------------|--------------------|------|------|-----|---------|
| 70555 | 06/09/23 | 20:42:40 | 0:24 | 0:14 | ▓▓▓▓▓ | ▓▓▓▓▓ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [NIOP:CFNA:VM] |
| 70556 | 06/09/23 | 21:24:08 | 0:22 | 0:01 | ▓▓▓▓▓ | ▓▓▓▓▓ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [NIOP] |
| 70557 | 06/09/23 | 21:24:10 | 0:24 | 0:00 | ▓▓▓▓▓ | ▓▓▓▓▓ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [NIOP:CFNA:VM] |
| 70558 | 06/09/23 | 21:28:41 | 0:02 | 0:01 | ▓▓▓▓▓ | ▓▓▓▓▓ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MO | [] |
| 70559 | 06/09/23 | 22:01:14 | 0:00 | 0:00 | ▓▓▓▓▓ | ▓▓▓▓▓ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [NIOP] |
| 70560 | 06/09/23 | 22:25:00 | 0:01 | 0:00 | ▓▓▓▓▓ | ▓▓▓▓▓ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [NIOP] |
| 70561 | 06/09/23 | 22:25:02 | 0:03 | 0:03 | ▓▓▓▓▓ | ▓▓▓▓▓ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [NIOP:CFB:VM] |
| 70562 | 06/09/23 | 22:25:02 | 0:04 | 0:03 | ▓▓▓▓▓ | ▓▓▓▓▓ | | | MO | [] |
| 70563 | 06/10/23 | 00:46:23 | 0:22 | 0:00 | ▓▓▓▓▓ | ▓▓▓▓▓ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [NIOP] |
| 70564 | 06/10/23 | 00:46:24 | 0:00 | 0:05 | ▓▓▓▓▓ | ▓▓▓▓▓ | | | MO | [] |
| 70565 | 06/10/23 | 00:46:24 | 0:23 | 0:05 | ▓▓▓▓▓ | ▓▓▓▓▓ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [NIOP:CFNA:VM] |
| 70566 | 06/10/23 | 00:46:24 | 0:24 | 0:00 | ▓▓▓▓▓ | ▓▓▓▓▓ | | | MO | [Wi-Fi] |
| 70567 | 06/10/23 | 02:10:57 | 0:09 | 0:07 | ▓▓▓▓▓ | ▓▓▓▓▓ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MO | [] |
| 70568 | 06/10/23 | 06:24:45 | 0:01 | 0:48 | ▓▓▓▓▓ | ▓▓▓▓▓ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [NIOP] |
| 70569 | 06/10/23 | 12:51:15 | 0:21 | 0:00 | ▓▓▓▓▓ | ▓▓▓▓▓ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [NIOP] |
| 70570 | 06/10/23 | 12:51:17 | 0:23 | 0:03 | ▓▓▓▓▓ | ▓▓▓▓▓ | | | MO | [] |
| 70571 | 06/10/23 | 12:51:17 | 0:23 | 0:03 | ▓▓▓▓▓ | ▓▓▓▓▓ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [NIOP:CFNA:VM] |

DOJ-PROD26-0000000111

**MOBILITY**



3719252
07/18/2023

AT&T has queried for records from 11/01/2020 12:00:00am to 06/30/2023 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

Run Date: 07/18/2023
Run Time: 20:23:10
Voice Usage For: ▮▮▮▮▮▮▮▮

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|------|------------|------------------|--------------|------|--------------------|--------------------|------|------|------|---------|
| 70709 | 06/14/23 | 19:13:53 | 0:04 | 0:13 | ▮▮▮▮ | ▮▮▮ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [NIOP:CFB:VM] |
| 70710 | 06/14/23 | 20:15:15 | 0:19 | 0:01 | ▮▮▮▮ | ▮▮▮ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MO | [] |
| 70711 | 06/14/23 | 20:47:13 | 0:04 | 1:25 | ▮▮▮▮ | ▮▮▮ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [NIOP] |
| 70712 | 06/14/23 | 22:55:28 | 0:04 | 0:00 | ▮▮▮▮ | ▮▮▮ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [NIOP] |
| 70713 | 06/14/23 | 23:33:52 | 0:22 | 0:00 | ▮▮▮▮ | ▮▮▮ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [NIOP] |
| 70714 | 06/14/23 | 23:33:53 | 0:23 | 0:13 | ▮▮▮▮ | ▮▮▮ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [NIOP:CFNA:VM] |
| 70715 | 06/15/23 | 14:21:08 | 0:22 | 0:00 | ▮▮▮▮ | ▮▮▮ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [NIOP] |
| 70716 | 06/15/23 | 14:21:10 | 0:24 | 0:04 | ▮▮▮▮ | ▮▮▮ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [NIOP:CFNA:VM] |
| 70717 | 06/15/23 | 14:43:14 | 0:16 | 0:00 | ▮▮▮▮ | ▮▮▮ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [NIOP] |
| 70718 | 06/15/23 | 14:44:38 | 0:03 | 0:10 | ▮▮▮▮ | ▮▮▮ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MO | [] |
| 70719 | 06/15/23 | 15:04:51 | 0:03 | 0:00 | ▮▮▮▮ | ▮▮▮ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [NIOP] |
| 70720 | 06/15/23 | 15:04:52 | 0:04 | 0:32 | ▮▮▮▮ | ▮▮▮ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [NIOP:CFB:VM] |
| 70721 | 06/15/23 | 15:37:44 | 0:22 | 0:00 | ▮▮▮▮ | ▮▮▮ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [NIOP] |
| 70722 | 06/15/23 | 15:37:46 | 0:24 | 0:02 | ▮▮▮▮ | ▮▮▮ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [NIOP:CFNA:VM] |
| 70723 | 06/15/23 | 15:37:46 | 0:24 | 0:02 | ▮▮▮▮ | ▮▮▮ | | | MO | [] |

**AT&T Proprietary**

Page 4484

The information contained here is for use by authorized persons only and is not for general distribution.

DOJ-PROD26-0000000112

**MOBILITY**

3719252
07/18/2023

AT&T has queried for records from 11/01/2020 12:00:00am to 06/30/2023 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.



Run Date:        07/18/2023
Run Time:        20:23:10
Voice Usage For: ▮▮▮▮▮▮▮▮▮▮

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|------|-----------|-----------------|--------------|-----|-------------------|-------------------|------|------|-----|---------|
| 70739 | 06/16/23 | 06:07:39 | 0:00 | 0:00 | ▮▮▮▮ | ▮▮▮▮ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MO | [] |
| 70740 | 06/16/23 | 06:08:09 | 0:04 | 0:02 | ▮▮▮▮ | ▮▮▮▮ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [NIOP] |
| 70741 | 06/16/23 | 06:08:39 | 0:01 | 0:00 | ▮▮▮▮ | ▮▮▮▮ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MO | [] |
| 70742 | 06/16/23 | 06:09:19 | 0:00 | 0:00 | ▮▮▮▮ | ▮▮▮▮ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MO | [] |
| 70743 | 06/16/23 | 06:13:38 | 0:00 | 0:00 | ▮▮▮▮ | ▮▮▮▮ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MO | [] |
| 70744 | 06/16/23 | 12:22:21 | 0:22 | 0:00 | ▮▮▮▮ | ▮▮▮▮ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [NIOP] |
| 70745 | 06/16/23 | 12:22:23 | 0:24 | 0:05 | ▮▮▮▮ | ▮▮▮▮ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [NIOP:CFNA:VM] |
| 70746 | 06/16/23 | 12:22:23 | 0:24 | 0:05 | ▮▮▮▮ | ▮▮▮▮ | | | MO | [] |
| 70747 | 06/16/23 | 12:50:34 | 0:02 | 0:00 | ▮▮▮▮ | ▮▮▮▮ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [NIOP] |
| 70748 | 06/16/23 | 12:50:36 | 0:04 | 0:02 | ▮▮▮▮ | ▮▮▮▮ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [NIOP:CFB:VM] |
| 70749 | 06/16/23 | 13:24:32 | 0:00 | 0:00 | ▮▮▮▮ | ▮▮▮▮ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [NIOP] |
| 70750 | 06/16/23 | 13:24:34 | 0:00 | 0:00 | ▮▮▮▮ | ▮▮▮▮ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [NIOP] |
| 70751 | 06/16/23 | 13:51:50 | 0:02 | 0:00 | ▮▮▮▮ | ▮▮▮▮ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [NIOP] |
| 70752 | 06/16/23 | 13:51:52 | 0:04 | 0:45 | ▮▮▮▮ | ▮▮▮▮ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [NIOP:CFB:VM] |
| 70753 | 06/16/23 | 15:40:34 | 0:00 | 0:00 | ▮▮▮▮ | ▮▮▮▮ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [NIOP] |

**AT&T Proprietary**

**The information contained here is for use by authorized persons only and is not for general distribution.**

DOJ-PROD26-0000000113

# MOBILITY

3719252
07/18/2023

AT&T has queried for records from 11/01/2020 12:00:00am to 06/30/2023 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

 AT&T

Run Date:        07/18/2023
Run Time:        20:23:10
Voice Usage For:  ██████████

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|------|-----------|------------------|--------------|-----|--------------------|--------------------|------|------|-----|---------|
| 70991 | 06/25/23 | 13:22:44 | 0:02 | 0:03 | ████ | ████ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MO | [] |
| 70992 | 06/25/23 | 13:23:05 | 0:16 | 0:00 | ████ | ████ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MO | [] |
| 70993 | 06/25/23 | 13:23:17 | 0:10 | 0:00 | ████ | ████ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MO | [] |
| 70994 | 06/25/23 | 14:34:46 | 0:01 | 0:00 | ████ | ████ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [NIOP] |
| 70995 | 06/25/23 | 16:02:36 | 0:02 | 0:00 | ████ | ████ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [NIOP] |
| 70996 | 06/25/23 | 16:02:37 | 0:03 | 0:10 | █████ | ████ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [NIOP:CFB:VM] |
| 70997 | 06/25/23 | 16:12:47 | 0:02 | 0:00 | ████ | ████ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [NIOP] |
| 70998 | 06/25/23 | 16:12:49 | 0:04 | 0:39 | ████ | ████ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [NIOP:CFB:VM] |
| 70999 | 06/25/23 | 17:17:52 | 0:09 | 0:00 | ████ | ████ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [NIOP] |
| 71000 | 06/25/23 | 17:17:54 | 0:11 | 0:07 | █████ | ████ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [NIOP:CFB:VM] |
| 71001 | 06/25/23 | 18:33:34 | 0:05 | 0:00 | █████ | ████ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [NIOP] |
| 71002 | 06/25/23 | 18:33:36 | 0:07 | 0:02 | █████ | ████ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [NIOP:CFB:VM] |
| 71003 | 06/25/23 | 22:20:41 | 0:04 | 0:00 | █████ | ████ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [NIOP] |
| 71004 | 06/25/23 | 22:20:42 | 0:05 | 0:04 | █████ | ████ | 3541067739299610 APPLE IPHONE13PROMAX | 310280043765505 | MT | [NIOP:CFB:VM] |
| 71005 | 06/25/23 | 22:20:42 | 0:05 | 0:04 | ████ | ████ | | | MO | [] |

**AT&T Proprietary**

**The information contained here is for use by authorized persons only and is not for general distribution.**

DOJ-PROD26-0000000114

PATHFINDER BANK

WIRE APPLICATION AND AGREEMENT

| WIRE INFORMATION | | | | |
|---|---|---|---|---|
| Date/Time Entered: | 5/25/2023 9:35 AM | Wire Type: | Domestic | |
| Transaction Date: | 5/25/2023 | Payment Method: | Debit | **Amount:** $ 2,500.00 |
| Entered By: | lbrady | Wire Source: | Email | ( + ) **Fee:** $ 25.00 |
| Entered At: | Branch 11 | | | ( = ) **Total:** $ 2,525.00 |
| Wire Purpose: | Other | Wire Description: | Consulting | |

| ORIGINATOR INFORMATION | | | |
|---|---|---|---|
| ID Type: | | ID Number: | ID Issued By: |
| Account Number: | ▉1216 | Account Type: | DDA |
| Name: | FORTRESS ENTERTAINMENT GROUP INC | | Telephone: |
| Address: | | | |
| 24 ASPEN PARK BLVD EAST SYRACUSE, NY 13057-6075 US | | | |

| BENEFICIARY INFORMATION | | |
|---|---|---|
| Account Number: ▉0767 | Name: ▉▉▉ | Telephone: |
| Address: | | |
| ▉Charlotte, NC ▉ | | |
| Instructions: | | |

| RECEIVER FI INFORMATION | |
|---|---|
| Name: | Identifier: |
| BK AMER NYC | 026009593 |

| INTERMEDIARY FI INFORMATION | | |
|---|---|---|
| Name: | Identifier: | Country: |
| Address: | | |

| BENEFICIARY FI INFORMATION | | |
|---|---|---|
| Name: | Identifier: | Country: |
| Address: | | |

| | |
|---|---|
| WTA on file | 5/25/23 |
| Originator/Conductor Signature | Date |

| CALLBACK INFORMATION | |
|---|---|
| Callback Completed By: *APPROVED* By Dustin Geers at 11:25 am, May 25, 2023 | Spoke To: Ted (cw Kona) |

Client since 1/25/21

GOVERNMENT EXHIBIT

12

1:22cr20521

███████

| | |
|---|---|
| **From:** | David Cavallaro |
| **Sent:** | Wednesday, May 24, 2023 12:36 PM |
| **To:** | ███████ |
| **Subject:** | FW: Wire |
| **Attachments:** | -4298718901975327617.jpg |

*David D. Cavallaro*

David D. Cavallaro | Branch Manager
Assistant Vice President
Pathfinder Bank | Clay Office
3775 State Route 31, Liverpool, NY 13090

████████████████

www.pathfinderbank.com

████████

**From:** David Cavallaro ██████████████████
**Sent:** Wednesday, May 24, 2023 12:32 PM
**To:** David Cavallaro ████████████████
**Subject:** Wire

David can you wire $2,500.00 dollars out of Fortress Entertainment today
Thank you so much.
█████████████ is the person's name.

1

DOJ-PROD26-0000000116

**PATHFINDER BANK**

**WIRE APPLICATION AND AGREEMENT**

| WIRE INFORMATION | | | | | | |
|---|---|---|---|---|---|---|
| Date/Time Entered: | 6/1/2023 10:37 AM | Wire Type: | Domestic | Amount: | $ | 5,000.00 |
| Transaction Date: | 6/1/2023 | Payment Method: | Debit | ( + ) Fee: | $ | 25.00 |
| Entered By: | lbrady | Wire Source: | Email | ( = ) Total: | $ | 5,025.00 |
| Entered At: | Branch 11 | | | | | |
| Wire Purpose: | Other | Wire Description: | Consulting | | | |

| ORIGINATOR INFORMATION | | | |
|---|---|---|---|
| ID Type: | | ID Number: | ID Issued By: |
| Account Number: ▇216 | | Account Type: | DDA |
| Name: FORTRESS ENTERTAINMENT GROUP INC | | | Telephone: |
| Address: 24 ASPEN PARK BLVD EAST SYRACUSE, NY 13057-6075 US | | | |

| BENEFICIARY INFORMATION | | |
|---|---|---|
| Account Number: ▇0767 | Name: ▇▇▇ | Telephone: |
| Address: ▇▇ Charlotte, NC ▇▇ | | |
| Instructions: | | |

| RECEIVER FI INFORMATION | |
|---|---|
| Name: BK AMER NYC | Identifier: 026009593 |

| INTERMEDIARY FI INFORMATION | | |
|---|---|---|
| Name: | Identifier: | Country: |
| Address: | | |

| BENEFICIARY FI INFORMATION | | |
|---|---|---|
| Name: | Identifier: | Country: |
| Address: | | |

WTA on file

Originator/Conductor Signature

6/1/23

Date

**APPROVED**
By Jessica Czajkowski at 11:35 am, Jun 01, 2023

CALLBACK INFORMATION

Callback Completed By:     Spoke To: Ted (cw: Kona)

Client since 1/25/21

DOJ-PROD26-0000000117

**From:**        David Cavallaro
**Sent:**        Thursday, June 1, 2023 10:32 AM
**To:**
**Subject:**     Wire
**Attachments:**   -4621451796383651191.jpg

David can you wire 5000 out of Fortress entertainment to the account below

His name is

Thank you so much

1

DOJ-PROD26-0000000118

**PATHFINDER BANK**

**WIRE APPLICATION AND AGREEMENT**

| WIRE INFORMATION | | | |
|---|---|---|---|
| Date/Time Entered: | 6/6/2023 1:08 PM | Wire Type: | Domestic |
| Transaction Date: | 6/6/2023 | Payment Method: | Debit |
| Entered By: | lbrady | Wire Source: | Email |
| Entered At: | Branch 11 | | |
| Wire Purpose: | Other | Wire Description: | Production |

| | | |
|---|---|---|
| Amount: | $ | 3,000.00 |
| ( + ) Fee: | $ | 25.00 |
| ( = ) Total: | $ | 3,025.00 |

| ORIGINATOR INFORMATION | | |
|---|---|---|
| ID Type: | ID Number: | ID Issued By: |
| Account Number: ▇5514 | Account Type: DDA | |
| Name: THEODORE J FARNSWORTH | | Telephone: |
| Address: ▇ BALDWINSVILLE, NY ▇ US | | |

| BENEFICIARY INFORMATION | | |
|---|---|---|
| Account Number: ▇0767 | Name: ▇ | Telephone: |
| Address: ▇ Charlotte, NC ▇ | | |
| Instructions: | | |

| RECEIVER FI INFORMATION | |
|---|---|
| Name: BK AMER NYC | Identifier: 026009593 |

| INTERMEDIARY FI INFORMATION | | |
|---|---|---|
| Name: | Identifier: | Country: |
| Address: | | |

| BENEFICIARY FI INFORMATION | | |
|---|---|---|
| Name: | Identifier: | Country: |
| Address: | | |

_WR A on file_

Originator/Conductor Signature                     6/6/23
                                                    Date

**APPROVED**
*By Jessica Czajkowski at 3:24 pm, Jun 06, 2023*

CALLBACK INFORMATION

Spoke To: Ted (cw: Kona)

Client Since 1/25/21            See checklist for fraud review, CR

DOJ-PROD26-0000000119

## David Cavallaro

| | |
|---|---|
| **From:** | David Cavallaro |
| **Sent:** | Tuesday, June 6, 2023 11:16 AM |
| **To:** | David Cavallaro |
| **Subject:** | Wire |
| **Attachments:** | 5324902277042483121.jpg |

David, can you send $3000 out of my personal account Theodore Farnsworth to the account below

His name is His name is ███████████

1

DOJ-PROD26-0000000120

*Called Ted @ 225pm*

**PATHFINDER BANK**

**WIRE APPLICATION AND AGREEMENT**

| WIRE INFORMATION | | | | | |
|---|---|---|---|---|---|
| Date/Time Entered: | 6/12/2023 1:19 PM | Wire Type: | Domestic | | |
| Transaction Date: | 6/12/2023 | Payment Method: | Debit | Amount: $ | 7,000.00 |
| Entered By: | lbrady | Wire Source: | Email | ( + ) Fee: $ | 25.00 |
| Entered At: | Branch 11 | | | ( = ) Total: $ | 7,025.00 |
| Wire Purpose: | Other | Wire Description: | Loan | | |

| ORIGINATOR INFORMATION | | |
|---|---|---|
| ID Type: | ID Number: | ID Issued By: |
| Account Number: ⬛5514 | Account Type: | DDA |
| Name: THEODORE J FARNSWORTH | Telephone: | |
| Address: ⬛ BALDWINSVILLE, NY ⬛ US | | |

| BENEFICIARY INFORMATION | | |
|---|---|---|
| Account Number: ⬛0767 | Name: ⬛ | Telephone: |
| Address: ⬛ Charlotte, NC ⬛ | | |
| Instructions: | | |

| RECEIVER FI INFORMATION | |
|---|---|
| Name: BK AMER NYC | Identifier: 026009593 |

| INTERMEDIARY FI INFORMATION | | |
|---|---|---|
| Name: | Identifier: | Country: |
| Address: | | |

| BENEFICIARY FI INFORMATION | | |
|---|---|---|
| Name: | Identifier: | Country: |
| Address: | | |

*WTA  On file*

Originator/Conductor Signature                        *6|12|23*

Date

**CALLBACK INFORMATION**

**APPROVED**
**By Jessica Czajkowski at 2:35 pm, Jun 12, 2023**

Callback Completed By:                    Spoke To:  *Ted (cw: Kona)*

*Client  since  1/25/21*

*See checklist for fruad review CR*

DOJ-PROD26-0000000121

**David Cavallaro**

| | |
|---|---|
| **From:** | David Cavallaro |
| **Sent:** | Monday, June 12, 2023 1:09 PM |
| **To:** | David Cavallaro |
| **Subject:** | Wire |
| **Attachments:** | 5663347764014991821.jpg |

David can you please wire out 7 k from Theodore Farnsworth account to this account above which is Bank of America the name on it

████████████████

THE REASON IS A LOAN

1

DOJ-PROD26-0000000122

## PATHFINDER BANK

## WIRE APPLICATION AND AGREEMENT

| WIRE INFORMATION | | | | | | |
|---|---|---|---|---|---|---|
| Date/Time Entered: | 6/22/2023 12:46 PM | Wire Type: | Domestic | | | |
| Transaction Date: | 6/22/2023 | Payment Method: | Debit | Amount: | $ | 6,000.00 |
| Entered By: | lbrady | Wire Source: | Email | ( + ) Fee: | $ | 25.00 |
| Entered At: | Branch 11 | | | ( = ) Total: | $ | 6,025.00 |
| Wire Purpose: | Other | | Wire Description: | Loan | | |

| ORIGINATOR INFORMATION | | |
|---|---|---|
| ID Type: | ID Number: | ID Issued By: |
| Account Number: ▇5514 | Account Type: | DDA |
| Name: THEODORE J FARNSWORTH | | Telephone: |
| Address: ▇ BALDWINSVILLE, NY ▇ US | | |

| BENEFICIARY INFORMATION | | |
|---|---|---|
| Account Number: ▇0767 | Name: ▇ | Telephone: |
| Address: ▇ Charlotte, NC ▇ | | |
| Instructions: | | |

| RECEIVER FI INFORMATION | |
|---|---|
| Name: BK AMER NYC | Identifier: 026009593 |

| INTERMEDIARY FI INFORMATION | | |
|---|---|---|
| Name: | Identifier: | Country: |
| Address: | | |

| BENEFICIARY FI INFORMATION | | |
|---|---|---|
| Name: | Identifier: | Country: |
| Address: | | |

WTA on file _____ 6/22/23

**Originator/Conductor Signature**      Date

**APPROVED**
By McKenzie Demong at 2:17 pm, Jun 22, 2023

CALLBACK INFORMATION

Spoke To: **TED- CW KONA**

client since 1/25/21    SEE CHECKLIST OFR FRAUD REVIEW BY COURTNEY

## David Cavallaro

**From:** David Cavallaro
**Sent:** Thursday, June 22, 2023 12:25 PM
**To:** David Cavallaro
**Subject:** Wire
**Attachments:** -3588685096867407736.jpg

David can you wire 6 k from my personal account to this above for loan
Name is ████████
Bank of America

Thank you

1

### PATHFINDER BANK
### WIRE APPLICATION AND AGREEMENT

| WIRE INFORMATION | | | | | |
|---|---|---|---|---|---|
| Date/Time Entered: | 7/7/2023 10:44 AM | Wire Type: | Domestic | **Amount:** $ | 4,000.00 |
| Transaction Date: | 7/7/2023 | Payment Method: | Debit | ( + ) Fee: $ | 25.00 |
| Entered By: | dcavallaro | Wire Source: | Email | ( = ) Total: $ | 4,025.00 |
| Entered At: | Branch 11 | | | | |
| Wire Purpose: | Other | Wire Description: | loan payback | | |

| ORIGINATOR INFORMATION | | | |
|---|---|---|---|
| ID Type: | ID Number: | | ID Issued By: |
| Account Number: ███ 5514 | | Account Type: | DDA |
| Name: | THEODORE J FARNSWORTH | | Telephone: ████ |
| Address: ████ BALDWINSVILLE, NY ████ US | | | |

| BENEFICIARY INFORMATION | | | |
|---|---|---|---|
| Account Number: ███ 0767 | Name: ████ | | Telephone: |
| Address: ████ Charlotte, NC ████ | | | |
| Instructions: | | | |

| RECEIVER FI INFORMATION | |
|---|---|
| Name: BK AMER NYC | Identifier: 026009593 |

| INTERMEDIARY FI INFORMATION | | |
|---|---|---|
| Name: | Identifier: | Country: |
| Address: | | |

| BENEFICIARY FI INFORMATION | | |
|---|---|---|
| Name: | Identifier: | Country: |
| Address: | | |

*David Cavallaro*    WTA on file      7-7-2023
Originator/Conductor Signature      Date

**APPROVED**
**By McKenzie Demong at 11:32 am, Jul 07, 2023**

CALLBACK INFORMATION — Spoke To:    TED- CW KONA

Client since 1-25-2021

DOJ-PROD26-0000000125

**David Cavallaro**

| | |
|---|---|
| From: | David Cavallaro |
| Sent: | Friday, July 7, 2023 9:54 AM |
| To: | David Cavallaro |
| Subject: | Wire |
| Attachments: | -3594608850667652540.jpg |

David, can you please wire $4000 from my personal account to ▮▮▮▮▮ reason is a loan

1

DOJ-PROD26-0000000126

# EXHIBIT 13

[Intentionally Left Blank]

GOVERNMENT
EXHIBIT
**13**
1:22cr20521

192 3000

**UNITED STATES OF AMERICA**
**BEFORE THE FEDERAL TRADE COMMISSION**

COMMISSIONERS:     **Lina M. Khan, Chair**
**Noah Joshua Phillips**
**Rohit Chopra**
**Rebecca Kelly Slaughter**
**Christine S. Wilson**

| | |
|---|---|
| **In the Matter of**<br><br>**MOVIEPASS, INC., a corporation,**<br><br>**HELIOS AND MATHESON ANALYTICS, INC., a corporation,**<br><br>**MITCHELL LOWE, individually and as an officer of MOVIEPASS, INC., and**<br><br>**THEODORE FARNSWORTH, individually and as an officer of HELIOS AND MATHESON ANALYTICS, INC.** | **DECISION AND ORDER**<br><br>**DOCKET NO. C-4751** |

## DECISION

The Federal Trade Commission ("Commission") initiated an investigation of certain acts and practices of the Respondents named in the caption. The Commission's Bureau of Consumer Protection ("BCP") prepared and furnished to Respondents a draft Complaint. BCP proposed to present the draft Complaint to the Commission for its consideration. If issued by the Commission, the draft Complaint would charge the Respondents with violations of the Federal Trade Commission Act.

Respondents and BCP thereafter executed an Agreement Containing Consent Order ("Consent Agreement"). The Consent Agreement includes: 1) statements by Respondents that they neither admit nor deny any of the allegations in the Complaint, except as specifically stated in this Decision and Order, and that only for purposes of this action, they admit the facts necessary to establish jurisdiction; and 2) waivers and other provisions as required by the Commission's Rules.

The Commission considered the matter and determined that it had reason to believe that Respondents have violated the Federal Trade Commission Act, and that a Complaint should issue stating its charges in that respect. The Commission accepted the executed Consent Agreement and placed it on the public record for a period of 30 days for the receipt and

GOVERNMENT
EXHIBIT
**14**
1:22cr20521

consideration of public comments. The Commission duly considered any comments received from interested persons pursuant to Section 2.34 of its Rules, 16 C.F.R. § 2.34. Now, in further conformity with the procedure prescribed in Rule 2.34, the Commission issues its Complaint, makes the following Findings, and issues the following Order:

<div align="center">**Findings**</div>

1. The Respondents are:

    a. Respondent MoviePass, Inc. is a Delaware corporation with its principal place of business at 350 Fifth Avenue, Suite 5330, New York, New York 10118. Respondent MoviePass is a subsidiary of Helios and Matheson Analytics, Inc., which acquired a controlling interest in August 2017 and more than 90 percent of the company by April 2018.

    b. Respondent Helios and Matheson Analytics, Inc. is a Delaware corporation with its principal place of business also at 350 Fifth Avenue, Suite 5330, New York, New York 10118.

    c. Respondent Mitchell Lowe is the Chief Executive Officer of Respondent MoviePass. Individually or in concert with others, he controlled or had the authority to control, or participated in the acts and practices of Respondent MoviePass, including those relating to its advertising, marketing, public relations, data security, customer service, and the acts and practices alleged in this complaint. At all times material to this complaint, his principal office or place of business was the same as that of Respondents MoviePass and Helios.

    d. Respondent Theodore Farnsworth was the Chief Executive Officer of Helios until September 2019. Individually or in concert with others, he controlled or had the authority to control, or participated in the acts and practices of Respondents MoviePass and Helios, including those relating to Respondent MoviePass's advertising, marketing, public relations, customer service, and the acts and practices alleged in this complaint. At all times material to this complaint, his principal office or place of business was the same as that of Respondents MoviePass and Helios.

2. On January 28, 2020, Respondents MoviePass, Inc. and Helios and Matheson Analytics, Inc. filed voluntary petitions for relief under Chapter 7 of the Bankruptcy Code, 11 U.S.C. 701 *et seq.*, in the United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court"). *See In re MoviePass, Inc.*, Case No. 20-10244-smb (Bankr. S.D.N.Y. Jan. 28, 2020); *In re Helios and Matheson Analytics, Inc.*, Case No. 20-10242-smb (Bankr. S.D.N.Y. Jan. 28, 2020) ("Bankruptcy Cases"). Alan Nisselson of the firm Windels, Marx, Lane & Mittendorf, LLP was appointed as the trustee ("Bankruptcy Trustee").

3. If the Bankruptcy Cases are pending as of the date of entry of this Order, then this action against Respondents MoviePass, Inc. and Helios and Matheson Analytics, Inc., including

<div align="center">2</div>

DOJ-PROD26-0000000136

the entry of judgment and enforcement of a judgment other than a money judgment, is not stayed by 11 U.S.C. § 362(a)(1), (2), (3), or (6) because it is an action brought by the Commission to enforce its police and regulatory power as a governmental unit pursuant to 11 U.S.C. § 362(b)(4) and thus falls within an exemption to the automatic stay.

4. The Bankruptcy Trustee is not a Respondent or a party to this Order and is acting solely in his fiduciary capacity as Chapter 7 trustee in the Bankruptcy Cases to bind Respondents MoviePass, Inc. and Helios and Matheson Analytics, Inc. to this Consent Agreement. The Bankruptcy Trustee's obligations arise, if at all, only if the Bankruptcy Trustee obtains authorization from the Bankruptcy Court to operate the business of such entity pursuant to 11 U.S.C. § 721, or abandons property of the estate of such entity pursuant to 11 U.S.C. § 554, before the Bankruptcy Case is closed. In the event that any obligations arise hereunder, the Bankruptcy Trustee shall have no further obligations under this Order after the Bankruptcy Case is closed, including with respect to any property the Bankruptcy Trustee abandons to effectuate the closing of any such Bankruptcy Case.

5. Notwithstanding the above, no obligations under this Consent Agreement arose by virtue of the Bankruptcy Trustee's limited operation of the MovieFone business pursuant to that certain Order of the Bankruptcy Court entered on February 26, 2020, which authorized the Bankruptcy Trustee, effective as of January 28, 2020, to continue the operation of the MovieFone business for a limited period until March 31, 2020, pursuant to 11 U.S.C. § 721.

6. The Bankruptcy Trustee has obtained approval from the Bankruptcy Court to enter into this Order and take any and all actions necessary to implement the terms and conditions of this Order applicable to Respondents MoviePass, Inc. and Helios and Matheson Analytics, Inc.

7. The Commission has jurisdiction over the subject matter of this proceeding and over the Respondents, and the proceeding is in the public interest.

## ORDER

### Definitions

For purposes of this Order, the following definitions apply:

A. "**Covered Business**" means (1) Corporate Respondents; (2) any business that Corporate Respondents control, directly or indirectly; and (3) any business that Respondent Lowe controls, directly or indirectly, that collects or maintains consumers' Personal Information.

B. "**Covered Incident**" means any instance in which any U.S. federal, state, or local law or regulation requires Respondents to notify any U.S. federal, state, or local government entity that information collected or received, directly or indirectly, by Respondents from or about an individual consumer was, or is reasonably believed to have been, accessed or acquired

DOJ-PROD26-0000000137

without authorization.

C.      "**Respondents**" means all of the Individual Respondents and the Corporate Respondents, individually, collectively, or in any combination.

1.  "**Corporate Respondents**" means MoviePass, Inc., Helios and Matheson Analytics, Inc., and their successors and assigns, *provided that*, for the purposes of Sections II-X of this Order, each of MoviePass, Inc. and Helios and Matheson Analytics, Inc., including their bankruptcy estates, are excluded from the definition of "Respondents" and "Corporate Respondents" for the period from the date of entry of this Order (at which time obligations under this Order arise) until the date the Bankruptcy Case for each such entity is closed, unless the Bankruptcy Trustee obtains authorization from the Bankruptcy Court to operate the business of such entity pursuant to 11 U.S.C. § 721 or abandons property of the estate of such entity pursuant to 11 U.S.C. § 554 before the Bankruptcy Case is closed, in which case Sections II-X of this Order shall apply to such entity as of the date such an event occurs.

2.  "**Individual Respondents**" means Mitchell Lowe and Theodore Farnsworth.

D.      "**Personal Information**" means individually identifiable information from or about an individual consumer, including:

1.  First and last name;

2.  Home or other physical address, including street name and name of city or town, or other information about the location of the individual, including but not limited to fine or coarse location or GPS coordinates;

3.  Email address;

4.  Telephone number;

5.  Date of birth;

6.  Social Security number;

7.  Other government-issued identification numbers, such as a driver's license number, military identification number, passport number, or other personal identification number;

8.  Financial institution account number;

9.  Credit or debit card information; or

4

DOJ-PROD26-0000000138

10. Authentication credentials, such as a username and password.

## I.      PROHIBITION AGAINST MISREPRESENTATIONS

**IT IS ORDERED** that Respondents, Respondents' officers, agents, employees, and attorneys, and all other persons in active concert or participation with any of them, who receive actual notice of this Order, whether acting directly or indirectly, in connection with advertising, promotion, offering for sale, or sale of any product or service, are permanently restrained and enjoined from misrepresenting or assisting others in misrepresenting, expressly or by implication:

A.      That the service will allow consumers to view one movie per day at their local movie theaters;

B.      That the service will allow consumers to view any movie, in any theater, at any time;

C.      The total costs to purchase, receive, or use, and the quantity of, any good or service that is the subject of the sales offer;

D.      All material restrictions, limitations, or conditions to purchase, receive, or use the product or service that is subject of the sales offer;

E.      That Respondents will take reasonable administrative technical, physical, or managerial measures to protect consumers' Personal Information from unauthorized access;

F.      The extent to which Respondents otherwise protect the privacy, security, availability, confidentiality, or integrity of Personal Information; or

G.      Any material fact.

## II.      MANDATED INFORMATION SECURITY PROGRAM

**IT IS FURTHER ORDERED** that each Covered Business shall not transfer, sell, share, collect, maintain, or store Personal Information unless it establishes and implements, and thereafter maintains, a comprehensive information security program ("Information Security Program") that protects the security, confidentiality, and integrity of Personal Information. To satisfy this requirement, each Covered Business must, at a minimum:

A.      Document in writing the content, implementation, and maintenance of the Information Security Program;

B.      Provide the written program and any evaluations thereof or updates thereto to its board of directors or equivalent governing body or, if no such board or equivalent governing body exists, to a senior officer responsible for its Information Security Program at least once

DOJ-PROD26-0000000139

every twelve (12) months and promptly (not to exceed thirty (30 days) after a Covered Incident;

      C.     Designate a qualified employee or employees to coordinate, oversee, and be responsible for the Information Security Program;

      D.     Assess and document, at least once every twelve (12) months and promptly (not to exceed thirty (30 days) following a Covered Incident, internal and external risks to the security, confidentiality, or integrity of Personal Information that could result in the (1) unauthorized collection, maintenance, use, or disclosure of, or provision of access to, Personal Information; or the (2) misuse, loss, theft, alteration, destruction, or other compromise of such information;

      E.     Design, implement, maintain, and document safeguards each Covered Business identifies that control for the internal and external risks to the security, confidentiality, or integrity of Personal Information identified in response to sub-Provision II.D. Each safeguard must be based on the volume and sensitivity of the Personal Information that is at risk, and the likelihood that the risk could be realized and result in the (1) unauthorized collection, maintenance, use, or disclosure of, or provision of access to, Personal Information; or the (2) misuse, loss, theft, alteration, destruction, or other compromise of such information. Such safeguards must also include:

        1.    Training of all its employees, at least once every twelve (12) months, on how to safeguard Personal Information;

        2.    Technical measures to monitor of all of its networks and all systems and assets within those networks to identify data security events, including unauthorized attempts to exfiltrate Personal Information from those networks; and

        3.    Data access controls for all databases storing Personal Information, including by, at a minimum, (a) restricting inbound connections to approved IP addresses, (b) requiring authentication to access them, and (c) limiting employee access to what is needed to perform that employee's job function;

      F.     Assess, at least once every twelve (12) months and promptly (not to exceed thirty (30) days) following a Covered Incident, the sufficiency of any safeguards in place to address the internal and external risks to the security, confidentiality, or integrity of Personal Information, and modify the Information Security Program based on the results;

      G.     Test and monitor the effectiveness of the safeguards at least once every twelve (12) months and promptly (not to exceed thirty (30) days) following a Covered Incident, and modify the Information Security Program based on the results. Such testing and monitoring must include vulnerability testing of each of the Covered Business's networks once every four months and promptly (not to exceed thirty (30) days) after a Covered Incident, and penetration testing of each of the Covered Business's networks at least once every twelve (12) months and promptly (not to exceed thirty (30) days) after a Covered Incident;

DOJ-PROD26-0000000140

H.      Select and retain service providers capable of safeguarding Personal Information they access through or receive from each Covered Business, and contractually require service providers to implement and maintain safeguards sufficient to address the internal and external risks to the security, confidentiality, or integrity of Personal Information; and

I.      Evaluate and adjust the Information Security Program in light of any changes to its operations or business arrangements, a Covered Incident, new or more efficient technological or operational methods to control for the risks identified in Provision III.D of this Order, or any other circumstances that any such Covered Business knows or has reason to know may have an impact on the effectiveness of the Information Security Program or any of its individual safegaurds. At a minimum, each Covered Business must evaluate the Information Security Program at least once every twelve (12) months and modify the Information Security Program based on the results.

## III.     INFORMATION SECURITY ASSESSMENTS BY A THIRD PARTY

**IT IS FURTHER ORDERED** that, in connection with compliance with Provision II.B of this Order titled Mandated Information Security Program, Respondents must obtain initial and biennial assessments ("Assessments"):

A.      The Assessments must be obtained from a qualified, objective, independent third-party professional ("Assessor"), who: (1) uses procedures and standards generally accepted in the profession; (2) conducts an independent review of the Information Security Program; (3) retains all documents relevant to each Assessment for five years after completion of such Assessment, and (4) will provide such documents to the Commission within ten (10) days of receipt of a written request from a representative of the Commission. No documents may be withheld on the basis of a claim of confidentiality, proprietary or trade secrets, work product protection, attorney client privilege, statutory exemption, or any similar claim.

B.      For each Assessment, any such Respondent must provide the Associate Director for Enforcement for the Bureau of Consumer Protection at the Federal Trade Commission with the name, affiliation, and qualifications of the proposed Assessor, whom the Associate Director shall have the authority to approve in her or his sole discretion.

C.      The reporting period for the Assessments must cover: (1) the first 180 days after the issuance date of the Order for the initial Assessment; and (2) each two-year period thereafter for twenty (20) years after issuance of the Order for the biennial Assessments.

D.      Each Assessment must, for the entire assessment period: (1) determine whether such Covered Business has implemented and maintained the Information Security Program required by Provision II of this Order, titled Mandated Information Security Program; (2) assess the effectiveness of such Covered Business's implementation and maintenance of sub-Provisions II.A—I; (3) identify any gaps or weaknesses in, or instances of material noncompliance with, the Information Security Program; (4) address the status of gaps or weaknesses in, or instances of material non-compliance with, the Information Security Program that wre identified in any prior Assessment required by this Order; and (5) identify specific evidence (including, but not limited

DOJ-PROD26-0000000141

to, documents reviewed, sampling and testing performed, and interviews conducted) examined to make such determinations, assessments, and identifications, and explain why the evidence that the Assessor examined is (a) appropriate for assessing an enterprise of the Covered Business's size, complexity, and risk profile; and (b) sufficient to justify the Assessor's findings. No finding of any Assessment shall rely primarily on assertions or attestations by such Covered Business's management. The Assessment must be signed by the Assessor, state that the Assessor conducted an independent review of the Information Security Program and did not rely primarily on assertions or attestations by such Covered Business's management, and state the number of hours that each member of the assessment team worked on the Assessment. To the extent that such Covered Business revises, updates, or adds one or more safeguards required under Provision II of this Order during an Assessment period, the Assessment must assess the effectiveness of the revised, updated, or added safeguard(s) for the time period in which it was in effect, and provide a separate statement detailing the basis for each revised, updated, or additional safeguard.

E.     Each Assessment must be completed within sixty (60) days after the end of the reporting period to which the Assessment applies. Unless otherwise directed by a Commission representative in writing, such Respondent must submit the initial Assessment to the Commission within ten (10) days after the Assessment has been completed via email to DEbrief@ftc.gov or by overnight courier (not the U.S. Postal Service) to Associate Director for Enforcement, Bureau of Consumer Protection, Federal Trade Commission, 600 Pennsylvania Avenue NW, Washington, DC 20580. The subject line must begin, "In re MoviePass, Inc., FTC File No. 1923000." All subsequent biennial Assessments must be retained by Respondents until the order is terminated and provided to the Associate Director for Enforcement within ten days of request.

## IV.     COOPERATION WITH THIRD-PARTY INFORMATION SECURITY ASSESSOR

**IT IS FURTHER ORDERED** that each Covered Business, whether acting directly or indirectly, in connection with any Assessment required by Provision III of this Order titled Information Security Assessments by a Third Party, must:

A.     Provide or otherwise make available to the Assessor all information and material in its possession, custody, or control that is relevant to the Assessment for which there is no reasonable claim of privilege;

B.     Provide or otherwise make available to the Assessor information about its network(s) and all of its IT assets so that the Assessor can determine the scope of the Assessment, and visibility to those portions of the network(s) and IT assets deemed in scope; and

C.     Disclose all material facts to the Assessor, and not misrepresent in any manner, expressly or by implication, any fact material to the Assessor's: (1) determination of whether each Covered Business subject to Provisions II and III of this Order has implemented and maintained the Information Security Program required by Provision II of this Order, titled Mandated Information Security Program; (2) assessment of the effectiveness of the implementation and maintenance of sub-Provisions II.A—I; or (3) identification of any gaps or

8

weaknesses in, or instances of material non-compliance with, the Information Security Program.

## V.   COVERED INCIDENT REPORTS

**IT IS FURTHER ORDERED** that Respondents, for any Covered Business, within thirty (30) days after discovery of a Covered Incident must submit a report to the Commission. The report must include, to the extent possible:

A.   The date, estimated date, or estimated date range when the Covered Incident occurred;

B.   A description of the facts relating to the Covered Incident, including the causes of the Covered Incident, if known;

C.   A description of each type of information that triggered the notification obligation to the U.S. federal, state, or local government entity;

D.   The number of consumers whose information triggered the notification obligation to the U.S. federal, state, or local government entity;

E.   The acts that the Covered Business has taken to date to remediate the Covered Incident and protect Personal Information from further exposure or access, and protect affected individuals from identity theft or other harm that may result from the Covered Incident; and

F.   A representative copy of any materially different notice sent by the Covered Business to consumers or to any U.S. federal, state, or local government entity.

Unless otherwise directed by a Commission representative in writing, all Covered Incident reports to the Commission pursuant to this Order must be emailed to DEbrief@ftc.gov or sent by overnight courier (not the U.S. Postal Service) to Associate Director for Enforcement, Bureau of Consumer Protection, Federal Trade Commission, 600 Pennsylvania Avenue NW, Washington, DC 20580. The subject line must begin, "*In re MoviePass, Inc., et al.*, FTC File No. 1923000."

## VI.   ANNUAL CERTIFICATION

**IT IS FURTHER ORDERED** that each Covered Business must:

A.   One year after the issuance date of this Order, and each year thereafter, provide the Commission with a certification from a senior corporate manager, or if no such senior corporate manager exists, a senior officer, of each Covered Business responsible for such Covered Business's Information Security Program that: (1) the Covered Business has established, implemented, and maintained the requirements of this Order; (2) the Covered Business is not aware of any material non-compliance that has not been (a) corrected or (b) disclosed to the Commission; and (3) includes a brief description of all Covered Incidents during the certified period. The certification must be based on the personal knowledge of the senior

DOJ-PROD26-0000000143

corporate manager, senior officer, or subject matter experts upon whom the senior corporate manager or senior officer reasonably relies in making the certification.

B.      Unless otherwise directed by a Commission representative in writing, submit all annual certifications to the Commission pursuant to this Order via email to DEbrief@ftc.gov or by overnight courier (not the U.S. Postal Service) to Associate Director for Enforcement, Bureau of Consumer Protection, Federal Trade Commission, 600 Pennsylvania Avenue NW, Washington, DC 20580. The subject line must begin, "In re *MoviePass, Inc., et al*., FTC File No. 1923000."

## VII.    ACKNOWLEDGMENTS OF THE ORDER

**IT IS FURTHER ORDERED** that Respondents obtain acknowledgments of receipt of this Order:

A.      Each Respondent, within 10 days after the effective date of this Order, must submit to the Commission an acknowledgment of receipt of this Order sworn under penalty of perjury.

B.      For 20 years after the issuance date of this Order, each Individual Respondent for any business that such Respondent, individually or collectively with any other Respondents, is the majority owner or controls directly or indirectly, and each Corporate Respondent, must deliver a copy of this Order to: (1) all principals, officers, directors, and LLC managers and members; (2) all employees having managerial responsibilities for conduct related to the subject matter of the Order and all agents and representatives who participate in conduct related to the subject matter of the Order; and (3) any business entity resulting from any change in structure as set forth in the Provision titled Compliance Reports and Notices. Delivery must occur within 10 days after the effective date of this Order for current personnel. For all others, delivery must occur before they assume their responsibilities.

C.      From each individual or entity to which a Respondent delivered a copy of this Order, that Respondent must obtain, within 30 days, a signed and dated acknowledgment of receipt of this Order.

## VIII.   COMPLIANCE REPORTS AND NOTICES

**IT IS FURTHER ORDERED** that Respondents make timely submissions to the Commission:

A.      One year after the issuance date of this Order, each Respondent must submit a compliance report, sworn under penalty of perjury, in which:

   1. Each Respondent must: (a) identify the primary physical, postal, and email address and telephone number, as designated points of contact, which representatives of the Commission, may use to communicate with Respondent; (b) identify all of that Respondent's businesses by all of their names, telephone

10

numbers, and physical, postal, email, and Internet addresses; (c) describe the activities of each business, including the goods and services offered, the means of advertising, marketing, and sales, and the involvement of any other Respondent (which Individual Respondents must describe if they know or should know due to their own involvement); (d) describe in detail whether and how that Respondent is in compliance with each Provision of this Order, including a discussion of all of the changes the Respondent made to comply with the Order; and (e) provide a copy of each Acknowledgment of the Order obtained pursuant to this Order, unless previously submitted to the Commission.

2. Additionally, each Individual Respondent must: (a) identify all his telephone numbers and all his physical, postal, email and Internet addresses, including all residences; (b) identify all his business activities, including any business for which such Respondent performs services whether as an employee or otherwise and any entity in which such Respondent has any ownership interest; and (c) describe in detail such Respondent's involvement in each such business activity, including title, role, responsibilities, participation, authority, control, and any ownership.

B. Each Respondent must submit a compliance notice, sworn under penalty of perjury, within 14 days of any change in the following:

1. Each Respondent must submit notice of any change in: (a) any designated point of contact; or (b) the structure of any Corporate Respondent or any entity that Respondent has any ownership interest in or controls directly or indirectly that may affect compliance obligations arising under this Order, including: creation, merger, sale, or dissolution of the entity or any subsidiary, parent, or affiliate that engages in any acts or practices subject to this Order.

2. Additionally, each Individual Respondent must submit notice of any change in: (a) name, including alias or fictitious name, or residence address; or (b) title or role in any business activity, including (i) any business for which such Respondent performs services whether as an employee or otherwise and (ii) any entity in which such Respondent has any ownership interest and over which Respondents have direct or indirect control. For each such business activity, also identify its name, physical address, and any Internet address.

C. Each Respondent must submit notice of the filing of any bankruptcy petition, insolvency proceeding, or similar proceeding by or against such Respondent within 14 days of its filing.

D. Any submission to the Commission required by this Order to be sworn under penalty of perjury must be true and accurate and comply with 28 U.S.C. § 1746, such as by concluding: "I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on: _____" and supplying the date, signatory's full name, title (if applicable), and signature.

11

DOJ-PROD26-0000000145

E.       Unless otherwise directed by a Commission representative in writing, all submissions to the Commission pursuant to this Order must be emailed to DEbrief@ftc.gov or sent by overnight courier (not the U.S. Postal Service) to: Associate Director for Enforcement, Bureau of Consumer Protection, Federal Trade Commission, 600 Pennsylvania Avenue NW, Washington, DC 20580. The subject line must begin: *In re MoviePass, Inc., et al.*, FTC File No. 1923000.

## IX.       RECORDKEEPING

**IT IS FURTHER ORDERED** that Respondents must create certain records for 20 years after the issuance date of the Order, and retain each such record for 5 years. Specifically, each Corporate Respondent, in connection with any conduct related to the subject matter of the Order, and each Individual Respondent for any business that such Respondent, individually or collectively with any other Respondents, is a majority owner or controls directly or indirectly, must create and retain the following records:

A.       Accounting records showing the revenues from all goods or services sold, the costs incurred in generating those revenues, and resulting net profit or loss;

B.       Personnel records showing, for each person providing services in relation to any aspect of the Order, whether as an employee or otherwise, that person's: name; addresses; telephone numbers; job title or position; dates of service; and (if applicable) the reason for termination;

C.       Copies or records of all consumer complaints and refund requests, whether received directly or indirectly, such as through a third party, and any response;

D.       All records necessary to demonstrate full compliance with each provision of this Order, including all submissions to the Commission; and

E.       A copy of each unique advertisement or other marketing material making a representation subject to this Order.

## X.       COMPLIANCE MONITORING

**IT IS FURTHER ORDERED** that, for the purpose of monitoring Respondents' compliance with this Order:

A.       Within 10 days of receipt of a written request from a representative of the Commission, each Respondent must: submit additional compliance reports or other requested information, which must be sworn under penalty of perjury, and produce records for inspection and copying.

B.       For matters concerning this Order, representatives of the Commission are authorized to communicate directly with each Respondent. Respondents must permit

DOJ-PROD26-0000000146

representatives of the Commission to interview anyone affiliated with any Respondent who has agreed to such an interview. The interviewee may have counsel present.

C.      The Commission may use all other lawful means, including posing through its representatives as consumers, suppliers, or other individuals or entities, to Respondents or any individual or entity affiliated with Respondents, without the necessity of identification or prior notice. Nothing in this Order limits the Commission's lawful use of compulsory process, pursuant to Sections 9 and 20 of the FTC Act, 15 U.S.C. §§ 49, 57b-1.

D.      Upon written request from a representative of the Commission, any consumer reporting agency must furnish consumer reports concerning Individual Respondents, pursuant to Section 604(2) of the Fair Credit Reporting Act, 15 U.S.C. § 1681b(a)(2).

## XI.   ORDER EFFECTIVE DATES

**IT IS FURTHER ORDERED** that this Order is final and effective upon the date of its publication on the Commission's website (ftc.gov) as a final order. This Order will terminate 20 years from the date of its issuance (which date may be stated at the end of this Order, near the Commission's seal), or 20 years from the most recent date that the United States or the Commission files a complaint (with or without an accompanying settlement) in federal court alleging any violation of this Order, whichever comes later; *provided, however,* that the filing of such a complaint will not affect the duration of:

A.      Any Provision in this Order that terminates in less than 20 years;

B.      This Order's application to any Respondent that is not named as a defendant in such complaint; and

C.      This Order if such complaint is filed after the Order has terminated pursuant to this Provision.

*Provided, further,* that if such complaint is dismissed or a federal court rules that the Respondent did not violate any provision of the Order, and the dismissal or ruling is either not appealed or upheld on appeal, then the Order will terminate according to this Provision as though the complaint had never been filed, except that the Order will not terminate between the date such complaint is filed and the later of the deadline for appealing such dismissal or ruling and the date such dismissal or ruling is upheld on appeal.

By the Commission, Commissioner Phillips dissenting.

April J. Tabor
Secretary

SEAL:
ISSUED: October 1, 2021

13

DOJ-PROD26-0000000147

| From: | George, Andrew |
|---|---|
| To: | DEbrief |
| Subject: | In re MoviePass, Inc., et al., FTC File No. 1923000 |
| Date: | Friday, October 7, 2022 3:30:21 PM |
| Attachments: | Farnsworth Compliance Report.pdf |

Good afternoon,

Please see attached Ted Farnsworth's annual compliance report in FTC Docket No. C-4751.  Please let me know if you have any questions.

Best,
Andrew

**Andrew George**
*Partner*

**Baker Botts L.L.P.**
andrew.george@bakerbotts.com
T +1.202.341.8805
F +1.202.585.7890
M +1.202.341.8805
700 K St., NW
Washington, DC 20001



**Confidentiality Notice:**

The information contained in this email and any attachments is intended only for the recipient[s] listed above and may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the recipient[s] listed above is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.

GOVERNMENT
EXHIBIT
**15**
1:22cr20521

**UNITED STATES OF AMERICA
BEFORE THE FEDERAL TRADE COMMISSION**

| | |
|---|---|
| **In the Matter of** | **DOCKET NO. C-4751** |
| **MOVIEPASS, INC., a corporation,** | |
| **HELIOS AND MATHESON ANALYTICS, INC., a corporation,** | |
| **MITCHELL LOWE, individually and as an officer of MOVIEPASS, INC., and** | |
| **THEODORE FARNSWORTH, individually and as an officer of HELIOS AND MATHESON ANALYTICS, INC.** | |

### VERIFIED COMPLIANCE REPORT OF THEODORE FARNSWORTH

Theodore Farnsworth, individually and as an officer of Helios and Matheson Analytics, Inc., hereby submits his compliance report in accordance with Part VIII of the Federal Trade Commission's October 1, 2021 Final Order (the "Order) in the above-captioned matter.

1a. Representatives of the FTC may communicate with Mr. Farnsworth using the following contact information:

▮▮▮▮▮▮▮▮
Miami, FL 33132
▮▮▮▮▮▮▮▮

1b. Respondent's businesses include the following:

Zash Global Media and Entertainment Corporation

24 Aspen Park Blvd. E.
East Syracuse, NY 13057
▮▮▮▮▮▮▮▮
zash.global

1c. Respondent's business's activities include the following:

- Digital media, namely, pre-recorded dvds, digital versatile discs, high definition digital discs, digital video discs, and cds featuring audio and video recordings, motion pictures, television programs, music, and artistic performances; digital media, namely, pre-recorded downloadable audio and video recordings featuring audio and video recordings,

motion pictures, television programs, music, and artistic performances; audio recordings featuring music, stories, dramatic performances; audio and visual recordings featuring animated entertainment, music, stories

- Production of online advertising matter and commercials; media marketing services to others, namely, optimization services in the nature of online creative marketing content design services; Advertising information services, namely, analysis and compilation of online advertising data for third parties; providing data analytics services for use in analysis of consumer behavior; online advertising optimization based on data analysis; production of online advertising matter and commercials; media marketing services to others, namely, optimization services in the nature of online creative marketing content design services.

- Transmission of electronic media, multimedia content, videos, movies, pictures, images, text, photos, user generated content, audio content, and information via the internet and other communications networks; streaming of audio and video material on the internet; transmission and delivery of audiovisual and multimedia content via the internet; video-on-demand transmission services.

- Providing music videos over the internet or other communications networks; film and video production; television show production; motion picture film production; entertainment services, namely, production and distribution of motion picture films for viewing via cinema, television, dvds, streaming and digital media; entertainment services in the nature of development, creation, production and postproduction services of multimedia entertainment content; film and video production consulting services; entertainment services in the nature of ongoing television series and movies in the fields of reality shows, relationships, competitions, dance, action adventure, animation, anime, biography, classics, comedy, crime, documentary, drama, faith, family, fantasy, film-noir, history, horror, international, musical, mystery, romance, science fiction, sports, thrillers, war, and westerns; provision of non-downloadable videos, films, movies and television shows via a video-on demand service; film, movie, tv show and video production and distribution; creating and developing concepts for television programs; audio and video recording services; entertainment services, namely, production and distribution of ongoing television programs in the field of relationships, dance, contests, and familial relationships; entertainment services, namely, production of live music events.

1d. As further described below, Mr. Farnsworth has, to the best of his knowledge, been in compliance with the Order since its issuance.
- He has not misrepresented or assisted others in misrepresenting that any product or service he, or any company controlled by him, will allow consumers to view one movie per day at their local movie theaters.
- He has not misrepresented or assisted others in misrepresenting that any product or service he, or any company controlled by him, will allow consumers to view any movie, in any theater, at any time.
- He has not misrepresented or assisted others in misrepresenting the total costs to purchase, receive, or use, and the quantity of, any good or service that is the subject of any sales offer.

DOJ-PROD26-0000000150

- He has not misrepresented or assisted others in misrepresenting any material restrictions, limitations, or conditions to purchase, receive, or use the product or service that is the subject of any sales offer.
- He has not misrepresented or assisted others in misrepresenting that he will take reasonable administrative, technical, physical, or managerial measures to protect consumers' Personal Information from unauthorized access.
- He has not misrepresented or assisted others in misrepresenting the extent to which he otherwise protects the privacy, security, availability, confidentiality, or integrity of Personal Information.
- He has not misrepresented or assisted others in misrepresenting any material fact.
- He has provided enumerated personnel with copies of the Order and obtained signed acknowledgments of receipt.
- He has created and will continue to create and retain required records in accordance with Part IX of the Order.

1e. Copies of each acknowledgement of the Order obtained under the Order are attached to this report as Attachment A.

2a. All of Mr. Farnsworth's telephone numbers, physical addresses, email addresses, internet addresses, including residences, are listed below:



<u>Telephone numbers</u>

<u>Physical addresses</u>

Miami, FL 33132 (residential)

Caroga Lake, NY 12032 (residential)

24 Aspen Park Blvd. E.
East Syracuse, NY 13057 (commercial)

Miami Beach, FL 33139

<u>Email addresses</u>

<u>Internet addresses</u>

zash.global

2b&c. Mr. Farnsworth's business activities, including Mr. Farnsworth's position with respect to each of his businesses, are as follows:

Mr. Farnsworth is the founder of Zash Global Media and Entertainment Corporation.

Dated: October 7, 2022

/s/ Andrew T. George
Andrew T. George
BAKER BOTTS L.L.P.
700 K St., NW
Washington, DC 20001
Tel: 202-639-7764
andrew.george@bakerbotts.com

DOJ-PROD26-0000000152

**<u>VERIFICATION</u>**

     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 10/4/2022.

_____

Theodore Farnsworth

DOJ-PROD26-0000000153

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that, on October 7, 2022, I served the foregoing document via email to DEbrief@ftc.gov.

By: <u>Andrew George</u>

**Attachment A**

DOJ-PROD26-0000000155

**UNITED STATES OF AMERICA BEFORE
THE FEDERAL TRADE COMMISSION**

| | |
|---|---|
| **In the Matter of**<br><br>**MOVIEPASS, INC., a corporation,**<br><br>**HELIOS AND MATHESON ANALYTICS, INC., a corporation,**<br><br>**MITCHELL LOWE, individually and as an officer of MOVIEPASS, INC., and**<br><br>**THEODORE FARNSWORTH, individually and as an officer of HELIOS AND MATHESON ANALYTICS, INC.** | **DOCKET NO. C-4751** |

DOJ-PROD26-0000000156

**ACKNOWLEDGEMENT**

I hereby acknowledge under penalty of perjury receipt of the October 1, 2021 Order entered in the above action.

_____

Name   Erik Finman

Position   CEO of Zash

Date   10/07/22

2

DOJ-PROD26-0000000157

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM 10-Q

☒  QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the quarterly period ended September 30, 2022

or

☐  TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the transition period from _____to _____

**Commission file number: 001-38448**



# VINCO VENTURES, INC.
(Exact Name of Registrant as Specified in Its Charter)

| | |
|---|---|
| **Nevada** | **82-2199200** |
| (State or Other Jurisdiction | (I.R.S. Employer |
| of Incorporation or Organization) | Identification No.) |
| | |
| **24 Aspen Park Blvd** | |
| **East Syracuse, NY 13057** | **14450** |
| (Address of Principal Executive Offices) | (Zip Code) |

**(866) 900-0992**
(Registrant's Telephone Number, Including Area Code)

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or Section 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.

☐ Yes ☒ No

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).

☐Yes ☒ No

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer" "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

GOVERNMENT
EXHIBIT
**16**
1:22cr20521

DOJ-PROD26-0000000158

## Vinco Ventures, Inc. and Subsidiaries
### NOTES TO THE CONDENSED CONSOLIDATED FINANCIAL STATEMENTS

**Note 1 — Basis of Presentation and Nature of Operations**

Unaudited Interim Condensed Consolidated Financial Information

The unaudited condensed consolidated financial statements have been prepared in accordance with accounting principles generally accepted in the United States of America ("GAAP") for interim financial statements and with Form 10-Q and Article 10 of Regulation S-X of the United States Securities and Exchange Commission (the "SEC"). Accordingly, they do not contain all information and footnotes required by GAAP for annual financial statements. The condensed consolidated financial statements include the accounts of the Company and its wholly-owned and majority-owned subsidiaries and consolidated variable interest entities. All intercompany balances and transactions have been eliminated in consolidation. In the opinion of the Company's management, the accompanying unaudited condensed consolidated financial statements contain all the adjustments necessary (consisting only of normal recurring accruals) to present the financial position of the Company as of September 30, 2022 and the results of operations, changes in stockholders' equity, and cash flows for the periods presented. The interim results are not necessarily indicative of the operating results to be expected for the fiscal year ending December 31, 2022 or for any other interim period or for any other future year.

The unaudited condensed consolidated financial statements and related financial information should be read in conjunction with the audited consolidated financial statements and related notes thereto included in the Company's Annual Report on Form 10-K for the year ended December 31, 2021 (the "Annual Report"). The Company's accounting policies are described in the Notes to Consolidated Financial Statements in its Annual Report on Form 10-K for the year ended December 31, 2021, and updated, as necessary, in this Quarterly Report.

Description of the Business

Vinco Ventures is focused on digital media, advertising and content technologies.

As of September 30, 2022, Vinco Ventures' wholly-owned subsidiaries included: AdRizer, Vinco Ventures Shared Services LLC, Honey Badger, EVNT Platform LLC DBA Emmersive Entertainment ("EVNT"), Love is Blurred LLC and Edison Nation Holdings, LLC. Edison Nation Holdings, LLC is the single member of Edison Nation, LLC and Everyday Edisons, LLC. Edison Nation, LLC is the single member of Safe TV Shop, LLC. Vinco Ventures owns a 50% voting membership interest and a 25% economic interest after return of unreturned capital contributions in ZVV, which are consolidated as Variable Interest Entities ("VIE") with noncontrolling interests. ZVV owns 80% of the outstanding equity interests in Lomotif and Lomotif owns 100% of Lomotif, Inc. Vinco Ventures also has an outstanding loan to Magnifi U which is consolidated as a VIE with a noncontrolling interest.

Going Concern and Liquidity

These condensed consolidated financial statements have been prepared assuming that we will continue as a going concern. This basis of accounting contemplates the recovery of our assets and the satisfaction of our liabilities in the normal course of business.

The Company has incurred and continues to incur losses from operations as well as negative cash flows from operations. For the nine months ended September 30, 2022, the Company had a net loss of $410,187,814, net cash used in operations of $98,770,185 and an accumulated deficit of $1,062,758,966. On June 30, 2022, the Company postponed its special stockholder meeting from July 1, 2022 to July 26, 2022 which was subsequently postponed again to August 23, 2022 and then postponed indefinitely. This meeting was to be held to approve various proposals including amending the Company's Amended and Restated Articles of Incorporation to increase the number of its authorized shares of common stock from 250,000,000 to 750,000,000. The postponement of the meeting triggered an alternative exercise notice clause in the Company's November and December 2021 warrants, as amended, which allows the holder to put the warrants back to the Company in exchange for cash payments of $0.65 and $0.36 per warrant for the November and December 2021 warrants, respectively (Note 12 – Warrant Liability). The Holder exercised this provision in July 2022 resulting in a cash payment of $33,886,612 and cancelation of 82,260,699 warrants. Additionally, per the terms of the amended July 2021 convertible note the Company made a cash payment of $33,000,000 against principal and cash interest payment of $115,500 on July 19, 2022. On August 18, 2022, the Company paid an additional $65,000,000 to the note holder, of which $55,000,000 was applied to the principal. These payments along with our cash flows from operations have reduced our cash balance from $20,750,707 at September 30, 2022 to approximately $16,000,000 in restricted cash and $1,700,000 in unrestricted cash at March 31, 2023. At September 30, 2022 we have approximately $12.4 million in accounts payable and accrued expenses, and during the first nine months of 2022, we utilized approximately $11,000,000 in cash per month, after adjusting cash used for debt repayments, cash satisfaction of warrant liabilities following the Alternate Exercise Notice, and acquired and divested cash in the AdRizer and Cryptyde transactions. Furthermore, due to

DOJ-PROD26-0000000159

As of September 30, 2022, the Company had no unconsolidated VIEs. The Company has consolidated Magnifi U, ZVV, and Lomotif for which the Company has determined it holds a variable interest. ZVV currently owns an 80% equity interest in Lomotif, a Singapore-based video-sharing and live streaming social networking platform that is committed to democratizing video creation and increasing user reach through content development, live streaming and cross-platform engagement initiatives. Lomotif owns 100% of Lomotif, Inc. Magnifi U is a free, immersive, online personal and professional development platform that helps people align with their purpose.

<u>Magnifi U Inc.</u>

On May 19, 2021, the Audit Committee approved the Company entering into a secured loan to Magnifi U for up to $2.75 million, with $750,000 to be loaned immediately. In addition to the $750,000 loan payment, $1,168,073 related to employee payroll was paid between December 31, 2021 and September 30, 2022 bringing total cash advances to $1,918,073.

On October 12, 2021, ZVV Media loaned $1,500,000 to Magnifi U, which is eliminated in consolidation as a VIE. The interest rate on the note is 3% per annum. The maturity date of the loan is October 12, 2023. The purpose of the loan is to engage in the platform creation and distribution of digital media content. Our director, Vinco employee, and member of the board of managers of ZVV, Lisa King, is the founder of Magnifi U and serves as its chief executive officer. ZASH has an 8% ownership interest in Magnifi U resulting from its equity investment of $2,411,140 in Magnifi U, with an obligation to fund a total of $5,000,000 for a total of 15% equity.

On December 30, 2021 the Vinco Ventures, Inc. Board of Directors unanimously approved Vinco Ventures, Inc. to hire all then-current employees of Magnifi U, as part of the strategic investment in the platform.

As a result of the Board of Directors approval to hire all then-current employees of Magnifi U, and subsequent onboarding of Magnifi U employees in January 2022, the Company reconsidered the relationship as prescribed in ASC 810-10-35-4. The Company concluded consolidation was appropriate.

<u>ZVV Media Partners, LLC and Lomotif Private Limited</u>

On January 19, 2021, Vinco Ventures, ZASH and ZVV entered into a Contribution Agreement pursuant to which each of Vinco Ventures and ZASH contributed to ZVV certain media and entertainment assets in order for ZVV to engage in the development and production of consumer facing content and related activities.

On or around February 23, 2021, ZASH entered into a Securities Purchase Agreement (the "Lomotif SPA") with Lomotif and certain shareholders of Lomotif (the "Lomotif Selling Shareholders") to acquire a controlling interest in Lomotif.

On July 19, 2021, ZASH, Lomotif, the Lomotif Selling Shareholders and ZVV entered into a Deed of Variation and Supplement whereby, among other things, ZASH novated all of its rights and obligations under the Lomotif SPA to ZVV and ZVV assumed all of ZASH's rights and obligations under the Lomotif SPA.

On July 22, 2021, ZASH and Vinco Ventures entered into a Second Amended and Restated Limited Liability Company Agreement of ZVV, pursuant to which (i) ZASH and Vinco Ventures each acquired a 50% voting membership interest in ZVV; and (ii) ZASH acquired a 75% economic interest in ZVV after return of unreturned capital contributions and Vinco Ventures acquired a 25% economic interest in ZVV after return of unreturned capital contributions.

On July 25, 2021, ZVV completed the acquisition of an 80% equity ownership interest in Lomotif for a total purchase price of $109,765,000.

**Note 5 — Short-Term Investments**

Investments in equity securities with readily determinable fair values are carried at fair value, and changes in unrealized gains or losses are reported in current period earnings. As of September 30, 2022 and December 31, 2021, short-term investments consisted of the following:

|  | September 30, 2022 | December 31, 2021 |
|---|---|---|
| Jupiter Wellness, Inc. (JUPW) | $ 1,040,000 | $ 1,040,000 |
| Unrealized losses | (884,000) | (862,000) |
| Total short-term investments | $ 156,000 | $ 178,000 |

DOJ-PROD26-0000000160

The Company's outstanding warrants set forth below were valued using the Monte-Carlo simulation pricing model to calculate the September 30, 2022 fair value of the warrants with the following assumptions:

| | Dividend Yield | Expected Volatility | Risk-free Interest Rate | Expected Life |
|---|---|---|---|---|
| Hudson Bay Warrant; June 4, 2021 | 0.00% | 122.20% | 4.14% | 2.7 years |
| Hudson Bay Series A Warrant; September 1, 2021 | 0.00% | 124.10% | 4.15% | 2.5 years |
| Palladium Capital Group Series A Warrant; September 1, 2021 | 0.00% | 124.10% | 4.15% | 2.5 years |
| Palladium Capital Warrant; November 10, 2021 | 0.00% | 120.40% | 4.04% | 4.0 years |
| Palladium Capital Warrant; December 20, 2021 | 0.00% | 120.40% | 4.04% | 4.0 years |

**Note 13 — Related Party Transaction**

| | Due from Related Parties as of September 30, 2022 |
|---|---|
| ZASH Global Media | 15,451,062 |
| Allowance for losses | (15,451,062) |
| Other | 28,857 |
| Balance, September 30, 2022 | $ 28,857 |

As of September 30, 2022, the Company has provided ZASH with cash advances of $15,451,062 for the purpose of funding ZASH Global Media to support the operations of Lomotif, in which the Company has a significant investment. During the three and nine months ended September 30, 2022 and 2021, the Company examined the financial condition of the counterparty and determined, due to deteriorating financial liquidity, the likelihood of repayment was remote. The Company established an allowance for losses on existing related party balances for $15,451,062 and $0, respectively.

<u>ZASH Global Media and Entertainment Corporation</u>

As of September 30, 2022, Lomotif owed ZASH $2,500,000 in original principal amount under two promissory notes. In addition, ZASH owed the Company $17,201,250 in outstanding principal amount under five promissory notes. Our Executive Chairman, Roderick Vanderbilt, co-founded ZASH on December 14, 2020, and previously served as the President of ZASH. He resigned from ZASH on January 5, 2021. He has a pre-existing personal and business relationship with the current controlling shareholder of ZASH and ZVV manager, Theodore Farnsworth. On October 1, 2021, ZASH, ZVV, and AdRizer entered into a letter of intent (as amended, the "LOI"), which contemplated the acquisition by ZASH or ZVV of all of the outstanding equity interests of AdRizer. On February 11, 2022, the Company, ZASH and ZVV entered into an Assignment and Assumption Agreement whereby ZASH and ZVV assigned to the Company, and the Company assumed, all of the rights and obligations of ZASH and ZVV under the LOI, in consideration of a cash payment by the Company to ZASH of $6.75 million upon the closing of the acquisition, which occurred on February 11, 2022 (See Note 3- Acquisitions and Divestitures).

On June 29, 2022, the Company and ZVV entered into a Secured Promissory Note (the "Note") in the original principal amount of $56,955,167 (eliminated in consolidation as a VIE), loaned by the Company to ZVV to support Lomotif and other ZVV business ventures and projects. Pursuant to the Note, ZVV can borrow up to an aggregate principal amount of $70,000,000 and will use the proceeds from loans drawn under the Note to support the business of Lomotif and other ZVV business ventures and projects. The Note becomes due and payable in full by ZVV on June 30, 2024, and carries interest at a rate per annum equal to five percent (5%).

In connection with the Note, on the Issue Date, the Company and ZVV entered into a Security and Pledge Agreement (the "Security Agreement"). Pursuant to the Security Agreement and to provide security for ZVV's repayment of all loans under the Note, ZVV granted, among other things, a second priority security interest and lien upon all of ZVV's property to the Company.

27

DOJ-PROD26-0000000161

Magnifi U, Inc.

On October 12, 2021, ZVV entered into a promissory note (the "Magnifi U Note") with Magnifi U, pursuant to which ZVV loaned Magnifi U $1,500,000 and is eliminated in consolidation as a VIE. The Magnifi U Note bears interest at 3% annually and Magnifi U is obligated to pay the full amount of principal and interest in one balloon payment on October 12, 2023. Our director, Vinco employee, and member of the board of managers of ZVV, Lisa King, is the founder of Magnifi U and serves as its chief executive officer. ZASH has an 8% ownership interest in Magnifi U resulting from its equity investment of $2,411,140 in Magnifi U, with an obligation to fund a total of $5,000,000 for a total of 15% equity.

As of September 30, 2022, Lisa King had one member of her extended family working at Magnifi U with an annual salary in excess of $100,000, and Ted Farnsworth had one member of his extended family working at Vinco Ventures and/or ZASH with an annual salary in excess of $100,000.

MindTank LLC

On June 1, 2020, AdRizer LLC entered into an operating agreement by and among Mind Tank Media LLC and Mind Tank, LLC. The company evaluated accounting for Mind Tank, LLC in accordance with Topic 810 – *Consolidations* and concluded while Mind Tank LLC is a variable interest entity in accordance with ASC 810-10, it was not the primary beneficiary and has used accounting under the equity method prescribed in ASC 323.

For the three months ended September 30, 2022, AdRizer LLC recorded operating revenue on sales to Mind Tank, LLC totaling $2,653,672 and has outstanding accounts receivable with Mind Tank, LLC of $1,700,139.

PZAJ Holdings LLC

As of September 30, 2022, Ted Farnsworth held the position of Initial Chairman of the Board of Managers at PZAJ Holdings, LLC.

Brian Hart

Prior to appointment as a member of Board of Directors of the Company, Mr. Hart previously provided consulting services to the Company earlier in 2022 pursuant to which he received $90,000 in compensation pursuant to which he has been paid in full before September 27, 2022. Mr. Hart is no longer providing consulting services to the Company as of that date.

## Note 14— Commitments and Contingencies

AI-Pros Licensing Agreements

On July 22, 2022, the Company entered into one of two anticipate software license agreements with its strategic partner, AI-Pros Inc. ("AI-Pros"). The license provides Vinco the right to use AI-Pros' tools and technologies, which could allow Vinco to participate in a social media platform that it believes can significantly enhance its position in the digital advertising markets.

The Company is in the process of terminating the software licensing agreements with AI-Pros.

Operating Leases

The Company has entered into non-cancellable operating leases for office, warehouse, and distribution facilities, with original lease periods expiring through 2024. In addition to minimum rent, certain leases require payment of real estate taxes, insurance, common area maintenance charges, and other executory costs. Differences between rent expense and rent paid are recognized as adjustments to operating lease right-of-use assets on the consolidated balance sheets.

Total rent expense for the three months ended September 30, 2022 and 2021 was $244,710 and $71,408. Total rent expense for the nine months ended September 30, 2022 and 2021 was $609,776 and $130,685, respectively. Rent expense is included in general and administrative expense on the consolidated statements of operations. As of September 30, 2022, the Company had operating lease liabilities of $585,132 and right of use assets for operating leases of $567,928. Excluded from the measurement of operating lease liabilities and operating lease right-of-use assets were certain office, warehouse and distribution contracts that qualify for the short-term lease recognition exception.

Supplemental balance sheet information related to leases are as follows:

DOJ-PROD26-0000000162

Legal Contingencies

On August 5, 2022, Vinco Ventures, Inc. was subject to a Temporary Restraining Order ("TRO") filed in the State of Nevada. The TRO outlined various management disputes between existing members of the Board of Directors and members of executive management. On September 28, 2022, the Company entered into a settlement agreement (the "Agreement") with respect to the litigation entitled "Vinco Ventures, Inc. v. Theodore Farnsworth, Lisa King, Roderick Vanderbilt and Erik Noble" in the Eight Judicial District Court located in Clark County, Nevada. The Agreement set forth the following, among other things (a) Ross Miller is the interim sole CEO and shall run the Company under the oversight of the Company's Board of Directors, with Lisa King and Rod Vanderbilt remaining as directors, (b) John Colucci, former Co-CEO and Phillip Jones, former CFO, both resigned effective immediately as officers and director (in the case of Colucci) of the Company, (c) Michael Distasio and Elliot Goldstein resigned effective immediately as Directors of the Company, (e) John Colucci received three month's severance and Phillip Jones received four month's severance, in addition to any accrued and unpaid payroll, (f) The Company shall pay six months' worth of COBRA payments for Jones, (g) All directors are to be paid all director fees due to the date of severance, (h) Elliot Goldstein is to be paid $100,000 in lieu to any matters related to his stock options and RSUs, (i) All outgoing directors and officers entered into three year noncompete agreements with the Company, and (j) All parties entered into mutual releases with the Company.

The Company is involved in claims and litigation in the ordinary course of business, some of which seek monetary damages, including claims for punitive damages, which are not covered by insurance. For certain pending matters, accruals have not been established because such matters have not progressed sufficiently through discovery, and/or development of important factual information and legal information is insufficient to enable the Company to estimate a range of possible loss, if any. An adverse determination in one or more of these pending matters could have an adverse effect on the Company's consolidated financial position, results of operations or cash flows.

The Company is, and may in the future become, subject to various legal proceedings and claims that arise in or outside the ordinary course of business.

**Note 15 — Stockholders' Equity**

Common Stock

For the period ending September 30, 2022, the Company reported it was authorized to issue 250,000,000 shares of common stock. As of September 30, 2022 and December 31, 2021, there were 238,187,660 and 150,118,024 shares of common stock issued and outstanding, respectively.

During the nine months ended September 30, 2022, warrant shares of 180,585,391 were exercised and the Company received proceeds of $101,036,838. During the three months ended September 30, 2022, warrant shares of 82,260,699 were settled and the Company did not receive any proceeds.

On October 14, 2022, the Company filed an amendment to its Articles of Incorporation to reallocate its previously authorized 250 million shares of stock as 245 million shares of Common Stock and 5 million shares of Preferred Stock, which Preferred Stock may be issued upon the subsequent filing with the Nevada Secretary of State of one or more certificates of designation for series of preferred stock. It subsequently amended the filing to be 249 million shares of Common Stock and 1 million shares of Series A perpetual non-convertible preferred stock of the Company designated as Series A Preferred Stock.

Preferred Stock

The Company is authorized to issue 1,000,000 shares of preferred stock, with the par value to be established upon issuance.

Stock-Based Compensation

On September 4, 2021, the Company's board of directors approved the Vinco Ventures, Inc. 2021 Equity Incentive Plan (the "2021 Plan"). The 2021 Plan provides for the issuance of up to 9,000,000 (3,267,040 remaining as of September 30, 2022) shares of Common Stock to help align the interests of management and our stockholders and reward our executive officers for improved Company performance. Stock incentive awards under the 2021 Plan can be in the form of stock options, performance awards and restricted stock that are made to employees, directors and service providers. Awards are subject to forfeiture until vesting conditions have been satisfied under the terms of the award. The exercise price of stock options is equal to the fair market value of the underlying Common Stock on the date of grant.

DOJ-PROD26-0000000163

**ITEM 2. MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS.**

*You should read the following discussion of our financial condition and results of operations in conjunction with our condensed consolidated financial statements and the related notes included elsewhere in this Quarterly Report on Form 10-Q and with our audited consolidated financial statements included in our Annual Report on Form 10-K for the year ended December 31, 2021, as filed with the Securities and Exchange Commission. In addition to our historical condensed consolidated financial information, the following discussion contains forward-looking statements that reflect our plans, estimates, and beliefs. Our actual results could differ materially from those discussed in the forward-looking statements. Factors that could cause or contribute to these differences include those discussed below and elsewhere in this Quarterly Report on Form 10-Q, as well as in Part I, Item 1A, "Risk Factors" of our Annual Report on Form 10-K for the year ended December 31, 2021.*

**Overview**

**Vinco Ventures is Focused on Digital Media, Advertising and Content Technologies**

Vinco Ventures, formerly known as Edison Nation, Inc., Xspand Products Lab, Inc. and Idea Lab Products, Inc., is a Nevada corporation incorporated on July 18, 2017. In connection with the acquisition of an 80% equity interest in Lomotif by ZVV, our joint venture with ZASH in 2021, our recent acquisition of AdRizer which includes 50% of Mind Tank, our investments into entertainment and motion picture company PZAJ, and our strategic investments in the TMX and Magnifi U platforms, we are transitioning from focusing on innovation, development and commercialization of end-to-end consumer products to the creation of a content-centric ecosystem with an emphasis on innovation, content development and commercialization of print and digital media, advertising, and distribution platforms. Additionally, with a focus on profitability, future mergers and acquisitions will be considered if they enhance the full ecosystem, provide more exclusive content, and create unique experiences for our active users. We currently operate the platforms and businesses described below through our significant subsidiaries and consolidated variable interest entities:

- Lomotif Social Media Platform

*Lomotif and the Lomotif App* - ZVV currently owns an 80% equity interest in Lomotif, a Singapore-based video-sharing and live streaming social networking platform that is committed to democratizing video creation and increasing user reach through content development, live streaming and cross-platform engagement initiatives. The Lomotif app allows its users to create their own music videos by selecting pictures and videos from the camera, mixing them with music and transforming video clips into music videos. Lomotif users can watch videos of other creators on the Lomotif platform and share their videos on the Lomotif platform or on various third-party social media platforms such as TikTok, Instagram, YouTube and Twitch. The Lomotif platform offers LoMoTV, a digital entertainment and lifestyle content network offering original programming. Our strategy includes expanding Lomotif's reach through our live-streaming entertainment initiatives involving social media influencers and leading artists and entertainers.

33

DOJ-PROD26-0000000164

The Company was unable to provide a timely financial reporting package in connection with its December 31, 2021 Form 10-K year end audit. This was primarily the result of the Company's limited accounting personnel. This also limits the extent to which the Company can segregate incompatible duties and has a lack of controls in place to ensure that all material transactions, related party transactions, and developments or significant unusual transactions impacting the financial statements are reflected. There is a risk under the current circumstances that intentional or unintentional errors could occur and not be detected.

Subsequent to December 31, 2021, the Company was unable to provide timely financing reporting packages for periods ending March 31, 2022, June 30, 2022 and September 30, 2022 Form 10-Q. The Company was subject to circumstances which included:

- On July 21, 2022, the Board duly appointed John Colucci as interim co-Chief Executive Officer of the Company and ratified the appointment of Theodore Farnsworth as co-Chief Executive Officer to serve together with Mr. Colucci in lieu of Lisa King in such capacity. Mr. Farnsworth's appointment as co-Chief Executive Officer was previously reported in a Form 8-K filed by the Company on July 14, 2022. [Prior to Mr. Colucci's appointment as interim co-Chief Executive Officer and prior to his appointment as a director, Mr. Colucci had been determined by the Board to be an independent director within the meaning of Nasdaq Listing Rule 5605(a)(2).] The board unanimously agreed to replace the vacant independent board seat with a qualified independent director within the next 30 days.

- As a result of the appointment of John Colucci as interim co-Chief Executive Officer the Company was found to be not in compliance with the Nasdaq continued listing requirements that the Board be comprised of a majority of independent directors and that the audit committee of the Board be comprised of at least three independent directors. On July 22, 2022, the Company was notified by Nasdaq of the foregoing noncompliance. The Company and the Nominating and Corporate Governance Committee of the Board commenced a search for an additional independent director to replace Mr. Colucci as a director and enable the Company to cure such noncompliance as soon as practicable.

- Based on the discovery of the lack of disclosure of 3rd-party related transactions and information that brought into question whether Mr. Colucci met the requirements of independence for NASDAQ listing when he became an independent director, the company hired independent counsel to determine whether Mr. Colucci met these requirements. The Chairman recommended to the board that Mr. Colucci step down immediately as an independent director for the next sixty days until the determination of whether independence was met.

- On August 3, 2022, the Company filed a lawsuit against each of Ted Farnsworth, Lisa King, Rod Vanderbilt and Erik Noble, alleging four causes of action, including: (i) breach of fiduciary duty, (ii) aiding and abetting breach of fiduciary duty, (iii) civil conspiracy and (iv) declaratory and injunctive relief in the event that no other legal remedy is available to the Company.

- On September 28, 2022, the Company entered into a settlement agreement with respect to the litigation, in which it appointed Ross Miller the sole CEO of the Company. John Colucci and Phillip Jones, former CFO, both resigned effectively immediately as executives of the Company. Michael DiStasio and Elliot Goldstein resigned effective immediately as Directors of the Company. No CFO was immediately appointed following Mr. Jones' resignation.

- On October 26, 2022, Brendan Bosack was appointed interim CFO of the Company.

- On November 11, 2022, the management of the Company executed a reduction-in-force plan to reduce operating costs and better align its workforce expenses with the needs of its business. Under this Plan, the Company reduced its workforce by 39 employees (approximately 65%).

These circumstances may have impacted our internal control over financial reporting which may include additional material weaknesses such as: (a) the absence of controls designed to validate the completeness and accuracy of underlying data used in the determination of accounting transactions; (b) lack of written documentation of our internal control policies and procedures (c) insufficient segregation of duties within accounting functions and (d) inadequacy of the number of personnel with requisite expertise in the key functional areas of finance and accounting.

In addition, in June 2022, the Company was a victim of an email spoofing attack where the intruder was able to obtain access to the Company's email system and send emails internally that had fake invoices that were presented and appeared to be approved for payment in accordance with the Company's standard wire approval process. As a result of this email intrusion, the Company incorrectly wired funds to two vendors in error in the aggregate of $4,010,000. Fortunately, the fraudulent wires were detected quickly, and the Company was able to recover approximately 95% of the fraudulently wire funds.

**Remediation Plan to Address Material Weaknesses in Internal Control Over Financial Reporting**

DOJ-PROD26-0000000165

## EARNINGS STATEMENT



**Vinco Shared Services LLC**

500 Linden Oaks
Suite 300
Rochester, NY  14625

Check No: 44873607

Check Date: 01/06/2023

Pay Period: 12/23/2022 - 12/31/2022

### Theodore Farnsworth

NON-NEGOTIABLE

Miami , FL  33132-1230

Employee ID : ▮1739

Department: B02P101

Location: Remote FL

Business Title: Chief Strategy Officer

Pay Rate: $340,000.00 Annual

**Net Pay**

**USD** **$5,719.77**

### Hours and Earning

| Description | Rate | Hours | Units | Current Earnings | Hours | Units | Year-to-Date |
|---|---|---|---|---|---|---|---|
| Holiday | 163 461 | 8 00 | 0 00 | 1,307 69 | 8 00 | 0 00 | 1,307 69 |
| Regular | 0 000 | 0 00 | 0 00 | 6,538 46 | 40 00 | 0 00 | 6,538 46 |
| Gross Pay | | 8.00 | 0.00 | 7,846.15 | 48.00 | 0.00 | 7,846.15 |
| Fed Taxable Gross | | | | 7,846.15 | | | 7,846.15 |

### Tax Withholding

| Description | Federal | FL State |
|---|---|---|
| Marital Status | Single | N/A |
| Allowance/Credit | 0 00 | 0 00 |
| Addl Income | 0 00 | 0 00 |
| Deductions | 0 00 | |
| Addl Amt | 0 00 | 0 00 |

### Taxes and Deductions

| Taxes | Current | | Year-to-Date |
|---|---|---|---|
| Fed Withholdng | 1,526 15 | | 1,526 15 |
| Fed MED/EE | 113 77 | | 113 77 |
| Fed OASDI/EE | 486 46 | | 486 46 |
| Total Taxes | 2,126.38 | | 2,126 38 |

| Before-Tax Deductions | Current | Plan Year | Year-to-Date |
|---|---|---|---|
| Total Before Tax Deductions | 0.00 | 0 00 | 0 00 |

| After-Tax Deductions | Current | | Year-to-Date |
|---|---|---|---|
| Total After Tax Deductions | 0.00 | | 0 00 |
| Total Deductions | 0 00 | | 0 00 |
| Net Pay | 5,719 77 | | 5,719 77 |

### Company-Paid Benefits

| Taxable Benefits | Current | Year-to-Date |
|---|---|---|
| Total Taxable | 0.00 | 0.00 |
| Non-Taxable Benefits | Current | Year-to-Date |
| Total Non-Taxable | 0.00 | 0.00 |
| Total Benefits | 0.00 | 0.00 |

### Time Off

| Description | SICK | VAC/PTO |
|---|---|---|
| Start Balance | 0 00 | 0 00 |
| +Earned | 80 00 | 80 00 |
| -Taken | 0 00 | 0 00 |
| +Adjustments | 0 00 | 0 00 |
| End Balance | 80.00 | 80.00 |

### Direct Deposit

| Account Type | Account No. | Deposit Amount |
|---|---|---|
| Checking | 7461 | 5719 77 |
| Total | | 5719 77 |

GOVERNMENT
EXHIBIT
**17**
1:22cr20521

r Net HR   , nc , 1 Park P ace, Su te 600, Dub  n, CA 94568 7983
For quest ons, contact Connect 360 at 800 638 0461



DOJ-PROD26-0000000166

## EARNINGS STATEMENT



**Vinco Shared Services LLC**

500 Linden Oaks
Suite 300
Rochester, NY 14625

Check No: 45047442

Check Date: 01/20/2023

Pay Period: 01/01/2023 - 01/14/2023

## Theodore Farnsworth

NON-NEGOTIABLE

Employee ID : ▮1739          Department: B02P101          **Net Pay**

Miami , FL 33132-1230       Location: Remote FL          Pay Rate: $340,000.00 Annual

Business Title: Chief Strategy Officer

**USD $8,348.71**

### Hours and Earning

| Description | Rate | Hours | Units | Current Earnings | Hours | Units | Year-to-Date |
|---|---|---|---|---|---|---|---|
| Holiday | 163 461 | 8 00 | 0 00 | 1,307 69 | 16 00 | 0 00 | 2,615 38 |
| Regular | 0 000 | 0 00 | 0 00 | 11,769 23 | 112 00 | 0 00 | 18,307 69 |
| Gross Pay | | 8.00 | 0.00 | 13,076.92 | 128.00 | 0.00 | 20,923.07 |
| Fed Taxable Gross | | | | 13,188.42 | | | 21,034.57 |

### Tax Withholding

| Description | Federal | FL State |
|---|---|---|
| Marital Status | Single | N/A |
| Allowance/Credit | 0 00 | 0 00 |
| Addl Income | 0 00 | 0 00 |
| Deductions | 0 00 | |
| Addl Amt | 0 00 | 0 00 |

### Taxes and Deductions

| Taxes | Current | | Year-to-Date |
|---|---|---|---|
| Fed Withholdng | 3,348 52 | | 4,874 67 |
| Fed MED/EE | 191 23 | | 305 00 |
| Fed OASDI/EE | 817 68 | | 1,304 14 |
| **Total Taxes** | **4,357.43** | | **6,483 81** |

| Before-Tax Deductions | Current | Plan Year | Year-to-Date |
|---|---|---|---|
| Aetna PPO | 202 00 | 0 00 | 202 00 |
| **Total Before Tax Deductions** | **202.00** | **0 00** | **202 00** |

| After-Tax Deductions | Current | | Year-to-Date |
|---|---|---|---|
| Accident Insurance | 5 91 | | 5 91 |
| Aflac Critical Illness | 57 56 | | 57 56 |
| Hospital Indemnity | 15 81 | | 15 81 |
| Supplemental Life | 73 50 | | 73 50 |
| Supplemental AD and D | 7 50 | | 7 50 |
| MetLife Legal | 8 50 | | 8 50 |
| **Total After Tax Deductions** | **168.78** | | **168 78** |
| **Total Deductions** | **370 78** | | **370 78** |
| **Net Pay** | **8,348 71** | | **14,068 48** |

### Company-Paid Benefits

| Taxable Benefits | Current | Year-to-Date |
|---|---|---|
| Life & AD/D multiple | 313 50 | 313 50 |
| **Total Taxable** | **313.50** | **313.50** |

| Non-Taxable Benefits | Current | Year-to-Date |
|---|---|---|
| Aetna PPO | 561 00 | 561 00 |
| Delta Dental | 34 09 | 34 09 |
| VSP Vision | 4 85 | 4 85 |
| Life & AD/D multiple o | 44 55 | 44 55 |
| Short Term Disability | 16 83 | 16 83 |
| Long-Term Disability | 19 48 | 19 48 |
| **Total Non-Taxable** | **680.80** | **680.80** |
| **Total Benefits** | **994.30** | **994.30** |

### Time Off

| Description | SICK | VAC/PTO |
|---|---|---|
| Start Balance | 0 00 | 0 00 |
| +Earned | 80 00 | 80 00 |
| -Taken | 0 00 | 0 00 |
| +Adjustments | 0 00 | 0 00 |
| **End Balance** | **80.00** | **80.00** |

### Direct Deposit

| Account Type | Account No. | Deposit Amount |
|---|---|---|
| Checking | 7461 | 8348 71 |
| **Total** | | **8348.71** |



DOJ-PROD26-0000000167

## EARNINGS STATEMENT



**Vinco Shared Services LLC**

500 Linden Oaks
Suite 300
Rochester, NY  14625

Check No: 45235156

Check Date: 02/03/2023

Pay Period: 01/15/2023 - 01/28/2023

### Theodore Farnsworth

NON-NEGOTIABLE

Miami , FL  33132-1230

Employee ID :  1739

Location: Remote FL

Business Title: Chief Strategy
Officer

Department: B02P101

Pay Rate: $340,000.00 Annual

**Net Pay**

**USD  $8,348.70**

### Hours and Earning

| Description | Rate | Hours | Units | Current Earnings | Hours | Units | Year-to-Date |
|---|---|---|---|---|---|---|---|
| Holiday | 163 461 | 8 00 | 0 00 | 1,307 69 | 24 00 | 0 00 | 3,923 07 |
| Regular | 0 000 | 0 00 | 0 00 | 11,769 23 | 184 00 | 0 00 | 30,076 92 |
| Gross Pay | | 8.00 | 0.00 | 13,076.92 | 208.00 | 0.00 | 33,999.99 |
| Fed Taxable Gross | | | | 13,188.42 | | | 34,222.99 |

### Tax Withholding

| Description | Federal | FL State |
|---|---|---|
| Marital Status | Single | N/A |
| Allowance/Credit | 0 00 | 0 00 |
| Addl Income | 0 00 | 0 00 |
| Deductions | 0 00 | |
| Addl Amt | 0 00 | 0 00 |

### Taxes and Deductions

| Taxes | Current | | Year-to-Date |
|---|---|---|---|
| Fed Withholdng | 3,348 52 | | 8,223 19 |
| Fed MED/EE | 191 23 | | 496 23 |
| Fed OASDI/EE | 817 69 | | 2,121 83 |
| **Total Taxes** | **4,357.44** | | **10,841 25** |

| Before-Tax Deductions | Current | Plan Year | Year-to-Date |
|---|---|---|---|
| Aetna PPO | 202 00 | 0 00 | 404 00 |
| **Total Before Tax Deductions** | **202.00** | **0 00** | **404 00** |

| After-Tax Deductions | Current | | Year-to-Date |
|---|---|---|---|
| Accident Insurance | 5 91 | | 11 82 |
| Aflac Critical Illness | 57 56 | | 115 12 |
| Hospital Indemnity | 15 81 | | 31 62 |
| Supplemental Life | 73 50 | | 147 00 |
| Supplemental AD and D | 7 50 | | 15 00 |
| MetLife Legal | 8 50 | | 17 00 |
| **Total After Tax Deductions** | **168.78** | | **337 56** |
| **Total  Deductions** | **370 78** | | **741 56** |
| **Net Pay** | **8,348 70** | | **22,417 18** |

### Company-Paid Benefits

| Taxable Benefits | Current | Year-to-Date |
|---|---|---|
| Life & AD/D multiple | 313 50 | 627 00 |
| **Total Taxable** | **313.50** | **627.00** |

| Non-Taxable Benefits | Current | Year-to-Date |
|---|---|---|
| Aetna PPO | 561 00 | 1,122 00 |
| Delta Dental | 34 09 | 68 18 |
| VSP Vision | 4 85 | 9 70 |
| Life & AD/D multiple o | 44 55 | 89 10 |
| Short Term Disability | 16 83 | 33 66 |
| Long-Term Disability | 19 48 | 38 96 |
| **Total Non-Taxable** | **680.80** | **1,361.60** |
| **Total Benefits** | **994.30** | **1,988.60** |

### Time Off

| Description | SICK | VAC/PTO |
|---|---|---|
| Start Balance | 0 00 | 0 00 |
| +Earned | 80 00 | 80 00 |
| -Taken | 0 00 | 0 00 |
| +Adjustments | 0 00 | 0 00 |
| **End Balance** | **80.00** | **80.00** |

### Direct Deposit

| Account Type | Account No. | Deposit Amount |
|---|---|---|
| Checking | 7461 | 8348 70 |
| **Total** | | **8348.70** |

r Net HR  , nc , 1 Park P ace, Su te 600, Dub n, CA 94568 7983
For quest ons, contact Connect 360 at 800 638 0461



DOJ-PROD26-0000000168

## EARNINGS STATEMENT



**Vinco Shared Services LLC**

500 Linden Oaks
Suite 300
Rochester, NY 14625

Check No: 45414913

Check Date: 02/17/2023

Pay Period: 01/29/2023 - 02/11/2023

### Theodore Farnsworth

NON-NEGOTIABLE

Miami , FL 33132-1230

Employee ID :       1739       Department: B02P101

Location: Remote FL

Business Title: Chief Strategy
Officer

Pay Rate: $340,000.00 Annual

**Net Pay**

**USD $8,348.70**

### Hours and Earning

| Description | Rate | Hours | Units | Current Earnings | Hours | Units | Year-to-Date |
|---|---|---|---|---|---|---|---|
| Regular | 0.000 | 0.00 | 0.00 | 13,076.92 | 264.00 | 0.00 | 43,153.84 |
| Holiday | 0.000 | 0.00 | 0.00 | 0.00 | 24.00 | 0.00 | 3,923.07 |
| Gross Pay | | 0.00 | 0.00 | 13,076.92 | 288.00 | 0.00 | 47,076.91 |
| Fed Taxable Gross | | | | 13,188.42 | | | 47,411.41 |

### Tax Withholding

| Description | Federal | FL State |
|---|---|---|
| Marital Status | Single | N/A |
| Allowance/Credit | 0.00 | 0.00 |
| Addl  Income | 0.00 | 0.00 |
| Deductions | 0.00 | |
| Addl  Amt | 0.00 | 0.00 |

### Taxes and Deductions

| Taxes | Current | | Year-to-Date |
|---|---|---|---|
| Fed Withholdng | 3,348.52 | | 11,571.71 |
| Fed MED/EE | 191.24 | | 687.47 |
| Fed OASDI/EE | 817.68 | | 2,939.51 |
| **Total Taxes** | **4,357.44** | | **15,198.69** |

| Before-Tax Deductions | Current | Plan Year | Year-to-Date |
|---|---|---|---|
| Aetna PPO | 202.00 | 0.00 | 606.00 |
| **Total Before Tax Deductions** | **202.00** | **0.00** | **606.00** |

| After-Tax Deductions | Current | | Year-to-Date |
|---|---|---|---|
| Accident Insurance | 5.91 | | 17.73 |
| Aflac Critical Illness | 57.56 | | 172.68 |
| Hospital Indemnity | 15.81 | | 47.43 |
| Supplemental Life | 73.50 | | 220.50 |
| Supplemental AD and D | 7.50 | | 22.50 |
| MetLife Legal | 8.50 | | 25.50 |
| **Total After Tax Deductions** | **168.78** | | **506.34** |
| **Total  Deductions** | **370.78** | | **1,112.34** |
| **Net Pay** | **8,348.70** | | **30,765.88** |

### Company-Paid Benefits

| Taxable Benefits | Current | Year-to-Date |
|---|---|---|
| Life & AD/D multiple | 313.50 | 940.50 |
| **Total Taxable** | **313.50** | **940.50** |

| Non-Taxable Benefits | Current | Year-to-Date |
|---|---|---|
| Aetna PPO | 561.00 | 1,683.00 |
| Delta Dental | 34.09 | 102.27 |
| VSP Vision | 4.85 | 14.55 |
| Life & AD/D multiple o | 44.55 | 133.65 |
| Short Term Disability | 16.83 | 50.49 |
| Long-Term Disability | 19.48 | 58.44 |
| **Total Non-Taxable** | **680.80** | **2,042.40** |
| **Total Benefits** | **994.30** | **2,982.90** |

### Time Off

| Description | SICK | VAC/PTO |
|---|---|---|
| Start Balance | 0.00 | 0.00 |
| +Earned | 80.00 | 80.00 |
| -Taken | 0.00 | 0.00 |
| +Adjustments | 0.00 | 0.00 |
| **End Balance** | **80.00** | **80.00** |

### Direct Deposit

| Account Type | Account No. | Deposit Amount |
|---|---|---|
| Checking | 7461 | 8348.70 |
| **Total** | | **8348.70** |

r Net HR   , nc , 1 Park P ace, Su te 600, Dub  n, CA 94568 7983
For quest ons, contact Connect 360 at 800 638 0461



DOJ-PROD26-0000000169

## EARNINGS STATEMENT



**Vinco Shared Services LLC**

500 Linden Oaks
Suite 300
Rochester, NY 14625

Check No: 45451426

Check Date: 02/21/2023

Pay Period: 01/29/2023 - 02/11/2023

## Theodore Farnsworth

NON-NEGOTIABLE

Employee ID : 1739   Department: B02P101

Miami , FL 33132-1230   Location: Remote FL   Pay Rate: $340,000.00 Annual

Business Title: Chief Strategy Officer

Net Pay

**USD $86,285.55**

### Hours and Earning

| Description | Rate | Hours | Units | Current Earnings | Hours | Units | Year-to-Date |
|---|---|---|---|---|---|---|---|
| Admin Pay | 0.000 | 0.00 | 0.00 | 148,750.04 | 0.00 | 0.00 | 148,750.04 |
| Holiday | 0.000 | 0.00 | 0.00 | 0.00 | 24.00 | 0.00 | 3,923.07 |
| Regular | 0.000 | 0.00 | 0.00 | 0.00 | 264.00 | 0.00 | 43,153.84 |
| **Gross Pay** | | 0.00 | 0.00 | 148,750.04 | 288.00 | 0.00 | 195,826.95 |
| **Fed Taxable Gross** | | | | 148,750.04 | | | 196,161.45 |

### Taxes and Deductions

| Taxes | Current | | Year-to-Date |
|---|---|---|---|
| Fed Withholdng | 53,314.73 | | 64,886.44 |
| Fed MED/EE | 2,156.87 | | 2,844.34 |
| Fed OASDI/EE | 6,992.89 | | 9,932.40 |
| **Total Taxes** | 62,464.49 | | 77,663.18 |

| Before-Tax Deductions | Current | Plan Year | Year-to-Date |
|---|---|---|---|
| Aetna PPO | 0.00 | 0.00 | 606.00 |
| **Total Before Tax Deductions** | 0.00 | 0.00 | 606.00 |

| After-Tax Deductions | Current | | Year-to-Date |
|---|---|---|---|
| Accident Insurance | 0.00 | | 17.73 |
| Aflac Critical Illness | 0.00 | | 172.68 |
| Hospital Indemnity | 0.00 | | 47.43 |
| Supplemental Life | 0.00 | | 220.50 |
| Supplemental AD and D | 0.00 | | 22.50 |
| MetLife Legal | 0.00 | | 25.50 |
| **Total After Tax Deductions** | 0.00 | | 506.34 |
| **Total Deductions** | 0.00 | | 1,112.34 |
| **Net Pay** | 86,285.55 | | 117,051.43 |

### Tax Withholding

| Description | Federal | FL State |
|---|---|---|
| Marital Status | Single | N/A |
| Allowance/Credit | 0.00 | 0.00 |
| Addl Income | 0.00 | 0.00 |
| Deductions | 0.00 | |
| Addl Amt | 0.00 | 0.00 |

### Company-Paid Benefits

| Taxable Benefits | Current | Year-to-Date |
|---|---|---|
| **Total Taxable** | 0.00 | 0.00 |
| Non-Taxable Benefits | Current | Year-to-Date |
| Aetna PPO | 0.00 | 1,683.00 |
| Delta Dental | 0.00 | 102.27 |
| VSP Vision | 0.00 | 14.55 |
| Life & AD/D multiple o | 0.00 | 133.65 |
| Life & AD/D multiple o | 0.00 | 940.50 |
| Short Term Disability | 0.00 | 50.49 |
| Long-Term Disability | 0.00 | 58.44 |
| **Total Non-Taxable** | 0.00 | 2,982.90 |
| **Total Benefits** | 0.00 | 2,982.90 |

### Time Off

| Description | SICK | VAC/PTO |
|---|---|---|
| Start Balance | 0.00 | 0.00 |
| +Earned | 80.00 | 80.00 |
| -Taken | 0.00 | 0.00 |
| +Adjustments | 0.00 | 0.00 |
| **End Balance** | 80.00 | 80.00 |

### Direct Deposit

| Account Type | Account No. | Deposit Amount |
|---|---|---|
| Checking | 7461 | 86285.55 |
| **Total** | | 86285.55 |



DOJ-PROD26-0000000170

## EARNINGS STATEMENT



**Vinco Shared Services LLC**

500 Linden Oaks
Suite 300
Rochester, NY 14625

Check No: 45604001

Check Date: 03/03/2023

Pay Period: 02/12/2023 - 02/25/2023

## Theodore Farnsworth

NON-NEGOTIABLE

| | | |
|---|---|---|
| | Employee ID : ▮1739 | Department: B02P101 |
| Miami , FL 33132-1230 | Location: Remote FL | Pay Rate: $340,000.00 Annual |
| | Business Title: Chief Strategy Officer | |

Net Pay

**USD $9,082.24**

### Hours and Earning

| Description | Rate | Hours | Units | Current Earnings | Hours | Units | Year-to-Date |
|---|---|---|---|---|---|---|---|
| Regular | 0 000 | 0.00 | 0.00 | 13,076 92 | 344 00 | 0 00 | 56,230 76 |
| Admin Pay | 0 000 | 0.00 | 0 00 | 0 00 | 0 00 | 0 00 | 148,750 04 |
| Holiday | 0 000 | 0.00 | 0 00 | 0 00 | 24 00 | 0 00 | 3,923 07 |
| **Gross Pay** | | 0.00 | 0.00 | 13,076.92 | 368.00 | 0.00 | 208,903.87 |
| **Fed Taxable Gross** | | | | 13,188.42 | | | 209,349.87 |

### Taxes and Deductions

| Taxes | Current | | Year-to-Date |
|---|---|---|---|
| Fed Withholding | 3,348 52 | | 68,234 96 |
| Fed MED/EE | 191 23 | | 3,035 57 |
| Fed OASDI/EE | 0 00 | | 9,932 40 |
| Fed Addl Med | 84 15 | | 84 15 |
| **Total Taxes** | 3,623.90 | | 81,287 08 |

| Before-Tax Deductions | Current | Plan Year | Year-to-Date |
|---|---|---|---|
| Aetna PPO | 202 00 | 0 00 | 808 00 |
| **Total Before Tax Deductions** | 202.00 | 0 00 | 808 00 |

| After-Tax Deductions | Current | | Year-to-Date |
|---|---|---|---|
| Accident Insurance | 5 91 | | 23 64 |
| Aflac Critical Illness | 57 56 | | 230 24 |
| Hospital Indemnity | 15 81 | | 63 24 |
| Supplemental Life | 73 50 | | 294 00 |
| Supplemental AD and D | 7 50 | | 30 00 |
| MetLife Legal | 8 50 | | 34 00 |
| **Total After Tax Deductions** | 168.78 | | 675 12 |
| **Total Deductions** | 370 78 | | 1,483 12 |
| **Net Pay** | 9,082 24 | | 126,133 67 |

### Tax Withholding

| Description | Federal | FL State |
|---|---|---|
| Marital Status | Single | N/A |
| Allowance/Credit | 0 00 | 0 00 |
| Addl Income | 0 00 | 0 00 |
| Deductions | 0 00 | |
| Addl Amt | 0 00 | 0 00 |

### Company-Paid Benefits

| Taxable Benefits | Current | Year-to-Date |
|---|---|---|
| Life & AD/D multiple | 313 50 | 1,254 00 |
| **Total Taxable** | 313.50 | 1,254.00 |
| Non-Taxable Benefits | Current | Year-to-Date |
| Aetna PPO | 561 00 | 2,244 00 |
| Delta Dental | 34 09 | 136 36 |
| VSP Vision | 4 85 | 19 40 |
| Life & AD/D multiple o | 44 55 | 178 20 |
| Short Term Disability | 16 83 | 67 32 |
| Long-Term Disability | 19 48 | 77 92 |
| **Total Non-Taxable** | 680.80 | 2,723.20 |
| **Total Benefits** | 994.30 | 3,977.20 |

### Time Off

| Description | SICK | VAC/PTO |
|---|---|---|
| Start Balance | 0 00 | 0 00 |
| +Earned | 80 00 | 80 00 |
| -Taken | 0 00 | 0 00 |
| +Adjustments | 0 00 | 0 00 |
| **End Balance** | 80.00 | 80.00 |

### Direct Deposit

| Account Type | Account No. | Deposit Amount |
|---|---|---|
| Checking | 7461 | 9082 24 |
| **Total** | | 9082.24 |

r Net HR   , nc , 1 Park P ace, Su te 600, Dub n, CA 94568 7983
For quest ons, contact Connect 360 at 800 638 0461



DOJ-PROD26-0000000171

## EARNINGS STATEMENT



**Vinco Shared Services LLC**

500 Linden Oaks
Suite 300
Rochester, NY 14625

Check No: 45787484

Check Date: 03/17/2023

Pay Period: 02/26/2023 - 03/11/2023

### Theodore Farnsworth

NON-NEGOTIABLE

| | Employee ID : 1739 | Department: B02P101 | Net Pay |
| --- | --- | --- | --- |
| Miami , FL  33132-1230 | Location: Remote FL | Pay Rate: $340,000.00 Annual | |
| | Business Title: Chief Strategy Officer | | **USD $27,289.42** |

### Hours and Earning

| Description | Rate | Hours | Units | Current Earnings | Hours | Units | Year-to-Date |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Reimbursement-Non Taxable | 0.000 | 0.00 | 0.00 | 18,241.73 | 0.00 | 0.00 | 18,241.73 |
| Regular | 0.000 | 0.00 | 0.00 | 13,076.92 | 424.00 | 0.00 | 69,307.68 |
| Admin Pay | 0.000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 148,750.04 |
| Holiday | 0.000 | 0.00 | 0.00 | 0.00 | 24.00 | 0.00 | 3,923.07 |
| **Gross Pay** | | 0.00 | 0.00 | 31,318.65 | 448.00 | 0.00 | 240,222.52 |
| **Fed Taxable Gross** | | | | 13,188.42 | | | 222,538.29 |

### Tax Withholding

| Description | Federal | FL State |
| --- | --- | --- |
| Marital Status | Single | N/A |
| Allowance/Credit | 0.00 | 0.00 |
| Addl Income | 0.00 | 0.00 |
| Deductions | 0.00 | |
| Addl Amt | 0.00 | 0.00 |

### Company-Paid Benefits

| Taxable Benefits | Current | Year-to-Date |
| --- | --- | --- |
| Life & AD/D multiple | 313.50 | 1,567.50 |
| **Total Taxable** | **313.50** | **1,567.50** |
| Non-Taxable Benefits | Current | Year-to-Date |
| Aetna PPO | 561.00 | 2,805.00 |
| Delta Dental | 34.09 | 170.45 |
| VSP Vision | 4.85 | 24.25 |
| Life & AD/D multiple o | 44.55 | 222.75 |
| Short Term Disability | 16.83 | 84.15 |
| Long-Term Disability | 19.48 | 97.40 |
| **Total Non-Taxable** | **680.80** | **3,404.00** |
| **Total Benefits** | **994.30** | **4,971.50** |

### Taxes and Deductions

| Taxes | Current | | Year-to-Date |
| --- | --- | --- | --- |
| Fed Withholdng | 3,348.52 | | 71,583.48 |
| Fed MED/EE | 191.24 | | 3,226.81 |
| Fed OASDI/EE | 0.00 | | 9,932.40 |
| Fed Addl Med | 118.69 | | 202.84 |
| **Total Taxes** | **3,658.45** | | **84,945.53** |

| Before-Tax Deductions | Current | Plan Year | Year-to-Date |
| --- | --- | --- | --- |
| Aetna PPO | 202.00 | 0.00 | 1,010.00 |
| **Total Before Tax Deductions** | **202.00** | **0.00** | **1,010.00** |

| After-Tax Deductions | Current | | Year-to-Date |
| --- | --- | --- | --- |
| Accident Insurance | 5.91 | | 29.55 |
| Aflac Critical Illness | 57.56 | | 287.80 |
| Hospital Indemnity | 15.81 | | 79.05 |
| Supplemental Life | 73.50 | | 367.50 |
| Supplemental AD and D | 7.50 | | 37.50 |
| MetLife Legal | 8.50 | | 42.50 |
| **Total After Tax Deductions** | **168.78** | | **843.90** |
| **Total Deductions** | **370.78** | | **1,853.90** |
| **Net Pay** | **27,289.42** | | **153,423.09** |

### Time Off

| Description | SICK | VAC/PTO |
| --- | --- | --- |
| Start Balance | 0.00 | 0.00 |
| +Earned | 80.00 | 80.00 |
| -Taken | 0.00 | 0.00 |
| +Adjustments | 0.00 | 0.00 |
| End Balance | 80.00 | 80.00 |

### Direct Deposit

| Account Type | Account No. | Deposit Amount |
| --- | --- | --- |
| Checking | 7461 | 27289.42 |
| **Total** | | **27289.42** |

r Net HR    , nc , 1 Park P ace, Su te 600, Dub  n, CA 94568 7983
For quest ons, contact Connect 360 at 800 638 0461



DOJ-PROD26-0000000172

## EARNINGS STATEMENT



**Vinco Shared Services LLC**

500 Linden Oaks
Suite 300
Rochester, NY  14625

Check No: 45979155

Check Date: 03/30/2023

Pay Period: 03/12/2023 - 03/25/2023

### Theodore Farnsworth

NON-NEGOTIABLE

Miami , FL  33132-1230

Employee ID : 1739

Location: Remote FL

Business Title: Chief Strategy Officer

Department: B02P101

Pay Rate: $340,000.00 Annual

**Net Pay**

USD **$21,849.33**

### Hours and Earning

| Description | Rate | Hours | Units | Current Earnings | Hours | Units | Year-to-Date |
|---|---|---|---|---|---|---|---|
| Reimbursement-Non Taxable | 0.000 | 0.00 | 0.00 | 21,849.33 | 0.00 | 0.00 | 40,091.06 |
| Admin Pay | 0.000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 148,750.04 |
| Holiday | 0.000 | 0.00 | 0.00 | 0.00 | 24.00 | 0.00 | 3,923.07 |
| Regular | 0.000 | 0.00 | 0.00 | 0.00 | 504.00 | 0.00 | 82,384.60 |
| **Gross Pay** | | 0.00 | 0.00 | 21,849.33 | 528.00 | 0.00 | 275,148.77 |
| **Fed Taxable Gross** | | | | 0.00 | | | 235,726.71 |

### Taxes and Deductions

| Taxes | Current | | Year-to-Date |
|---|---|---|---|
| Fed Withholdng | 0.00 | | 74,932.00 |
| Fed MED/EE | 0.00 | | 3,418.04 |
| Fed OASDI/EE | 0.00 | | 9,932.40 |
| Fed Addl Med | 0.00 | | 321.54 |
| **Total Taxes** | **0.00** | | **88,603.98** |

| Before-Tax Deductions | Current | Plan Year | Year-to-Date |
|---|---|---|---|
| Aetna PPO | 0.00 | 0.00 | 1,212.00 |
| **Total Before Tax Deductions** | **0.00** | **0.00** | **1,212.00** |

| After-Tax Deductions | Current | | Year-to-Date |
|---|---|---|---|
| Accident Insurance | 0.00 | | 35.46 |
| Aflac Critical Illness | 0.00 | | 345.36 |
| Hospital Indemnity | 0.00 | | 94.86 |
| Supplemental Life | 0.00 | | 441.00 |
| Supplemental AD and D | 0.00 | | 45.00 |
| MetLife Legal | 0.00 | | 51.00 |
| **Total After Tax Deductions** | **0.00** | | **1,012.68** |
| **Total  Deductions** | **0.00** | | **2,224.68** |
| **Net Pay** | **21,849.33** | | **184,320.11** |

### Tax Withholding

| Description | Federal | FL State |
|---|---|---|
| Marital Status | Single | N/A |
| Allowance/Credit | 0.00 | 0.00 |
| Addl Income | 0.00 | 0.00 |
| Deductions | 0.00 | |
| Addl Amt | 0.00 | 0.00 |

### Company-Paid Benefits

| Taxable Benefits | Current | Year-to-Date |
|---|---|---|
| **Total Taxable** | 0.00 | 0.00 |
| Non-Taxable Benefits | Current | Year-to-Date |
| Aetna PPO | 0.00 | 3,366.00 |
| Delta Dental | 0.00 | 204.54 |
| VSP Vision | 0.00 | 29.10 |
| Life & AD/D multiple o | 0.00 | 267.30 |
| Life & AD/D multiple o | 0.00 | 1,881.00 |
| Short Term Disability | 0.00 | 100.98 |
| Long-Term Disability | 0.00 | 116.88 |
| **Total Non-Taxable** | **0.00** | **5,965.80** |
| **Total Benefits** | **0.00** | **5,965.80** |

### Time Off

| Description | SICK | VAC/PTO |
|---|---|---|
| Start Balance | 0.00 | 0.00 |
| +Earned | 80.00 | 80.00 |
| -Taken | 0.00 | 0.00 |
| +Adjustments | 0.00 | 0.00 |
| End Balance | 80.00 | 80.00 |

### Direct Deposit

| Account Type | Account No. | Deposit Amount |
|---|---|---|
| Checking | 7461 | 21849.33 |
| **Total** | | **21849.33** |

r Net HR    , nc , 1 Park P ace, Su te 600, Dub  n, CA 94568 7983
For quest ons, contact Connect 360 at 800 638 0461



DOJ-PROD26-0000000173

## EARNINGS STATEMENT



**Vinco Shared Services LLC**

500 Linden Oaks
Suite 300
Rochester, NY 14625

Check No: 45896580

Check Date: 03/31/2023

Pay Period: 03/12/2023 - 03/25/2023

## Theodore Farnsworth

NON-NEGOTIABLE

Miami , FL 33132-1230

Employee ID : ▮1739

Location: Remote FL

Business Title: Chief Strategy Officer

Department: B02P101

Pay Rate: $340,000.00 Annual

**Net Pay**

**USD $9,047.69**

### Hours and Earning

| Description | Rate | Hours | Units | Current Earnings | Hours | Units | Year-to-Date |
|---|---|---|---|---|---|---|---|
| Regular | 0.000 | 0.00 | 0.00 | 13,076 92 | 504 00 | 0.00 | 82,384 60 |
| Admin Pay | 0.000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 148,750 04 |
| Reimbursement-Non Taxable | 0.000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 18,241 73 |
| Holiday | 0.000 | 0.00 | 0.00 | 0.00 | 24 00 | 0.00 | 3,923 07 |
| **Gross Pay** | | 0.00 | 0.00 | 13,076.92 | 528.00 | 0.00 | 253,299.44 |
| **Fed Taxable Gross** | | | | 13,188.42 | | | 235,726.71 |

### Taxes and Deductions

| Taxes | | Current | | Year-to-Date |
|---|---|---|---|---|
| Fed Withholdng | | 3,348 52 | | 74,932 00 |
| Fed MED/EE | | 191 23 | | 3,418 04 |
| Fed OASDI/EE | | 0.00 | | 9,932 40 |
| Fed Addl Med | | 118 70 | | 321 54 |
| **Total Taxes** | | **3,658.45** | | **88,603 98** |
| **Before-Tax Deductions** | | Current | Plan Year | Year-to-Date |
| Aetna PPO | | 202 00 | 0.00 | 1,212 00 |
| **Total Before Tax Deductions** | | **202.00** | **0.00** | **1,212 00** |
| **After-Tax Deductions** | | Current | | Year-to-Date |
| Accident Insurance | | 5 91 | | 35 46 |
| Aflac Critical Illness | | 57 56 | | 345 36 |
| Hospital Indemnity | | 15 81 | | 94 86 |
| Supplemental Life | | 73 50 | | 441 00 |
| Supplemental AD and D | | 7 50 | | 45 00 |
| MetLife Legal | | 8 50 | | 51 00 |
| **Total After Tax Deductions** | | **168.78** | | **1,012 68** |
| **Total Deductions** | | **370 78** | | **2,224 68** |
| **Net Pay** | | **9,047 69** | | **162,470 78** |

### Tax Withholding

| Description | Federal | FL State |
|---|---|---|
| Marital Status | Single | N/A |
| Allowance/Credit | 0 00 | 0 00 |
| Addl Income | 0 00 | 0 00 |
| Deductions | 0 00 | |
| Addl Amt | 0 00 | 0 00 |

### Company-Paid Benefits

| Taxable Benefits | Current | Year-to-Date |
|---|---|---|
| Life & AD/D multiple | 313 50 | 1,881 00 |
| **Total Taxable** | **313.50** | **1,881.00** |
| Non-Taxable Benefits | Current | Year-to-Date |
| Aetna PPO | 561 00 | 3,366 00 |
| Delta Dental | 34 09 | 204 54 |
| VSP Vision | 4 85 | 29 10 |
| Life & AD/D multiple o | 44 55 | 267 30 |
| Short Term Disability | 16 83 | 100 98 |
| Long-Term Disability | 19 48 | 116 88 |
| **Total Non-Taxable** | **680.80** | **4,084.80** |
| **Total Benefits** | **994.30** | **5,965.80** |

### Time Off

| Description | SICK | VAC/PTO |
|---|---|---|
| Start Balance | 0 00 | 0 00 |
| +Earned | 80 00 | 80 00 |
| -Taken | 0 00 | 0 00 |
| +Adjustments | 0 00 | 0 00 |
| End Balance | 80.00 | 80.00 |

### Direct Deposit

| Account Type | Account No. | Deposit Amount |
|---|---|---|
| Checking | 7461 | 9047 69 |
| **Total** | | **9047.69** |

r Net HR , nc , 1 Park P ace, Su te 600, Dub n, CA 94568 7983
For quest ons, contact Connect 360 at 800 638 0461



DOJ-PROD26-0000000174

## EARNINGS STATEMENT



**Vinco Shared Services LLC**

500 Linden Oaks
Suite 300
Rochester, NY 14625

Check No: 46079809

Check Date: 04/14/2023

Pay Period: 03/26/2023 - 04/08/2023

### Theodore Farnsworth

**NON-NEGOTIABLE**

Miami , FL 33132-1230

Employee ID : ▮▮1739

Location: Remote FL

Business Title: Chief Strategy Officer

Department: B02P101

Pay Rate: $340,000.00 Annual

**Net Pay**

**USD $9,047.69**

### Hours and Earning

| Description | Rate | Hours | Units | Current Earnings | Hours | Units | Year-to-Date |
|---|---|---|---|---|---|---|---|
| Regular | 0 000 | 0.00 | 0 00 | 13,076 92 | 584 00 | 0 00 | 95,461 52 |
| Admin Pay | 0 000 | 0.00 | 0 00 | 0 00 | 0 00 | 0 00 | 148,750 04 |
| Reimbursement-Non Taxable | 0 000 | 0.00 | 0 00 | 0 00 | 0 00 | 0 00 | 40,091 06 |
| Holiday | 0 000 | 0.00 | 0 00 | 0 00 | 24 00 | 0 00 | 3,923 07 |
| **Gross Pay** | | 0.00 | 0.00 | 13,076.92 | 608.00 | 0.00 | 288,225.69 |
| **Fed Taxable Gross** | | | | 13,188.42 | | | 248,915.13 |

### Tax Withholding

| Description | Federal | FL State |
|---|---|---|
| Marital Status | Single | N/A |
| Allowance/Credit | 0 00 | 0 00 |
| Addl Income | 0 00 | 0 00 |
| Deductions | 0 00 | |
| Addl Amt | 0 00 | 0 00 |

### Taxes and Deductions

| Taxes | Current | | Year-to-Date |
|---|---|---|---|
| Fed Withholdng | 3,348 52 | | 78,280 52 |
| Fed MED/EE | 191 23 | | 3,609 27 |
| Fed OASDI/EE | 0 00 | | 9,932 40 |
| Fed Addl Med | 118 70 | | 440 24 |
| **Total Taxes** | **3,658.45** | | **92,262 43** |
| **Before-Tax Deductions** | Current | Plan Year | Year-to-Date |
| Aetna PPO | 202 00 | 0 00 | 1,414 00 |
| **Total Before Tax Deductions** | **202.00** | **0 00** | **1,414 00** |
| **After-Tax Deductions** | Current | | Year-to-Date |
| Accident Insurance | 5 91 | | 41 37 |
| Aflac Critical Illness | 57 56 | | 402 92 |
| Hospital Indemnity | 15 81 | | 110 67 |
| Supplemental Life | 73 50 | | 514 50 |
| Supplemental AD and D | 7 50 | | 52 50 |
| MetLife Legal | 8 50 | | 59 50 |
| **Total After Tax Deductions** | **168.78** | | **1,181 46** |
| **Total  Deductions** | **370 78** | | **2,595 46** |
| **Net Pay** | **9,047 69** | | **193,367 80** |

### Company-Paid Benefits

| Taxable Benefits | Current | Year-to-Date |
|---|---|---|
| Life & AD/D multiple | 313 50 | 2,194 50 |
| **Total Taxable** | **313.50** | **2,194.50** |
| Non-Taxable Benefits | Current | Year-to-Date |
| Aetna PPO | 561 00 | 3,927 00 |
| Delta Dental | 34 09 | 238 63 |
| VSP Vision | 4 85 | 33 95 |
| Life & AD/D multiple o | 44 55 | 311 85 |
| Short Term Disability | 16 83 | 117 81 |
| Long-Term Disability | 19 48 | 136 36 |
| **Total Non-Taxable** | **680.80** | **4,765.60** |
| **Total Benefits** | **994.30** | **6,960.10** |

### Time Off

| Description | SICK | VAC/PTO |
|---|---|---|
| Start Balance | 0 00 | 0 00 |
| +Earned | 80 00 | 80 00 |
| -Taken | 0 00 | 0 00 |
| +Adjustments | 0 00 | 0 00 |
| End Balance | 80.00 | 80.00 |

### Direct Deposit

| Account Type | Account No. | Deposit Amount |
|---|---|---|
| Checking | 7461 | 9047 69 |
| **Total** | | **9047.69** |

r Net HR   , nc , 1 Park P ace, Su te 600, Dub n, CA 94568 7983
For quest ons, contact Connect 360 at 800 638 0461



DOJ-PROD26-0000000175

## EARNINGS STATEMENT



**Vinco Shared Services LLC**

500 Linden Oaks
Suite 300
Rochester, NY 14625

Check No: 46265321

Check Date: 04/28/2023

Pay Period: 04/09/2023 - 04/22/2023

### Theodore Farnsworth

NON-NEGOTIABLE

Miami , FL 33132-1230

Employee ID : ████ 1739

Location: Remote FL

Business Title: Chief Strategy Officer

Department: B02P101

Pay Rate: $340,000.00 Annual

Net Pay

**USD $9,047.70**

### Hours and Earning

| Description | Rate | Hours | Units | Current Earnings | Hours | Units | Year-to-Date |
|---|---|---|---|---|---|---|---|
| Regular | 0.000 | 0.00 | 0.00 | 13,076.92 | 664.00 | 0.00 | 108,538.44 |
| Admin Pay | 0.000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 148,750.04 |
| Reimbursement-Non Taxable | 0.000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 40,091.06 |
| Holiday | 0.000 | 0.00 | 0.00 | 0.00 | 24.00 | 0.00 | 3,923.07 |
| Gross Pay | | 0.00 | 0.00 | 13,076.92 | 688.00 | 0.00 | 301,302.61 |
| Fed Taxable Gross | | | | 13,188.42 | | | 262,103.55 |

### Taxes and Deductions

| Taxes | Current | | Year-to-Date |
|---|---|---|---|
| Fed Withholdng | 3,348.52 | | 81,629.04 |
| Fed MED/EE | 191.23 | | 3,800.50 |
| Fed OASDI/EE | 0.00 | | 9,932.40 |
| Fed Addl Med | 118.69 | | 558.93 |
| **Total Taxes** | **3,658.44** | | **95,920.87** |

| Before-Tax Deductions | Current | Plan Year | Year-to-Date |
|---|---|---|---|
| Aetna PPO | 202.00 | 0.00 | 1,616.00 |
| **Total Before Tax Deductions** | **202.00** | **0.00** | **1,616.00** |

| After-Tax Deductions | Current | | Year-to-Date |
|---|---|---|---|
| Accident Insurance | 5.91 | | 47.28 |
| Aflac Critical Illness | 57.56 | | 460.48 |
| Hospital Indemnity | 15.81 | | 126.48 |
| Supplemental Life | 73.50 | | 588.00 |
| Supplemental AD and D | 7.50 | | 60.00 |
| MetLife Legal | 8.50 | | 68.00 |
| **Total After Tax Deductions** | **168.78** | | **1,350.24** |
| **Total Deductions** | **370.78** | | **2,966.24** |
| **Net Pay** | **9,047.70** | | **202,415.50** |

### Tax Withholding

| Description | Federal | FL State |
|---|---|---|
| Marital Status | Single | N/A |
| Allowance/Credit | 0.00 | 0.00 |
| Addl Income | 0.00 | 0.00 |
| Deductions | 0.00 | |
| Addl Amt | 0.00 | 0.00 |

### Company-Paid Benefits

| Taxable Benefits | Current | Year-to-Date |
|---|---|---|
| Life & AD/D multiple | 313.50 | 2,508.00 |
| **Total Taxable** | **313.50** | **2,508.00** |
| Non-Taxable Benefits | Current | Year-to-Date |
| Aetna PPO | 561.00 | 4,488.00 |
| Delta Dental | 34.09 | 272.72 |
| VSP Vision | 4.85 | 38.80 |
| Life & AD/D multiple o | 44.55 | 356.40 |
| Short Term Disability | 16.83 | 134.64 |
| Long-Term Disability | 19.48 | 155.84 |
| **Total Non-Taxable** | **680.80** | **5,446.40** |
| **Total Benefits** | **994.30** | **7,954.40** |

### Time Off

| Description | SICK | VAC/PTO |
|---|---|---|
| Start Balance | 0.00 | 0.00 |
| +Earned | 80.00 | 80.00 |
| -Taken | 0.00 | 0.00 |
| +Adjustments | 0.00 | 0.00 |
| End Balance | 80.00 | 80.00 |

### Direct Deposit

| Account Type | Account No. | Deposit Amount |
|---|---|---|
| Checking | 7461 | 9047.70 |
| Total | | 9047.70 |

TriNet HR , Inc , 1 Park P ace, Su te 600, Dub n, CA 94568 7983
For quest ons, contact Connect 360 at 800 638 0461



DOJ-PROD26-0000000176



**STATEMENT OF ACCOUNT**    Page 1

| | |
|---|---|
| Statement Date: | 06/30/23 |
| Account Number: | XXXXXX1216 |

www.pathfinderbank.com
214 West First Street, Oswego, New York 13126
(315) 343-0057 or (800) 811-5620

RETURN SERVICE
REQUESTED

T#  1   PD 20230701         T48 01 AV   0.471

FORTRESS ENTERTAINMENT GROUP INC
24 ASPEN PARK BLVD
EAST SYRACUSE  NY 13057-6075



With uChoose Rewards*, turn everyday essentials into *rewards you deserve.*
www.pathfinderbank.com/uchoose-rewards
PathFinder | uChoose Rewards
uChoose Rewards® is a registered trademark of Fiserv, Inc.

## FREE BUSINESS CHECKING  XXXXXX1216

| DATE | DESCRIPTION | Withdrawal | Deposit | BALANCE |
|---|---|---|---|---|
| **05/31** | **Balance Forward ---------------------------------->** | █ | █ | █ |
| | █ | █ | | █ |
| 06/02 | ATM Withdrawal  BANK OF AMERICA | █ | | █ |
| | *WASHINGTON AVENUE     MIAMI BEACH   FL US | | | |
| | Seq#525368     Date 6/01/23 Time 22:46 | | | |
| | █ | | | █ |
| | Seq#065592     Date 6/05/23 Time 08:29 | | | |
| 06/13 | DBT Purchase | █ | | █ |
| | MIAMI BEACH   FL US | | | |
| | Seq#004788     Date 6/13/23 Time 18:18 | | | |
| 06/13 | DBT Purchase | █ | | █ |
| | SURFSIDE     FL US | | | |
| | Seq#088463     Date 6/13/23 Time 18:52 | | | |
| 06/14 | ATM Withdrawal  BRANCH BANKING A | █ | | █ |
| | 1220 17TH ST STE 10   MIAMI BEACH   FL US | | | |
| | Seq#029277     Date 6/14/23 Time 16:17 | | | |
| 06/15 | DBT Purchase | █ | | █ |
| | Miami     FL US | | | |
| | Seq#074976     Date 6/14/23 Time 23:26 | | | |
| 06/16 | DBT Purchase | █ | | █ |
| | Miami Beach   FL US | | | |
| | Seq#052428     Date 6/14/23 Time 22:30 | | | |
| 06/16 | ATM Withdrawal  CHASE | █ | | █ |
| | 9556 HARDING AVE       SURFSIDE     FL US | | | |
| | Seq#739639     Date 6/16/23 Time 09:18 | | | |
| 06/20 | ATM Withdrawal  CHASE | █ | | █ |
| | 9556 HARDING AVE       SURFSIDE     FL US | | | |
| | Seq#750236     Date 6/18/23 Time 00:26 | | | |
| 06/20 | DBT Purchase | █ | | █ |
| | FL US | | | |
| | Seq#069394     Date 6/17/23 Time 00:44 | | | |
| 06/20 | DBT Purchase | █ | | █ |
| | -   SURFSIDE     FL US | | | |
| | Seq#000001     Date 6/18/23 Time 11:00 | | | |
| 06/20 | ATM Withdrawal  CHASE | █ | | █ |
| | 1206 WASHINGTON AVE     MIAMI BEACH   FL US | | | |
| | Seq#756826     Date 6/19/23 Time 00:43 | | | |
| 06/20 | DBT Purchase | █ | | █ |
| | FL US | | | |
| | Seq#043873     Date 6/17/23 Time 03:23 | | | |

------ Continued on next page ------

DOJ-PROD26-0000000177

GOVERNMENT
EXHIBIT
18
1:22cr20521

**Notice to all Free & Easy Account Holders:**     There are no fees associated with this account for making deposits or making withdrawals at one of our banking facilities or at an Automated Teller Machine (ATM) that we own or operate.  Fees for certain banking services, when applicable, will be automatically deducted from your account and will be reported on your monthly statement, unless paid in cash for such service.  Refer to your Fee and Service Charge schedule for applicable charges for these banking services.  You may be charged a fee for using an ATM we do not own or operate.  You may request a listing of the ATMs we operate from any banking office.  A withdrawal shall be deemed to be made when recorded on the books of the bank, which is not necessarily the date that you initiated the transaction.

## USE THIS SECTION FOR RECONCILING YOUR ACCOUNT

| CHECKS OUTSTANDING | | | | DEPOSITS NOT ON STATEMENT | BEFORE RECONCILING • DEDUCT ANY SERVICE CHARGES OR OTHER DEBIT CHARGES ON STATEMENT FROM YOUR CHECKBOOK BALANCE • ADD ANY INTEREST CREDITS OR OTHER CREDITS TO YOUR CHECKBOOK. |
|---|---|---|---|---|---|
| NUMBER | AMOUNT | NUMBER | AMOUNT | | |
| | | | | | |
| | | | | | LAST BALANCE ON STATEMENT _____ |
| | | | | | |
| | | | | | ADD DEPOSITS NOT ON STATEMENT + _____ |
| | | | | | |
| | | | | | TOTAL _____ |
| | | | | | |
| | | | | | DEDUCT TOTAL CHECKS OUTSTANDING _____ |
| | | | | | |
| | | | | | YOUR CHECKBOOK SHOULD SHOW ═══════ |
| TOTAL TO TOP OF NEXT COLUMN | | TOTAL CHECKS OUTSTANDING | | TOTAL DEPOSITS | PLEASE CHECK CAREFULLY AND REPORT ANY DIFFERENCES |

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Telephone us at the number shown on the front of the statement or write us at Pathfinder Bank, 214 W. First Street Oswego, NY 13126 as soon as you can,  if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

If you tell us orally, we may require you to send us your complaint or question in writing within 10 business days.  We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly.  If we need more time we may take up to 45 days to investigate your complaint or question.  If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.  If we ask you to put your complaint in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving new accounts, point of sale or foreign-initiated transactions, we may take up to 90 days to investigate your complaint or question.  For new accounts, we may take up to 20 business days to credit your account for the amount you think is in error.  We will tell you the results of our investigation within 3 business days after completion.  If we decide there was no error, we will send you a written explanation.  You may ask for copies of the documents that we used in our investigation.

The following pertains to accounts established for personal, family, or household purposes only.

### BILLING RIGHTS SUMMARY
### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR STATEMENT

If you think your statement is wrong, or if you need more information about a transaction on your statement, write us at: Pathfinder Bank 214 W. First Street Oswego, N.Y. 13126 as soon as possible.  We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared.  You may telephone us, but doing so will not preserve your rights.

### IN YOUR LETTER GIVE US THE FOLLOWING INFORMATION
1. Your name and account number.
2. The dollar amount of the suspected error.
3. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question.  While we investigate your questions, we cannot report you as delinquent or take any action to collect the amount you question.

DOJ-PROD26-0000000178

FORTRESS ENTERTAINMENT GROUP INC

Page 2
Statement Date: 06/30/23
Account Number: XXXXXX1216

**FREE BUSINESS CHECKING   XXXXXX1216**

| DATE | DESCRIPTION | Withdrawal | Deposit | BALANCE |
|---|---|---|---|---|
| | **Balance Forward from Previous Page --------------->** | | | ▇ |
| 06/22 | Deposit | | ▇ | ▇ |
| 06/26 | ATM Withdrawal  W HOTEL-SOUT-355 | ▇ | | 2,459.50 |
| | 2201 COLLINS AVENUE     MIAMI BEACH   FL US | | | |
| | Seq#005409     Date 6/23/23 Time 22:11 | | | |
| 06/26 | POS Purchase | ▇ | | ▇ |
| | ▇▇▇           MIAMI BEACH   FL US | | | |
| | Seq#308183     Date 6/24/23 Time 13:40 | | | |
| 06/26 | POS Purchase | ▇ | | ▇ |
| | ▇▇▇           MIAMI BEACH   FL US | | | |
| | Seq#928140     Date 6/24/23 Time 15:26 | | | |
| 06/26 | ATM Withdrawal  BANK OF AMERICA | ▇ | | ▇ |
| | *LINCOLN ROAD MALL     MIAMI BEACH   FL US | | | |
| | Seq#778225     Date 6/26/23 Time 15:35 | | | |
| 06/26 | ATM Withdrawal  TD BANK | ▇ | | ▇ |
| | TD BANK           MIAMI BEACH   FL US | | | |
| | Seq#009220   Date 6/26/23 Time 16:04 | | | |
| 06/28 | POS Purchase | ▇ | | ▇ |
| | ▇▇▇           COCONUT CREEK FL US | | | |
| | Seq#289773     Date 6/28/23 Time 13:42 | | | |
| 06/28 | ATM Withdrawal  CHASE | ▇ | | ▇ |
| | 474 W 41ST ST       MIAMI BEACH   FL US | | | |
| | Seq#448066     Date 6/28/23 Time 15:32 | | | |
| 06/30 | ▇▇▇ | ▇ | | ▇ |



Statement from 06/01/23 Thru 06/30/23

------ Continued on next page ------

FORTRESS ENTERTAINMENT GROUP INC

Page 3
Statement Date: 06/30/23
Account Number: XXXXXX1216

DOJ-PROD26-0000000180



**BANK**
MEMBER FDIC

www.pathfinderbank.com
214 West First Street, Oswego, New York 13126
(315) 343-0057 or (800) 811-5620

RETURN SERVICE
REQUESTED

**STATEMENT OF ACCOUNT**          Page 1

Statement Date:          06/30/23

Account Number:          XXXXXX5514



T#   1   PD 20230701          T47 01 AV     0.471

THEODORE J FARNSWORTH

EAST SYRACUSE  NY 13057-6075

| DATE | DESCRIPTION | Withdrawal | Deposit | BALANCE |
|------|-------------|-----------|---------|---------|
| **05/31** | **Balance Forward ------------------------------------>** | | | █ |
| 06/01 | POS Purchase | █ | | █ |
| | MIAMI BEACH   FL US | | | |
| | Seq#103232     Date  5/31/23 Time 19:28 | | | |
| 06/01 | DBT Purchase | █ | | █ |
| | Miami       FL US | | | |
| | Seq#036976     Date  6/01/23 Time 00:08 | | | |
| 06/01 | DBT Purchase | █ | | █ |
| | MIAMI BEACH   FL US | | | |
| | Seq#000000514716 Date  6/01/23 Time 08:07 | | | |
| 06/01 | DBT Purchase | █ | | █ |
| | MIAMI BEACH   FL US | | | |
| | Seq#000000508076 Date  6/01/23 Time 08:03 | | | |
| 06/01 | DBT Purchase | █ | | █ |
| | Miami       FL US | | | |
| | Seq#040976     Date  6/01/23 Time 16:09 | | | |
| 06/01 | DBT Purchase | █ | | █ |
| | Miami       FL US | | | |
| | Seq#079976     Date  6/01/23 Time 16:31 | | | |
| 06/01 | POS Purchase | █ | | █ |
| | BAL HARBOUR  FL US | | | |
| | Seq#731710     Date  6/01/23 Time 15:43 | | | |
| 06/01 | DBT Purchase | █ | | █ |
| | Surfside    FL US | | | |
| | Seq#017712     Date  6/01/23 Time 17:34 | | | |
| 06/02 | ATM Withdrawal  BANK OF AMERICA | █ | | █ |
| | *WASHINGTON AVENUE    MIAMI BEACH  FL US | | | |
| | Seq#525369     Date  6/01/23 Time 22:48 | | | |
| 06/02 | | | | |
| 06/02 | DBT Purchase | █ | | █ |
| | MIAMI BEACH  FL US | | | |
| | Seq#041940     Date  5/31/23 Time 17:01 | | | |
| 06/02 | POS Purchase | █ | | █ |
| | MIAMI       FL US | | | |
| | Seq#339419     Date  6/02/23 Time 05:05 | | | |
| 06/02 | DBT Purchase | █ | | █ |
| | 267-2383645   FL US | | | |
| | Seq#007216     Date  6/01/23 Time 15:57 | | | |
| 06/02 | DBT Purchase | █ | | █ |
| | MIAMI BEACH  FL US | | | |
| | Seq#055165     Date  6/02/23 Time 00:32 | | | |

------ Continued on next page ------

DOJ-PROD26-0000000181

GOVERNMENT
EXHIBIT
**19**
1:22cr20521

**Notice to all Free & Easy Account Holders:**    There are no fees associated with this account for making deposits or making withdrawals at one of our banking facilities or at an Automated Teller Machine (ATM) that we own or operate.  Fees for certain banking services, when applicable, will be automatically deducted from your account and will be reported on your monthly statement, unless paid in cash for such service.  Refer to your Fee and Service Charge schedule for applicable charges for these banking services.  You may be charged a fee for using an ATM we do not own or operate.  You may request a listing of the ATMs we operate from any banking office.  A withdrawal shall be deemed to be made when recorded on the books of the bank, which is not necessarily the date that you initiated the transaction.

## USE THIS SECTION FOR RECONCILING YOUR ACCOUNT

| CHECKS OUTSTANDING | | | | DEPOSITS NOT ON STATEMENT | | |
|---|---|---|---|---|---|---|
| NUMBER | AMOUNT | NUMBER | AMOUNT | | BEFORE RECONCILING • DEDUCT ANY SERVICE CHARGES OR OTHER DEBIT CHARGES ON STATEMENT FROM YOUR CHECKBOOK BALANCE • ADD ANY INTEREST CREDITS OR OTHER CREDITS TO YOUR CHECKBOOK. | |
| | | | | | | |
| | | | | | LAST BALANCE ON STATEMENT | |
| | | | | | | |
| | | | | | ADD DEPOSITS NOT ON STATEMENT + | |
| | | | | | | |
| | | | | | TOTAL | |
| | | | | | | |
| | | | | | DEDUCT TOTAL CHECKS OUTSTANDING | |
| | | | | | | |
| | | | | | YOUR CHECKBOOK SHOULD SHOW | |
| TOTAL TO TOP OF NEXT COLUMN | | TOTAL CHECKS OUTSTANDING | | TOTAL DEPOSITS | PLEASE CHECK CAREFULLY AND REPORT ANY DIFFERENCES | |

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Telephone us at the number shown on the front of the statement or write us at Pathfinder Bank, 214 W. First Street Oswego, NY 13126 as soon as you can,  if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and
   explain as clearly as you can why you believe there is an
   error or why you need more information.
3. Tell us the dollar amount of the suspected error.

If you tell us orally, we may require you to send us your complaint or question in writing within 10 business days.  We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly.  If we need more time we may take up to 45 days to investigate your complaint or question.  If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.  If we ask you to put your complaint in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving new accounts, point of sale or foreign-initiated transactions, we may take up to 90 days to investigate your complaint or question.  For new accounts, we may take up to 20 business days to credit your account for the amount you think is in error.  We will tell you the results of our investigation within 3 business days after completion.  If we decide there was no error, we will send you a written explanation.  You may ask for copies of the documents that we used in our investigation.

The following pertains to accounts established for personal, family, or household purposes only.

### BILLING RIGHTS SUMMARY
### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR STATEMENT

If you think your statement is wrong, or if you need more information about a transaction on your statement, write us at: Pathfinder Bank 214 W. First Street Oswego, N.Y. 13126 as soon as possible.  We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared.  You may telephone us, but doing so will not preserve your rights.

### IN YOUR LETTER GIVE US THE FOLLOWING INFORMATION

1. Your name and account number.
2. The dollar amount of the suspected error.
3. Describe the error and explain, if you can, why you believe there is an error.
   If you need more information, describe the item that you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question.  While we investigate your questions, we cannot report you as delinquent or take any action to collect the amount you question.

THEODORE J FARNSWORTH

Page 2
Statement Date: 06/30/23
Account Number: XXXXXX5514

| FREE AND EASY CHECKING   XXXXXX5514 | | | | |
|---|---|---|---|---|
| DATE | DESCRIPTION | Withdrawal | Deposit | BALANCE |
| | **Balance Forward from Previous Page --------------->** | | | ▮ |
| 06/02 | DBT Purchase | ▮ | | ▮ |
| | MIAMI BEACH   FL US | | | |
| | Seq#012987       Date  6/01/23 Time 12:19 | | | |
| 06/02 | DBT Purchase | ▮ | | ▮ |
| | MIAMI BEACH   FL US | | | |
| | Seq#013060       Date  6/01/23 Time 16:23 | | | |
| 06/02 | DBT Purchase | ▮ | | ▮ |
| | FL US | | | |
| | Seq#038428       Date  6/02/23 Time 05:55 | | | |
| 06/02 | POS Purchase | ▮ | | ▮ |
| | MIAMI       FL US | | | |
| | Seq#315319360520 Date  6/02/23 Time 19:18 | | | |
| 06/02 | POS Purchase | ▮ | | ▮ |
| | MIAMI BEACH   FL US | | | |
| | Seq#052020       Date  6/02/23 Time 19:02 | | | |
| 06/05 | DBT Purchase | ▮ | | ▮ |
| | MIAMI BEACH   FL US | | | |
| | Seq#058431       Date  6/02/23 Time 00:04 | | | |
| 06/05 | DBT Purchase | ▮ | | ▮ |
| | MIAMI       FL US | | | |
| | Seq#060004       Date  6/02/23 Time 15:16 | | | |
| 06/05 | POS Purchase | ▮ | | ▮ |
| | MIAMI       FL US | | | |
| | Seq#270027       Date  6/03/23 Time 03:48 | | | |
| 06/05 | DBT Purchase | ▮ | | ▮ |
| | FL US | | | |
| | Seq#021613       Date  6/03/23 Time 00:24 | | | |
| 06/05 | | ▮ | | ▮ |
| | Seq#060406285149 Date  6/04/23 Time 06:22 | | | |
| 06/05 | | ▮ | | ▮ |
| | Seq#060408442260 Date  6/04/23 Time 08:17 | | | |
| 06/05 | MIAMI       FL US | ▮ | | ▮ |
| | Seq#040032       Date  6/03/23 Time 21:45 | | | |
| 06/05 | DBT Purchase | ▮ | | ▮ |
| | Seq#027397       Date  6/03/23 Time 18:48 | | | |
| 06/05 | DBT Purchase | ▮ | | ▮ |
| | MIAMI       FL US | | | |
| | Seq#055056       Date  6/02/23 Time 21:49 | | | |
| 06/05 | | ▮ | | ▮ |
| | Seq#060507044849 Date  6/05/23 Time 07:22 | | | |
| 06/06 | | ▮ | | ▮ |
| | Seq#060607336003 Date  6/06/23 Time 07:42 | | | |
| 06/06 | DBT Purchase | ▮ | | ▮ |
| | MIAMI BEACH   FL US | | | |
| | Seq#315713582266 Date  6/06/23 Time 13:03 | | | |
| 06/06 | Wire Out | ▮ | | ▮ |
| 06/06 | POS Purchase | ▮ | | ▮ |
| | MIAMI BEACH   FL US | | | |
| | Seq#111509       Date  6/06/23 Time 19:16 | | | |

------ Continued on next page ------

DOJ-PROD26-0000000183

THEODORE J FARNSWORTH

Page 3
Statement Date:          06/30/23
Account Number:        XXXXXX5514



**FREE AND EASY CHECKING   XXXXXX5514**

| DATE | DESCRIPTION | Withdrawal | Deposit | BALANCE |
|------|-------------|------------|---------|---------|
| | Balance Forward from Previous Page --------------> | | | ███ |
| 06/07 | ███ | ███ | | ███ |
| | Seq#060712359402 Date  6/07/23 Time 00:02 | | | |
| 06/07 | DBT Purchase | ███ | | ███ |
| | ███ MIAMI BEACH   FL US | | | |
| | Seq#040038     Date  6/06/23 Time 19:46 | | | |
| 06/07 | DBT Purchase | ███ | | ███ |
| | ███ | | | |
| | Seq#093641     Date  6/06/23 Time 10:24 | | | |
| 06/08 | ███ | | ███ | ███ |
| 06/08 | ███ | | | ███ |
| 06/09 | ███ | | ███ | ███ |
| 06/09 | ███ | ███ | | ███ |
| 06/09 | ███ | ███ | | ███ |
| 06/09 | DBT Purchase | | | ███ |
| | ███ Miami      FL US | | | |
| | Seq#079976     Date  6/09/23 Time 16:32 | | | |
| 06/09 | ███ | ███ | | ███ |
| 06/09 | ███ | ███ | | ███ |
| 06/09 | DBT Purchase | | | ███ |
| | ███ MIAMI BEACH   FL US | | | |
| | Seq#005180     Date  6/09/23 Time 18:18 | | | |
| 06/12 | DBT Purchase | | | ███ |
| | ███ MIAMI BEACH   FL US | | | |
| | Seq#316178002428 Date  6/09/23 Time 21:32 | | | |
| 06/12 | ATM Withdrawal  NOT AVAILABLE | ███ | | |
| | TD BANK          MIAMI BEACH   FL US | | | |
| | Seq#007484     Date  6/09/23 Time 21:37 | | | |
| 06/12 | ATM Service Charge | ███ | | ███ |
| 06/12 | DBT Purchase | | | ███ |
| | ███ MIAMI BEACH   FL US | | | |
| | Seq#077992     Date  6/09/23 Time 12:05 | | | |
| 06/12 | DBT Purchase | ███ | | ███ |
| | ███ MIAMI BEACH   FL US | | | |
| | Seq#070092     Date  6/11/23 Time 05:33 | | | |
| 06/12 | DBT Purchase | ███ | | ███ |
| | ███ MIAMI BEACH   FL US | | | |
| | Seq#081866     Date  6/10/23 Time 12:25 | | | |
| 06/12 | DBT Purchase | ███ | | ███ |
| | ███ MIAMI / Miami     FL US | | | |
| | Seq#934904     Date  6/11/23 Time 14:32 | | | |
| 06/12 | POS Purchase | ███ | | ███ |
| | ███ MIAMI      FL US | | | |
| | Seq#764840     Date 6/11/23 Time 16:36 | | | |
| 06/12 | ATM Inquiry | | ███ | ███ |
| | ███ MIAMI      FL US | | | |
| | Seq#00000410   Date  6/11/23 Time 16:46 | | | |
| 06/12 | ATM Inquiry Charge | ███ | | ███ |
| 06/12 | ATM Withdrawal | ███ | | ███ |
| | ███ MIAMI      FL US | | | |
| | Seq#00000411    Date  6/11/23 Time 16:47 | | | |
| 06/12 | ATM Service Charge | ███ | | ███ |
| 06/12 | DBT Purchase | ███ | | ███ |
| | ███ Miami      FL US | | | |
| | Seq#029013     Date  6/11/23 Time 19:53 | | | |

------ Continued on next page ------

DOJ-PROD26-0000000184

THEODORE J FARNSWORTH

Page 4
Statement Date: 06/30/23
Account Number: XXXXXX5514

| DATE | DESCRIPTION | Withdrawal | Deposit | BALANCE |
|------|-------------|------------|---------|---------|
| | **Balance Forward from Previous Page ---------------->** | | | ████ |
| 06/12 | DBT Purchase | ████ | | ████ |
| | MIAMI BEACH  FL US | | | |
| | Seq#005413   Date 6/11/23 Time 19:38 | | | |
| 06/12 | DBT Purchase | ████ | | ████ |
| | Miami      FL US | | | |
| | Seq#060976   Date 6/11/23 Time 23:58 | | | |
| 06/12 | | | ███ | ████ |
| 06/12 | ████ | | ███ | |
| 06/12 | DBT Purchase | ████ | | ████ |
| | Miami Beach  FL US | | | |
| | Seq#063181   Date 6/12/23 Time 07:19 | | | |
| 06/12 | POS Purchase | ████ | | ████ |
| | MIAMI BEACH  FL US | | | |
| | Seq#286043   Date 6/12/23 Time 11:46 | | | |
| 06/12 | DBT Purchase | ████ | | ████ |
| | MIAMI BEACH  FL US | | | |
| | Seq#047735   Date 6/11/23 Time 17:37 | | | |
| 06/12 | DBT Purchase | ████ | | ████ |
| | SURFSIDE    FL US | | | |
| | Seq#033553   Date 6/12/23 Time 14:20 | | | |
| 06/12 | ████ | ████ | | ████ |
| 06/12 | ████ | | | |
| 06/12 | DBT Purchase | ████ | | ████ |
| | SURFSIDE    FL US | | | |
| | Seq#033616   Date 6/12/23 Time 18:22 | | | |
| 06/13 | DBT Purchase | ████ | | ████ |
| | FL US | | | |
| | Seq#316450000837 Date 6/13/23 Time 15:01 | | | |
| 06/13 | POS Purchase | ████ | | ████ |
| | AVENTURA    FL US | | | |
| | Seq#799692   Date 6/13/23 Time 15:17 | | | |
| 06/14 | POS Purchase | ████ | | ████ |
| | Seq#950710   Date 6/14/23 Time 01:02 | | | |
| 06/14 | DBT Purchase | ████ | | ████ |
| | NORTH MIAMI B FL US | | | |
| | Seq#000001   Date 6/13/23 Time 17:12 | | | |
| 06/14 | ATM Withdrawal  BRANCH BANKING A | | | |
| | 1220 17TH ST STE 10  MIAMI BEACH  FL US | | | |
| | Seq#029276   Date 6/14/23 Time 16:16 | | | |
| 06/14 | ATM Service Charge | ████ | | ████ |
| 06/15 | POS Purchase | ████ | | ████ |
| | MIAMI BEACH  FL US | | | |
| | Seq#450152   Date 6/14/23 Time 20:53 | | | |
| 06/15 | POS Purchase | ███ | | ████ |
| | MIAMI BEACH  FL US | | | |
| | Seq#027895   Date 6/14/23 Time 21:02 | | | |
| 06/15 | POS Purchase | ████ | | ████ |
| | MIAMI BEACH  FL US | | | |
| | Seq#157253   Date 6/14/23 Time 21:20 | | | |
| 06/15 | POS Purchase | ████ | | ████ |
| | MIAMI BEACH  FL US | | | |
| | Seq#237915   Date 6/14/23 Time 21:25 | | | |
| 06/15 | DBT Purchase | ████ | | ████ |
| | MIAMI BEACH  FL US | | | |
| | Seq#020018   Date 6/14/23 Time 16:56 | | | |

------ Continued on next page ------

DOJ-PROD26-0000000185

THEODORE J FARNSWORTH

Page 5
Statement Date:        06/30/23
Account Number:        XXXXXX5514

## FREE AND EASY CHECKING   XXXXXX5514

| DATE | DESCRIPTION | Withdrawal | Deposit | BALANCE |
|---|---|---|---|---|
| | Balance Forward from Previous Page ---------------> | | | ████ |
| 06/15 | DBT Purchase ████ Miami Beach  FL US Seq#002489      Date  6/14/23 Time 22:30 | ████ | | ████ |
| 06/15 | DBT Purchase ████ MIAMI BEACH   FL US Seq#090137      Date  6/14/23 Time 16:28 | ████ | | ████ |
| 06/15 | POS Purchase ████ AVENTURA      FL US Seq#214024      Date  6/15/23 Time 16:40 | ████ | | ████ |
| 06/15 | POS Purchase ████ AVENTURA      FL US Seq#214048      Date  6/15/23 Time 16:40 | ████ | | ████ |
| 06/16 | DBT Purchase ████ Miami Beach  FL US Seq#052426      Date  6/14/23 Time 21:16 | ████ | | ████ |
| 06/16 | DBT Purchase ████ NORTH MIAMI B FL US Seq#000000757740 Date  6/15/23 Time 23:31 | ████ | | ████ |
| 06/16 | POS Purchase ████ NORTH MIAMI B FL US Seq#075427      Date  6/16/23 Time 00:01 | ████ | | ████ |
| 06/16 | DBT Purchase ████ AVENTURA      FL US Seq#000032      Date  6/15/23 Time 17:44 | ████ | | ████ |
| 06/16 | DBT Purchase ████ NORTH MIAMI B FL US Seq#000003      Date  6/15/23 Time 19:05 | ████ | | ████ |
| 06/16 | ATM Withdrawal  CHASE 9556 HARDING AVE      SURFSIDE    FL US Seq#340413      Date  6/16/23 Time 09:19 | ████ | | ████ |
| 06/16 | ATM Service Charge | ████ | | ████ |
| 06/16 | DBT Purchase ████ SURFSIDE    FL US Seq#088844      Date  6/15/23 Time 23:33 | ████ | | ████ |
| 06/16 | POS Purchase ████ MIAMI BEACH  FL US Seq#520369      Date  6/16/23 Time 14:10 | ████ | | ████ |
| 06/16 | DBT Purchase ████ Miami       FL US Seq#041976      Date  6/16/23 Time 21:31 | ████ | | ████ |
| 06/20 | DBT Purchase ████ 3 ████ FL US Seq#082315      Date  6/16/23 Time 11:50 | ████ | | ████ |
| 06/20 | DBT Purchase ████ FL US Seq#082330      Date  6/16/23 Time 14:15 | ████ | | ████ |
| 06/20 | DBT Purchase ████ MIAMI BEACH  FL US Seq#006117      Date  6/17/23 Time 16:24 | ████ | | ████ |
| 06/20 | ████ Seq#061707154544 Date  6/17/23 Time 19:17 | ████ | | ████ |
| 06/20 | ATM Withdrawal  CHASE 9556 HARDING AVE      SURFSIDE    FL US Seq#459924      Date  6/18/23 Time 00:25 | ████ | | ████ |
| 06/20 | ATM Service Charge | ████ | | ████ |

------ Continued on next page ------

DOJ-PROD26-0000000186

THEODORE J FARNSWORTH

| | FREE AND EASY CHECKING   XXXXXX5514 | | | |
|---|---|---|---|---|
| DATE | DESCRIPTION | Withdrawal | Deposit | BALANCE |
| | **Balance Forward from Previous Page --------------->** | | | |
| 06/20 | ATM Withdrawal  CHASE | ███ | | ███ |
| | 1206 WASHINGTON AVE    MIAMI BEACH   FL US | | | |
| | Seq#756830    Date  6/19/23 Time 00:44 | | | |
| 06/20 | ATM Service Charge | ███ | | ███ |
| 06/20 | DBT Purchase | ███ | | ███ |
| | ██████    MIAMI BEACH   FL US | | | |
| | Seq#083107    Date  6/17/23 Time 14:36 | | | |
| 06/20 | DBT Purchase | ███ | | ███ |
| | ████    MIAMI BEACH   FL US | | | |
| | Seq#000000278587 Date  6/19/23 Time 03:21 | | | |
| 06/20 | DBT Purchase | ███ | | ███ |
| | ██    Miami Beach   FL US | | | |
| | Seq#009475    Date  6/19/23 Time 05:24 | | | |
| 06/20 | DBT Purchase | ███ | | ███ |
| | ███    MIAMI    FL US | | | |
| | Seq#317034000427 Date  6/19/23 Time 11:14 | | | |
| 06/20 | DBT Purchase | ███ | | ███ |
| | ██    MIAMI BEACH   FL US | | | |
| | Seq#000045    Date  6/19/23 Time 14:16 | | | |
| 06/20 | ████████ | ███ | | ███ |
| | Seq#039112    Date  6/19/23 Time 09:50 | | | |
| 06/20 | DBT Purchase | ███ | | ███ |
| | ██    FL US | | | |
| | Seq#014600    Date  6/18/23 Time 04:06 | | | |
| 06/20 | DBT Purchase | ███ | | ███ |
| | ████    MIAMI BEACH   FL US | | | |
| | Seq#000121    Date  6/19/23 Time 02:17 | | | |
| 06/21 | DBT Purchase | ███ | ██ | ███ |
| | Seq#061017    Date  6/21/23 Time 09:13 | | | |
| 06/22 | ██████ | ███ | | ███ |
| 06/22 | | | | |
| 06/22 | ██ | ███ | | ███ |
| 06/22 | DBT Purchase | | | |
| | ████    | ██ | | |
| | Seq#040281    Date  6/22/23 Time 10:01 | | | |
| 06/26 | █████ | ███ | | ███ |
| | Seq#035194    Date  6/25/23 Time 14:35 | | | |
| 06/26 | ███████ | ███ | | ███ |
| 06/26 | ATM Withdrawal  TD BANK | ███ | | ███ |
| | TD BANK    MIAMI BEACH   FL US | | | |
| | Seq#009219    Date  6/26/23 Time 16:03 | | | |
| 06/26 | ATM Service Charge | ██ | | |
| 06/26 | ██████ | ███ | | ███ |
| | Seq#308038    Date  6/26/23 Time 16:49 | | | |
| 06/26 | ████ | ███ | | ███ |
| | Seq#382024    Date  6/26/23 Time 16:54 | | | |
| 06/26 | █████ | ███ | | ███ |
| | Seq#211520    Date  6/26/23 Time 17:16 | | | |

------ Continued on next page ------

THEODORE J FARNSWORTH



**FREE AND EASY CHECKING   XXXXXX5514**

| DATE | DESCRIPTION | Withdrawal | Deposit | BALANCE |
|------|-------------|------------|---------|---------|
| | Balance Forward from Previous Page ---------------> | ████ | | ████ |
| 06/26 | | ████ | | ████ |
| | Seq#497798      Date  6/26/23 Time 18:47 | | | |
| 06/27 | | ████ | | ████ |
| | Seq#010707      Date  6/26/23 Time 22:38 | | | |
| 06/27 | | ████ | | ████ |
| | Seq#117732      Date  6/27/23 Time 07:59 | | | |
| 06/28 | DBT Purchase                Miami       FL US | ████ | | ████ |
| | Seq#077147      Date  6/27/23 Time 19:48 | | | |
| 06/28 | DBT Purchase                MIAMI       FL US | ████ | | ████ |
| | Seq#000817      Date  6/27/23 Time 20:02 | | | |
| 06/28 | DBT Purchase                MIAMI BEACH  FL US | ████ | | ████ |
| | Seq#036940      Date  6/27/23 Time 14:35 | | | |
| 06/28 | ATM Withdrawal              MIAMI BEACH   FL US | ████ | | ████ |
| | Seq#005430      Date  6/28/23 Time 10:52 | | | |
| 06/28 | ATM Service Charge | | | |
| 06/28 | ATM Withdrawal  CHASE 474 W 41ST ST      MIAMI BEACH  FL US | █ | | ████ |
| | Seq#748007      Date  6/28/23 Time 15:33 | | | |
| 06/28 | ATM Service Charge | | | |
| 06/29 | DBT Purchase                MIAMI       FL US | █ | | ████ |
| | Seq#051785      Date  6/27/23 Time 19:09 | | | |
| 06/29 | DBT Purchase                MIAMI       FL US | ████ | | ████ |
| | Seq#053160      Date  6/28/23 Time 15:18 | | | |
| 06/29 | DBT Purchase                MIAMI BEACH  FL US | ████ | | ████ |
| | Seq#029885      Date  6/27/23 Time 18:00 | | | |
| 06/29 | | ████ | | ████ |
| | Seq#047761      Date  6/29/23 Time 03:56 | | | |
| 06/30 | POS Purchase                MIAMI BEACH  FL US | ████ | | ████ |
| | Seq#642345      Date  6/29/23 Time 23:22 | | | |
| 06/30 | DBT Purchase                Miami Beach  FL US | ████ | | ████ |
| | Seq#011554      Date  6/30/23 Time 00:38 | | | |
| 06/30 | | █ | | ████ |
| 06/30 | POS Purchase                MIAMI BEACH  FL US | | | |
| | Seq#551999      Date  6/30/23 Time 17:03 | | | |

------ Continued on next page ------

THEODORE J FARNSWORTH

**FREE AND EASY CHECKING   XXXXXX5514**



CK XXXXXX5514            24,209.37

Graduate to a
checking account
with awesome rewards

KASASA

ENV: FRONT-END-PR

Export  Print

FedPayments® Manager – Funds

General

## Past Messages

Today's Messages

‹ Past Message List

View Message Audit Log  ‹ Prev  Next ›

Inquiries & Reports

Past Messages
Account Balance
Statements
Error Description

Tools & Preferences

Administration



| Delivered to FPM: | **06/08/2023 14:29:55** | Test/Prod: | **Prod** |
|---|---|---|---|
| IMAD: | **20230608 MMQFMPNB 010414 06081429** | | |
| OMAD: | **20230608 QMGFNP31 001428 06081429** | | |

### Basic Information

| | | |
|---|---|---|
| Sender ABA {3100}: | 0096 PNCBANK PITT | |
| Receiver ABA {3400}: | 0894 PATHFINDER BKNY | |
| Amount {2000}: | **30,000.00** | |
| Type/Subtype Code {1510}: | **1000 - Transfer of Funds** | |
| Business Function {3600}: | **CTP - Customer Transfer Plus** | |
| Sender Reference {3320}: | **2368H384346W4VY1** | |
| Reference for Beneficiary {4320}: | **2368H384346W4VY1** | |

### Originator Information

Originator {5000}

| ID Code: | **D - DDA Account Number** |
|---|---|
| Identifier: | 9303 |
| Name: | |
| Address: | HERKIMER NY 13350 |

Originator FI {5100}

| ID Code: | **F - Fed Routing Number** |
|---|---|
| Identifier: | 0096 |
| Name: | **PNC BANK, N.A.** |
| Address: | **FIRSTSIDE CENTER**<br>**500 FIRST AVENUE**<br>**PITTSBURGH PA 15219 US** |

### Beneficiary Information

Beneficiary {4200}

| ID Code: | **D - DDA Account Number** |
|---|---|
| Identifier: | 5514 |
| Name: | **THEODORE J FARNSWORTH** |
| Address: | **EAST SYRACUSE NY 13057 US** |

### FI to FI Information

FI to FI Information {6500}

| Text: | **/REF/2368H384346W4VY1** |
|---|---|

Copyright © 2023 Federal Reserve Banks



ENV:  FRONT-END-PR

🔁 Export    🖨 Print

## FedPayments® Manager – Funds

| General | **Past Messages** |
| Today's Messages | |
| Inquiries & Reports | |
| **Past Messages** | |
| Account Balance | |
| Statements | |
| Error Description | |
| Tools & Preferences | |
| Administration | |

🔲 View Message Audit Log    ◄ Prev    Next ►

◄ Past Message List

| Delivered to FPM: | **06/09/2023 12:11:48** | Test/Prod: | **Prod** |
| IMAD: | **20230609 MMQFMPNB 006679 06091211** | | |
| OMAD: | **20230609 QMGFNP73 001251 06091211** | | |

### Basic Information

| Sender ABA (3100): | ▇0096 PNCBANK PITT |
| Receiver ABA (3400): | ▇0894 PATHFINDER BKNY |
| Amount (2000): | **45,000.00** |
| Type/Subtype Code (1510): | **1000 - Transfer of Funds** |
| Business Function (3600): | **CTP - Customer Transfer Plus** |
| Sender Reference (3320): | **2369F1436KDV1DY5** |
| Reference for Beneficiary (4320): | **2369F1436KDV1DY5** |

### Originator Information

Originator (5000)
| ID Code: | **D - DDA Account Number** |
| Identifier: | ▇9303 |
| Name: | ▇▇▇▇▇ |
| Address: | ▇▇▇▇▇ HERKIMER NY 13350 |

Originator FI (5100)
| ID Code: | **F - Fed Routing Number** |
| Identifier: | ▇0096 |
| Name: | **PNC BANK, N.A.** |
| Address: | **FIRSTSIDE CENTER**<br>**500 FIRST AVENUE**<br>**PITTSBURGH PA 15219 US** |

### Beneficiary Information

Beneficiary (4200)
| ID Code: | **D - DDA Account Number** |
| Identifier: | ▇5514 |
| Name: | **THEODORE J FARNSWORTH** |
| Address: | ▇▇▇▇▇ EAST SYRACUSE NY 13057 US |

### FI to FI Information

FI to FI Information (6500)
| Text: | **/REF/2369F1436KDV1DY5** |

Copyright © 2023 Federal Reserve Banks