# Chronos - Summary

Theodore Farnsworth (8311583)

**Chrono**    **Summary**

| | | |
|---|---|---|
| PTS / PROB: | **Pretrial Services** | Chrono **07/11/2023** at |
| Chrono Author: | **Christopher, Michael J** | Date: 14:32 |

Contact Code(s):
**PT  -**                    P-telephone with defendant

Flags:                    **Noncompliance, Response To Noncompliance, Virtual Contact**

Chrono Text:
Call to def. Def returned call after some time and playing phone tag with this officer. USPO questioned his current whereabouts following a negative HV yesterday. Def reports he is currently in Miami. He reports he has been there since about 7/6-7/7/23 and should be back on 7/13/23. USPO noted that in the past he has contacted USPO about his travels. He reported he did when it was Tampa as it was not in the SDFL. USPO advised him moving forward, he must advise USPO when he is not in NDNY. USPO also questioned his current residence/address. He reports he is stating in an Airbnb since his residence of ▮▮▮▮▮▮▮ Miami is under construction. USPO noted that our office had no whereabouts of where he was residing at this time which is a concern. Def understood his obligations at this time to notify USPO of his locations. USPO asked Def to step out of his current location for a Facetime call with this officer to confirm his location. USPO compared his Facetime location with google earth which matched. Def was at the Cadillac Hotel in Miami Beach for a business meeting. USPO questioned Def if he has had any LE contact or concerns. He reported none. He did report he called the police and they responded when him and ▮▮▮▮▮, his ex bf got into a physical altercation. He believes he reported this to USPO, which USPO does not recollect. USPO questioned his situation at home with ▮▮▮ moving out. Def reports they were not getting along for some time and the physical altercation was the final straw. USPO asked if Def has any other criminal or civil matters in Court pending, he replied no. USPO questioned anything civil in Onondaga County, which he then replied "yes". He reported he has a lawsuit for expenses from a construction company, which he counter sued. USPO advised Def he should be reporting any new court matters to this office while under PTR supervision.

**GOVERNMENT
EXHIBIT
20
1:22cr20521**

**Unofficial Transcript of Video Taken by** ███████

| | |
|---|---|
| DEFENDANT: | ███████ who beat the shit out of me… going to jail for fucking choking me to death. Fucking… did you see those pictures, Zack? |
| ZACK: | No. |
| DEFENDANT: | Oh really? C 'mere, you want to see them? They actually did a test to tell how much pressure was on my neck. |
| ███: | Oh my god. |
| DEFENDANT: | Yeah… wait let me go into my files… ███ beating. |
| ███: | He's gonna show you his bedsores. |
| DEFENDANT: | Yeah, bedsores, yeah on my neck. From fucking being all steroided out. Fucking… you know. Here, here ███… wait ready? |
| ███: | ████████████████████████ |
| DEFENDANT: | ████ |
| ███: | █████████████████████████ |
| DEFENDANT: | Wait, wait, wait. And there's the prostitute right there. Look at how good he's looking – the prostitute. 250 bucks an hour, he'll suck your dick all day long. Jam it up your ass. Oh, and there's Zack over there, his buddy. He's straight. Well, for the time being. But ███ been trying to switch him over… but he's working on it. |
| ZACK: | Yeah, definitely not gay. Definitely not. |
| DEFENDANT: | Oh, look at now ███… yep. Hey, what're you saying about gay people. What are you saying? What did our neighbors say? |

GOVERNMENT
EXHIBIT
**21**
1:22cr20521

**Unofficial Transcript of Audio Taken by** ████████

████: █████████████████████████████████████████████

DEFENDANT: ████████████████████████████ You lied about everything. You know what, you lied first about Kevin, about the car, using [inaudible] car. No?

████: No.

DEFENDANT: You don't admit that, or what?

████: What?

DEFENDANT: ██████████████████████████████████
██████████████████████████████████████████

████: ██████

DEFENDANT: ████████████████████████████████
████████████████████████████████

[Laughter]

DEFENDANT: Fucking, whatever… It's funny that a year ago it was EDC when we had our riff and that's also when the title and all this stuff happened.

████: That's when the title was issued, because you took a year to get the title issued.

DEFENDANT: Oh, really? I did? I did? Is it in my name?

████: Ah, you signed the paperwork for it to be.

DEFENDANT: Huh? Really?

████: Yeah.

DEFENDANT: It wasn't in your name?

████: I don't know.

DEFENDANT: Oh, "I have no idea."

████: DMV's error.

DEFENDANT: Oh, DMV's error! Okay! … It's funny, that's not what they said.

████: Oh, I don't care.

DEFENDANT: Well, they don't make mistakes. [Inaudible]

████: Mhm.

DEFENDANT: Yeah, 'cause they all get bondage in Albany and sent up from Albany.

████: Mhm, yeah, you sound like you know what you're talking about.

GOVERNMENT
EXHIBIT
**22**
1:22cr20521

DEFENDANT: Yeah, boy.

[Laughter]

██████: You're a fucking idiot.

DEFENDANT: Yeah, okay. Alright there mister fucking, yeah, okay. I'm the idiot. You're out there fucking working for 250 bucks an hour fucking blowing people. I'm the idiot. Okay.  How many people did you have yesterday. Six? Seven? A couple, a couple?

██████: You forgot how we met.

DEFENDANT: Oh no I know. Oh no, I know. I don't have a problem with that. I'm just saying it's just a low-end job, fucking, 'cause you can't do anything else.

██████: I.. I.. I can't.

[Laughter]

DEFENDANT: You told me, I, I, you cried, "I can't do anything else." [Inaudible]…  you to say oh, I love it and when you're tripping, telling me how much you hate it. Whatever. Whatever.

████: ████████████████████████████

DEFENDANT: ██████████████████

[Silence]

DEFENDANT: ████████████████████████
████████████████████████████
███████

███████

DEFENDANT: █████████████████

DEFENDANT: ████████ █████████████████████
████████████████████

████: █████████

DEFENDANT: █████████

████: ████████████████████████████
█████████

DEFENDANT: █████████

████: █████████████

DEFENDANT: ████████████████████

████████

███: ████████████████████████

DEFENDANT: ███████████████

███: █████████████████

DEFENDANT: ████

███: ██████████████████████████

DEFENDANT: ███████████████

███: ███████████

DEFENDANT: ████████████████████████

███: ██████████████████████.

DEFENDANT: ██████████████████████████████████████
████████████████████████████████████
█████████████████████████

███: █████████████

DEFENDANT: ████

███: ███████████████

DEFENDANT: █████████████████████

███: █████████████████████████████

DEFENDANT: ██████████████████████████████████
████████████████████████████████

███: ██████████████████████████████

DEFENDANT: █████████████

███: ████████████████

DEFENDANT: ███████████

███: ██████████████████████

DEFENDANT: ████████████████████████
████████████████████

███: █████████

DEFENDANT: ██████████████████████████████████████
█████████████

███: ██████████████████████

DEFENDANT: ███████████████████████████

████: [inaudible] █████████████████████████

DEFENDANT: █████████

████: ████████████████████████

DEFENDANT: ████████████████████████████████████████████████ …You're so fucking stupid, on your TD Ameritrade, you put down there that you're an employee of Fortress. That's fucking bank fraud right there. Right? Cause you say you're not. It's like, if all goes…

████: I don't know, but all my checks came from Fortress Entertainment, and I've worked for Fortress Entertainment before.

DEFENDANT: I know, but now you've got 1099 being filed on you, so now you have to pay all your taxes. Uh oh. Here we go.

████: ████████████████████████████

DEFENDANT: ███████████████████ ████████████████████
██████████████████

████: █████████

DEFENDANT: ████████████████████████████████████
██████████████████████ .

████: █████████

DEFENDANT: █████████████████████████████████
███████████████████████████

████: ███████████████████████

DEFENDANT: ██████████████████████

████: ████████████████████

DEFENDANT: █████████

████: █████████

DEFENDANT: ████████████████████████

████: █████████

DEFENDANT: █████████

████: ███████████████████████

DEFENDANT: █████████

██████: ████████

DEFENDANT: ██████████████████████

██████: ██████████████████████

DEFENDANT: ████████████████████████

██████: ████████████

DEFENDANT: ██████████████████████

██████: ██████████████████

DEFENDANT: ███████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████

money in that than anyone.

██████: ██████████████████

DEFENDANT: ██████████████

██████: ████████████████████

DEFENDANT: ███████████████████████████
██████████████████████████████████
██████████████████████████

████████

DEFENDANT: ██████████████████

██████: ████████████████

DEFENDANT: ████████████████████████████
███████████████████████████████
████████████

██████: ████████

DEFENDANT: ██████

████████

██████: ████████████

DEFENDANT: ████████████████

██████: ████████████████

DEFENDANT: ███████████████████

███: ██.

DEFENDANT: █████████

[inaudible]

DEFENDANT: ██████████

███: ████████

[inaudible]

DEFENDANT: ████████████████████████████
████████████████

███: ████████████

DEFENDANT: What, what.

███: ███████████████████████████████
████████

DEFENDANT: █████████████████████

███: █████████████

DEFENDANT: ████████████████████

███: ████████████

[inaudible]

DEFENDANT: ████████████████████████████████
███████████████████████████
██████████████

███: ████████████

DEFENDANT: ██████████████████

███: ████████████

DEFENDANT: █████████████████████████████
███████████████

███: ████████████

DEFENDANT: ██████

███: █████████████████

DEFENDANT: ██████████████████

████ : ████ .

DEFENDANT: ████████████████████████████
████████████████████████████████
████████████
████████

████ : ██████████████
DEFENDANT: ████████████

████ : ████████
DEFENDANT: ████████████

████ : ██████████
DEFENDANT: ████████████████

████ : ████████
DEFENDANT: ████████████████████
████████████

████ : ████████████████
DEFENDANT: ██████████████

████ : ████████████████
DEFENDANT: ████

████ : ██████████████████████
DEFENDANT: ████████████████████████
██████████████████████████████
████████████

████ : ██████████████
DEFENDANT: ████████

████ : ████████████████
DEFENDANT: ██████████████████████████
████████████

████ : ████████████████
DEFENDANT: ████████████████████

████ : ████████████████

7

DEFENDANT: ███████████████████████

███: █████████████████████████████████.

DEFENDANT: ██████████

███: ██████████████████████████

DEFENDANT: ██████

███: █████████████

DEFENDANT: ████

███: ███████████████████████████████████████

…

DEFENDANT: ████████████████

███: ███

DEFENDANT: ██████████

███: █████████████

DEFENDANT: ██████████████

███: ██████████

[inaudible]

DEFENDANT: … █████████████.

███: ███████████████████████████████
█████████████

DEFENDANT: ██████████████

███: ██████████████████████████████████
██████████

DEFENDANT: █████████████████.

███: █████████████████████████████████

DEFENDANT: ████████████████

███: ██████████████

DEFENDANT: ██

███: ███████████████████

DEFENDANT: ████████████████

████: ████████████████

DEFENDANT: ████████████

████: ██████████████

DEFENDANT: ██████████████████

████: █████ .

DEFENDANT: ████████████████████

████: ██████████████

DEFENDANT: ██

████: ████████████

[inaudible]

DEFENDANT: ████████████████████████████
██████████████████████████████
█████████████

████: ████████████ .

DEFENDANT: ██

████: ██████████

DEFENDANT: ████████████████████
████████████████████████████
█████████████

████: ████████████████████████
██████████████

DEFENDANT: ████████████████

████: ████

DEFENDANT: ██████████

████: I████████████

DEFENDANT: ██████████

████: ████████████████████

DEFENDANT: ██████████

████: ████████████

DEFENDANT: ████████████████

9

██████: ████████████████████████████████████

[inaudible]

██████: ████████████

DEFENDANT: ██████████████

██████: ██████████████

DEFENDANT: ██████████████

██████: ██████████

DEFENDANT: ████

[Silence]

██████: ██████████████████

DEFENDANT: ██████████

██████: ██████████████████████████

DEFENDANT: ████████████████

██████: ██████████████████

DEFENDANT: ████████████████████████

██████: ██████████████████

DEFENDANT: ██████████████████████████

██████: ██████████████

DEFENDANT: ████████████████████████████████████████████
████████████████████

[Silence]

██████: I██████████████

DEFENDANT: ██████

██████: ██████████

DEFENDANT: ██████

██████: ██████████████

DEFENDANT: ████████████████████████

██████: ██████████████████████████.

DEFENDANT: ██████████████████████████

█████: █████████ .

DEFENDANT: ████████████████████████

████████

DEFENDANT: ████████████████████████

█████: ███████████

DEFENDANT: ███

█████: ███████████

DEFENDANT: ██████████

█████: ███████████

DEFENDANT: ████████████████████████████

█████: ██████████████████

DEFENDANT: ██████████

█████: ████████████████████████

DEFENDANT: ██████████████████████████

█████: ███████████████

DEFENDANT: ██████████████

█████: ███████████

DEFENDANT: ██████████████████████

█████: ███████████

DEFENDANT: ████████████████████████

██████

DEFENDANT: ██████████████████

█████: ███████████

DEFENDANT: ██████████████

█████: █████████████

DEFENDANT: ████████

█████: █████████

DEFENDANT: █████████████████████████████████

██████

██████ : ███████████████████

# PathFinder BANK
MEMBER FDIC

www.pathfinderbank.com
214 West First Street, Oswego, New York 13126
(315) 343-0057 or (800) 811-5620

RETURN SERVICE
REQUESTED

**STATEMENT OF ACCOUNT**   Page 1

Statement Date:     05/31/23
Account Number:   XXXXXX5514

T#   3   PD 20230601          T281 01 AV   0.471

THEODORE J FARNSWORTH

EAST SYRACUSE NY ████



**Capture and manage paper and email receipts right from your Pathfinder Bank mobile app with *Digital Receipts*.**

Available to Personal and Business Mobile Banking users. Must be enrolled in Online Banking to access Mobile App

**FREE AND EASY CHECKING  XXXXXX5514**

| DATE | DESCRIPTION | Withdrawal | Deposit | BALANCE |
|------|-------------|------------|---------|---------|
| 04/28 | Balance Forward ------------------------------> | | | ███ |
| 05/01 | | ███ | | |
| | Seq#000638    Date 4/29/23 Time 04:34 | | | |
| 05/10 | ████████ | ███ | | ███ |
| | Seq#291034    Date 5/09/23 Time 20:16 | | | |
| 05/10 | | ███ | | ███ |
| 05/10 | | | | |
| | Seq#681313    Date 5/10/23 Time 18:51 | | | |
| 05/11 | | ███ | | ███ |
| | Seq#001427    Date 5/10/23 Time 22:41 | | | |
| 05/11 | | | | |
| 05/15 | | | ███ | |
| 05/15 | | ███ | | ███ |
| 05/16 | | | | |
| 05/18 | | | | |
| | Seq#000169    Date 5/18/23 Time 18:19 | | | |
| 05/18 | | ███ | | ███ |
| | Seq#000171    Date 5/18/23 Time 18:20 | | | |
| 05/19 | | | | ███ |
| | Seq#002631    Date 5/19/23 Time 14:27 | | | |
| 05/19 | | ███ | | ███ |
| 05/19 | | | | |
| | Seq#002634    Date 5/19/23 Time 14:30 | | | |
| 05/19 | | ███ | | ███ |
| 05/22 | | | | |
| | Seq#000245    Date 5/21/23 Time 14:54 | | | |
| 05/22 | | ███ | | ███ |
| | Seq#000246    Date 5/21/23 Time 14:55 | | | |
| 05/26 | ATM Withdrawal  CHASE | ███ | | ███ |
| | 1801 ALTON RD       MIAMI BEACH  FL US | | | |
| | Seq#832154    Date 5/25/23 Time 21:26 | | | |
| 05/26 | ATM Service Charge | ███ | | ███ |

------ Continued on next page ------

GOVERNMENT
EXHIBIT
**23**
1:22cr20521

THEODORE J FARNSWORTH

Page 2
Statement Date: 05/31/23
Account Number: ███████

| FREE AND EASY CHECKING  XXXXXX5514 | | | | |
|---|---|---|---|---|
| DATE | DESCRIPTION | Withdrawal | Deposit | BALANCE |
| | **Balance Forward from Previous Page --------------->** | | | ███ |
| 05/30 | ATM Withdrawal ███ | ███ | | ███ |
| | ███ MIAMI BEACH  FL US | | | |
| | Seq#009409    Date 5/27/23 Time 13:49 | | | |
| 05/30 | ATM Service Charge | ███ | | ███ |
| 05/30 | ATM Withdrawal  BANK OZK | ███ | | |
| | 2632 N MIAMI AVENUE   MIAMI   FL US | | | |
| | Seq#003641    Date 5/29/23 Time 01:08 | | | |
| 05/30 | ATM Service Charge | ███ | | ███ |
| 05/30 | ATM Withdrawal  BANK OZK | ███ | | |
| | 2632 N MIAMI AVENUE   MIAMI   FL US | | | |
| | Seq#003642    Date 5/29/23 Time 01:09 | | | |
| 05/30 | ATM Service Charge | ███ | | ███ |
| 05/30 | ATM Withdrawal  BANK OZK | ███ | | |
| | 2632 N MIAMI AVENUE   MIAMI   FL US | | | |
| | Seq#003643    Date 5/29/23 Time 01:12 | | | |
| 05/30 | ATM Service Charge | ███ | | ███ |
| 05/30 | POS Purchase   CHAPEL TATTOOS L | 1,100.50- | | |
| | CHAPEL TATTOOS LLC    MIAMI BEACH  FL US | | | |
| | Seq#697590    Date 5/29/23 Time 18:57 | | | |
| 05/31 | POS Purchase ███ | ███ | | ███ |
| | ███ MIAMI BEACH  FL US | | | |
| | Seq#304106    Date 5/30/23 Time 22:47 | | | |
| 05/31 | DBT Purchase ███ | ███ | | ███ |
| | ███ MIAMI BEACH  FL US | | | |
| | Seq#004326    Date 5/31/23 Time 16:28 | | | |
| 05/31 | | ███ | | ███ |

------ Continued on next page ------

THEODORE J FARNSWORTH

Page 3
Statement Date:   05/31/23
Account Number:   ███████



Send and receive money with Zelle®! Enroll today with your Pathfinder Bank mobile app.

 together with 

**File: 35782624_23000736_08-03-2023_16-14-39_▮▮▮▮▮▮▮▮_1101**

| Speaker/Character Name: |
|---|
| S1:  Speaker One (Ted Farnsworth) |
| S2:  Speaker Two ▮▮▮▮▮▮▮▮) |
|  |
|  |
|  |
|  |
|  |



1

GOVERNMENT
EXHIBIT
**24**
1:22cr20521













[00:12:41] S2:   Yeah, I know.  I know.  Yep.  And, and the [Inaudible] in Miami, because they explained to me last night, Gabbi did, that the [Inaudible] Miami who put on the bond, so it tied New York's hands.

[00:12:53] S1:   Right, right, right.

[00:12:55] S2:   Yeah, I know you know that, but that's what she, she explained to me.  Gabbi explained.

[00:13:00] S1:   [Inaudible] explain that [Inaudible] well, the way it was done or whatever was from probation [Inaudible].  The other thing I want you to know, tell George, if I have to move next to Miami, I will do it in a heartbeat if I fall under Miami jurisdiction.  Like, I was looking at places down there when I was down there, looking at apartments or whatever.  Tell him 100% because this woman told me this guy up here is just an absolute prick.

[00:13:28] S2:   Oh, yeah.  The one that -- [Inaudible] yes, yes.





**File: 35791386_23000736_08-04-2023_11-38-18_█████████_1105**

| Speaker/Character Name: |
| --- |
| S1:  Speaker One (Ted Farnsworth) |
| S2:  Speaker Two █████████ |
| S2:  Speaker Three (████████) |
| S4:  Speaker Four ████████████ |
| |
| |
| |















[00:11:54] S1:  I mean, this guy is such an asshole.  Now, the Judge, I mean, at least the Judge saw it my way.  I mean, the Judge realizes that this guy was, they never asked in Miami for a warrant for my arrest.  They never wanted a warrant.  It was this guy in Syracuse, you know?  I mean, it's just unbelievable.  Unbelievable.

[00:12:16] S3:  Yeah, it's crazy.

[00:12:17] S1:  Huh?  Well, you know what?  They're trying to break me.  They're trying to break me in two.  And you know what?  I have Jesus and they're not gonna break me.

[00:12:25] S3:  Yeah, exactly.

[00:12:27] S1:  I just, I just worry about you.  I worry about, uh, ███████  Tell ██████ I said hello.  Tell her I love her.  And tell ██████ to keep working on the app and I will get [Inaudible] on Monday when I get out.  So, you're going to Miami with me, but, baby, look for rentals down there.

[00:12:51] S3:  Yeah.

[00:12:52] S1:  In Miami, right?  Because I'm gonna be there, I'm gonna be there for a while.  I'm still gonna be able to travel, but, I mean, it's like, it's gonna be, that will be our home base.  So, I just want to get a, I want to get a quick apartment, two bedroom, two bath, ocean.  Whatever.  I don't care.  I don't even care.  A little house.  I don't care.  It could be a house with a pool.  I don't care.

[00:13:12] S3:  Yeah, yeah, yeah.  [Inaudible]

[00:13:16] S1:  I just need a little place for, for us to have a base to get all my stuff together and start working with our lawyers to protect everything.  How are you doing?  Are you doing okay?

[00:13:26] S3:  [Inaudible] [00:13:31]

15





[00:15:19] S1:   And this guy, you know what?  The, the, and George and everybody is beside themselves because the probation officer in Miami never asked for a warrant for my arrest at all.  She never asked for a warrant.

[00:15:29] S4:   What?

[00:15:30] S1:   She never asked for warrant.  She just asked to re-do the bond or whatever to clarify the bond.  She never asked for a warrant.  And --

[00:15:38] S4:   Wow.

[00:15:40] S1:   -- it was this guy up here.  It was this probation guy in Syracuse and the prosecutor up here, they said he is just, he's like that.  He just busts everybody's chops.  But he wanted [Inaudible] in Syracuse is where it is, because he knows it's a busy case, you know?

[00:15:55] S4:   Well, Lynne was saying he's an asshole to everyone.

[00:15:57] S1:   Oh, he is.  That's what the prosecutor up here told, or the defender, the public defender up here says he is just -- he said, "You can't imagine the cases I've had with this guy."  Oh, my phone is gonna hang up.  My phone is gonna hang up in one minute and I'm gonna try and call back.  My phone is gonna hang up in one minute.  I'm gonna try to call back.  ███, what's your phone number? ███ what?

Recording ends

**File: 35800654_23000736_08-05-2023_09-05-02_███████████1101**

| Speaker/Character Name: |
| --- |
| S1:  Speaker One (Ted Farnsworth) |
| S2:  Speaker Two (███████████) |
|  |
|  |
|  |
|  |
|  |











[00:09:06] S1:  Oh, okay. So at the very bottom of that is a cross. In Portuguese, it's a stem. It's a cross. The cross for Christ. And, but it was, he got that rose two months ago, maybe a month ago, for me in Miami. I told him not to.

[00:09:27] S2:  Oh, I see. I see.

[00:09:29] S1:  I said don't tattoo your body, you know, for me. But anyways, but red rose is his favorite. So, if you do a cross with lilies and all that, like one single rose in the middle, that's beautiful. If not, though, if they're crunched for time, two dozen red long-stemmed roses, all that with that card, that'd be great. And then, if my card doesn't work for some reason, because Pathfinder kicks that card off all the time for fraud. I mean, it can be $25 bucks. Just go to ATM and just hit ███ and get $500 bucks at a pop. You should be able to get more, but do $500 to start with because it has a limit.









Recording ends

**File:  35800980_23000736_08-05-2023_09-36-03_███████████_1101**

| Speaker/Character Name: |
| --- |
| S1:  Speaker One (Ted Farnsworth) |
| S2:  Speaker Two (███████████) |
| |
| |
| |
| |
| |











[00:12:28] S1:   I think you should probably, but you gotta make sure you book the Airbnb for me with my card or whatever --

[00:12:32] S2:   Yeah, yeah.

[00:12:33] S1:   -- for, like, three weeks there.  Because I have to have an address for Miami. Um, and then --

[00:12:39] S2:   Oh --

[00:12:40] S1:   Oh, yeah.  That is critical, right?  And my card --

[00:12:44] S2:   Can you use an Airbnb address?

[00:12:47] S1:   Oh, I can use it for temporary.  And then I gotta look at the rentals, so make sure you pick up a bunch of rentals and then I'm --



[00:14:39] S1:   Oh, it's unbelievable.  So, you know, but also, well, I gotta watch what I say, because these phones are all recorded anyways, but the, but whatever it's -- it's -- it's all good, you know?  Um, but I mean -- [Inaudible] I over, I overdid it with making sure he knew exactly what I was doing.  So, uh, the --



Recording ends

**File:  35805292_23000736_08-05-2023_16-42-01_███████████_1101**

| Speaker/Character Name: | |
|---|---|
| S1:  Speaker One (Ted Farnsworth) | |
| S2:  Speaker Two ██████████ | |
| | |
| | |
| | |
| | |
| | |



[00:02:25] S1:   Okay, well, this is all recorded, so just, we'll use the same [Inaudible] so --





[00:06:35] S2:  Do you want me down there?

[00:06:38] S1:  Not right now. Not today. I'd rather have you up here to get stuff done or whatever. And then maybe a week later or something. I don't know. I just got to figure out what I'm doing down there. But I got to get a rental down there under my name ASAP. So I got Sammi looking for me.  I need [Inaudible], just a two bedroom, whatever.  So -- but, but we'll chat on Monday about business stuff. I don't want to do it over the phone.

[00:07:08] S2:  Yeah.







[00:14:01] S1:   But it's all going to be good. Look into the ministry stuff. Look into bail, ministry bail on your own, ministry bail money and stuff. I saw something online up here about that. Not online, in a pamphlet. You know?  They got all kinds of ministries that do stuff like that, because they're coming. I know this is recorded, but just trying to make my life miserable. All right. But you know what? I'll tell you one thing. This is the best thing that ever happened to me. Because I'm telling you, I will come out and I will be fighting for my life, you know? And everybody better get the fuck out of my way, because I will fight for my life after going through this, because I did nothing wrong.



Recording ends

**File: 35805542_23000736_08-05-2023_16-58-24_▮▮▮▮▮▮▮▮_1101**

| Speaker/Character Name: |
| --- |
| S1: Speaker One (Ted Farnsworth) |
| S2: Speaker Two (▮▮▮▮▮▮▮▮) |
| S3: Speaker Three (Unidentified) |
| S4: Speaker Four (Unidentified) |
| S5: Speaker Five (▮▮▮▮▮▮) |
| S6: Speaker Six (Tatiana) |
|  |





[00:03:54] S1:   I'm waiting to see anybody.  Oh, it's crazy.  It's all good.  The lawyers, they're going to Miami and all that stuff.  I mean, the lawyers are all over this.  I mean, whatever.  I can't say too much because the phones are recorded so --

overrule the Judge in Miami.  But, you know, even the Judge up here is, like, he didn't violate this.  He said, "I'm reading both things."  He goes, "There's no violation."  It's just to, it's just to mess with me, you know?  To break me.

[00:04:45] S5:  Mm-hmm.

[00:04:46] S1:  But, but I'll tell you, it's probably the best thing that happened to me, because when I come out, I will fight like a motherfucker and I will fucking beat this fucker down --

[00:04:55] S6:  Yay!

[00:04:55] S1:  Oh, I will.

[00:04:56] S6:  That's my big [Inaudible].

[00:04:57] S1:  It's, like, fucking, I'm telling you, it's like, fuck you.  Get the fuck outta my way.  And, uh, this is probably the best thing that ever happened to me.  And -- [Inaudible] listen to this, right?  And I hope Tatiana can hear me.  There's a cross, there's a cross and it's carved above my bed, right next to my cot, right?  Drawn, and then I traced it exactly and I'm making it into -- because now I am fucking GG.  I am a gangster now.  Now, I'm fucking certified.  I'm fucking certified, you know?  I've been here.  Cell 50.  So, cell 50, which reminds me of 50 Cent, my buddy.  So, when I get out, I'm gonna tell 50, I'm gonna say, "Fuck you, motherfucker.  I'm the new 50 in town.  I was in cell 50."  So, but the cross, the cross, the cross, I etched it out exactly how it is on the wall and it's beautiful, somebody drew it, and it's right at the head of the bed, and I'm going to make it into a GG to one of our things, as a, like, a necklace, and put 50 in the middle of it, because that's what it is.  It's 50.  And then these guys, then all these guys here, oh, my God, these guys here are taking care of me, like, unbelievable.  It's, like, oh, my God.  They're all taking care of me.  They're asking me about the Gotti movie and meeting John Gotti.  And I was, like, oh, my God.  Oh, my God.  And I've been putting money on their cards, you know, [Inaudible] for me, whatever, so, giving these guys i[Inaudible] here, but, they hold the phone for me because otherwise, I wouldn't be able to get on the phone.  I mean, everyone here, like, I walk around and it's, like, uh, King Tut, you know?  It's very, very good.  They treat me very -- [Inaudible] MoviePass is, like, so famous here.  Everybody. Everybody here knows movies.  It's, like, all they do is watch movies.  They're asking me all these questions about movies -- they're asking me all these questions about movies and I'm, like, "I don't fucking watch movies."  I said, "I don't watch them.  I just make them."

[00:07:05] S5:  Yeah [ Inaudible]. Yeah.

[00:07:08] S1:  But it's all good, they're all good.  But I'll tell you what, this is probably the best thing that happened to me.  God does everything for a reason.  I didn't think that the first day or the second day, because man, it's tough.  But then, all the sudden, I was, like, fuck you.  Game on you fucking -- game on.  It's like, you fuckers [Inaudible] you know, because I didn't do anything wrong.  I, the guy said I didn't communicate but I showed the Judge where I had 56 e-mails to

the guy -- 56 -- in the last 90 days.  56.  I mean, how the fuck is that not communicating?  Give me a break.  So --

[00:07:44] S5: Yeah.

[00:07:46] S1: So, the Judge, even the Judge in Miami, definitely saw, he was more lenient this time around when my lawyers -- and my big lawyer is coming to Miami, so, George -- the guy who was the Attorney General of the United States, he flies into Miami, so I got the full team there in Miami on the ground and I'm, like, here we go, brothers.  Let's fucking go.  You want to fucking rumble?  Let's fucking go, you fuckers.  I'll fucking go.  Oh, I'm telling you.  He ain't gonna freakin' break me.  That's what they're trying to do.  They're trying to break me.

[00:08:16] S5: [Inaudible] yeah.

[00:08:17] S1: Yeah, yeah, yeah.  It ain't gonna fucking happen.  Nope.  I'll tell you one thing I have from my mom is fight.  My mother was a fighter.  I mean, she was a fighter.  And --



Recording ends

**File:  35806180_23000736_08-05-2023_17-45-39_██████████_1103**

| Speaker/Character Name: |
|---|
| S1:  Speaker One (Ted Farnsworth) |
| S2:  Speaker Two (████████) |
| S3:  Speaker Three (███████) |
| |
| |
| |
| |



[00:01:47] S1:  I just want to talk to him about some of the stuff I want him to get ready for me. Hey, ██████ also, too, have you been looking at apartments in Miami?

[00:01:55] S2:  A little bit.  You want two bedrooms? You have, like, a budget-ish?

[00:02:01] S1:  Well, to me, you know, $5,000.00 a month?  Six, seven, I don't know.  You know.

[00:02:04] S2:  Okay.

[00:02:05] S1:  But I was looking at some, there's some on the ocean that are really nice. Like if you put in apartments, like, not even like [Inaudible], like, apartments --

[00:02:15] S2:  Yeah, the two bedroom you want?

[00:02:17] S1:  Yeah, yeah.  Two bedroom, yeah.

[00:02:20] S2:  I found some that are definitely in that price range that on the water. So --

[00:02:25] S1:  At the beach?  Okay.

[00:02:28] S2:   Yeah, yeah, so --

[00:02:29] S1:   Yeah, so I'm going to have to make decisions like Monday, Tuesday, you know, like --

[00:02:34] S2:   Oh, so you need to get it already. You already need to apply for it?

[00:02:38] S1:   Well, I got to do, I got to do, do that. But I also got to do the Airbnb, right, for, I want to do the Airbnb because I got to get an address besides the address I have in Miami right now.

[00:02:48] S2:   Oh, yeah, Airbnb. Yeah, we want to do it at the same spot like you usually do. Right?

[00:02:52] S1:   Right. But I would start looking at it now because I got a book that. I got to have it because now, parole or whatever, they're called probation, right? They want to make sure that it's done. I'm there, I'm blah, blah, blah, because they come by and search it and all that stuff. They can.

[00:03:07] S2:   Okay. Okay, yeah. So let's book it today.

[00:03:12] S1:   Okay, perfect.

[00:03:14] S2:   And then do you want the two or the three bedroom? Doesn't matter?

[00:03:18] S1:   No, two bedroom.

[00:03:19] S2:   [Inaudible] cheaper?

[00:03:20] S1:   I don't want, I don't need a three bedroom.

[00:03:21] S2:   Okay. Okay, cool. Um, and then --

[00:03:27] S1:   Hand the phone to ▓▓▓. I just want to have a one-on-one with ▓▓▓ if I can. Just, uh --

[00:03:29] S2:   Yeah, yeah.  Let me go get him.

[00:03:31] S1:   Yeah, like, just to, [Inaudible]

[00:03:35] S2:   Okay, here he is.

[00:03:38] S1:   I want to talk to him about my ties and stuff?

[00:03:40] S3:   [Inaudible].

[00:03:41] S1:   Hello.

[00:03:43] S3:   Hello.

[00:03:44] S1:   Hey, baby.  Hello, baby.

[00:03:48] S3:   Yeah.

[00:03:50] S1:   What?  What are you doing?

[00:03:54] S3:   What are you doing?



[00:06:25] S1:   Yeah, and then we're gonna, we're going to do we're going to do an Airbnb down there for at least two weeks, if not three weeks, just until I get situated down there with all the lawyers and stuff and figure out what's going on. So, but that's no big deal. And then I got, I told ███████ you two look for apartments down there for quick.

[00:06:43] S3:   Apartments, uh-huh.

[00:06:45] S1:   Yeah, like on the beach, you know?  Just something, just a two bedroom on the beach. Whatever. I don't care. I don't care, baby. So take care of it.  $5,000 a month, $7,000 a month.  $10,000 a month.  Nothing outrageous. But just, I got to do, I got to do that, too, because I got to get it down, down for probation and all this other stuff.

[00:07:05] S3:   Yes.











Recording ends

**File: 35811956_23000736_08-06-2023_10-44-16_███████████_81402**

| Speaker/Character Name: |
| --- |
| S1:  Speaker One (Ted Farnsworth) |
| S2:  Speaker Two (████████████) |
| |
| |
| |
| |
| |













[00:13:48] S1:   Yeah, yeah. Yeah.  Tell him that, tell him our side, you know?  Just what happened.  And that it's, that it's bullshit. That it's, you know, I didn't violate any probation or, or anything.

[00:14:01] S2:   No, no. You didn't go out of jurisdiction.

[00:14:06] S1:   No.  And I don't need permission from Miami.  The police here are just busting my chops and trying to get me to break. You know what? It's probably the best thing that's happened to me, to be honest with you. Because now I have fight, like, unbelievable.

[00:14:19] S2:   Yes, Yes, honey, there's always a blessing, you know? There's always a blessing there. And I was like, Lord, we don't know why. We just ask you to give us the strength and the clarity to do what we need to do and the strength to keep going.

[00:14:32] S1:   Oh, my, my clarity is when I get out of here, I'm fucking putting on my armor and I will fight this motherfucker like nobody's business.

[00:14:38] S2:   Yeah, yep.

[00:14:41] S1:   I will.



Recording ends

**File: 35812666_23000736_08-06-2023_11-36-46_▮▮▮▮▮▮▮_1104**

| Speaker/Character Name: |
| --- |
| S1:  Speaker One (Ted Farnsworth) |
| S2:  Speaker Two (▮▮▮▮▮▮▮) |
| S3:  Speaker Three (▮▮▮▮▮▮) |
| |
| |
| |
| |











[00:09:57] S1:   My biggest problem, my biggest problem is, is I got to, I got to have a place in
                 Florida for address and stuff, you know? So --

[00:10:03] S3:   Well, I'll tell you what, you can always use Claudia's house. She's already
                 offered you her room, and a spare room there --

[00:10:11] S1:   No, no, I can't do that, though, baby. No, no.

[00:10:14] S3:   Oh, okay.  All right.

[00:10:16] S1:   They come and they search the house every week, ▮ can you imagine? No, it's not, it's not like that. That's why I keep turning to you, well, this is all recorded, so I'll tell you later.  That's what I keep saying.  Like, you guys don't get it. You just don't, you don't get the pressure that goes on with all this stuff, but, anyways. But I got more fight now than I've ever had. I told --





Recording ends

- 1 of 3 -

FD-302 (Rev. 5-8-10)



## FEDERAL BUREAU OF INVESTIGATION

Date of entry ___08/29/2023___

On August 25, 2023, MICHAEL CHRISTOPHER (CHRISTOPHER), Probation Officer for the Northern District of New York, was interviewed telephonically by Federal Bureau of Investigation Special Agent Flynn McFadden. Matthew Reilly, Trial Attorney for the US Department of Justice, Fraud Section was also present for the interview. After being advised of the identities of the interviewing officials and the nature of the interview, CHRISTOPHER provided the following information:

THEODORE FARNSWORTH (FARNSWORTH) was living at his reported address in Baldwinsville, New York. FARNSWORTH stated that he owned a condo in Miami which was documented in the pre-trial report. However, the condo was not where FARNSWORTH was living.

CHRISTOPHER's first contact with FARNSWORTH was on November 22, 2022. CHRISTOPHER noted to FARNSWORTH that FARNSWORTH was free to travel to the Northern District of New York, the Southern District of New York, the Southern District of Florida and the District of Columbia. CHRISTOPHER asked FARNSWORTH to be notified about travel by FARNSWORTH to these areas. There was no debate about that on FARNSWORTH's end.

On November 29, 2022, CHRISTOPHER met FARNSWORTH at his address, ███████ ██████, Baldwinsville, New York. CHRISTOPHER made it clear to FARNSWORTH that FARNSWORTH was residing in the Northern District of New York. CHRISTOPHER made it clear to FARNSWORTH that the Baldwinsville address was FARNSWORTH's residence. CHRISTOPHER believed that FARNSWORTH acknowledged that. CHRISTOPHER conducted a home assessment on November 29, 2022 and spoke to FARNSWORTH about travel. CHRISTOPHER advised FARNSWORTH to notify him about travel outside of the Northern District of New York.

The Florida address was listed in the preliminary bail report. FARNSWORTH never notified CHRISTOPHER of a Florida address change. CHRISTOPHER did not think any new address in Florida ever came up with FARNSWORTH.

CHRISTOPHER allowed FARNSWORTH to travel to Las Vegas, Tampa and South Carolina. FARNSWORTH submitted requests and documentation for those travels. CHRISTOPHER denied FARNSWORTH travel to Los Angeles because it was not an

GOVERNMENT
EXHIBIT
**25**
1:22cr20521

Investigation on ___08/25/2023___ at  New York, New York, United States (Phone)

File # __318A-NY-3711298__                                    Date drafted __08/29/2023__

by __MCFADDEN FLYNN PATRICK__

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 5-8-10)

318A-NY-3711298

Continuation of FD-302 of (U) Interview of Michael Christopher , On 08/25/2023 , Page 2 of 3

emergency. Otherwise, FARNSWORTH complied with travel requirements; not including the travel between the permitted districts of travel. CHRISTOPHER was not sure if FARNSWORTH travelled to the four permitted districts without notification. CHRISTOPHER did not remember ever being notified about travel to the permitted districts.

In approximately July 2023, CHRISTOPHER began receiving information from outside sources abut FARNSWORTH's potential whereabouts and travel plans. This prompted CHRISTOPHER to conduct a home visit. On July 10, 2023, CHRISTOPHER made contact with DAVID HARKINS (HARKINS), who was a personal assistant to FARNSWORTH, at FARNSWORTH's residence. HARKINS told CHRISTOPHER that FARNSWORTH was in Florida for a few days. HARKINS said that ████████ ████ moved out and was broken up with FARNSWORTH. CHRISTOPHER attempted to contact FARNSWORTH but did not successfully make contact until July 11th. On the phone call with FARNSWORTH, FARNSWORTH stated that he was in Miami since July 6th or 7th and would be there until July 13th. FARNSWORTH had previously contacted CHRISTOPHER for travel. FARNSWORTH was staying at an Airbnb because ██████ ███ ███ in Miami was under construction. Probation in the Southern District of Florida didn't know where FARNSWORTH was residing. FARNSWORTH also stayed at the Cadillac Hotel in Miami Beach.

During the virtual meeting on July 11, 2023, CHRISTOPHER asked FARNSWORTH if he had any law enforcement contact and FARNSWORTH said he had none. FARNSWORTH stated that he believed that he reported the law enforcement contact that he had regarding ███. FARNSWORTH said that he advised CHRISTOPHER of that. However, FARNSWORTH never did advise CHRISTOPHER of that. FARNSWORTH thought that he did tell CHRISTOPHER about the law enforcement contact. FARNSWORTH said that he called the police about a physical altercation with ███. FARNSWORTH said he thought that he reported that law enforcement contact.

FARNSWORTH did not mention any lawsuit that he was involved with in Nevada. FARNSWORTH did mention a civil lawsuit with a construction company that he was a part of but FARNSWORTH countersued.

CHRISTOPHER had no doubt about his recollection of not being notified about the law enforcement contact. CHRISTOPHER would have known if ███ moved out or if there was a domestic incident.

CHRISTOPHER never told FARNSWORTH that he only had to report law enforcement contact if he was contacted by law enforcement. CHRISTOPHER normally said to people that any contact with law enforcement had to be reported; even if the person called 911 to report a cat stuck in a tree.

FD-302a (Rev. 5-8-10)

318A-NY-3711298

Continuation of FD-302 of  (U) Interview of Michael Christopher _____ , On  08/25/2023  , Page  3 of 3

CHRISTOPHER could not confirm that FARNSWORTH was in Miami only starting on July 6th.

CHRISTOPHER also asked FARNSWORTH for documents from Airbnb and for hotel paperwork.

On July 13, 2023, FARNSWORTH said he was with attorneys in Miami.

On July 23, 2023, FARNSWORTH said that he had to go to Miami unexpectedly for meetings. FARNSWORTH gave CHRISTOPHER the information for his flights. The next day, CHRISTOPHER requested proof of the need to travel from FARNSWORTH.

On July 24, 2023, CHRISTOPHER emailed FARNSWORTH for documentation regarding the need to travel to Miami for business. FARNSWORTH never sent an email in response to CHRISTOPHER's email. That same day, CHRISTOPHER asked for receipts for the Cadillac Hotel and Airbnb from the July 6th trip.

On July 26, 2023, FARNSWORTH said he would send the receipts.

On July 27, 2023, FARNSWORTH extended his trip again and told this to CHRISTOPHER via email. CHRISTOPHER asked FARNSWORTH to provide documentation by August 1st.

On July 30, 2023, CHRISTOPHER received an email from FARNSWORTH stating that he would be at his mother's home and that FARNSWORTH's mother passed away.

On July 31, 2023, CHRISTOPHER received a voicemail from FARNSWORTH.

CHRISTOPHER believed that the bail conditions he read to FARNSWORTH were from the minutes from the court.

CHRISTOPHER had no clue where FARNSWORTH was residing in Miami; that was a big concern.

It was very clear to CHRISTOPHER that he told FARNSWORTH to notify him about travel to the permitted districts and to seek permission to travel elsewhere in the United States. FARNSWORTH never notified CHRISTOPHER about travel to the Southern District of Florida.

# Chronos - Summary

Theodore Farnsworth (8311583)

**Chrono**    **Summary**

| | |
|---|---|
| PTS / PROB: | **Pretrial Services** |
| Chrono Author: | **Christopher, Michael J** |

Chrono Date:**11/22/2022** at 15:34

Contact Code(s):
**PRII  -**         Post-Release Intake Interview

Flags:

Chrono Text:
The defendant reported to the office for an initial interview. A photo was taken. A copy of the release conditions(minute order) were presented to the defendant. The requirements of each condition were reviewed. The defendant acknowledged an understanding of all conditions and the consequences of noncompliance. The defendant was instructed when to report. The defendant reports no next court date. The following instructions were provided relevant to other conditions: Submit travel application prior to travel. The defendant and the PO identified the following obstacles to supervision: none identified at this time.

No UA taken as there is no SA condition. Def reports case agents secured DNA sample in SDFL. The defendant was advised of potential consequences of noncompliance. The defendant read and signed relevant forms and releases of information. The defendant was informed that a home assessment will be conducted. This PO described what this entails and further advised that additional home contacts may also be made during the course of supervision. The defendant identified the following collateral sources and their contact information: ███████, partner, parents, sister; Lynn Hancock and Patricia Oser. This PO provided specific information about the boundaries of travel restrictions and how to seek permission to travel. USPO notes he can travel freely in NDNY, SDNY, D/Columbia and SDFL. USPO asked for notification if he is traveling in these areas. He needs to seek permission to travel elsewhere in US.

Def reports no SA addictions or prior treatment. He reports alcohol use 1-3 times a month at business meetings or casual marijuana use when he is in Las Vegas, again 103 times a month. Def reports no need for SA TX. USPO notes no SA condition ordered by Court.

Def is 60 years old. Def is single, no children or dependents. Def reports he has been in a relationship with ████████ for the past 4 years. His partner also works at his company; Zash. He reports ███ has no prior criminal convictions.

Def has no pending charges at this time.

Employment; Def works at 24 Aspen Park Blvd. His company owns the fil studio. He makes movies and films.

USPO directed Def to submit Form 39 monthly as he is a PTRA 1.

No next OV at this time.

<div style="border:2px solid black; background:#fffff0; display:inline-block; padding:4px; text-align:center;">
GOVERNMENT<br>
EXHIBIT<br>
<b>26</b><br>
1:22cr20521
</div>

# Chronos - Summary

Theodore Farnsworth (8311583)

**Chrono**    **Summary**

---

PTS / PROB:        **Pretrial Services**                           Chrono **11/29/2022** at
                                                                    Date: 12:09

Chrono Author:     **Christopher, Michael J**

Contact Code(s):
**PHA  -**                 Home Assessment

Flags:

Chrono Text:
USPO accompanied by USPO Mathers. Personal Home Assessment completed; checklist outlining
PO's findings can be found in document imaging section. PO observed the interior to confirm the
defendant's residence as well as to verify who else is living there. There does not appear to be a third
party risk at this time. USPO noted home is a two story colonial in Baldwinsville. Def was having
backyard/pool construction completed. USPO noted no issues in home. USPO reminded PUS to
submit monthly supervision form by the 5th of each month. PUS and USPO spoke about travel.
USPO directed him to advise of he leaves NDNY per his conditions.

**GOVERNMENT
EXHIBIT**
**27**
**1:22-cr-20521**

| | |
|---|---|
| **From:** | Michael Christopher |
| **To:** | Ted Farnsworth |
| **Subject:** | RE: Travel |
| **Date:** | Monday, July 24, 2023 1:48:00 PM |

Ted,

Can you please provide documentation or proof of your need to travel for business purposes.   I need to remind you that your conditions state travel to SDFL is for business only and Washington is for meetings with counsel.

Thank you



-----Original Message-----
From: Ted Farnsworth ████████████
Sent: Sunday, July 23, 2023 6:35 PM
To: Michael Christopher ██████████████████
Subject: Travel

CAUTION - EXTERNAL:


Dear  Officer Christopher

I actually had to come to Miami today, Sunday kind of unexpectedly for meetings tomorrow and Tuesday and will be back in Syracuse on Wednesday just to let you know I am staying at the Cadillac hotel and the address is 3925 Collins Ave., Miami Beach, FL and I am checked into room 612  and also for my transportation I'm driving my own white 2019 Range Rover Florida tag ██████  I left Syracuse this morning on Delta Airlines through JFK to Miami and we left approximately 5:25 AM this morning and got to Miami approximately 10:45 I will give you my return flight information since I book it and expect to be back in Syracuse Wednesday. Thank you so much for your time.

Sent from my iPhone
Ted Farnsworth

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

GOVERNMENT
EXHIBIT
**28**
1:22cr20521

| **From:** | Michael Christopher |
| **To:** | Ted Farnsworth |
| **Subject:** | Federal Probation |
| **Date:** | Monday, July 24, 2023 4:45:00 PM |

Ted,

Please submit your Airbnb confirmations for your 7/6/23 trip showing the duration of your stay.  Also please send receipts of your stay at the Cadillac Hotel for the end of that trip.

Same goes for this stay at the hotel as well.  Please provide this info ASAP.

Thank you

**Michael J. Christopher**
*Senior U.S. Probation Officer/Location Monitoring Specialist*
Northern District of New York- Syracuse Office

GOVERNMENT
EXHIBIT
**29**
1:22cr20521

**From:** <u>Michael Christopher</u>
**To:** <u>Ted Farnsworth</u>
**Subject:** RE: Travel
**Date:** Thursday, July 27, 2023 7:45:00 AM

Received.   Please provide the required documentation by next Tuesday Aug 1.

Thank you

Michael J. Christopher
Senior U.S. Probation Officer/Location Monitoring Specialist
Northern District of New York- Syracuse Office
██████████████

-----Original Message-----
From: Ted Farnsworth ████████████████
Sent: Thursday, July 27, 2023 7:08 AM
To: Michael Christopher ████████████████████
Subject: Travel

CAUTION - EXTERNAL:


Officer Christapher

Just a heads up, I had to stay another day in Miami still staying at the Cadillac hotel on Collins Avenue in Miami Beach. I will be flying back to Syracuse today. Leaving on Delta from Miami at 3:20 PM today arrive in Syracuse at 10:47 PM tonight. Thank you so much.

Sent from my iPhone
Ted Farnsworth

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

GOVERNMENT
EXHIBIT
**30**
1:22cr20521



RENT MASSEUR .com

Home • Gay Massage [redacted]

All Locations | Search

SEARCH | AVAILABLE NOW | REVIEWS | LIVE CAMS | INTERVIEWS | BLOG | SIGN UP | LOGIN

[redacted] have temporarily frozen their membership and you cannot contact this user at the moment. Please try again later.

[redacted]

I Am Currently Offline

**My Location**

- Home: Las Vegas, NV
- GPS: Las Vegas, NV
- Distance: N/A

**Contact Me**

Call me | Email me | Map me

**Massage Types I Am Offering**

Therapeutic | Sensual | Erotic

**Appearance**

Age: [redacted]
Ethnicity: [redacted]
Body Type: [redacted]
Height: [redacted]
Weight: [redacted]
Style: [redacted]

[redacted]

**Statistics**

| | |
|---|---|
| Masseur Experience: | 2 years |
| Profile Visits: | 17742 |
| Last Online: | May 30, 03:08 |
| Member Since: | May 10, 2022 |

**Rates**

| Incall | Outcall |
|---|---|
| Ask | Ask |

**Links**

Gay Massage in Las Vegas, NV

## Masseur Live Cams

[redacted]

Photo Gallery « [redacted] »

[redacted]

Private Gallery « »

Gold Member | Certified Masseur | Sponsor | Masseur Of The Day | Verified Photos

## About Me

LEARN MORE ABOUT ME

[redacted] Let me know two hours in advance so I can meet you—

## Trusted Massage Reviews™

New Feature!

TRUSTED MASSAGE REVIEWS

With **RentMasseur Trusted Massage Reviews**™ you can submit a review about [redacted] or read his reviews by other Clients that have already met him. To ensure and maintain the integrity of RentMasseur Reviews **we verify the reviews** by communicating with both the Clients and the Masseurs in order to provide you with the most accurate, verified reviews.

Have you met [redacted] already? We'd love you to write about your experience with him so that other RentMasseur Client Members and site visitors can gain perspective from your experience and have a better idea if [redacted] is a good fit for them.

**So lets get started! The process is easy and streamlined. Tell us and others by clicking the Submit A Review button now!**

Submit a Review About [redacted]

## [redacted] Reviews

Reviewed by EatLiftBulk on Feb 11, 20:13 ★★★★★

Had my fifth appointment with [redacted] yesterday. Boy oh boy, is this boy PRETTY. His photos do not do him justice. Super sweet and kind as well. Worth every penny! Do not hesitate to book, you will NOT regret it. He's terrific!

Read All Reviews of [redacted]

## Wishlist

You can add [redacted] to your Wishlist.

Your Wishlist is private and not visible to anyone else.

Add to Wishlist

## Overall Review Rating

5 ★★★★★

5/5 Average Rating
Out of 1 Total Reviews

Have you met [redacted]? Tell us about it.

In order to submit a review about [redacted] please Login or Signup as a client.

## Share This Page

https://rentmasseur.com/[redacted]

## Membership Gift

Is [redacted] a personal favorite of yours?

Well then make his day and show him your appreciation by sending him a **gift of one month, two months or one year** of his **RentMasseur Membership**!

Send a Gift

**Navigation**

- Home
- Search
- Massage Blog
- Massage Reviews
- Masseur Interviews
- Masseur Locations
- Masseur Live Cams

**Support**

- Report a bug
- Cancelation And Refund Policy
- Contact RentMasseur.com
- About Us
- DMCA
- RentMasseur Help

**Profile**

- Sign Up
- Sign In

**Social Media**

Twitter
Facebook

**Subscribe**

Subscribe for RentMasseur news list

Enter your email | Subscribe

GOVERNMENT EXHIBIT
31
1:22cr20521

Copyright © 2023, RentMasseur.com