United States District Court
for the
Southern District of Florida

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>          Plaintiff<br><br>v.<br><br>THEODORE FARNSWORTH,<br><br>          Defendant. | CASE NO. 22-CR-20521-RNS |

**GOVERNMENT'S INDEX OF EXHIBITS
INTRODUCED DURING HEARING ON
<u>MOTION TO REVOKE DEFENDANT'S PRE-TRIAL RELEASE</u>**

The United States of America, through the undersigned counsel, files this index of exhibits introduced during the evidentiary hearing held on September 7, 2023, on the government's motion to revoke the pre-trial release of the defendant, Theodore Farnsworth. The following exhibits are filed as attachments to this index in accordance with Local Rule 5.3:

| GOVT EXHIBIT NO. | DATE ADMITTED | DESCRIPTION |
|---|---|---|
| 26 | 09/07/2023 | U.S. Probation Chrono Entry Dated 11/22/2022 (Redacted) |
| 27 | 09/07/2023 | U.S. Probation Chrono Entry Dated 11/29/2022 |
| 32 | 09/07/2023 | Pretrial Services Supervision Report Dated 5/3/2023 (Redacted) |
| 33 | 09/07/2023 | Pretrial Services Supervision Report Dated 6/5/2023 (Redacted) |
| 34 | 09/07/2023 | Pretrial Services Supervision Report Dated 7/5/2023 (Redacted) |
| 35 | 09/07/2023 | Onondaga County Sheriff's Office Certificate of Service of Summons Dated 5/19/2023 (Redacted) |

        Respectfully submitted,

        GLENN S. LEON
        CHIEF, FRAUD SECTION
        CRIMINAL DIVISION
        U.S. DEPARTMENT OF JUSTICE

By:   /s/ *Lauren Archer*
        Lauren Archer
        Trial Attorney
        Florida Special Bar No.: A5502575
        United States Department of Justice
        Criminal Division, Fraud Section
        1400 New York Ave., NW
        Washington, DC 20005
        Tel: (202) 538-3859
        Email: Lauren.Archer2@usdoj.gov

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on October 12, 2023, I electronically filed this document and its attachments with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                                  */s/ Lauren Archer*
                                  Lauren Archer
                                  Trial Attorney
                                  Florida Special Bar No. A5502575
                                  United States Department of Justice
                                  Criminal Division, Fraud Section
                                  1400 New York Ave., NW
                                  Washington, DC 20005
                                  Tel: (202) 538-3859
                                  Email: Lauren.Archer2@usdoj.gov