# Chronos - Summary

Theodore Farnsworth (8311583)

**Chrono**  **Summary**

| | | | |
|---|---|---|---|
| PTS / PROB: | **Pretrial Services** | Chrono Date: | **11/22/2022** at 15:34 |
| Chrono Author: | **Christopher, Michael J** | | |

Contact Code(s):
**PRII** -        Post-Release Intake Interview

Flags:

Chrono Text:
The defendant reported to the office for an initial interview. A photo was taken. A copy of the release conditions(minute order) were presented to the defendant. The requirements of each condition were reviewed. The defendant acknowledged an understanding of all conditions and the consequences of noncompliance. The defendant was instructed when to report. The defendant reports no next court date. The following instructions were provided relevant to other conditions: Submit travel application prior to travel. The defendant and the PO identified the following obstacles to supervision: none identified at this time.

No UA taken as there is no SA condition. Def reports case agents secured DNA sample in SDFL. The defendant was advised of potential consequences of noncompliance. The defendant read and signed relevant forms and releases of information. The defendant was informed that a home assessment will be conducted. This PO described what this entails and further advised that additional home contacts may also be made during the course of supervision. The defendant identified the following collateral sources and their contact information: [redacted], partner, parents, sister; Lynn Hancock and Patricia Oser. This PO provided specific information about the boundaries of travel restrictions and how to seek permission to travel. USPO notes he can travel freely in NDNY, SDNY, D/Columbia and SDFL. USPO asked for notification if he is traveling in these areas. He needs to seek permission to travel elsewhere in US.

Def reports no SA addictions or prior treatment. He reports alcohol use 1-3 times a month at business meetings or casual marijuana use when he is in Las Vegas, again 103 times a month. Def reports no need for SA TX. USPO notes no SA condition ordered by Court.

Def is 60 years old. Def is single, no children or dependents. Def reports he has been in a relationship with [redacted] for the past 4 years. His partner also works at his company; Zash. He reports [redacted] has no prior criminal convictions.

Def has no pending charges at this time.

Employment; Def works at 24 Aspen Park Blvd. His company owns the fil studio. He makes movies and films.

USPO directed Def to submit Form 39 monthly as he is a PTRA 1.

No next OV at this time.

**GOVERNMENT EXHIBIT**
**26**
**1:22cr20521**