# Chronos - Summary

Theodore Farnsworth (8311583)

**Chrono**  **Summary**

| | |
|---|---|
| PTS / PROB: | **Pretrial Services** |
| Chrono Author: | **Christopher, Michael J** |

Contact Code(s):
**PHA** -      Home Assessment

Flags:

Chrono Date: **11/29/2022** at 12:09

Chrono Text:
USPO accompanied by USPO Mathers. Personal Home Assessment completed; checklist outlining PO's findings can be found in document imaging section. PO observed the interior to confirm the defendant's residence as well as to verify who else is living there. There does not appear to be a third party risk at this time. USPO noted home is a two story colonial in Baldwinsville. Def was having backyard/pool construction completed. USPO noted no issues in home. USPO reminded PUS to submit monthly supervision form by the 5th of each month. PUS and USPO spoke about travel. USPO directed him to advise of he leaves NDNY per his conditions.

**GOVERNMENT EXHIBIT**
**27**
1:22-cr-20521