PS 39
(12/08)

## PRETRIAL SERVICES SUPERVISION REPORT

I. Name: _Theodore T Farnsworth_
(Please Print)

II. When is your next court date? _Sept_

III. Residence: ▮▮▮ _Baldwinville NY_ ▮▮▮
(No. and Street)   (City)   (State/Zip)   (Home Telephone)

Have you moved since the last Pretrial Services Supervision Report? ☐ Yes  ☒ No

If yes, provide previous residence and reason for move:

IV. Employment: _Zagh Vinco_  _24 Aspen Park Blvd Syracuse NY_
(Name)   (Address)   (Work Telephone)

Job Title: _Owner_

Has your employment changed since the last Pretrial Services Supervision Report? ☐ Yes  ☒ No

If yes, explain: _____

V. Have you been questioned by law enforcement or arrested since the last Pretrial Services Supervision Report?
☐ Yes  ☒ No

If yes, explain (when, where, by whom, charge, status of case):

I CERTIFY THAT ALL ANSWERS ARE COMPLETE AND CORRECT. I UNDERSTAND THAT A FALSE STATEMENT MAY RESULT IN REVOCATION OF MY RELEASE, IN ADDITION TO PROSECUTION UNDER 18 U.S.C. § 1001.

_[signature]_    _5/3/23_
Signature    Date

Reviewed by: _____   _____
Officer's Signature    Date

MAIL OR DELIVER THIS FORM TO:

> New York Northern District Court
> U.S. Probation Office
> 100 South Clinton Street
> P.O. Box 7035
> Syracuse, New York 13261

**RECEIVED**
MAY 03 2023
U.S. PROBATION OFFICE
SYRACUSE, NY

GOVERNMENT EXHIBIT
32
1:22cr20521