PS 39
(12/08)

# PRETRIAL SERVICES SUPERVISION REPORT

I. Name: __Theodore Farnsworth__
   (Please Print)

II. When is your next court date? __Sept 11 2023__

III. Residence: _____ __Baldwinville__ _____ _____
   (No. and Street)   (City)   (State/Zip)   (Home Telephone)

   Have you moved since the last Pretrial Services Supervision Report? ☐ Yes ☒ No

   If yes, provide previous residence and reason for move:

IV. Employment: __Zash Vinco   24 Aspen park Blvd  Syracuse__
   (Name)   (Address)   (Work Telephone)

   Job Title: _____

   Has your employment changed since the last Pretrial Services Supervision Report? ☐ Yes ☒ No

   If yes, explain: _____

V. Have you been questioned by law enforcement or arrested since the last Pretrial Services Supervision Report?
   ☐ Yes ☒ No

   If yes, explain (when, where, by whom, charge, status of case):

I CERTIFY THAT ALL ANSWERS ARE COMPLETE AND CORRECT. I UNDERSTAND THAT A FALSE STATEMENT MAY RESULT IN REVOCATION OF MY RELEASE, IN ADDITION TO PROSECUTION UNDER 18 U.S.C. § 1001.

_[Signature]_  __6/5/23__
Signature   Date

Reviewed by: _____   _____
   Officer's Signature   Date

MAIL OR DELIVER THIS FORM TO:

New York Northern District Court
U.S. Probation Office
100 South Clinton Street
P.O. Box 7035
Syracuse, New York 13261

**RECEIVED**
JUN 05 2023
U.S. PROBATION OFFICE
SYRACUSE, NY

**GOVERNMENT EXHIBIT**
**33**
1:22cr20521