PS 39
(12/08)

## PRETRIAL SERVICES SUPERVISION REPORT

I. Name: **Theodore J Farnsworth**
   *(Please Print)*

II. When is your next court date? **Sept 2024**

III. Residence: ███████████ **Baldwinville** ███████████
   (No. and Street)   (City)   (State/Zip)   (Home Telephone)

   Have you moved since the last Pretrial Services Supervision Report?  ☐ Yes  ☒ No

   If yes, provide previous residence and reason for move:

IV. Employment: **Zash Vinco   24 Aspen Park Blvd**
   (Name)   (Address)   (Work Telephone)

   Job Title: **Owner**

   Has your employment changed since the last Pretrial Services Supervision Report?  ☐ Yes  ☒ No

   If yes, explain:

V. Have you been questioned by law enforcement or arrested since the last Pretrial Services Supervision Report?
   ☐ Yes  ☒ No

   If yes, explain (when, where, by whom, charge, status of case):

I CERTIFY THAT ALL ANSWERS ARE COMPLETE AND CORRECT. I UNDERSTAND THAT A FALSE STATEMENT MAY RESULT IN REVOCATION OF MY RELEASE, IN ADDITION TO PROSECUTION UNDER 18 U.S.C. §1001.

_____   **7/5/23**
Signature   Date

Reviewed by: _____   _____
Officer's Signature   Date

MAIL OR DELIVER THIS FORM TO:

> New York Northern District Court
> U.S. Probation Office
> 100 South Clinton Street
> P.O. Box 7035
> Syracuse, New York 13261

**RECEIVED**
**JUL 05 2023**
**U.S. PROBATION OFFICE**
**SYRACUSE, NY**

GOVERNMENT EXHIBIT
**34**
1:22cr20521