Onondaga County Sheriff's Office
CERTIFICATE OF SERVICE



RECEIVED
ONONDAGA FAMILY COURT
2023 MAY 22 AM

Family Court

County of Onondaga  State of New York

FF # 61117

Index Number – O-02758-23

vs.

Sheriff File Number – 23297120

Theodore Farnsworth

I, Deputy Sheriff Douglas Roser, Badge # 1855 of the Onondaga County Sheriff's Department, Syracuse, NY, certify and affirm that on 5/19/2023 at approximately 12:38 PM, at ▮▮▮ Baldwinsville, NY ▮▮▮ served the within Summons/Temporary Order of Protection/Petition upon Theodore Farnsworth, the defendant named therein, in the following manner.

PERSONAL SERVICE
By delivering to and leaving with Theodore Farnsworth personally a true copy thereof, said person being known or identified to me as the person mentioned and described therein.

NON-MILITARY
At the time of service Theodore Farnsworth was asked if He was in the Military Service of the U.S. Government and Theodore Farnsworth replied No.

DESCRIPTION
The person served was approximately: Skin Color: White, Hair Color: Salt/Pepper, Gender: Male Height: 5' 10" Weight: 175 Age: 60.

SERVICE ATTEMPTS
Date: 5/18/2023 @ 14:01 PM - ▮▮▮ Baldwinsville, NY ▮▮▮
Date: 5/19/2023 @ 12:38 PM - ▮▮▮ Baldwinsville, NY ▮▮▮

Dated: Friday, May 19, 2023

Douglas Roser  1855
Deputy Sheriff  Badge Number

GOVERNMENT
EXHIBIT
35
1:22cr20521

File #: 61117,(O-02758-23)　　　　　　　　　　　　　　　　　　　GF-2 (08/2002)　　Page 1 of 1

DR# 23297120

# FAMILY COURT OF THE STATE OF NEW YORK
# COUNTY OF ONONDAGA

In the Matter of **an Article 8 Family Offense** Proceeding

███████ (Petitioner)

**Theodore Farnsworth** (Respondent)

File #:　61117
Docket #:　O-02758-23

**SUMMONS - GENERAL
(IN PERSON)**

To:　Theodore Farnsworth
　　　██████████
　　　Baldwinsville, NY ███

A petition under Article 8 of the Family Court Act has been filed with this Court.

**YOU ARE HEREBY SUMMONED** to appear **IN PERSON** before this Court on:

| | |
|---|---|
| Date/Time/Part: | **June 23, 2023 at 11:15 AM in Part 11** |
| Purpose: | **Respondent's First Appearance** |
| Presiding: | **Salvatore A. Pavone, Court Attorney Referee** |
| Location: | **Onondaga County Courthouse, 401 Montgomery St., Syracuse, NY 13202** |
| Floor: | **2** |
| Room: | **206** |

to answer the attached petition and to be dealt with in accordance with the Family Court Act.

Please bring this notice with you and check in with the Court Officer in the Part.

**If you fail to appear as directed, a warrant may be issued for your arrest.**

[Stamp: ONONDAGA COUNTY SHERIFF'S OFFICE CIVIL DEPARTMENT 2023 MAY 18 AM 11:59]

Dated: May 18, 2023　　　　　　　　　　　　　David M. Primo Esq., Clerk of the Court

**NOTICE: FAMILY COURT ACT §154(C) PROVIDES THAT PETITIONS BROUGHT PURSUANT TO ARTICLES 4, 5, 6, 8 AND 10 OF THE FAMILY COURT ACT, IN WHICH AN ORDER OF PROTECTION IS SOUGHT OR IN WHICH A VIOLATION OF AN ORDER OF PROTECTION IS ALLEGED, MAY BE SERVED OUTSIDE THE STATE OF NEW YORK UPON A RESPONDENT WHO IS NOT A RESIDENT OR DOMICILIARY OF THE STATE OF NEW YORK. IF NO OTHER GROUNDS FOR OBTAINING PERSONAL JURISDICTION OVER THE RESPONDENT EXIST ASIDE FROM THE APPLICATION OF THIS PROVISION, THE EXERCISE OF PERSONAL JURISDICTION OVER THE RESPONDENT IS LIMITED TO THE ISSUE OF THE REQUEST FOR, OR ALLEGED VIOLATION OF, THE ORDER OF PROTECTION. WHERE THE RESPONDENT HAS BEEN SERVED WITH THIS SUMMONS AND PETITION AND DOES NOT APPEAR, THE FAMILY COURT MAY PROCEED TO A HEARING WITH RESPECT TO ISSUANCE OR ENFORCEMENT OF THE ORDER OF PROTECTION.**

F.C.A §§ 430, 550, 655, 828, 1029

ORI No:      NY033023J
Order No:    2023-000459
NYSID No:    _____

FILED & ENTERED
Family Court State of New York
County of Onondaga
DATE: 5/18/2023

GF5 12/2020

At a term of the Family Court of the State of New York, held in and for the County of Onondaga, at Onondaga County Courthouse 401 Montgomery St., Syracuse, NY 13202, on May 18, 2023

PRESENT: Honorable Julie A Cerio

In the Matter of a FAMILY OFFENSE Proceeding

▮▮▮▮▮ (DOB: ▮▮ 1994),
           Petitioner

- against -

Theodore Farnsworth (DOB: ▮▮ 1962),
           Respondent

File #           61117
Docket #         O-02758-23
Temporary Order of Protection

Ex Parte

---

NOTICE: YOUR FAILURE TO OBEY THIS ORDER MAY SUBJECT YOU TO MANDATORY ARREST AND CRIMINAL PROSECUTION, WHICH MAY RESULT IN YOUR INCARCERATION FOR UP TO SEVEN YEARS FOR CRIMINAL CONTEMPT, AND/OR MAY SUBJECT YOU TO FAMILY COURT PROSECUTION AND INCARCERATION FOR UP TO SIX MONTHS FOR CONTEMPT OF COURT. IF YOU FAIL TO APPEAR IN COURT WHEN YOU ARE REQUIRED TO DO SO, THIS ORDER MAY BE EXTENDED IN YOUR ABSENCE AND THEN CONTINUES IN EFFECT UNTIL A NEW DATE SET BY THE COURT.

THIS ORDER OF PROTECTION WILL REMAIN IN EFFECT EVEN IF THE PROTECTED PARTY HAS, OR CONSENTS TO HAVE, CONTACT OR COMMUNICATION WITH THE PARTY AGAINST WHOM THE ORDER IS ISSUED. THIS ORDER OF PROTECTION CAN ONLY BE MODIFIED OR TERMINATED BY THE COURT. THE PROTECTED PARTY CANNOT BE HELD TO VIOLATE THIS ORDER NOR BE ARRESTED FOR VIOLATING THIS ORDER.

---

A petition under Article 8 of the Family Court Act, having been filed on May 18, 2023 in this Court and good cause having been shown, and Theodore Farnsworth having been not present in Court.

NOW, THEREFORE, IT IS HEREBY ORDERED that Theodore Farnsworth (DOB: ▮▮ 1962) observe the following conditions of behavior:

[01] Stay away from:

[A] ▮▮▮▮▮ (DOB: ▮▮ 1994);

[B] the home of ▮▮▮▮▮ (DOB: ▮▮ 1994);

[C] the school of ▮▮▮▮▮ (DOB: ▮▮ 1994);

[D] the business of ▮▮▮▮▮ (DOB: ▮▮ 1994);

[E] the place of employment of ▮▮▮▮▮ (DOB: ▮▮ 1994);

[14] Refrain from communication or any other contact by mail, telephone, e-mail, voice-mail or other electronic or any other means with ▮▮▮▮▮ (DOB: ▮▮ 1994);

[17] Refrain from remotely controlling, monitoring or otherwise interfering with any electronic device or other object affecting the home, vehicle or property of ▮▮▮▮▮ (DOB: ▮▮ 1994) by connection through any means, including, but not limited to, the internet, Bluetooth, a wired or wireless network, or other wireless technology.

[02] Refrain from assault, stalking, harassment, aggravated harassment, menacing, reckless endangerment, strangulation, criminal obstruction of breathing or circulation, disorderly conduct, criminal mischief, sexual abuse, sexual misconduct, forcible touching, intimidation, threats, identity theft, grand larceny, coercion, unlawful dissemination or publication of intimate image(s) or any criminal offense against ▮▮▮▮▮ (DOB: ▮▮ 1994);

(stamp: ONONDAGA COUNTY SHERIFF'S OFFICE CIVIL DEPARTMENT 2023 MAY 18 AM 11:59)

**It is further ordered** that this temporary order of protection shall remain in force until and including May 17, 2024, but if you fail to appear in court on this date, the order may be extended and continue in effect until a new date set by the Court.

**Dated:** May 18, 2023                                                                        **ENTER**



Honorable Julie A Cerio

**Next Appearance Date: 06/23/2023 at 11:15 AM - Honorable Salvatore A. Pavone, Part 11**

PURSUANT TO SECTION 1113 OF THE FAMILY COURT ACT, AN APPEAL FROM THIS ORDER MUST BE TAKEN WITHIN 30 DAYS OF RECEIPT OF THE ORDER BY APPELLANT IN COURT, 35 DAYS FROM THE DATE OF MAILING OF THE ORDER TO APPELLANT BY THE CLERK OF COURT, OR 30 DAYS AFTER SERVICE BY A PARTY OR THE ATTORNEY FOR THE CHILD UPON THE APPELLANT, WHICHEVER IS EARLIEST.

**The Family Court Act** provides that presentation of a copy of this order of protection to any police officer or peace officer acting pursuant to his or her special duties authorizes, and sometimes requires such officer to arrest a person who is alleged to have violated its terms and to bring him or her before the court to face penalties authorized by law.

**Federal law requires** that this order is effective outside, as well as inside, New York State. It must be honored and enforced by state and tribal courts, including courts of a state, the District of Columbia, a commonwealth, territory or possession of the United States, if the person restrained by the order is an intimate partner of the protected party and has or will be afforded reasonable notice and opportunity to be heard in accordance with state law sufficient to protect due process rights (18 U.S.C §§ 2265, 2266).

**It is a federal crime to:**
• cross state lines to violate this order or to stalk, harass or commit domestic violence against an intimate partner or family member;
• buy, possess or transfer a handgun, rifle, shotgun or other firearm or ammunition while this Order remains in effect (Note: there is a limited exception for military or law enforcement officers but only while they are on duty) ; and
• buy, possess or transfer a handgun, rifle, shotgun or other firearm or ammunition after a conviction of a domestic violence-related crime involving the use or attempted use of physical force or a deadly weapon against an intimate partner or family member, even after this Order has expired (18 U.S.C. §§ 922(g)(8), 922(g)(9), 2261, 2261A, 2262).

**Check Applicable Box(es):**

[ ] Party against whom order was issued was advised in Court of issuance and contents of Order

[ ] Order personally served in Court upon party against whom order was issued

[x] Service directed by Police Service

[ ] [Modifications or extensions only]: Order mailed on [specify date and to whom mailed]:

[ ] Warrant issued for party against whom order was issued[specify date]: _____

[ ] ADDITIONAL SERVICE INFORMATION [specify]: _____

F.C.A. §§ 812, 818, 821

RECEIVED
ONONDAGA FAMILY COURT

2023 MAY 18 AM 10: 22

Form 8-2
(Family Offense Petition)
(1/2020)

FAMILY COURT OF THE STATE OF NEW YORK
COUNTY OF ▮▮▮▮▮

▮▮▮▮▮
                                    Petitioner

             -against-

Theodore Farsworth
                                    Respondent

61117

O-2758-23
Docket No.

FAMILY OFFENSE
PETITION

TO THE FAMILY COURT:

The undersigned Petitioner respectfully states that:

1. a. I reside at [specify address unless confidential]:[1] ▮▮▮▮ Liverpool NY ▮▮▮▮

   b. The Respondent resides at [specify address unless confidential]: ▮▮▮▮ Baldwinsville NY

2. a. The Respondent and I are related as follows [check all applicable box(es)]:
   ☐ we are married                    ☐ we were married
   ☐ we have a child in common         ☐ we are parent and child
   ☐ we are related by blood or marriage [specify how]:
   ☑ we are in an intimate relationship (NOT casual social or business acquaintances)
      [describe]: Ted & I have been together for 3 years
   ☐ we were in an intimate relationship (NOT casual social or business
      acquaintances) [describe]:
   ☐ we live together   ☑ we lived together in the past   ☐ we never lived together

   b. ☐ Petitioner is a duly authorized agency, association, society or institution and is filing this petition pursuant to F.C.A. §822(b).

   c. ☐ I am a peace officer and am filing this petition pursuant to F.C.A. §822(c).

3. The Respondent committed the following family offense(s) against me and/or my children, which constitute(s) [Check applicable box(es)]:
   ☑ Disorderly conduct                          ☐ Menacing in the second or third degree
   ☑ Harassment in the first or second degree    ☑ Reckless endangerment
   ☑ Aggravated harassment in the second degree  ☑ Stalking
   ☐ Assault in the second or third degree       ☐ Attempted assault
   ☑ Criminal mischief                           ☐ Sexual misconduct
   ☐ Sexual abuse in the second[2] or third degree ☐ Forcible touching
   ☐ Strangulation                               ☐ Criminal obstruction of breathing or circulation
   ☐ Identity theft in 1st, 2nd or 3rd degree    ☐ Grand larceny in 1st, 2nd, 3rd or 4th degree
   ☐ Coercion in 2nd degree [Penal Law §135.60 (1),(2),or (3)]
   ☐ Unlawful dissemination or publication of intimate image(s) [Penal Law §245.15]

---

[1] If your health or safety or that of your child or children would be put at risk by disclosure of your address or other identifying information, you may apply to the Court for an address confidentiality order by submitting General Form GF-21, which is available on-line at www.nycourts.gov. See Family Court Act §154-b.

[2] Where victim is incapable of consent for reason other than being under age 17 [Penal Law §130.60(1)].

Form 8-2    Page   2

[Describe each incident; starting with the most recent incident; state date, time and location of each incident; specify all injuries and if any weapons were used. Use additional sheets where necessary]:

1) On May 16th at approx 1430 Theodore Fansworth found out where I was staying at which was hometown In by red FF and came to my Hotel To try to take a car that is titled in my name. Due to him having spare Key He got in my car, I go out to see what hes Doing During this time he takes my phone and smashes it on side of car Door. He then runs after me and Proceeds to grab a gold chain he bought for me and rips it off my neck. (Back of page)

4. ☐ I have ☑ have not filed a criminal complaint concerning these incident(s)
[If so, please indicate court, county, date, charge(s) and status, if known]:

5. [Check applicable box(es)]:
☑ a. I have no children and there are no other children living in my home.

☐ b. The following children live with me [include children who are not yours]:
Name    Date of Birth    Relationship to Me    Relationship to Respondent

☐ c. The following children are mine but do not live with me.
Name    Date of Birth    Lives With    Child's Relationship to Respondent, if any

☐ e. The Respondent committed family offenses against the above child or children as follows [describe including name(s) of child or children, nature of offense(s) and date(s)]:[3]

**[Check boxes and complete any of the following paragraphs 6-13 that apply to you. Skip any that do not apply to you.]**

☐ 6. The Respondent has acted in a way I consider dangerous or threatening to me, my children or any member of my family, in addition to the incident(s) described in question 3, as follows [describe]:

☐ 7. The Respondent was found to have violated an Order of Protection issued on behalf of me or members of my family or household as follows [describe]:

☐ 8. The Respondent owns or has access to guns as follows [describe]:

9. ☐ a. The Respondent has a gun license or pistol permit for the following gun(s) as follows [describe]:

☐ b. The Respondent has a gun license or permit application pending as follows [describe]:

---

[3] Family offenses include the crimes of: assault or attempted assault, aggravated harassment or harassment, disorderly conduct, menacing, reckless endangerment, stalking, sexual abuse, sexual misconduct, forcible touching, strangulation, criminal obstruction of breathing or blood circulation, identity theft, criminal mischief, grand larceny, coercion and unlawful publication or dissemination of intimate images.

During this time he had told me he had called cops (He says) later finding out he didnt but after while waiting for cops he enters my Hotel Room searching for car title in my name and proceds to sit on my bed while we wait for cops. We wait 2hour 30mins then He decides to take a screw Driver he brought and unscrew my licsense Plate off. and then walks away to his car and leaves.

2) on May 5th @ approx 1600 Heading Into San fansico In oakland California Theodore farnsworth had Eric noble who works for ted Report the car stolen which then lead me to being Polled out of car guns Drawn when Im the titled and Registered owner of the car. when theodore even knew I was titled owner. and next Day ted texts me saying "He doesnt want to fight anymore and just wants to be friends."

3) on May 4th @ approx 1730 I was staying at a Hotel Horshoe in las vegas I go to parking garage to notice my car gone. I pull up cars GPS call cops and meet cops at the veichles location. to come to find out Ted hired someone and sent spare keys in Mail to the person he hired to retreive a car titled In my name. car was returned to me.

4) During the month of April or May ted and I got Into argument he told me not to come home when I didnt even have clothes or tolitres for next Day So I went home to get clothes he meets me on frot steps of house says Im not coming In so I proceded to walk by him he then Pushes me almost out of the house and say Im not getting anything he will Drop It off at gym so I try to go more Into house he then shoves me to wall and holds me against wall and I then use my streghth to get him of me we fall on a Bench he start try to hit me I then Ghoch Choke him and try to restrain him from hitting me. we then Get up off Bench and he then rips my shirt off me and tells me to leave. I dont leave Because I didnt wanna go out with ripped shirt.

5) During the last year or possibly more he has had Private Investagators follow me take pictures of me and my friends and has had put trackers in my cars that track and record audio. He had Private Investigators on me In NY and las vegas.

6) On January 16th 2023 we get Into argument about me lying to him which turns Into a physical altercation by him kicking me spiting on me Punching me and throwing water on me and kicking me out and telling me He hopes I feeze to Death. My friend then came and picked me up at 3am from Down the street because I had to run out so he would stop hitting me.

7) 3 weeks ago when I built up courage to leave him I Blocked his number asked him to stop contacting me and he downloads an app where you can make a number and procees procedes to text me off Different numbers.

Form 8-2   Page 3

☐ c. The Respondent carries a gun on his or her job as follows [describe]:

10. ☐ a. The Respondent threatened [check applicable box(es)]:
☐ me   ☐ my child or children [specify]:
☐ a member or members of my household [specify]:
with a gun or dangerous instrument or object as follows [specify]:

☐ b. There is a substantial risk that Respondent would use or threaten to use a firearm or dangerous instrument or object against me, my child(ren) or member of my household on the basis of the following facts and for the following reasons [describe]:

☐ 11. The following court cases are pending between me and the Respondent [specify court, county, docket or index number, nature of action and status, if known]:

☐ 12. The Respondent has the following criminal convictions [specify, including date, crime, sentence and court, if known]: one count securities fraud 3 couts wire fraud.

☐ 13. [Applicable where protection is sought for pet(s)]:
   a. The following pets live in my house [specify name(s) and type(s)]:

   b. The Respondent injured or tried or threatened to injure pets in my household as follows [describe]:

14. I have not made any previous application to any court or judge for the relief requested in this petition, (except [specify the relief, if any, granted and the date of such relief; delete if inapplicable]: N/A   ).
WHEREFORE, Petitioner respectfully requests this Court to:
   ⓐ adjudge the Respondent to have committed the family offense(s) alleged;
   ⓑ enter an order of protection, specifying conditions of behavior to be observed by the Respondent in accordance with Section 842 of the Family Court Act;
   c. enter a finding of aggravated circumstances [delete if inapplicable];
   d. enter a temporary order of child support in accordance with Family Court Act §828(4) [delete if inapplicable];
   e. enter an order directing the parties to appear within seven business days of the filing of this petition for consideration of an order of temporary spousal support in accordance with Family Court Act §828(5); [delete if inapplicable]
   f. order such other and further relief as to the Court seems just and proper.

Dated: May 18 2023

NYSDC
11/2023.MH

Petitioner: (print or type name)          /   Signature

Petitioner's Attorney, if any (print or type name) /   Signature

Address and telephone number of Attorney, if any