# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>THEODORE FARNSWORTH and J. MITCHELL LOWE,<br><br>      Defendants. | Case No. 22-CR-20521-RNS |

## DEFENDANT THEODORE FARNSWORTH'S
## SUPPLEMENTAL NOTICE OF FILING REDACTED DOCUMENTS

Defendant Theodore Farnsworth, by and through undersigned counsel, and consistent with the Court's Orders (D.E. Nos. 87, 89) requiring the parties to file redacted, unsealed versions of all materials related to the revocation of his pretrial release, hereby files the following additional redacted, unsealed documents in this matter:

| Document | ECF No. |
|---|---|
| Defendant Theodore Farnsworth's Opposition to the Government's Motion to Revoke Pre-Trial Release | 76 |
| Exhibit 4 – Photos of Farnsworth's Injuries | 76 |
| Exhibit 5 – Text from May to Sammi (2023) | 76 |
| Exhibit 6 – Messages from May to a third party (2023) | 76 |

DATED: October 13, 2023

                   Respectfully submitted,

                   /s/ Henry P. Bell
                   BELL ROSQUETE REYES ESTEBAN, PLLC
                   999 Ponce de Leon Boulevard
                   Suite 810
                   Coral Gables, Florida 33134
                   Telephone: (305) 570-1610
                   Email: hbell@brresq.com

George James Terwilliger, III (pro hac vice)
Jason H. Cowley (pro hac vice)
MCGUIREWOODS LLP
1251 6th Ave., 20th Floor
New York, NY 10020
Telephone: (212) 548-2138
Email: gterwilliger@ mcguirewoods.com
      jcowley@mcguirewoods.com

Admitted Pro Hac Vice

*Counsel for Mr. Theodore J. Farnsworth*

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 13, 2023 a copy of the foregoing was filed electronically via the CM/ECF system and served on all counsel of record who have registered to receive notices from the court under the CM/ECF system.

/s/ Henry P. Bell
Henry P. Bell, Esq.
Fla. Bar No. 090689