# **REDACTED EXHIBIT 6**



3:48    5G

   



It didn't say he came to me to call cops

Ohh

So he called the cops on himself?

Wym he got a restraing order issued on me and I was pissed so I got one on him

After I was served mine

Damn.

How did they find out he was travelling

against his bond rules

   



**Lorne Ross** ✓
@LorneRoss3

This all started because Ted got a restraining order on ▉▉▉▉▉… Soon as it was over, ▉▉▉▉▉ retaliated with one. 😂 can't make this shit up



11:16 PM · 8/6/23 from Earth · **512** Views



Post your reply

  

> No ur not im on Teds side

**You got a restraining order on him last week**

**Teds my bro also**

1:09 PM

> Lol no he's not

> And no

> While ago my restraining order only lasted a month bc I didn't go to court so it droped

> It's what my lawyer wanted me to don

> The family court judge was a bitch

> So lawyer told me to let it drop so it doesn't go to family court

> His lasts till November 16th im pissed

**Ohh. So u guys can't hang out**

   



**5:55 PM**

Damnnnn Ted finally reached out to me.

I'm back in Syracuse in a couple weeks.. what would you think about grabbing a couple drinks, see where the night takes us and stuff.

 **Lorne Ross** ✓ @LorneRoss3 · 48m

 1    ⟲    ♥ 2     35    ⬆

 Post your reply

> Lol no he's not
>
> And no
>
> While ago my restraining order only lasted a month bc I didn't go to court so it droped
>
> It's what my lawyer wanted me to don
>
> The family court judge was a bitch
>
> So lawyer told me to let it drop so it doesn't go to family court
>
> His lasts till November 16th im pissed

💬 1   ⟲   ♡ 7   📊 462   ⬆

**JJ Pampit** @c16_123 · 1h
Can't make this shit up...amazing.

💬 2   ⟲   ♡ 1   📊 43   ⬆

**Lorne Ross** ✓ @LorneRoss3 · 59m
Now we are meeting in Seattle to chat

💬 2   ⟲   ♡   📊 56   ⬆

**JJ Pampit** @c16_123 · 58m
🤣 🤣

💬 1   ⟲   ♡ 1   📊 44   ⬆

**Lorne Ross** ✓
@LorneRoss3


5:55 PM



Post your reply



 **Lorne Ross** ✓ @LorneRoss3 · 4h
This correct. ▇▇▇▇ lives here with his family members. Hes getting mad at me..

> The family court judge was a bitch
>
> So lawyer told me to let it drop so it doesn't go to family court
>
> His lasts till November 16th im pissed

>> Ohh. So you guys can't hang out
>>
>> I'm not a shareholder but what's up with that company he has Vinco or whatever they call it
>>
>> Lonomitf doesn't work anymore i don't even think

> Ur not a shareholder but I see ur mouth runs like a ducks ass on Twitter but doesn't suprise me bc ur gay
>
> Gay ppl tend to have big mouth

💬 3    🔁    ♡ 7    📊 244    ⬆

 **Pugzy**
@PugzRTough

▇▇▇▇ is being mean, he must have not gotten satisfied lately.

😆

6:13 PM · 8/7/23 from Earth · **278** Views

 Post your reply