**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| UNITED STATES OF AMERICA. <br><br> v. <br><br> THEODORE FARNSWORTH and J. MITCHELL LOWE, <br><br> Defendants. | Case No. 22-CR-20521-RNS |

**DEFENDANT'S MOTION FOR COURT TO RETAIN
JURISDICTION OVER CASE FOR LIMITED PURPOSE OF HEARING
MOTION FOR RECONSIDERATION OF PRETRIAL DETENTION**

Defendant, Theodore Farnsworth, moves the Court to retain jurisdiction for the limited purpose of considering and hearing a motion to reconsider his pretrial detention.

At a recent status conference, the Court notified the parties that, pursuant to its prerogatives as senior judge, it will on November 17, 2023, transfer the case to another judge through the court's random assignment system. The Court further indicated that the parties should notify it by November 15, 2023, if the defendant will plead guilty. In that instance, the Court will retain the case.

Mr. Farnsworth is retaining new counsel, Sam Rabin, of Rabin & Lopez, P.A., and Dan Gelber of Gelber Schachter & Greenberg, P. A.  Although Mr. Rabin and Mr. Gelber have yet to move to substitute for the undersigned lawyers, we expect that they will do so within the next thirty (30) days.  Mr. Farnsworth has requested that we move the Court to retain the case for the limited purpose of hearing his new

1

lawyers' motion to reconsider his bond revocation and detention. This Court is in the best position to reconsider its own order revoking the Defendant's bond and detaining the defendant and Mr. Farnsworth wishes to avoid the appearance of forum shopping that will stem from him filing a motion for reconsideration before another judge when the Court transfers the case.

The undersigned lawyers conferred with the counsel for the government. The government has no objection.

Wherefore, the Defendant respectfully requests that the Court retain the instant case for the limited purpose of hearing his motion to reconsider.

DATED: November 15, 2023

    Respectfully submitted,

    /s_Henry P. Bell_____
    Henry P. Bell
    BELL ROSQUETE REYES ESTEBAN, PLLC
    999 Ponce de Leon Boulevard
    Suite 810
    Coral Gables, Florida 33134
    Telephone: (305) 570-1610
    Email: hbell@brresq.com

    Jason H. Cowley
    MCGUIREWOODS LLP
    1251 6th Ave., 20th Floor
    New York, NY 10020
    Telephone: (212) 548-213
    Email: jcowley@mcguirewoods.com

    *Admitted Pro Hac Vice*
    *Counsel for Theodore Farnsworth*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on this 15th day of November 2023, a copy of the foregoing was filed via CMECF on all counsel of record.

*/s/Henry P. Bell*
Henry P. Bell
Fla. Bar No. 090689