UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-20521-RNS

UNITED STATES OF AMERICA

v.

THEODORE FARNSWORTH, *et al*

Defendants.
_____/

## ORDER ON DEFENDANTS' MOTION TO RETAIN JURISDICTION FOR LIMITED PURPOSE OF HEARING MOTION TO RECONSIDER PRETRIAL DETENTION

**THIS CAUSE,** having come before the Court on the Defendant's Motion to retain jurisdiction for the limited purpose of hearing his motion for reconsideration of pretrial detention, [ECF. No. _____], the Court having reviewed all pertinent filings and being otherwise duly advised in the premises, finds as follows:

**ORDERED AND ADJUDGED** that the Defendants' motion is **GRANTED / DENIED.**

**DONE AND ORDERED** in the Southern District of Florida, on this _____ day of November 2023.

_____
HON. ROBERT N. SCOLA, JR.
UNITED STATES DISTRICT JUDGE

CC:   All counsel of record