UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA. | |
| v. | Case No. 22-CR-20521-BB |
| THEODORE FARNSWORTH and J. MITCHELL LOWE, | |
| Defendants. | |

**MOTION FOR WITHDRAWAL OF ATTORNEY GEORGE J. TERWILLIGER, III**

Pursuant to Local Rule 11.1(d)(3), counsel for Defendant Theodore Farnsworth hereby requests the withdrawal of George J. Terwilliger, III, who was admitted *pro hac vice*, as an attorney of record for Mr. Farnsworth in this matter, and that he be removed from the docket CM/ECF database in this case.

Mr. Terwilliger is leaving McGuireWoods LLP, effective December 31, 2023. Mr. Farnsworth's counsel, including Henry P. Bell of Bell Rosquete Reyes Esteban, PLLC, and Jason Cowley, Benjamin O'Neil, and Roy G. Dixon, III, all of McGuireWoods LLP, remain as attorneys of record for Mr. Farnsworth.

Respectfully submitted this 29 day of December, 2023.

*/s/ Henry P. Bell*
**BELL ROSQUETE REYES ESTEBAN, PLLC**
999 Ponce de Leon Boulevard
Suite 810
Coral Gables, Florida 33134
Telephone: (305) 570-1610
Email: hbell@brresq.com

1

Jason H. Cowley (*pro hac vice*)
MCGUIREWOODS LLP
1251 6th Ave., 20th Floor
New York, NY 10020
Telephone: (212) 548-2138
Email: jcowley@mcguirewoods.com

*Counsel for Mr. Theodore J. Farnsworth*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on December 29, 2023 a copy of the foregoing was filed electronically by using the CM/ECF system, and that notification of this filing is to be provided to all counsel of record who have registered to receive notices from the court under the CM/ECF system.

/s/ *Henry P. Bell*
Henry P. Bell
Fla. Bar No. 090689