# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA. <br><br> v. <br><br> THEODORE FARNSWORTH and J. MITCHELL LOWE, <br><br> Defendants. | Case No. 22-CR-20521-BB |

## PROPOSED ORDER ON MOTION TO WITHDRAW

**THIS CAUSE** is before the Court upon Defendant Theodore Farnsworth's motion to withdraw as attorney George J. Terwilliger, III. Mr. Farnsworth's attorney, George J. Terwilliger, III seeks leave to withdraw on the grounds that he is leaving the law firm McGuireWoods LLP effective December 31, 2023. It appears Mr. Farnsworth has no objection to the relief sought in this Motion. It is therefore **ORDERED AND ADJUDGED** as follows:

1. The Motion to Withdraw is **GRANTED**. Mr. Terwilliger is hereby permitted to withdraw as counsel of record to the Defendant, Theodore Farnsworth.

2. Attorneys Henry P. Bell of Bell Rosquete Reyes Esteban, PLLC, and Jason Cowley, Benjamin O'Neil, and Roy G. Dixon, III, all of McGuireWoods LLP, shall remain as attorneys of record for Mr. Farnsworth.

DONE AND ORDERED in Miami, Florida, this ___ day of _____, 202__.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**