UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE № 22-20521-CR-BLOOM

UNITED STATES OF AMERICA,

    *Plaintiff,*

vs.

THEODORE FARNSWORTH,

    *Defendant.*

_____/

## AGREED MOTION FOR SUBSTITUTION OF COUNSEL

COMES NOW, the Defendant, THEODORE FARNSWORTH (hereafter "MR. FARNSWORTH"), by and through SAMUEL J. RABIN, JR., ESQUIRE, and the Law Firm, RABIN & LOPEZ, P. A. and Jason H. Cowley, Esquire, Benjamin A. O'Neil, Esquire, Roy G. Dixon, Esquire and Henry P. Bell, Esquire, pursuant to Rule 47 of the Federal Rules of Criminal Procedure and move this Honorable Court to permit the substitution of SAMUEL J. RABIN, JR., and RABIN & LOPEZ, P. A. as counsel for MR. FARNSWORTH. As grounds therefore, we aver the following:

    1.    MR. FARNSWORTH is presently represented by Jason H. Cowley, Esquire, Benjamin A. O'Neill, Esquire, Roy G. Dixon, Esquire of the firm McGuire Woods LLP, and Henry P. Bell, Esquire, of Bell Rosquete Reyes, PLLC, in the above-styled proceedings. He desires to release Mr. Cowley, Mr. O'Neill, Mr. Dixon and Mr. Bell from further responsibility as his counsel and retain SAMUEL J. RABIN, JR., ESQUIRE, and RABIN & LOPEZ, P. A.as his attorneys in this matter.

2. The substitution of counsel as requested herein is early in the proceedings and will cause no delay. Significantly, the change of lawyers reflects the wishes of **MR. FARNSWORTH**.

3. **MR. FARNSWORTH** respectfully requests the Court grant this substitution of counsel after which undersigned counsel agrees to represent the Defendant. Jason H. Cowley, Esquire, Benjamin A. O'Neill, Esquire, Roy G. Dixon, Esquire and Henry P. Bell, Esquire, join in the foregoing motion as indicated by their electronic signatures affixed hereto, to honor the wishes of **MR. FARNSWORTH**.

WHEREFORE, the Defendant, prays that this Honorable Court will allow Jason H. Cowley, Esquire, Benjamin A. O'Neill, Esquire, Roy G. Dixon, Esquire and Henry P. Bell, Esquire, to withdraw from this case and permit SAMUEL J. RABIN, JR., and the law firm RABIN & LOPEZ, P. A., by and through SAMUEL J. RABIN, JR., to substitute as counsel for **MR. FARNSWORTH**.

Respectfully submitted,

| | |
|---|---|
| **MCGUIRE WOODS LLP** | **RABIN & LOPEZ, P.A.** |
| 1251 6th Avenue, 20th Floor | 1 SE 3rd Avenue, Suite 2600 |
| New York, NY 10020 | Miami, FL 33131 |
| Tel: 212•548•2138 | Tel: 305•358•1064 |
| Email: jcowley@mcguirewoods.com | Email: sjr@miamilawyer.com |
| | |
| s/ Jason H. Cowley | s/ Samuel J. Rabin, Jr. |
| | |
| JASON H. COWLEY | SAMUEL J. RABIN, JR. |
| *Pro Hac Vice* | Florida Bar № 273831 |

**MCGUIRE WOODS LLP**
888 16th Street N.W., Suite 500
Washington, DC 20006
Tel: 202•857•2466
Email: boneil@mcguirewoods.com

*s/ Benjamin A. O'Neil*

BENJAMIN A. O'NEIL
*Pro Hac Vice*

**MCGUIRE WOODS LLP**
201 North Tyron Street, Suite 3000
Charlotte, NC 28202
Tel: 704•343•2190
Email: rdixon@mcguirewoods.com

*s/ Roy G. Dixon, III*

ROY G. DIXON, III
*Pro Hac Vice*

**BELL ROSQUETE REYES, PLLC**
999 Ponce De Leon Blvd, Suite 1120
Coral Gables, FL 33134
Tel: 305•570•1610
Email: hbell@brresq.com

*s/ Henry P. Bell*

HENRY P. BELL
Florida Bar № 90689

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of January 2024, a true and correct copy of the foregoing was furnished via the CM/ECF system to all parties designated to receive the electronic filings in this cause.

*s/ Samuel J. Rabin, Jr.*

SAMUEL J. RABIN, JR.