UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE № 22-20521-CR-BLOOM

UNITED STATES OF AMERICA,

    *Plaintiff,*

vs.

THEODORE FARNSWORTH,

    *Defendant.*

_____/

### ORDER ON AGREED MOTION FOR SUBSTITUTION OF COUNSEL

THIS CAUSE came before the Court upon the Defendant THEODORE FARNSWORTH'S Agreed Motion for Substitution of Counsel, and the Court having reviewed the motion and being otherwise fully advised in the premises, it is

ORDERED and ADJUDGED that the Defendant's motion is hereby GRANTED, and SAMUEL J. RABIN, JR. and RABIN & LOPEZ, P. A. are permitted to enter their appearance as attorney of record on behalf of the Defendant, and Jason H. Cowley, Esquire, Benjamin A. O'Neil, Esquire, Roy G. Dixon, Esquire of the firm McGuire Woods LLP and Henry P. Bell, Esquire, of Bell Rosquete Reyes, PLLC are relieved of further responsibility in this cause.

DONE and ORDERED in Miami-Dade County in the Southern District of Florida on this _____ day of January 2024.

                                        _____
                                        BETH BLOOM
                                        United States District Judge

cc: Counsel of Record