# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### CASE NO. <u>22-20521-CR-LEIBOVITZ</u>

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | |
| **THEODORE FARNSWORTH and J. MITCHELL LOWE,** | |
| **Defendants.** | |

## <u>JOINT MOTION FOR SCHEDULING ORDER</u>

As directed by the Court at the status conference held on March 22, 2024, counsel for the United States and defendants Theodore Farnsworth and J. Mitchell Lowe conferred regarding a schedule for pre-trial matters.  The parties have reached an agreement, which is reflected in the joint proposed scheduling order attached hereto as Exhibit A.  The parties hereby move the Court for entry of that proposed scheduling order.

Respectfully submitted,

GLENN S. LEON
Chief, Fraud Section
Criminal Division
United States Department of Justice

By:         /s/
         Lauren Archer
         Christopher Fenton
         Matthew Reilly
         Trial Attorneys
         Fraud Section, Criminal Division
         United States Department of Justice
         1400 New York Avenue, NW
         Washington, DC 20005

Phone: 202-538-3859
Email: Lauren.Archer2@usdoj.gov
*Counsel for the United States*


_____/s/_____
Samuel J. Rabin, JR., PA
1 Southeast 3rd Avenue
Suite 2600
Miami, FL 33131
Phone: 305-358-1064
Email: sjr@miamilawyer.com
*Counsel for Theodore Farnsworth*



_____/s/_____
David Oscar Markus
Margot Moss
Markus/Moss PLLC
40 N.W Third Street
Penthouse 1
Miami, FL 33128
Phone: 305-379-6667
Email: dmarkus@markuslaw.com
*Counsel for J. Mitchell Lowe*