UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-20521-CR-LEIBOVITZ

UNITED STATES OF AMERICA

v.

THEODORE FARNSWORTH and
J. MITCHELL LOWE,

Defendants.

## SCHEDULING ORDER

The Court hereby orders the following schedule on pre-trial matters, to which all parties have agreed:

| | |
|---|---|
| October 11, 2024 | Substantive pretrial motions due |
| January 10, 2025 | Government's proposed witness and exhibit lists due<br>All expert disclosures due |
| January 17, 2015 | Notice of intent to offer 404(b) evidence due<br>Notice of intent to assert advice of counsel due<br>Rebuttal expert disclosures due |
| January 24, 2025 | Defendants' proposed witness and exhibit lists due |
| January 29, 2025 | Motions *in limine* due |
| February 3, 2025 | *Daubert* motions due |
| February 10, 2025 | Deadline to exchange transcripts |
| February 14, 2025 | Proposed jury instructions and voir dire questions due |
| February 18, 2025 | Final pretrial conference |

| March 10, 2025 | Trial |
|---|---|

**IT IS SO ORDERED** on _____.

HON. DAVID S. LEIBOVITZ
United States District Judge