UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-CR-20521-DSL

UNITED STATES OF AMERICA

v.

THEODORE FARNSWORTH and
J. MITCHELL LOWE

Defendants.
_____/

### UNITED STATES' EIGHTH RESPONSE TO
### THE STANDING DISCOVERY ORDERS

The United States hereby files its eighth response to the Standing Discovery Orders (ECF Nos. 8 and 9) as to Defendants Theodore Farnsworth and J. Michell Lowe (the "Defendants") and hereby notifies the Court and all interested parties that as of May 23, 2024, the following supplemental discovery has been produced to the Defendants:

| Description | Beginning Bates Range | Ending Bates Range | Date Produced |
|---|---|---|---|
| Courtesy Reproduction of Government's Production 24 dated July 21, 2023 | DOJ-PROD24-0000000001 | DOJ-PROD24-0000295869 | 5/23/24 |
| Materials Produced in *US v. Itum* | DOJ-PROD33-0000000001 | DOJ-PROD33-0000000146 | 4/11/24 |
| Interview Notes | DOJ-PROD32-0000000001 | DOJ-PROD32-0000000001 | 4/11/24 |
| Courtesy Reproduction of Documents and Videos Described in the Indictment | DOJ-PROD31-0000000001 | DOJ-PROD31-0000002048 | 1/26/24 |
| IP Records | DOJ-PROD30-0000000008 | DOJ-PROD30-0000000025 | 9/5/23 |

| U.S. Probation Records | DOJ-PROD30-0000000003 | DOJ-PROD30-0000000007 | 9/5/23 |
|---|---|---|---|
| IP Records | DOJ-PROD30-0000000001 | DOJ-PROD30-0000000002 | 9/5/23 |
| Interview Report & Notes | DOJ-PROD29-0000000031 | DOJ-PROD29-0000000038 | 8/29/23 |
| Public Source Materials | DOJ-PROD29-0000000030 | DOJ-PROD29-0000000030 | 8/29/23 |
| U.S. Probation Records | DOJ-PROD29-0000000022 | DOJ-PROD29-0000000029 | 8/29/23 |
| Bureau of Prisons Records | DOJ-PROD29-0000000001 | DOJ-PROD29-0000000021 | 8/29/23 |

The United States recognizes that its obligation to provide discovery is of a continuing nature and will supplement this response if and when it obtains additional evidence and materials.

Respectfully submitted,

GLENN S. LEON
CHIEF, FRAUD SECTION
CRIMINAL DIVISION
U.S. DEPARTMENT OF JUSTICE

By:   /s/ Lauren Archer
Lauren Archer
Christopher Fenton
Matthew Reilly
Trial Attorneys
Florida Special Bar No. A5502575 (Archer)
United States Department of Justice
Criminal Division, Fraud Section
1400 New York Ave., NW
Washington, DC 20005
(202) 538-3859
Lauren.Archer2@usdoj.gov

2

## **CERTIFICATE OF SERVICE**

  I hereby certify that on May 23, 2024, the foregoing was filed and served on all counsel of record using the CM/ECF system.

                /s/ Lauren Archer
                Lauren Archer
                Trial Attorney
                Florida Special Bar No. A5502575
                United States Department of Justice
                Criminal Division, Fraud Section
                1400 New York Ave., NW
                Washington, DC 20005
                (202) 538-3859
                Lauren.Archer2@usdoj.gov