UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-20521-RNS

UNITED STATES OF AMERICA,

vs.

THEODORE FARNSWORTH, and
J. MITCHELL LOWE,

      Defendants.

_____/

## NOTICE OF APPEARANCE

    The undersigned Assistant United States Attorney, Emily R. Stone, hereby appears as co-counsel for the United States of America regarding any forfeiture issues in the above-styled case.

                        Respectfully submitted,

                        MARKENZY LAPOINTE
                        UNITED STATES ATTORNEY

By:    */s/ Emily R. Stone*
        Emily R. Stone
        Assistant United States Attorney
        Florida Bar No. 092077
        99 N.E. 4th Street, 7th Floor
        Miami FL, 33132-2111
        Telephone: (305) 961-9407
        E-mail: Emily.Stone@usdoj.gov