UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-CR-20521-DSL

UNITED STATES OF AMERICA

v.

THEODORE FARNSWORTH

_____/

## UNITED STATES' NINTH RESPONSE TO THE STANDING DISCOVERY ORDER

The United States hereby files its ninth response to the Standing Discovery Order (ECF No. 8) as to Defendant Theodore Farnsworth and hereby notifies the Court and all interested parties that as of September 13, 2024, the following supplemental discovery has been produced to the Defendant Farnsworth:

| Description | Beginning Bates Range | Ending Bates Range | Date Produced |
|---|---|---|---|
| Federal Bureau of Prison Records | DOJ-PROD34-0000000001 | DOJ-PROD34-0000001573 | 9/13/2024 |
| Convertible Note Agreement and Proof of Claim | DOJ-PROD34-0000001574 | DOJ-PROD34-0000001608 | 9/13/2024 |
| Text Messages | DOJ-PROD34-0000001609 | DOJ-PROD34-0000001609 | 9/13/2024 |
| Interview Reports, Notes, and Attachments | DOJ-PROD34-0000001610 | DOJ-PROD34-0000001665 | 9/13/2024 |
| Court Documents | DOJ-PROD34-0000001656 | DOJ-PROD34-0000001665 | 9/13/2024 |

The United States recognizes that its obligation to provide discovery is of a continuing nature and will supplement this response if and when it obtains additional evidence and materials.

                                                Respectfully submitted,

                                                GLENN S. LEON
                                                CHIEF, FRAUD SECTION
                                                CRIMINAL DIVISION
                                                U.S. DEPARTMENT OF JUSTICE

By:   /s/ Lauren Archer
        Lauren Archer
        Christopher Fenton
        Matthew Reilly
        Trial Attorneys
        Florida Special Bar No. A5502575 (Archer)
        United States Department of Justice
        Criminal Division, Fraud Section
        1400 New York Ave., NW
        Washington, DC 20005
        (202) 538-3859
        Lauren.Archer2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2024, the foregoing was filed and served on all counsel of record using the CM/ECF system.

    /s/ Lauren Archer
Lauren Archer
Trial Attorney
Florida Special Bar No. A5502575
United States Department of Justice
Criminal Division, Fraud Section
1400 New York Ave., NW
Washington, DC 20005
(202) 538-3859
Lauren.Archer2@usdoj.gov