```
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF FLORIDA
 2                         CRIMINAL DIVISION
                         CASE NO. 22-cr-20521
 3

 4    UNITED STATES OF AMERICA,           Miami, Florida

 5           Plaintiff,                   September 16, 2024

 6        vs.
                                          8:43 AM - 9:02 AM
 7
      THEODORE FARNSWORTH,
 8
             Defendant.                   Pages 1 to 18
 9   _____

10
                    TRANSCRIPT OF STATUS CONFERENCE
11          HELD BEFORE THE HONORABLE DAVID S. LEIBOWITZ
                      UNITED STATES DISTRICT JUDGE
12

13    FOR THE GOVERNMENT:

14    LAUREN A. ARCHER
      MATTHEW REILLY
15    United States Department of Justice

16
      ON BEHALF OF THE DEFENDANT:
17
      SAMUEL J. RABIN, JR., ESQ.
18    JESSICA DUQUE, ESQ.
      Samuel J. Rabin, Jr., P.A.
19

20                          LANCE W. STEINBEISSER, FCRR, RPR, FPR-C
                            Official Court Reporter
21                          United States District Court
                            400 North Miami Avenue
22                          Miami, Florida 33128
                            305.523.5633
23

24    Proceedings recorded by mechanical stenography; transcript
      produced by computer-aided transcription.
25
```

1        (Call to the Order of the Court.)

2            THE COURTROOM DEPUTY:  Calling the matter of the

3    United States versus Theodore Farnsworth, Case

4    Number 22-cr-20521.

5            Counsel, please announce your appearances for the

6    record, beginning with the government.

7            MS. ARCHER:  Good morning, Your Honor.  Lauren Archer

8    and Matthew Reilly for the United States.

9            THE COURT:  Good morning, again.

10           MR. RABIN:  Good morning, Your Honor.  Sam Rabin and

11   Jessica Duque on behalf of Ted Farnsworth, who's present

12   before the Court.

13           THE COURT:  Good morning, Counsel.  Good morning,

14   Mr. Farnsworth.  Please be seated.

15           So this is set for a trial March the 10th.  I just

16   want to take a report from the government to see where we are.

17           MS. ARCHER:  Yes, Your Honor.  The government is

18   ready and prepared to proceed to trial on that date.

19           THE COURT:  All recovery has been provided.  There's

20   nothing more to be provided.

21           MS. ARCHER:  Your Honor, the government filed its

22   ninth response to the standing discovery order, is aware of

23   its continuing obligation to comply with discovery, both the

24   local rules of the court as well as its other obligations,

25   including Rule 16.  To the extent that any additional

1    discovery is produced or comes into the government's
2    possession, we will continue to produce it, but substantially
3    all discovery has been produced in this case.
4          THE COURT: Well, I was with you. I was smiling
5    until the very end. Is there anything that you anticipate
6    with respect to a tenth production that is coming in the next
7    short period of time, or are you all done, as far as you know?
8          MS. ARCHER: The government's aware of one additional
9    production from the central district of California in the case
10    of the United States versus Khalid Itum, and we'll continue to
11    produce -- anticipates additional discovery related to witness
12    interviews that have yet to be conducted.
13          THE COURT: Okay. And other than what you just put
14    on the record, there's nothing else; correct?
15          MS. ARCHER: To the extent that the government
16    becomes aware of anything else, whether it's -- anything else,
17    we will produce it promptly, but at this time, there's nothing
18    in the government's possession that falls within the scope of
19    Rule 16 material the government intends to use in its case in
20    chief or is otherwise discoverable at this time.
21          THE COURT: Thank you.
22          Mr. Rabin, sir? It can be a short conference. The
23    Court has nothing to really ask you. I just wanted to make
24    sure if there's any application you have or if there's
25    anything you wish the Court to know.

1            MR. RABIN:  There is.

2            THE COURT:  Okay.

3            MR. RABIN:  Judge, when we first had a conference and
4    set a trial date in this case, we told you that the discovery
5    was voluminous.  And we're not optimistic about being able to
6    get through all the discovery.  That has only -- our sense of
7    being able to go -- peruse through all the discovery and
8    prepare for trial has only been complicated by the absolute
9    massive amount of discovery in this case and our inability to
10   review it through technology.  Let me explain if I can.

11            Most of the government's discovery in this case with
12   the exception of the last batch of discovery that they just
13   alluded to that they gave us at 7:30 Friday night, which I
14   want to get into in a moment because that in and of itself is
15   a massive amount of discovery that opens up all types of new
16   issues for us.  But all the other discovery in this case,
17   which is approximately a terabyte and a half up to two
18   terabytes -- millions of documents -- has all been produced in
19   a format so it can be reviewed in a program called Relativity
20   or a similar type of program.

21            Unfortunately, because of the massive amounts of
22   discovery, the Relativity, to put all this discovery on it, is
23   in the area of 20-, $30,000 a month to host it.  We simply
24   don't have the ability to do that, and so we are manually
25   going through the native documents, which in and of themselves

1  are not searchable with the exception of if we review each
2  document and then we can take the data and put it in a
3  searchable format one document at a time.
4       We have two lawyers who are working on this case
5  pretty much full-time, and we have not made a dent in the
6  discovery.  Just simply, it's massive.  We don't have the
7  manpower and we don't have the technology to go through it
8  faster than we're going through it.  And we are doing our very
9  best in light of the Court's scheduling order in this case.
10      Simply put, before we got the discovery Friday, I was
11 going to tell the Court we need more time.  Let me now address
12 the discovery that we received on Friday so the Court is just
13 a little bit more aware of the dynamics here.  Friday
14 afternoon, about 7:30 at night, the government provided us
15 with Bureau of Prison phone records, which now open up a whole
16 new area of inquiry for us regarding conversations that our
17 client allegedly had -- we assume.  We haven't reviewed this
18 stuff.  All we have is the index.  We assume that that's
19 Bureau of Prisons phone calls and other communications of
20 Mr. Farnsworth that we are going to need to go through.
21      They provided us with the plea documents on Mr. Lowe,
22 which we already had.  We pulled those off PACER.  That was
23 nothing new.  They provided us with a 21-page 302, which is a
24 report prepared by the FBI of Mr. Lowe's interview.  What's
25 significant about that is that the interview occurred on

1  June 5th.  It was typed up on August 7th but yet provided on
2  Friday.  So they've been sitting on that report for reasons
3  unknown to us.
4          There's additional interviews -- additional
5  interviews -- two other interviews and some court documents.
6  This discovery alone would be at least two, three, four weeks
7  of review, especially Mr. Lowe's 302 because Mr. Lowe is, as
8  the Court now knows, is Mr. Farnsworth's codefendant,
9  presumably the person with the most direct knowledge of
10 Mr. Farnsworth's conduct -- at least that's the way I would
11 assume that the government would portray it -- and 21 pages of
12 accusations, allegations, and factual statements that Mr. Lowe
13 is now making, some of which are he's either attributing to
14 Mr. Farnsworth or saying he said because of Mr. Farnsworth.
15 All of this is to tell the Court in a nutshell that we are
16 doing our level best to prepare for trial, but we need more
17 time.
18          THE COURT:  Well, Mr. Rabin, as I told you the first
19 time we met, your reputation proceeds you, sir.  And I know
20 this is not your first rodeo.  Trial is not for six months.
21 Trial was set by this Court five months before that, and your
22 client has been charged long before that.  So even accepting
23 everything that you're saying is true, which I do, meaning
24 that it is voluminous, there's much that the Court can do to
25 ensure that this goes to trial because it will go to trial on

1  March the 10th.

2  I can think of a lot of things that Sam Rabin in his
3  wide experience could ask for.  There is much that I intend --
4  you know, the government has to be -- and the Court respects
5  that the government has to overdisclose in cases such as this
6  because of the nature of electronic information.  But at the
7  end of the day, this is a very simple case.  To the
8  government's credit, they put in close to dozens of pages of
9  allegedly false or misleading statements.  They can be held to
10 those and no others, for instance.

11 We could have the government, 45 to 60 days before
12 March the 10th, provide exhibit lists, provide statements, but
13 let me just ensure Mr. Rabin of one thing.  There is no
14 universe where this case does not go to trial.  This man is
15 detained.  This is a serious set of charges.  He has excellent
16 defense counsel.  And the government will be put to the test
17 on March the 10th.

18 I also want to say that from everything that's been
19 provided to this Court, I don't have a single written motion
20 from defense.  I really don't have much of anything besides
21 charging documents and what's been represented in open court.
22 I have no reason to believe that the government has been
23 anything other than forthright and turning square corners with
24 respect to its disclosures.

25 So with that as the state of play, Mr. Rabin, there

1  was a flavor of what you said to me that maybe sounds like an
2  indigency.  If that's the case, there are applications that
3  can be made to assist if indigency is what's going on here
4  because of the need for Relativity databases.  I'll hear all
5  that.  But I also know -- and I state for the record that
6  Mr. Rabin's wearing a very nice suit and that suits cost
7  money, and excellence comes with a price in the legal world.
8        So if it's not indigency but simply difficulty, I
9  think that it's conspiracy to commit securities fraud.  It's
10 MoviePass.  We can narrow it.  The government is being very
11 careful to make sure that the defense has everything that it
12 needs to pursue defense theories that the government may be
13 unaware of on how they wish to approach a case, but that is
14 fully within the capability of the defense and shall not delay
15 a trial.
16       I want to stress to Mr. Rabin because I respect that
17 he stood up on September the 16th and said some things -- and
18 I take them as seriously as a heart attack.  If there are
19 things that the Court needs to know, you should put it in
20 writing, but this man -- from the time that I have had the
21 case, it will be 11 months.  We're going to trial on March
22 the 10th.  And if Mr. Rabin needs help, he can make
23 applications for help.  If the government needs to be cordoned
24 off or cordoned down so that defense knows what they want to
25 shoot at and they feel like it's a wild goose chase, I don't

1  frankly see that at this point.
2          I actually think the charging document is incredibly
3  detailed -- I mean most of it.  Frankly, it's just
4  allegations, but most of it is a series of allegedly false and
5  misleading statements.  And I know that's not the whole case,
6  but that's a large part of the charging instrument, which I
7  think, Mr. Rabin, allows you to narrow it down.  But you'll
8  tell me if I'm missing something, sir.  But so far, I hear
9  you.  In the age of electronic information, data can get
10 voluminous.  You need to have the ability to search through
11 it, but there's ways six months out that we can do that.
12         So I guess I'll throw it back to you, sir.  What, if
13 anything, am I missing today?  I just want you to know there
14 is no universe where we're not going to trial when a man has
15 been detained for a year on my watch.  We will make sure that
16 Mr. Farnsworth gets his day.  This is not splitting the egg.
17 This is conspiracy to commit securities fraud.  Anything you
18 want me to know, Mr. Rabin, beyond what you've said?
19         MR. RABIN:  Sure.  The Court talked about narrowing
20 the universe.  The court should also know that there's
21 apparently a second investigation going on of Mr. Farnsworth
22 in another matter that I do not represent him on, and the
23 government is apparently starting to bleed some of that
24 investigation into this case.  And the Court says, "Well, it's
25 a relatively straightforward indictment."  Apparently, there's

1    another investigation that may also be a part of this case.
2           THE COURT:  Well, that, I'll help you on, Mr. Rabin,
3    because the government -- and, you know, I'm not saying today,
4    but that's exactly why I'm happy that you rose.  There will
5    come a point well before March the 10th where the drawbridge
6    goes up and they are going to be held to prove this case.  And
7    if there's a second case, they have the right to go to a grand
8    jury -- they have a right to do what the law allows them to
9    do -- but we will -- for the benefit of Mr. Farnsworth and
10   this case, we will make sure that Mr. Rabin only has to defend
11   one case, not two.
12          But I need to know from both sides what their
13   position is on that because -- a good example is -- and I'll
14   tell you right now.  With March the 10th, I can say today
15   based on what little I know, there will be no superseder that
16   is permitted by this Court after January the 10th.  None.
17   Now, that's actually way on the outside.  I know Mr. Rabin
18   probably wants no superseder as of today, but that's my point.
19   My point is with what little I know in this case, Mr. Rabin, I
20   can help, but I need applications from both sides.
21          We're going to make sure that at a certain point that
22   all sides know we're aiming at one thing for March the 10th.
23   And I am getting the sense that what we may have to do in
24   December or January if Mr. Rabin is still having the problems
25   that he's describing is we'll just have to narrow things down

1   and make sure that the universe is starting to be the universe
2   that is trial exhibits.  And we'll do that so that -- now,
3   with respect to Relativity databases, Mr. Rabin, you're going
4   to have to give me more than what you've given me because the
5   government is not going to be penalized for providing all
6   possibilities to defense and then hearing from defense "But I
7   can't search the universe."
8          At some level, the government is going to meet its
9   obligations, and then the defense is going to have to decide
10  from the universe what are the possible defense theories that
11  are actually plausible in the case.  All right, Mr. Rabin?
12  Anything else, sir?
13          MR. RABIN:  That's it.  Thank you, Judge.
14          THE COURT:  Anything else from the government?
15          MS. ARCHER:  Your Honor, may I just clarify and
16  respond to --
17          THE COURT:  Sure, of course.
18          MS. ARCHER:  Respectfully, the government disagrees
19  with counsel's description of the discovery produced to date.
20  We'd like the Court to know that the discovery that has been
21  produced beginning in the fall of 2022, shortly after the
22  indictment was returned in this case -- the government's
23  produced searchable, indexed, load-ready-format discovery.
24  The index that I've just described identifies Bates ranges for
25  specific productions with third petitioners as well as other

1    categories and materials, including interview reports, SEC
2    filings, press releases.  It's a very detailed index that's
3    been provided.
4            Additionally, in a separate production to counsel,
5    the government has provided e-documents, including what would
6    be potential trial exhibits, supporting allegations in the
7    indictment, and pointed counsel to additional sources of
8    evidence the government intends to rely on.
9            Finally, and the most recent, the government's
10   production on Friday.  The government disagrees with counsel's
11   representation of it as a voluminous production.  It included
12   certain interview reports, notes and attachments to those
13   reports, court documents, which counsel represented here he
14   had in his possession, and Bureau of Prisons records for the
15   defendant.
16           THE COURT:  That's fine, Counsel. You didn't even
17   have to do all that.  Mr. Rabin is just doing his job.  And
18   just like I accept his representations, I accept the
19   government's -- that the government has, at each conference,
20   very plainly stated that it is up to date with its discovery
21   obligations.  If anything, what Mr. Rabin just did is
22   basically say through me "Let's just make sure that that's the
23   case," and the government will continue to do that.
24           I think the best thing to do given what's been said
25   and so that we will ensure at all times that trial starts on

1  March the 10th, I would ask counsel to get out their
2  calendars.  Let's have a status in December, and we'll come
3  back and we'll see where everything is.
4         Ms. Shotwell, what do we have for just a half an hour
5  status in December?
6         THE COURTROOM DEPUTY:  We have Thursday, December 5th
7  at 9:30 AM.
8         THE COURT:  How's that, Counsel?  Thursday,
9  December 5th at 9:30?
10        MR. RABIN:  That's fine.  I'll make it work.
11        THE COURT:  Thank you very much.  And I don't care
12 what the government says because they're all fungible.  We'll
13 see everyone Thursday, December 5th at 9:30 AM.  Time's been
14 excluded.  And obviously, you don't have to wait until
15 December 5th.  If there's something pressing, you can make an
16 application to the Court.
17        Anything else we need to do, Mr. Riley or Ms. Archer?
18        MS. ARCHER:  No, Your Honor.
19        THE COURT:  Okay.
20        Mr. Rabin?
21        MR. RABIN:  That's it.  Thank you, Judge.
22        THE COURT:  Nice to see everybody.  We're adjourned
23 on this.
24    (Proceedings were adjourned at 9:02 AM.)
25

CERTIFICATE OF REPORTER

     I certify that the foregoing is a correct transcription of the record of proceedings in the above-entitled matter prepared from my stenotype notes.

DATE:   17th of September, 2024   /s/*Lance W. Steinbeisser*
                                         Lance W. Steinbeisser,
                                         FCRR, RPR, FPR-C
                                         Official Court Reporter
                                         United States District Court
                                         Southern District of Florida
                                         Miami, Florida

| $ | 7 | applications [3] - 8:2, 8:23, 10:20 | 11:22, 12:23 | 2:9, 2:13, 2:19, 3:4, 3:13, 3:21, 4:2, 6:18, 10:2, 11:14, 11:17, 12:16, 13:8, 13:11, 13:19, 13:22 |
|---|---|---|---|---|
| $30,000 [1] - 4:23 | 7:30 [2] - 4:13, 5:14 | approach [1] - 8:13 | CASE [1] - 1:2 | |
| | 7th [1] - 6:1 | ARCHER [9] - 1:14, 2:7, 2:17, 2:21, 3:8, 3:15, 11:15, 11:18, 13:18 | cases [1] - 7:5 | |
| / | | | categories [1] - 12:1 | |
| | 8 | | central [1] - 3:9 | |
| /s/Lance [1] - 14:5 | | | certain [2] - 10:21, 12:12 | Court [22] - 1:20, 1:21, 2:1, 2:12, 3:23, 3:25, 5:11, 5:12, 6:8, 6:15, 6:21, 6:24, 7:4, 7:19, 8:19, 9:19, 9:24, 10:16, 11:20, 13:16, 14:6, 14:7 |
| | 8:43 [1] - 1:6 | Archer [2] - 2:7, 13:17 | CERTIFICATE [1] - 14:1 | |
| 1 | | area [2] - 4:23, 5:16 | certify [1] - 14:2 | |
| | 9 | assist [1] - 8:3 | charged [1] - 6:22 | |
| 1 [1] - 1:8 | | assume [3] - 5:17, 5:18, 6:11 | charges [1] - 7:15 | |
| 10th [10] - 2:15, 7:1, 7:12, 7:17, 8:22, 10:5, 10:14, 10:16, 10:22, 13:1 | 9:02 [2] - 1:6, 13:24 | attachments [1] - 12:12 | charging [3] - 7:21, 9:2, 9:6 | |
| | 9:30 [3] - 13:7, 13:9, 13:13 | attack [1] - 8:18 | chase [1] - 8:25 | |
| | | attributing [1] - 6:13 | chief [1] - 3:20 | Court's [1] - 5:9 |
| 11 [1] - 8:21 | | August [1] - 6:1 | clarify [1] - 11:15 | COURTROOM [2] - 2:2, 13:6 |
| 14 [1] - 1:8 | A | Avenue [1] - 1:21 | client [2] - 5:17, 6:22 | credit [1] - 7:8 |
| 16 [3] - 1:5, 2:25, 3:19 | ability [2] - 4:24, 9:10 | aware [4] - 2:22, 3:8, 3:16, 5:13 | close [1] - 7:8 | CRIMINAL [1] - 1:2 |
| 16th [1] - 8:17 | able [2] - 4:5, 4:7 | | codefendant [1] - 6:8 | |
| 17th [1] - 14:5 | above-entitled [1] - 14:3 | | coming [1] - 3:6 | D |
| | | B | commit [2] - 8:9, 9:17 | |
| 2 | absolute [1] - 4:8 | | communications [1] - 5:19 | data [2] - 5:2, 9:9 |
| | accept [2] - 12:18 | based [1] - 10:15 | | databases [2] - 8:4, 11:3 |
| 20 [1] - 4:23 | accepting [1] - 6:22 | batch [1] - 4:12 | complicated [1] - 4:8 | DATE [1] - 14:5 |
| 2022 [1] - 11:21 | accusations [1] - 6:12 | Bates [1] - 11:24 | comply [1] - 2:23 | date [4] - 2:18, 4:4, 11:19, 12:20 |
| 2024 [2] - 1:5, 14:5 | additional [6] - 2:25, 3:8, 3:11, 6:4, 12:7 | becomes [1] - 3:16 | computer [1] - 1:24 | DAVID [1] - 1:11 |
| 21 [1] - 6:11 | | BEFORE [1] - 1:11 | computer-aided [1] - 1:24 | days [1] - 7:11 |
| 21-page [1] - 5:23 | additionally [1] - 12:4 | beginning [2] - 2:6, 11:21 | conduct [1] - 6:10 | December [7] - 10:24, 13:2, 13:5, 13:6, 13:9, 13:13, 13:15 |
| 22-cr-20521 [2] - 1:2, 2:4 | address [1] - 5:11 | BEHALF [1] - 1:16 | conducted [1] - 3:12 | |
| | adjourned [2] - 13:22, 13:24 | behalf [1] - 2:11 | CONFERENCE [1] - 1:10 | |
| 3 | afternoon [1] - 5:14 | benefit [1] - 10:9 | conference [3] - 3:22, 4:3, 12:19 | decide [1] - 11:9 |
| | age [1] - 9:9 | best [3] - 5:9, 6:16, 12:24 | conspiracy [2] - 8:9, 9:17 | defend [1] - 10:10 |
| 302 [2] - 5:23, 6:7 | aided [1] - 1:24 | beyond [1] - 9:18 | continue [3] - 3:2, 3:10, 12:23 | defendant [1] - 12:15 |
| 305.523.5633 [1] - 1:22 | aiming [1] - 10:22 | bit [1] - 5:13 | continuing [1] - 2:23 | Defendant [1] - 1:8 |
| 33128 [1] - 1:22 | allegations [3] - 6:12, 9:4, 12:6 | bleed [1] - 9:23 | conversations [1] - 5:16 | DEFENDANT [1] - 1:16 |
| | | Bureau [3] - 5:15, 5:19, 12:14 | cordoned [2] - 8:23, 8:24 | defense [10] - 7:16, 7:20, 8:11, 8:12, 8:14, 8:24, 11:6, 11:9, 11:10 |
| 4 | allegedly [3] - 5:17, 7:9, 9:4 | | corners [1] - 7:23 | |
| | allows [2] - 9:7, 10:8 | C | correct [2] - 3:14, 14:2 | delay [1] - 8:14 |
| 400 [1] - 1:21 | alluded [1] - 4:13 | | cost [1] - 8:6 | dent [1] - 5:5 |
| 45 [1] - 7:11 | alone [1] - 6:6 | calendars [1] - 13:2 | counsel [6] - 2:5, 7:16, 12:4, 12:7, 12:13, 13:1 | Department [1] - 1:15 |
| | AM [5] - 1:6, 13:7, 13:13, 13:24 | California [1] - 3:9 | | DEPUTY [2] - 2:2, 13:6 |
| 5 | AMERICA [1] - 1:4 | capability [1] - 8:14 | Counsel [3] - 2:13, 12:16, 13:8 | described [1] - 11:24 |
| | amount [2] - 4:9, 4:15 | care [1] - 13:11 | counsel's [2] - 11:19, 12:10 | describing [1] - 10:25 |
| 5th [5] - 6:1, 13:6, 13:9, 13:13, 13:15 | amounts [1] - 4:21 | careful [1] - 8:11 | | description [1] - 11:19 |
| | announce [1] - 2:5 | Case [1] - 2:3 | course [1] - 11:17 | detailed [2] - 9:3, 12:2 |
| 6 | anticipate [1] - 3:5 | case [25] - 3:3, 3:9, 3:19, 4:4, 4:9, 4:11, 4:16, 5:4, 5:9, 7:7, 7:14, 8:2, 8:13, 8:21, 9:5, 9:24, 10:1, 10:6, 10:7, 10:10, 10:11, 10:19, 11:11, | court [5] - 2:24, 6:5, 7:21, 9:20, 12:13 | detained [2] - 7:15, 9:15 |
| | anticipates [1] - 3:11 | | COURT [17] - 1:1, | |
| 60 [1] - 7:11 | appearances [1] - 2:5 | | | difficulty [1] - 8:8 |
| | application [2] - 3:24, 13:16 | | | |

**direct** [1] - 6:9
**disagrees** [2] - 11:18, 12:10
**disclosures** [1] - 7:24
**discoverable** [1] - 3:20
**discovery** [23] - 2:22, 2:23, 3:1, 3:3, 3:11, 4:4, 4:6, 4:7, 4:9, 4:11, 4:12, 4:15, 4:16, 4:22, 5:6, 5:10, 5:12, 6:6, 11:19, 11:20, 11:23, 12:20
**DISTRICT** [3] - 1:1, 1:1, 1:11
**district** [1] - 3:9
**District** [3] - 1:21, 14:7, 14:7
**DIVISION** [1] - 1:2
**document** [3] - 5:2, 5:3, 9:2
**documents** [7] - 4:18, 4:25, 5:21, 6:5, 7:21, 12:5, 12:13
**done** [1] - 3:7
**down** [3] - 8:24, 9:7, 10:25
**dozens** [1] - 7:8
**drawbridge** [1] - 10:5
**DUQUE** [1] - 1:18
**Duque** [1] - 2:11
**dynamics** [1] - 5:13

**E**

**e-documents** [1] - 12:5
**egg** [1] - 9:16
**either** [1] - 6:13
**electronic** [2] - 7:6, 9:9
**end** [2] - 3:5, 7:7
**ensure** [3] - 6:25, 7:13, 12:25
**entitled** [1] - 14:3
**especially** [1] - 6:7
**ESQ** [4] - 1:14, 1:14, 1:17, 1:18
**evidence** [1] - 12:8
**exactly** [1] - 10:4
**example** [1] - 10:13
**excellence** [1] - 8:7
**excellent** [1] - 7:15
**exception** [2] - 4:12, 5:1
**excluded** [1] - 13:14

**exhibit** [1] - 7:12
**exhibits** [2] - 11:2, 12:6
**experience** [1] - 7:3
**explain** [1] - 4:10
**extent** [2] - 2:25, 3:15

**F**

**factual** [1] - 6:12
**fall** [1] - 11:21
**falls** [1] - 3:18
**false** [2] - 7:9, 9:4
**far** [2] - 3:7, 9:8
**Farnsworth** [9] - 2:3, 2:11, 2:14, 5:20, 6:14, 9:16, 9:21, 10:9
**FARNSWORTH** [1] - 1:7
**Farnsworth's** [2] - 6:8, 6:10
**faster** [1] - 5:8
**FBI** [1] - 5:24
**FCRR** [2] - 1:20, 14:6
**filed** [1] - 2:21
**filings** [1] - 12:2
**finally** [1] - 12:9
**fine** [2] - 12:16, 13:10
**first** [3] - 4:3, 6:18, 6:20
**five** [1] - 6:21
**flavor** [1] - 8:1
**FLORIDA** [1] - 1:1
**Florida** [4] - 1:4, 1:22, 14:7, 14:8
**FOR** [1] - 1:13
**foregoing** [1] - 14:2
**format** [3] - 4:19, 5:3, 11:23
**forthright** [1] - 7:23
**four** [1] - 6:6
**FPR** [2] - 1:20, 14:6
**FPR-C** [2] - 1:20, 14:6
**frankly** [2] - 9:1, 9:3
**fraud** [2] - 8:9, 9:17
**Friday** [6] - 4:13, 5:10, 5:12, 5:13, 6:2, 12:10
**full** [1] - 5:5
**full-time** [1] - 5:5
**fully** [1] - 8:14
**fungible** [1] - 13:12

**G**

**given** [2] - 11:4,

12:24
**goose** [1] - 8:25
**government** [28] - 2:6, 2:16, 2:17, 2:21, 3:15, 3:19, 5:14, 6:11, 7:4, 7:5, 7:11, 7:16, 7:22, 8:10, 8:12, 8:23, 9:23, 10:3, 11:5, 11:8, 11:14, 11:18, 12:5, 12:8, 12:10, 12:19, 12:23, 13:12
**GOVERNMENT** [1] - 1:13
**government's** [8] - 3:1, 3:8, 3:18, 4:11, 7:8, 11:22, 12:9, 12:19
**grand** [1] - 10:7
**guess** [1] - 9:12

**H**

**half** [2] - 4:17, 13:4
**happy** [1] - 10:4
**hear** [2] - 8:4, 9:8
**hearing** [1] - 11:6
**heart** [1] - 8:18
**held** [2] - 7:9, 10:6
**HELD** [1] - 1:11
**help** [4] - 8:22, 8:23, 10:2, 10:20
**Honor** [6] - 2:7, 2:10, 2:17, 2:21, 11:15, 13:18
**HONORABLE** [1] - 1:11
**host** [1] - 4:23
**hour** [1] - 13:4

**I**

**identifies** [1] - 11:24
**inability** [1] - 4:9
**included** [1] - 12:11
**including** [3] - 2:25, 12:1, 12:5
**incredibly** [1] - 9:2
**index** [3] - 5:18, 11:24, 12:2
**indexed** [1] - 11:23
**indictment** [3] - 9:25, 11:22, 12:7
**indigency** [3] - 8:2, 8:3, 8:8
**information** [2] - 7:6, 9:9
**inquiry** [1] - 5:16

**instance** [1] - 7:10
**instrument** [1] - 9:6
**intend** [1] - 7:3
**intends** [2] - 3:19, 12:8
**interview** [4] - 5:24, 5:25, 12:1, 12:12
**interviews** [4] - 3:12, 6:4, 6:5
**investigation** [3] - 9:21, 9:24, 10:1
**issues** [1] - 4:16
**itself** [1] - 4:14
**Itum** [1] - 3:10

**J**

**January** [2] - 10:16, 10:24
**JESSICA** [1] - 1:18
**Jessica** [1] - 2:11
**job** [1] - 12:17
**JR** [1] - 1:17
**Jr** [1] - 1:18
**Judge** [3] - 4:3, 11:13, 13:21
**JUDGE** [1] - 1:11
**June** [1] - 6:1
**jury** [1] - 10:8
**Justice** [1] - 1:15

**K**

**Khalid** [1] - 3:10
**knowledge** [1] - 6:9
**knows** [2] - 6:8, 8:24

**L**

**LANCE** [1] - 1:20
**Lance** [1] - 14:5
**large** [1] - 9:6
**last** [1] - 4:12
**LAUREN** [1] - 1:14
**Lauren** [1] - 2:7
**law** [1] - 10:8
**lawyers** [1] - 5:4
**least** [2] - 6:6, 6:10
**legal** [1] - 8:7
**LEIBOWITZ** [1] - 1:11
**level** [2] - 6:16, 11:8
**light** [1] - 5:9
**lists** [1] - 7:12
**load** [1] - 11:23
**load-ready-format** [1] - 11:23
**local** [1] - 2:24

**lowe** [2] - 5:21, 6:12
**Lowe** [1] - 6:7
**Lowe's** [2] - 5:24, 6:7

**M**

**man** [3] - 7:14, 8:20, 9:14
**manpower** [1] - 5:7
**manually** [1] - 4:24
**March** [9] - 2:15, 7:1, 7:12, 7:17, 8:21, 10:5, 10:14, 10:22, 13:1
**massive** [4] - 4:9, 4:15, 4:21, 5:6
**material** [1] - 3:19
**materials** [1] - 12:1
**matter** [3] - 2:2, 9:22, 14:3
**MATTHEW** [1] - 1:14
**Matthew** [1] - 2:8
**mean** [1] - 9:3
**meaning** [1] - 6:23
**mechanical** [1] - 1:24
**meet** [1] - 11:8
**met** [1] - 6:19
**Miami** [4] - 1:4, 1:21, 1:22, 14:8
**millions** [1] - 4:18
**misleading** [2] - 7:9, 9:5
**missing** [2] - 9:8, 9:13
**moment** [1] - 4:14
**money** [1] - 8:7
**month** [1] - 4:23
**months** [4] - 6:20, 6:21, 8:21, 9:11
**morning** [5] - 2:7, 2:9, 2:10, 2:13
**most** [5] - 4:11, 6:9, 9:3, 9:4, 12:9
**motion** [1] - 7:19
**MoviePass** [1] - 8:10
**MR** [7] - 2:10, 4:1, 4:3, 9:19, 11:13, 13:10, 13:21
**MS** [8] - 2:7, 2:17, 2:21, 3:8, 3:15, 11:15, 11:18, 13:18

**N**

**narrow** [3] - 8:10, 9:7, 10:25
**narrowing** [1] - 9:19
**native** [1] - 4:25

**nature** [1] - 7:6
**need** [8] - 5:11, 5:20, 6:16, 8:4, 9:10, 10:12, 10:20, 13:17
**needs** [4] - 8:12, 8:19, 8:22, 8:23
**new** [3] - 4:15, 5:16, 5:23
**next** [1] - 3:6
**nice** [2] - 8:6, 13:22
**night** [2] - 4:13, 5:14
**ninth** [1] - 2:22
**NO** [1] - 1:2
**none** [1] - 10:16
**North** [1] - 1:21
**notes** [2] - 12:12, 14:3
**nothing** [5] - 2:20, 3:14, 3:17, 3:23, 5:23
**Number** [1] - 2:4
**nutshell** [1] - 6:15

**O**

**obligation** [1] - 2:23
**obligations** [3] - 2:24, 11:9, 12:21
**obviously** [1] - 13:14
**occurred** [1] - 5:25
**OF** [5] - 1:1, 1:4, 1:10, 1:16, 14:1
**Official** [2] - 1:20, 14:6
**ON** [1] - 1:16
**one** [5] - 3:8, 5:3, 7:13, 10:11, 10:22
**open** [2] - 5:15, 7:21
**opens** [1] - 4:15
**optimistic** [1] - 4:5
**Order** [1] - 2:1
**order** [2] - 2:22, 5:9
**otherwise** [1] - 3:20
**outside** [1] - 10:17
**overdisclose** [1] - 7:5

**P**

**P.A** [1] - 1:18
**PACER** [1] - 5:22
**pages** [2] - 6:11, 7:8
**Pages** [1] - 1:8
**part** [2] - 9:6, 10:1
**penalized** [1] - 11:5
**period** [1] - 3:7
**permitted** [1] - 10:16
**person** [1] - 6:9

**peruse** [1] - 4:7
**petitioners** [1] - 11:25
**phone** [2] - 5:15, 5:19
**plainly** [1] - 12:20
**Plaintiff** [1] - 1:5
**plausible** [1] - 11:11
**play** [1] - 7:25
**plea** [1] - 5:21
**point** [5] - 9:1, 10:5, 10:18, 10:19, 10:21
**pointed** [1] - 12:7
**portray** [1] - 6:11
**position** [1] - 10:13
**possession** [3] - 3:2, 3:18, 12:14
**possibilities** [1] - 11:6
**possible** [1] - 11:10
**potential** [1] - 12:6
**prepare** [2] - 4:8, 6:16
**prepared** [3] - 2:18, 5:24, 14:3
**present** [1] - 2:11
**press** [1] - 12:2
**pressing** [1] - 13:15
**presumably** [1] - 6:9
**pretty** [1] - 5:5
**price** [1] - 8:7
**Prison** [1] - 5:15
**Prisons** [2] - 5:19, 12:14
**problems** [1] - 10:24
**proceed** [1] - 2:18
**proceedings** [1] - 14:3
**Proceedings** [2] - 1:24, 13:24
**proceeds** [1] - 6:19
**produce** [3] - 3:2, 3:11, 3:17
**produced** [7] - 1:24, 3:1, 3:3, 4:18, 11:19, 11:21, 11:23
**production** [5] - 3:6, 3:9, 12:4, 12:10, 12:11
**productions** [1] - 11:25
**program** [2] - 4:19, 4:20
**promptly** [1] - 3:17
**prove** [1] - 10:6
**provide** [2] - 7:12
**provided** [9] - 2:19, 2:20, 5:14, 5:21, 5:23, 6:1, 7:19, 12:3, 12:5

**providing** [1] - 11:5
**pulled** [1] - 5:22
**pursue** [1] - 8:12
**put** [7] - 3:13, 4:22, 5:2, 5:10, 7:8, 7:16, 8:19

**R**

**RABIN** [8] - 1:17, 2:10, 4:1, 4:3, 9:19, 11:13, 13:10, 13:21
**Rabin** [21] - 1:18, 2:10, 3:22, 6:18, 7:2, 7:13, 7:25, 8:16, 8:22, 9:7, 9:18, 10:2, 10:10, 10:17, 10:19, 10:24, 11:3, 11:11, 12:17, 12:21, 13:20
**Rabin's** [1] - 8:6
**ranges** [1] - 11:24
**ready** [2] - 2:18, 11:23
**really** [2] - 3:23, 7:20
**reason** [1] - 7:22
**reasons** [1] - 6:2
**received** [1] - 5:12
**recent** [1] - 12:9
**record** [4] - 2:6, 3:14, 8:5, 14:3
**recorded** [1] - 1:24
**records** [2] - 5:15, 12:14
**recovery** [1] - 2:19
**regarding** [1] - 5:16
**REILLY** [1] - 1:14
**Reilly** [1] - 2:8
**related** [1] - 3:11
**relatively** [1] - 9:25
**Relativity** [4] - 4:19, 4:22, 8:4, 11:3
**releases** [1] - 12:2
**rely** [1] - 12:8
**report** [3] - 2:16, 5:24, 6:2
**REPORTER** [1] - 14:1
**Reporter** [2] - 1:20, 14:6
**reports** [3] - 12:1, 12:12, 12:13
**represent** [1] - 9:22
**representation** [1] - 12:11
**representations** [1] - 12:18
**represented** [2] - 7:21, 12:13

**reputation** [1] - 6:19
**respect** [4] - 3:6, 7:24, 8:16, 11:3
**respectfully** [1] - 11:18
**respects** [1] - 7:4
**respond** [1] - 11:16
**response** [1] - 2:22
**returned** [1] - 11:22
**review** [3] - 4:10, 5:1, 6:7
**reviewed** [2] - 4:19, 5:17
**Riley** [1] - 13:17
**rodeo** [1] - 6:20
**rose** [1] - 10:4
**RPR** [2] - 1:20, 14:6
**Rule** [2] - 2:25, 3:19
**rules** [1] - 2:24

**S**

**Sam** [2] - 2:10, 7:2
**SAMUEL** [1] - 1:17
**Samuel** [1] - 1:18
**scheduling** [1] - 5:9
**scope** [1] - 3:18
**search** [2] - 9:10, 11:7
**searchable** [3] - 5:1, 5:3, 11:23
**seated** [1] - 2:14
**SEC** [1] - 12:1
**second** [2] - 9:21, 10:7
**securities** [2] - 8:9, 9:17
**see** [5] - 2:16, 9:1, 13:3, 13:13, 13:22
**sense** [2] - 4:6, 10:23
**separate** [1] - 12:4
**September** [3] - 1:5, 8:17, 14:5
**series** [1] - 9:4
**serious** [1] - 7:15
**seriously** [1] - 8:18
**set** [4] - 2:15, 4:4, 6:21, 7:15
**shall** [1] - 8:14
**shoot** [1] - 8:25
**short** [2] - 3:7, 3:22
**shortly** [1] - 11:21
**Shotwell** [1] - 13:4
**sides** [3] - 10:12, 10:20, 10:22
**significant** [1] - 5:25
**similar** [1] - 4:20
**simple** [1] - 7:7
**simply** [4] - 4:23, 5:6,

5:10, 8:8
**single** [1] - 7:19
**sitting** [1] - 6:2
**six** [2] - 6:20, 9:11
**smiling** [1] - 3:4
**sounds** [1] - 8:1
**sources** [1] - 12:7
**SOUTHERN** [1] - 1:1
**Southern** [1] - 14:7
**specific** [1] - 11:25
**splitting** [1] - 9:16
**square** [1] - 7:23
**standing** [1] - 2:22
**starting** [2] - 9:23, 11:1
**starts** [1] - 12:25
**state** [2] - 7:25, 8:5
**statements** [4] - 6:12, 7:9, 7:12, 9:5
**STATES** [3] - 1:1, 1:4, 1:11
**States** [6] - 1:15, 1:21, 2:3, 2:8, 3:10, 14:7
**status** [2] - 13:2, 13:5
**STATUS** [1] - 1:10
**Steinbeisser** [2] - 14:5, 14:5
**STEINBEISSER** [1] - 1:20
**stenography** [1] - 1:24
**stenotype** [1] - 14:3
**still** [1] - 10:24
**stood** [1] - 8:17
**straightforward** [1] - 9:25
**stress** [1] - 8:16
**stuff** [1] - 5:18
**substantially** [1] - 3:2
**suit** [1] - 8:6
**suits** [1] - 8:6
**superseder** [2] - 10:15, 10:18
**supporting** [1] - 12:6

**T**

**technology** [2] - 4:10, 5:7
**Ted** [1] - 2:11
**tenth** [1] - 3:6
**terabyte** [1] - 4:17
**terabytes** [1] - 4:18
**test** [1] - 7:16
**THE** [21] - 1:11, 1:13, 1:16, 2:2, 2:9, 2:13, 2:19, 3:4, 3:13,

3:21, 4:2, 6:18, 10:2, 11:14, 11:17, 12:16, 13:6, 13:8, 13:11, 13:19, 13:22
**themselves** [1] - 4:25
**Theodore** [1] - 2:3
**THEODORE** [1] - 1:7
**theories** [2] - 8:12, 11:10
**they've** [1] - 6:2
**third** [1] - 11:25
**three** [1] - 6:6
**throw** [1] - 9:12
**Thursday** [3] - 13:6, 13:8, 13:13
**time's** [1] - 13:13
**today** [4] - 9:13, 10:3, 10:14, 10:18
**TRANSCRIPT** [1] - 1:10
**transcript** [1] - 1:24
**transcription** [2] - 1:24, 14:3
**trial** [16] - 2:15, 2:18, 4:4, 4:8, 6:16, 6:20, 6:21, 6:25, 7:14, 8:15, 8:21, 9:14, 11:2, 12:6, 12:25
**true** [1] - 6:23
**turning** [1] - 7:23
**two** [5] - 4:17, 5:4, 6:5, 6:6, 10:11
**type** [1] - 4:20
**typed** [1] - 6:1
**types** [1] - 4:15

**U**

**unaware** [1] - 8:13
**unfortunately** [1] - 4:21
**UNITED** [3] - 1:1, 1:4, 1:11
**United** [6] - 1:15, 1:21, 2:3, 2:8, 3:10, 14:7
**universe** [7] - 7:14, 9:14, 9:20, 11:1, 11:7, 11:10
**unknown** [1] - 6:3
**up** [7] - 4:15, 4:17, 5:15, 6:1, 8:17, 10:6, 12:20

**V**

**versus** [2] - 2:3, 3:10
**voluminous** [4] - 4:5,

6:24, 9:10, 12:11
**vs** [1] - 1:6

**W**

**wait** [1] - 13:14
**wants** [1] - 10:18
**watch** [1] - 9:15
**ways** [1] - 9:11
**wearing** [1] - 8:6
**weeks** [1] - 6:6
**whole** [2] - 5:15, 9:5
**wide** [1] - 7:3
**wild** [1] - 8:25
**wish** [2] - 3:25, 8:13
**witness** [1] - 3:11
**world** [1] - 8:7
**writing** [1] - 8:20
**written** [1] - 7:19

**Y**

**year** [1] - 9:15