UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-CR-20521

**UNITED STATES OF AMERICA**

vs.

**THEODORE FARNSWORTH and
J. MITCHELL LOWE**

       **Defendants.**
_____/

## NOTICE OF APPEARANCE

The undersigned Trial Attorney, Katherine McCarthy, hereby appears as counsel for the United States of America in the above-captioned case.

                Respectfully submitted,

                GLENN S. LEON
                CHIEF, FRAUD SECTION
                CRIMINAL DIVISION
                U.S. DEPARTMENT OF JUSTICE

By:   /s/ Katherine McCarthy
           Katherine McCarthy
           Trial Attorney
           Florida Special Bar No. A5502801
           United States Department of Justice
           Criminal Division, Fraud Section
           1400 New York Ave., NW
           Washington, DC 20005
           Tel: (202) 714-7932
           Email: Katherine.McCarthy@usdoj.gov

## CERTIFICATE OF SERVICE

      I, Katherine McCarthy, certify that the foregoing has been served on all attorneys of record in the above-captioned case, either via the CM/ECF electronic filing system or via email.

      By:   /s/ Katherine McCarthy
      Katherine McCarthy
      Trial Attorney
      Florida Special Bar No. A5502801
      United States Department of Justice
      Criminal Division, Fraud Section
      1400 New York Ave., NW
      Washington, DC 20005
      Tel: (202) 714-7932
      Email: Katherine.McCarthy@usdoj.gov

Dated:   October 21, 2024