**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 22-CR-20521**

**UNITED STATES OF AMERICA**

**vs.**

**THEODORE FARNSWORTH**

                    **Defendants**
_____/

## JOINT MOTION TO CONTINUE PRE-TRIAL DEADLINES

The government and Defendant Theodore Farnsworth jointly move the Court to continue the exiting pre-trial deadlines (ECF 135) falling in November by 30 days as the parties are working in good faith to reach a pre-trial resolution in this matter.  This would shift the pre-trial motions deadline from November 1 to December 2, 2024, the oppositions deadline from November 15 to December 16, 2024, and the replies from November 22 to December 23, 2024.  The parties are not currently requesting a continuance of the trial date.

                    Respectfully submitted,

                    GLENN S. LEON
                    CHIEF, FRAUD SECTION
                    CRIMINAL DIVISION
                    U.S. DEPARTMENT OF JUSTICE

By:   /s/ Katherine McCarthy
                    Katherine McCarthy
                    Trial Attorney
                    Florida Special Bar No. A5502801
                    United States Department of Justice
                    Criminal Division, Fraud Section

1

1400 New York Ave., NW
Washington, DC 20005
Tel: (202) 714-7932
Email: Katherine.McCarthy@usdoj.gov


RABIN & LOPEZ, P.A.
One Southeast Third Avenue
Suite 2600
Miami, FL 33131
Tel: 305-358-1064
Email: sjr@miamilawyer.com

*s/ Samuel J. Rabin, Jr.*
SAMUEL J. RABIN, JR.
Florida Bar № 273831
*s/ Jessica Duque*
JESSICA DUQUE
Florida Bar № 1031237


*Counsel for Theodore Farnsworth*

## <u>CERTIFICATE OF SERVICE</u>

   I, Katherine McCarthy, certify that the foregoing has been served on all attorneys of record in the above-captioned case, either via the CM/ECF electronic filing system or via email.


        By:   <u>/s/ Katherine McCarthy   </u>
           Katherine McCarthy
           Trial Attorney
           Florida Special Bar No. A5502801
           United States Department of Justice
           Criminal Division, Fraud Section
           1400 New York Ave., NW
           Washington, DC 20005
           Tel: (202) 714-7932
           Email: Katherine.McCarthy@usdoj.gov


Dated:  October 30, 2024