UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-20521-CR-LEIBOWITZ

**UNITED STATES OF AMERICA**,

    Plaintiff,
v.

**THEODORE FARNSWORTH**,

    Defendant.
_____/

### ORDER GRANTING IN PART JOINT MOTION TO CONTINUE

THIS CAUSE came before the Court on Joint Motion to Continue Pre-Trial Deadlines [ECF No. 153]. Being fully advised, having reviewed the submission of the parties, for the reason stated in the motion, it is **ORDERED AND ADJUDGED** that the Motion is **GRANTED IN PART**. All pre-trial motions and all motions *in limine* (including but not limited to any motions pursuant to Federal Rule of Evidence 404(b)) must be filed by **November 16, 2024**. Each party is limited to filing one motion *in limine*. If there is more than one Defendant, Defendants shall file a combined *motion in limine*. Motions *in limine* in cases with more than one Defendant may exceed the page limits allowed by the Rules. All briefs in opposition to all pre-trial motions and motions *in limine* must be filed by **November 30, 2024**. Any reply briefs (which are not required) must be filed **by December 7, 2024**.

**DONE AND ORDERED** in the Southern District of Florida, this 1st day of November, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record