UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-CR-20521

**UNITED STATES OF AMERICA**

vs.

**THEODORE FARNSWORTH**

        **Defendants**

_____/

**JOINT REQUEST FOR CHANGE OF PLEA HEARING**

The government and Defendant Theodore Farnsworth jointly request that the Court schedule a change of plea hearing for Defendant Farnsworth. The parties also request that time be excluded until the next appearance pursuant to 18 U.S.C. § 3161(h)(1)(G).

                                             Respectfully submitted,

                                             GLENN S. LEON
                                             CHIEF, FRAUD SECTION
                                             CRIMINAL DIVISION
                                             U.S. DEPARTMENT OF JUSTICE

                        By:    /s/ Katherine McCarthy
                                             Katherine McCarthy
                                             Trial Attorney
                                             Florida Special Bar No. A5502801
                                             United States Department of Justice
                                             Criminal Division, Fraud Section
                                             1400 New York Ave., NW
                                             Washington, DC 20005
                                             Tel: (202) 714-7932
                                             Email: Katherine.McCarthy@usdoj.gov

1

RABIN & LOPEZ, P.A.
One Southeast Third Avenue
Suite 2600
Miami, FL 33131
Tel: 305-358-1064
Email: sjr@miamilawyer.com

*s/ Samuel J. Rabin, Jr.*
SAMUEL J. RABIN, JR.
Florida Bar № 273831
*s/ Jessica Duque*
JESSICA DUQUE
Florida Bar № 1031237


*Counsel for Theodore Farnsworth*

2

## CERTIFICATE OF SERVICE

      I, Katherine McCarthy, certify that the foregoing has been served on all attorneys of record in the above-captioned case, either via the CM/ECF electronic filing system or via email.

                        By:    /s/ Katherine McCarthy
                                     Katherine McCarthy
                                     Trial Attorney
                                     Florida Special Bar No. A5502801
                                     United States Department of Justice
                                     Criminal Division, Fraud Section
                                     1400 New York Ave., NW
                                     Washington, DC 20005
                                     Tel: (202) 714-7932
                                     Email: Katherine.McCarthy@usdoj.gov

Dated:   December 4, 2024