UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  22-20521-CR-LEIBOWITZ

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**THEODORE FARNSWORTH**,

    Defendant.

_____/

## ORDER GRANTING REQUEST FOR CHANGE OF PLEA HEARING

THIS CAUSE came before the Court on Joint Request for Change of Plea Hearing [ECF No. 155].  Being fully advised, having reviewed the submission of the parties, and for the reasons stated in the Joint Request, it is **ORDERED AND ADJUDGED** that the Joint Request is **GRANTED**.

The Status Conference scheduled on December 5, 2024, is CANCELLED. A Change of Plea hearing is scheduled for January 2, 2025, at 9:30 a.m., in Miami, Florida.

The time from today through the rescheduled date of January 2, 2025, is excluded from the deadline for trial as computed under the Speedy Trial Act. The Court finds that the ends of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial.  See 18 U.S.C. § 3161(h)(7).  Time is excluded from 12/5/2024 until 01/02/2025.

**DONE AND ORDERED** in the Southern District of Florida on December 6, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record