UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-CR-20521

UNITED STATES OF AMERICA

vs.

THEODORE FARNSWORTH

        **Defendant**
_____/

## JOINT REQUEST FOR CONTINUANCE

A change of plea hearing in this matter is currently scheduled for January 2, 2025. The parties jointly request a continuance until January 7, 2025, in light of attorney scheduling conflicts. The parties also request that time be excluded until the next appearance pursuant to 18 U.S.C. § 3161(h)(1)(G).

        Respectfully submitted,

        GLENN S. LEON
        CHIEF, FRAUD SECTION
        CRIMINAL DIVISION
        U.S. DEPARTMENT OF JUSTICE

By:   /s/ Katherine McCarthy
        Katherine McCarthy
        Trial Attorney
        Florida Special Bar No. A5502801
        United States Department of Justice
        Criminal Division, Fraud Section
        1400 New York Ave., NW
        Washington, DC 20005
        Tel: (202) 714-7932
        Email: Katherine.McCarthy@usdoj.gov

RABIN & LOPEZ, P.A.
One Southeast Third Avenue
Suite 2600
Miami, FL 33131
Tel: 305-358-1064
Email: sjr@miamilawyer.com

*s/ Samuel J. Rabin, Jr.*
SAMUEL J. RABIN, JR.
Florida Bar № 273831
*s/ Jessica Duque*
JESSICA DUQUE
Florida Bar № 1031237


*Counsel for Theodore Farnsworth*

2

## CERTIFICATE OF SERVICE

      I, Katherine McCarthy, certify that the foregoing has been served on all attorneys of record in the above-captioned case, either via the CM/ECF electronic filing system or via email.

                                      By:    /s/ Katherine McCarthy
                                                      Katherine McCarthy
                                                      Trial Attorney
                                                      Florida Special Bar No. A5502801
                                                      United States Department of Justice
                                                      Criminal Division, Fraud Section
                                                      1400 New York Ave., NW
                                                      Washington, DC 20005
                                                      Tel: (202) 714-7932
                                                      Email: Katherine.McCarthy@usdoj.gov

Dated:   December 17, 2024