UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-20521-CR-LEIBOWITZ

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**THEODORE FARNSWORTH**,

    Defendant.
_____/

## ORDER GRANTING JOINT REQUEST FOR CONTINUANCE

THIS CAUSE came before the Court on the Joint Request for Continuance [ECF No. 159]. Being fully advised, having reviewed the submission of the parties, and for the reasons stated in the Motion, it is **ORDERED AND ADJUDGED** that the Motion is **GRANTED**.

The Change of Plea hearing scheduled for January 2, 2025, is CANCELLED and is RESCHEDULED to January 7, 2025, at 11:00 a.m. in the Miami Division. For the reasons stated in the motion, the time from today through the rescheduled date is excluded from the deadline for trial as computed under the Speedy Trial Act. The Court finds that the ends of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial. See 18 U.S.C. § 3161(h)(7). Time is excluded from 12/17/2024 through 01/07/2025.

**DONE AND ORDERED** in the Southern District of Florida on December 18, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record