# COURT MINUTES

Page 3

## Magistrate Judge Eduardo I. Sanchez

Atkins Building Courthouse - 6th Floor          Date: 1/3/25          Time: 10:00 a.m.

Defendant: Theodore Farnsworth          J#: 30214-510          Case #: 22-20521-CR-LEIBOWITZ(s)

AUSA: Jacqueline DerOvanesian          Attorney: Sam Rabin

Violation: Securites Fraud, Conspiracy to Commit Securities Fraud

Proceeding: Arraignment on Superseding Information          CJA Appt:

Bond/PTD Held: ○ Yes   ○ No          Recommended Bond:

Bond Set at: $1 million psb REVOKED          Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ____ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: ____
- ☐ Other: ____

Language: English

Disposition:

Defendant sworn; executed waiver of Indictment and agreed to proceed by Information; Court accepts waiver superseding Information

Reading of ~~indictment~~ Waived
~~Not Guilty plea entered~~
Jury trial demanded
~~Standing Discovery Order requested.~~
Defendant Arraigned on Superseding Information
Brady Order Given

Time from today to ____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:     Time:     Judge:     Place:

Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:

D.A.R. 10:16:41; 10:20:18          Time in Court: 8 Minutes