UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 22-20521-CR-LEIBOWITZ(s)

United States of America,

v.

Theodore Farnsworth,

_____/

## WAIVER OF INDICTMENT

I, Theodore Farnsworth, the above named defendant who is accused of **Securites Fraud, Conspiracy to Commit Securities Fraud**, being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waived in open court on 1/3/25, prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment.

_____
Defendant

_____
Counsel for Defendant

_____  1/3/2025
Eduardo I. Sanchez
United States Magistrate Judge