UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-cr-20521-DSL

**UNITED STATES OF AMERICA,**

vs.

**THEODORE FARNSWORTH, et al.**

    **Defendants,**

_____/

**MOTION TO WITHDRAW**

Pursuant to Local Rules 7.1(a)(1)(F) and 11.1(d)(3)(B), the undersigned counsel hereby files this Motion to Withdraw as asset forfeiture Assistant United States Attorney for the United States of America in this cause.  The undersigned counsel is no longer employed by the United States Attorney's Office for the Southern District of Florida and has moved out of the district.

The undersigned requests that her name not appear as counsel representing the United States in this cause, and she be removed from the service list and electronic notices via CM/ECF in this case on all further pleadings.

The Asset Forfeiture Assistant United States Attorney for the United States of America in this cause is Marx Calderon [D.E. 5] (Notice of Attorney Appearance).

Dated January 16, 2025

                                                        Respectfully submitted,

                                                        TODD KIM
                                                        Assistant Attorney General
                                                        Environment & Natural Resource Division
                                                        U.S. Department of Justice

                                     By:    s/ Emily R. Stone
                                                        Emily R. Stone
                                                         Trial Attorney
                                                         Fla. Bar No. 92077

Environmental Crimes Section
U.S. Department of Justice
150 M Street NE
Washington, DC 20002
Telephone: (202) 305-5681
emily.stone2@usdoj.gov