**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 22-cr-20521-DSL**

**UNITED STATES OF AMERICA,**

    **vs.**

**THEODORE FARNSWORTH, et al.**

    **Defendants,**

_____/

**ORDER GRANTING MOTION TO WITHDRAW**

THIS CAUSE having come before the Court on the Motion to Withdraw.  This Court having considered the motion and all other relevant factors, it is hereby

**ORDERED AND ADJUDGED** that:

The Motion is **GRANTED**.  Emily R. Stone is withdrawn as Assistant United States Attorney.  The Clerk shall remove Emily R. Stone as counsel in this case.

DONE AND ORDERED in Chambers in Miami, Florida, this ____ day of January, 2025.

 

                                _____
                                DAVID S. LEIBOWITZ
                                UNITED STATES DISTRICT JUDGE

Copy:
Counsel of Record