UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-CR-20521

**UNITED STATES OF AMERICA**

vs.

**THEODORE FARNSWORTH,**

        **Defendant**

_____/

### CONSENT MOTION TO CONTINUE STATUS CONFERENCE

The government respectfully requests that the Court continue the status conference currently scheduled for July 10, 2025 at 10:00 A.M. for a period of ninety days. The government will notify the Court if during that period this matter is ready to proceed to sentencing. The government has conferred with counsel for Defendant and he consents to this motion.

    Respectfully submitted,

    LORINDA I. LARYEA
    ACTING CHIEF, FRAUD SECTION
    CRIMINAL DIVISION
    U.S. DEPARTMENT OF JUSTICE

By:   /s/ Lauren Archer
       Lauren Archer
       Trial Attorney
       Florida Special Bar No. A5502575
       United States Department of Justice
       Criminal Division, Fraud Section
       1400 New York Ave., NW
       Washington, DC 20005
       Tel: (202) 538-3859
       Email: Lauren.Archer2@usdoj.gov

## **CERTIFICATE OF SERVICE**

    I certify that the foregoing has been served on all attorneys of record in the above-captioned case, either via the CM/ECF electronic filing system or via email.

                                          By:    /s/ Lauren Archer
                                                    Lauren Archer
                                                    Trial Attorney
                                                    Florida Special Bar No. A5502575
                                                    United States Department of Justice
                                                    Criminal Division, Fraud Section
                                                    1400 New York Ave., NW
                                                    Washington, DC 20005
                                                    Tel: (202) 538-3859
                                                    Email: Lauren.Archer2@usdoj.gov

Dated:   June 26, 2025