UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-20521-CR-LEIBOWITZ

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**THEODORE FARNSWORTH,**

    Defendant.

_____/

**ORDER GRANTING CONSENT MOTION TO CONTINUE STATUS CONFERENCE**

THIS CAUSE came before the Court on the Government's Consent Motion to Continue Status Conference [ECF No. 185]. Being fully advised, it is **ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The Status Conference scheduled for July 10, 2025, is CANCELLED and is RESCHEDULED to Wednesday, October 15, 2026, at 9:00 a.m., in the Miami Division.

    **DONE AND ORDERED** in the Southern District of Florida on June 30, 2025.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:  counsel of record