UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-20521-LEIBOWITZ

UNITED STATES OF AMERICA

vs.

THEODORE FARNSWORTH and
J. MITCHELL LOWE

     **Defendant.**

_____/

## UNITED STATES OF AMERICA'S NOTICE OF REASSIGNMENT

The undersigned Assistant United States Attorney, Nicole Grosnoff, hereby appears as counsel for the United States of America regarding any forfeiture issues in the above-styled case. The prior forfeiture counsel for the United States, Assistant United States Attorney Marx Calderón, is no longer counsel of record for the United States in this case.

    Respectfully submitted,

    JASON A. REDING QUIÑONES
    UNITED STATES ATTORNEY

By:    /s/ Nicole Grosnoff
    Nicole Grosnoff
    Assistant United States Attorney
    Court ID No. A5502029
    nicole.s.grosnoff@usdoj.gov
    U.S. Attorney's Office
    99 Northeast Fourth Street, 7th Floor
    Miami, Florida 33132-2111
    Telephone: (305) 961-9294
    Facsimile: (305) 536-4089