UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-20521-CR-LEIBOWITZ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

THEODORE FARNSWORTH and
J. MITCHELL LOWE,

    Defendants.
_____/

## MOTION TO WITHDRAW AS ATTORNEY

The United States, through the undersigned counsel, Lauren Archer, respectfully requests that this Court enter an order granting the undersigned's withdrawal as counsel for the United States. The undersigned has been reassigned and is no longer counsel for the United States in this matter. Matthew Reilly continues to represent the United States as counsel of record.

    Respectfully submitted,

    LORINDA I. LARYEA
    Chief, Fraud Section
    U.S. Department of Justice
    Criminal Division

    */s/ Lauren Archer*
    Lauren Archer
    Florida Bar No. A5502575
    1400 New York Avenue, NW
    Washington, DC 20530
    Tel.: (202) 538-3859
    Email: Lauren.Archer2@usdoj.gov