**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 22-CR-20521**

**UNITED STATES OF AMERICA**

**vs.**

**THEODORE FARNSWORTH and**
**J. MITCHELL LOWE,**

                    **Defendants.**

_____/

## CONSENT MOTION TO RESCHEDULE STATUS CONFERENCE

The government respectfully files this motion seeking that the Court reschedule the status conference from Friday, July 17, 2026 to **Wednesday, July 15, 2026**, or at another time convenient for the Court. The undersigned government attorney, the only attorney currently representing the government in this matter, has pre-planned travel on July 17, 2026 and will be unable to travel to Miami for the conference. A substitute government attorney would otherwise appear. For the benefit of the Court, the parties, and the public, in light of the complex history in this and the related matter, it will be in the interests of justice and judicial efficiency for the undersigned attorney to appear on behalf of the government instead of a substitute government attorney. The government has conferred with counsel for the Defendants and they consent to this motion. The Defendant in the related matter also consents.

Respectfully submitted,

LORINDA I. LARYEA
CHIEF, FRAUD SECTION

1

CRIMINAL DIVISION
U.S. DEPARTMENT OF JUSTICE

By:    /s Matt Reilly
       Matthew Reilly
       Assistant Chief
       Florida Special Bar No. A5503036
       United States Department of Justice
       Criminal Division, Fraud Section
       1400 New York Ave., NW
       Washington, DC 20005
       Tel: (202) 320-8523
       Email: matthew.reilly2@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I, Matthew Reilly, certify that the foregoing has been served on all attorneys of record in the above-captioned case, either via the CM/ECF electronic filing system or via email.


By:  /s Matt Reilly
     Matthew Reilly
     Assistant Chief
     Florida Special Bar No. A5503036
     United States Department of Justice
     Criminal Division, Fraud Section
     1400 New York Ave., NW
     Washington, DC 20005
     Tel: (202) 320-8523
     Email: matthew.reilly2@usdoj.gov


Dated:   May 2, 2026